**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TKC COMMUNICATIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br>**SERVE:** Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>**Defendant.** | ) | **Case No. __________** |

# EXHIBIT A

# TO COMPLAINT

**On Behalf of Plaintiff TKC COMMUNICATIONS, LLC**

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ RATING

OMB Approval 2700-0042

PAGE 1 OF PAGES 67

2. CONTRACT (Proc. Inst. Ident.) NO: 1435-04-04-CT-73132

3. EFFECTIVE DATE

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY — CODE 1435

Minerals Management Service
381 Elden Street, MS 2500
Herndon, Virginia 20170-4817
703-787-1352/FAX 703-787-1387

6. ADMINISTERED BY (If other than Item 6) — CODE 1435

See address in Block #5

7. NAME AND ADDRESS OF CONTRACTOR (No. street, county, state and ZIP Code)

TKC Communications, LLC
Attn: Steve Giani, President
711 H Street, Suite 510
Anchorage, AL 99502

TINS: 920173005 DUNS: 872845941

CODE — FACILITY CODE

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: Net 30 Days

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ▶ ITEM Block 5

11. SHIP TO/MARK FOR — CODE

See Section F

12. PAYMENT WILL BE MADE BY — CODE

See Block #5

13. AUTHORITY FOR USING OTHER FULL AND OPEN COMPETITION:
☒ 10 U.S.C. 2304(c)(5) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall perform as specified in accordance with the terms and conditions of this contract. This is an IDIQ contract with the total of all orders not to exceed $95,000,000 | Estimated | | | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $0.00

16. TABLE OF CONTENTS



| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 43 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 1 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 3 | X | J | LIST OF ATTACHMENTS | 55 |
| X | D | PACKAGING AND MARKING | 24 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 25 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 56 |
| X | F | DELIVERIES OR PERFORMANCE | 28 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 31 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 33 | | | | |



CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number 1435-01-00-RP-31058, including the additions or changes made by you which additions or changes are set forth in full above is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
703-934-8131
FRANK BARTOL PRESIDENT

19B. NAME OF CONTRACTOR
Frank Bartol [signature]
(Signature of person authorized to sign)

19C. DATE SIGNED: DEC 10, 2003

20A. NAME OF CONTRACTING OFFICER
Terrie L. Callahan, Contracting Officer

20B. UNITED STATES OF AMERICA
BY Terrie L. Callahan [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED: 12/11/03

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107
Computer Generated

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

Exhibit A - 01

SECTION B
SUPPLIES/SERVICES AND PRICE/COST

## SECTION II - ADDENDUM TO SCHEDULE OF SUPPLIES/SERVICES

### B.1 SCOPE

This is a fixed-price construction/services and time and material labor hour, indefinite quantity, indefinite delivery order contract issued under the franchise authority of the Department of the Interior, Minerals Management Service. Under the franchise authority, Minerals Management Service provides acquisition support to other federal agencies. This particular contract will provide for construction services and information technology services for government clients including both civilian agencies and the Department of Defense. As future requirements are identified, it is critical the Minerals Management Service has a ready contract vehicle in place for client agencies with an immediate need for these types of requirements.

Independently and not as an agent of the government, the contractor shall furnish the necessary products, personnel, materials, services, facilities and otherwise do all things necessary for or incidental to perform in accordance with the type of work set forth in the "General Statement of Work" under Section C of this contract. All work to be performed will be specifically identified by the issuance of a Delivery Order, which will include a Delivery Order Statement of Work.

### B.2 MINIMUM AND MAXIMUM THRESHOLDS

During the life of this contract, the government is not obligated to purchase services at any specified monetary minimum. Both the government and the contractor agree that minimum "consideration" under this contract is the contractor's benefit in holding this contract and the opportunity to perform as a contractor source for services identified in the Statement of Work. The total amount of this contract shall not exceed a maximum amount of $95,000,000.

### B.3 PERIOD OF PERFORMANCE

The term of this contract is sixty (60) months from the date of award or until the aggregate total of all Delivery Orders issued against this contract equals the maximum dollar threshold cited above, whichever shall come first. The contractor shall complete the work associated with each Delivery Order in accordance with the completion time specified on the order.

### B.4 LABOR CATEGORIES AND RATES

The contractor's proposal dated February 12, 2001, is hereby incorporated into this contract by reference. Any inconsistencies or in the event of a conflict between and terms and conditions of this contract and the contractor's proposal shall be resolved by giving precedence to the terms and conditions contain in this contract.

### 4.1 LABOR CATEGORIES

The labor categories and loaded rates to be utilized in this contract are listed below. Each labor category is a projected requirement for this contract. The list as stated is not limited to the categories identified. Specific task may require an additional skills and/or expertise that is not listed. The Government retains the right to negotiate with the contractor and incorporate additional skill categories and rates when necessary.

### 4.2. PRICING SCHEDULES

See Attachment 1 for Price per Labor Hour for Job Titles.

I. Base: These rates are applicable from Date of Award through one calendar year (Contract Months 1 – 12).

II. First Option: These rates are applicable from end of base through one calendar year (Contract Months 13 – 24).

III. Second Option: These rates are applicable from end of first option through one calendar year (Contract Months 25 – 36).

IV. Third Option: These rates are applicable from end of second option through one calendar year (Contract Months 37 – 48).

SECTION B
SUPPLIES/SERVICES AND PRICE/COST

V. V. Fourth Option: These rates are applicable from end of third option through one calendar year (Contract Months 49 – 60).

**4.3 TRAVEL**

The contractor shall be reimbursed for actual allowable, allocable, and reasonable travel costs incurred during performance under this in accordance with the Federal Travel Regulations currently in effective on the date of travel. All travel under this contract shall bear no fee, and must be pre-approved.

**B.5 PLACE OF PERFORMANCE**

The specific place of performance will be identified on each delivery order issued against this contract.

**B.6 ISSUANCE OF DELIVERY ORDERS AND CONTRACT ADMINISTRATION**

The following individual will issue all Delivery Orders against this contract and perform contract administration:

Department of the Interior/GovWorks
Contracting Officer(s)
Procurement Operations Branch
381 Elden Street, MS2500
Herndon, Virginia 20170-4817

Copies of all correspondence concerning this contract must be provided to the Contracting Officer at the address stated above.

**SECTION C**
**STATEMENT OF WORK**

**Statement of Work**

**1.0 PURPOSE**

The purpose is to contract in support of initiatives for computer, network, telecommunications, management, construction, and data/communication infrastructure. The need for this contract is driven by the requirements to provide the user community with hardware, software, and related support services for the United States Government that will meet mission critical requirements Inside (CONUS) and Outside (OCONUS) the Continental United States. This procurement is set-aside exclusively for an 8(a) Alaskan Native Corporation (ANC). This is an Indefinite Quantity Indefinite Delivery type contract. Total orders placed against this contract will not exceed $99,999,999.00 over five (5) years. The total guaranteed minimum for this contract is $100.00.

**2.0 SCOPE OF WORK/SPECIFICATIONS**

The Contractor shall provide the necessary personnel, material, equipment, software, documentation, support and facilities (except as otherwise specified), to perform the following Statement of Work/Specifications, as required in Delivery/Task Orders issued by the Contracting Officer. Such hardware, software, and other contractor support services shall be provided in conformance with the terms and conditions of this contract for a two-year base period with three one-year options.

The Contractor shall provide, as required, hardware, software, maintenance, and other contract support services. The Contractor shall provide, install, test, and make operational (as needed) any and all items set forth in this contract and/or and Delivery/Task Orders issued by the Contracting Officer.

**Contractor support falls into the following areas:**

Cable and Other Pay Television Services
Communications Equipment
Communications Security (Voice and Data)
Communications Services
Computers and Computer Peripheral Equipment and Software
Computer Integrated Systems Design
Computer Processing, Data Preparation & Processing Services
Computer Facilities Management Services
Computer Maintenance and Repair
Computer Related Engineering Services
Computer Storage Devices
Computer Terminals
Computer Peripheral Equipment
Contract Support Management
Design/Build Construction Management
Electronic Computers
Electrical Work
Electrical Industrial Apparatus
Equipment Leasing
Help Desk/CRM Services
Homeland Defense Products/Services
Information Retrieval Services
Installation or Erection of Building Equipment
Power, Distribution, and Specialty Transformers
Radiotelephone Communications
Radio and Television Broadcasting & Communications Equipment
Systems Engineering and Technical Assistance (SETA)
Search, Detection, Navigation, Guidance, Aeronautical, and Nautical
Telegraph and Other Message Communications
Telephone and Telegraph Apparatus
BLDG 15

SECTION C
STATEMENT OF WORK

Voice and Data Communications

The primary locations for products and/or services shall be specified in Delivery Orders as issued by the Contracting Officer or a contracting officer with delegated authority.

3.0 PROCUREMENT REQUIREMENTS

The work to be performed will be accomplished at designated activities CONUS / OCONUS. The amount of work to be performed under the contract cannot be accurately identified, decisively prescribed, nor guaranteed to be forthcoming. Thus services will be procured on a Delivery/Task Order basis covering fixed price as requirements emerge. Tasking may range from simple to highly complex efforts requiring contractor expertise that will correlate to the complexity of the requirements. Detailed staffing, experience, and performance requirements will be identified on each Delivery/Task Order issued under the contract.

The following paragraphs identify the general services under the contract:

**Cable and Other Pay Television Services**
Direct broadcast satellite (DBS) services
Multipoint distribution systems (MDS) services
Satellite master antenna systems (SMATV) services

**Communications Equipment**
Fire detection systems, electric
Intercommunications equipment, electronic

**Communications Security (Voice and Data)**
Diverse routing, hosting, and networking of enterprise and messaging systems
Network Intrusion detection, prevention, analysis, testing, and simulation
Network protection and intrusion backtracking
Network Security Architecture Design
Virus protection services and products
Virtual Private Networks (VPN) design, hosting, and implementation

**Communications Services**
Radar station operation
Radio broadcasting operated by taxi-cab companies
Satellite earth stations
Satellite or missile tracking stations, operated on a contract basis
Tracking missiles by telemetry and photography on a contract basis

**Computers and Computer Peripheral Equipment and Software**
Computer terminals-wholesale
Computers-wholesale
Disk drives-wholesale
Keying equipment-wholesale
Peripheral equipment computer-wholesale
Printers, computer-wholesale
Software computer-wholesale

**Computer Integrated Systems Design**
Developing and modifying computer software and packaging or bundling the software with purchased computer hardware (computers and computer peripheral equipment) to create and market an integrated system for specific application. Providing each of the following services: (1) the development or modification of the computer software; (2) the marketing of purchased computer hardware; and (3) involvement in all phases of systems development from design through installation.
Computer-aided design (CAD) systems services

**SECTION C**
**STATEMENT OF WORK**

Computer-aided engineering (CAE) systems services
Computer-aided Providing (CAM) systems services
Local area network (LAN) systems integrators (Hubs, Servers)
Wide Area Networks (WAN) system integrators (Routers, Switches, Telephony, Wireless, VPN, Security)
Disaster Recovery Networks (Design, Analysis, Installation, and Maintenance)
Network systems integration, computer
Data Cabling - (Category 3, 4 & 5 UTP or ScTP, 62.5/125 multimode optical fiber and single-mode optical fiber)
Office automation, computer systems integration
Systems integration, computer
Turnkey vendors, computer systems
Value-added resellers, computer systems
ASP - Application Service Provider (Oracle E-Business Applications; Accounting, Procurement, Human Resources, Projects, Travel Management, Supply Chain Management, Treasury, Manufacturing, CRM, E-Commerce, Service, Sales, Marketing, Call Center)
Dedicated Web Hosting
Offsite, Onsite, and Collocation application and enterprise hosting
Electronic Business Application Services (Engineering, hosting, analysis, installation, application development, and maintenance)
Portal Hosting and Development

**Computer Processing, Data Preparation & Processing Services**
Calculating service, computer
Computer time-sharing
Data entry service
Data processing services
Data verification service
Keypunch service
Leasing of computer time
Off-site office relocation services (Permanent or Temporary)
Off-site relocation enterprise, email, and data services (Permanent or Temporary)
Optical scanning data service
Rental of computer time
Service bureaus, computer
Tabulating service, computer

**Computer Facilities Management Services**
24X7X365 Facility Staffing and Support Services
Providing on-site management and operation of computer and data processing facilities
Data Center staffing and operation

**Computer Maintenance and Repair**
Computer peripheral equipment repair and maintenance
Computer repair and maintenance
Computer customization and staging services

**Computer Related Services**
Computer consultants
Data base developers
Data processing consultants
Disk and diskette conversion services
Disk and diskette re-certification services
Imaging and documentation services, electronic format
Network design consultants
Requirements analysis, computer hardware
Tape re-certification service
BLDG 15

SECTION C
STATEMENT OF WORK

**Computer Storage Devices**
Auxiliary computer storage units
Computer storage units
Disk drives, computer
Drum drives, computer
Magnetic storage devices for computers
Optical storage devices for computers
Recorders tape: for computers
Tape storage units, computer
Storage Area Networks (SANs – Engineering, analysis, installation, devices, and maintenance)

**Computer Terminals**
Cathode ray tube (CRT) teleprinter, multistation
Computer terminals
Multistation CRT/teleprinters
Teleprinters (computer terminals)
Flat Screen Monitors, Monitors, and Projection Monitors

**Computer Peripheral Equipment**
Card punching and sorting machines
Card-type conversion equipment, computer peripheral equipment
Computer output to microfilm units, computer peripheral equipment
Computer paper tape punchers and devices, computer peripheral
Decoders, computer peripheral equipment
Disk pack inspectors, computer peripheral equipment
Document entry conversion devices, computer peripheral equipment
Graphic displays, except graphic terminals: computer peripheral
Input/output equipment, computer: except terminals
Key-disk or diskette equipment, computer peripheral equipment
Key-tape equipment: reel, cassette, or cartridge
Keying equipment, computer peripheral equipment
Key punch/verify cards, computer peripheral equipment
Magnetic ink recognition devices, computer peripheral equipment
Media-to media data conversion equipment, computer peripheral
Optical scanning devices, computer peripheral equipment
Plotter controllers, computer peripheral equipment
Plotters, computer
Leading brand personal computer and associated peripheral devices
Leading brand printers, computer and large system
Punch card equipment: card readers, tabulators, collators, sorters, and
Tape cleaners, magnetic: computer peripheral equipment
Tape print units, computer peripheral equipment

**Contract Support Management**
Provide instruction and help guide potential offerors through the acquisition process
Assist Contractors in the administration of contract awards
Design/BuildConstruction Management
Building construction, dry wall, painting, flooring, concrete, etc…
Inside wiring
Fiber optic cable installation
Facility design and layouts

**Electronic Computers**
Computers: digital, analog, and hybrid
Mainframe computers
Microcomputers
Minicomputers
Personal computers
Electronic Industrial Apparatus
BLDG 15

SECTION C
STATEMENT OF WORK

Motors & generators
Carbon & graphite products
Relays & industrial controls
Power, distribution, & specialty transformer
Switchgear & switchboard apparatus

**Electrical Work**
Cable splicing, electrical-contractors
Communications equipment installation-contractors
Intercommunications equipment installation-contractors
Telecommunications equipment installation-contractors
Telephone and telephone equipment installation-contractors

**Equipment Leasing**
LTOP - Lease to ownership
FMV - Fair market value
Hardware / software
Related services

**Help Desk / CRM Services**
Help desk Outsourcing
Help desk services
Customer Relationship Management
Round-the-clock Professional Tech Support Services
Remote administration & troubleshooting
Homeland Defense Products/Services
IT security & intelligence solutions
Disaster recovery services
Operational inspections of facilities
Video surveillance products & solutions

**Information Retrieval Services**
Data base information retrieval services
Data base conversion
Data mirroring services
Financial database design and implementation
On-line Information retrieval services
On-line integrated voice and data messaging services
On-line data base information retrieval services
Remote data base information retrieval services

**Installation or Erection of Building Equipment**
* Installation or erection of communications towers including microwave and satellite terminal platforms

**Power, Distribution, and Specialty Transformers**
Autotransformers for switchboards, except telephone switchboards
Line voltage regulators

**Radiotelephone Communications**
Beeper (radio pager) communications services
Cellular telephone services
Paging services: radiotelephone
Radiotelephone communications
Trunk Radio Systems
Cellular Phone Services and Equipment (Analog and Digital)

**Radio and Television Broadcasting & Communications Equipment**
Amplifiers: RF power and IF
Antennas, transmitting and communications
Broadcast equipment (including studio), radio and television

SECTION C
STATEMENT OF WORK

Cameras, television
Carrier equipment, radio communications
Cellular radiotelephones
Citizens' band (CB) radios
Closed circuit television equipment
Computer Network Services (Router and Switch Infrastructure engineering, analysis, installation, devices, and maintenance)
Digital encoders
Encryption devices
Marine radio communications equipment
Microwave communications equipment
Mobile communications equipment
Multiplex equipment, radio
Pagers (one-way)
Photo transmission equipment
Radio and television switching equipment
Radio receiver networks
Radio transmitting and communications antennas and ground
Receivers, radio communications
Satellites, communications
Space satellite communications equipment
Studio equipment, radio and television broadcasting
Telemeter equipment, electronic
Television monitors
Television transmitting antennas and ground equipment
Transceivers
Transmitter-receivers, radio
Transmitting apparatus, radio and television

**Search, Detection, Navigation, Guidance, Aeronautical, and Nautical Instruments**
Important products are radar systems and equipment; sonar systems and equipment; navigation systems and equipment; countermeasure equipment; aircraft and missile control systems and equipment; flight and navigation sensors, transmitters, and displays; gyroscopes; airframe equipment instruments; and speed, pitch, and roll navigational instruments and systems.
Acceleration indicators and systems components, aerospace types
Air traffic control radar systems and equipment
Radar systems and equipment
Radio magnetic instrumentation (RMI)
Warfare countermeasures equipment

**Systems Engineering and Technical Assistance (SETA)**
Integrated systems modeling
Interactive team-based design tools and processes
Mission architecture and operations planning
Environmental Control/Life Support Systems
Technical and performance analysis
Application of concurrent engineering
Mechanical, thermal and power systems

**Telegraph and Other Message Communications**
Cablegram services
Electronic mail services
Facsimile transmission services
Mailgram services
Photograph transmission services
Radiotelegraph services
Telegram services
Telegraph cable services
Telegraph services
Teletypewriter services

Telex services

**Telephone and Telegraph Apparatus**
Autotransformers for telephone switchboards
Carrier equipment, telephone and telegraph
Communications headgear, telephone
Data sets, telephone and telegraph
Facsimile equipment
Headsets, telephone
Message concentrators
Modems
Multiplex equipment, telephone and telegraph
Switchboards telephone and telegraph
Switching equipment, telephone
Telegraph office switching equipment
Telephone answering machines
Telephone central office equipment, dial and manual
Telephone dialing devices, automatic
Telephone sets, except cellular radiotelephone
Telephone station equipment and parts, wire
Telephones, sound powered (no battery)
Telephones underwater
Toll switching equipment, telephone

**Voice and Data Communications**
Furnishing telephone voice and data communications, except radiotelephone and telephone answering services. This also includes optical fiber lines and microwave or satellite facilities, and reselling the use of such methods to others.

**24X7 IP Network services**
ATM and Frame Relay
Alternate communications routing services
Broadband Access
Customer Network Management System (CNMS)
Data telephone communications
Dedicated Internet Access
Integrated networks
Local telephone communications, except radiotelephone
Long distance telephone communications
Nationwide IP Network Access
Permanent Virtual Paths (PVPs) available in 8 Kbps increments
Point-to-point networks (integrator services including local loop, local, nationwide, and worldwide)
Secure Web-Based Frame Relay
Voice telephone communications, except radiotelephone
Wholesale bandwidth services

## 4.0 CONTRACT SECURITY

The work to be performed under the contract may require access to, handling of classified information up to and including SECRET or may require access to Restricted Access areas. The contractor shall obtain facility and personnel clearances that may be required by the Department Industrial Security Program or customers access control coordinator prior to starting work on the contract.

## 5.0 TRAVEL

The Contractor shall be required to travel to meet the requirements of the contract. Specific travel requirements will be delineated in each individual Delivery/Task Order, which shall identify number of people traveling,

destination, duration, and purpose of each trip. All travel will be accomplished in accordance with the Joint Travel Regulation (JTR).

**6.0 SOLUTION LEASING SUPPORT**

The contractor shall provide a solution lease using standard GSA Schedule Term & condition. The solution lease shall provide: The ability to acquire integrated services and required components (Equipment and Resources) to include but not limited to: (1) general purpose digital and telecommunication systems and related peripherals; (2) high performance computational and telecommunication systems and associated peripherals; (3) hardware; (4) commercially-available off-the-shelf (COTS) software (5) other products; and/or Resource(s), which include but are not limited to (I) local area and wide area network capabilities; (ii) help desk services; (iii) maintenance; (iv) design and installation; (v) network management services; (vi) support services; (vii) professional services; (viii) training; may do so by utilizing a Solutions Lease. Solution leases shall be available under the $1 purchase or Pre-Stated End-of-Lease Purchase options. Upon receipt of the final periodic lease payment, the Government must exercise one of the following options: (i) Return the Equipment to contractor (ii) Purchase the Equipment for $1, FMV or the pre-stated purchase option (iii) Renew the lease The Government understands and agrees that components of a solutions lease may not be purchased independently.

**7.0 PERSONNEL QUALIFICATIONS**

**IT001 Administrative Analyst**
Under general direction, is responsible for providing analytical and specialized administrative support functions. Interacts with outside company and client organizations to support scheduling and resource assignments on the project. Coordinates specific project and task order requirements by analyzing requirements, determining an approach to administratively support those requirements, compiling and analyzing data and preparing reports and recommendations using Personal Computer skills, knowledge of administrative systems, and understanding of policies and procedures.

**IT002 Administrative Support Specialist**
Supports the project organization with generalized office support. Provides word processing, receptionist, meeting scheduling, travel reservations, filing, reproduction and similar project support.

**IT003 Applications Engineer (Senior)**
Analyzes and studies complex system requirements. Designs software tools and subsystems to support software reuse and domain analyses and manages their implementation. Manages software development and support using formal specifications, data flow diagrams, other accepted design techniques and Computer-Aided Software Engineering (CASE) tools. Estimates software development costs and schedule. Reviews existing programs and assists in making refinements, reducing operating time and improving current techniques. Supervises software configuration management.

**IT004 Application Engineer**
Analyzes functional business applications and design specifications for functional activities. Develops block diagrams and logic flow charts. Translates detailed design into computer software. Tests, debugs and refines the computer software to produce the required product. Prepares required documentation, including both program-level and user-level documentation. Enhances software to reduce operating time or improve efficiency. Provides technical direction to programmers to ensure program deadlines are met.

SECTION C
STATEMENT OF WORK

**IT005 Applications Programmer (Senior)**
Provides applications-oriented expertise in information technology automation and client applications implementation. Is capable of generating requirements and computer code that interfaces with other client application modules. Provides a demonstrated knowledge of terminology, usage, and operating characteristics of information technology components and processing methods.

**IT006 Applications Programmer**
Provides applications - oriented expertise in information technology automation and client applications implementation. Is capable of generating requirements and computer code that interfaces with other client application modules. Provides a demonstrated knowledge of terminology, usage, and operating characteristics of information technology components and processing methods

**IT007 Business Process Engineer**
Recommends and designs cost effective strategies to increase the effectiveness and efficiency of the organizations business processes through changes in policies, procedures, organization structure and the application of enabling technology. Demonstrated knowledge of modeling, simulation and workflow computer based tools applicable to the reengineering effort supported. Knowledge of current information technology tools, techniques, COTS software with the ability to apply knowledge to solve reengineered business processes.

**IT008 Business Process Engineer (Senior)**
Recommends and designs cost effective strategies to increase the effectiveness and efficiency of the organizations business processes through changes in policies, procedures, organization structure and the application of enabling technology. Demonstrated knowledge of modeling, simulation and workflow computer based tools applicable to the reengineering effort supported. Knowledge of current information technology tools, techniques, COTS software with the ability to apply knowledge to solve reengineered business processes.

**IT009 CAD Operator (Senior)**
Oversees the engineering drawings using computer-based drawing packages (e.g., Aptitude, AutoCAD, etc.). Develops engineering drawings for site plans, network configuration and design.

**IT0010 CAD Operator**
Develops engineering drawings using computer-based drawing packages (e.g., Aptitude, AutoCAD, etc.). Develops engineering drawings for site plans, electrical interconnects and mechanical plans for specialized hardware.

**IT0011 Cisco Certified Network Engineer**
Posses the following skills; CCNP, experience with Catalyst Switches (6500,5500,2948G,XL), VLAN management, Cisco Routers and IP Routing protocols (OSPF, BGP), SNMP monitoring, exposure to working with either Linux or Win2k and experience in dealing with 3rd parties, fault-finding and trouble-shooting. Understands, CCDP, Checkpoint, VPN, Sniffer, Cisco Works or Cisco View, Alteon and other load balancing related technologies, PIX and either linux or Win2k. Works on monitoring, maintenance, upgrade and configuration of the network, maintaining security levels and documentation.

**IT0012 Cisco Certified Network Associate**
Understands LAN Technologies including basic switching and VLANS, traffic filtering through access lists and the IGRP routing protocol, advanced routing protocols including OSPF, IS-IS, EIGRP and BGP, advanced IP Addressing, route Optimization, IP Traffic Management. Networking fundamentals, includes OSI model, networking components, premise wiring, industry standards, topologies and network design.

SECTION C
STATEMENT OF WORK

**IT0013Communications Engineer (Senior)**
Creates and develops detailed planning and engineering drawings for the construction of communications infrastructure. Assists in the resolution of all design issues. Assists with permit requirements, material procurements, and equipment removal, modification, and installation. Participates in user/supplier planning meetings as a resource for technical knowledge base. Coaches junior engineers on technique. Maintains project schedule and timelines.

**IT0014 Communications Engineer**
Analyzes network characteristics (e.g., traffic, connect time, transmission speeds, packet sizes and throughput) and recommends procurement, removals and modifications to network components. Designs and optimizes network topologies and site configurations. Plans installations, transitions and cut-overs of network components and capabilities. Coordinates requirements with users and suppliers.

**IT0015 Computer Security Systems Engineer (Senior)**
Analyzes and defines security requirements for Multilevel Security (MLS) issues. Designs, develops, engineers and implements solutions to MLS requirements. Responsible for the implementation and development of the MLS. Gathers and organizes technical information about an organization's mission goals and needs, existing security products, and ongoing programs in the MLS arena. Performs risk analyses, which also includes risk assessment. Provides daily supervision and direction to staff.

**IT0016 Computer Security Systems Engineer**
Analyzes and defines security requirements for Multilevel Security (MLS) issues. Designs, develops, engineers and implements solutions to MLS requirements. Gathers and organizes technical information about an organization's mission goals and needs, existing security products and ongoing programs in the MLS arena. Performs risk analyses, which also includes risk assessment.

**IT0017 Computer Systems Analyst (Senior)**
Provides technical and administrative direction for personnel performing software development tasks, including the review of work products for correctness, adherence to the design concept and to user standards, and for progress in accordance with schedules. Coordinates with the Project and/or Program Manager to ensure problem solution and user satisfaction. Makes recommendations, if needed, for approval of major systems installations. Prepares milestone status reports and deliveries/presentations on the system concept to colleagues, subordinates, and end user representatives. Provides daily supervision and direction to support staff.

**IT0018 Computer Systems Analyst (Intermediate)**
Analyzes information requirements. Evaluates analytically and systematically problems of workflows, organization, and planning and assists Senior Computer Systems Analyst and Computer Systems Analyst develop appropriate corrective action. Help develop plans for automated information systems from project inception to conclusion. Defines the problem, and develops system requirements and program specifications, from which programmers prepare detailed flow charts, programs and tests. Under the supervision of a Senior Computer Systems Analyst or a Computer Systems Analyst coordinates closely with programmers to ensure proper implementation of program and system specifications. Develops, in conjunction with functional users, system alternative solutions.

**IT0019 Computer Systems Analyst**
Analyzes and develops computer software possessing a wide range of capabilities, including numerous engineering, business and records management functions. Develops plans for automated information systems from project inception to conclusion. Analyzes user interfaces, maintain hardware and software performance tuning, analyze workload and computer usage, maintain interfaces

with outside systems, analyze downtimes, analyze proposed system modifications, upgrades and new COTS. Analyzes the problem and the information to be processed. Defines the problem, and develops system requirements and program specifications, from which programmers prepare detailed flow charts, programs, and tests. Coordinates closely with programmers to ensure proper implementation of program and system specifications. Develops, in conjunction with functional users, system alternative solutions.

**IT0020 Configuration Management Specialist**
Responsible for configuration management planning. Describes provisions for configuration identification, change control, configuration status accounting and configuration audits. Responsible for configuration planning. Identifies and maintains the original configuration of requirements documentation, design documentation, software, and related documentation. Responsible for configuration change control. Regulates the change process so that only approved and validated changes are incorporated into product documents and related software. Responsible for configuration status accounting. Tracks all problems and changes in product documents and software and reports changes and current configuration. Responsible for configuration audits. Supports audits to verify that requirements of all baselines have been met by the as-built software. Supports software quality assurance process audits.

**IT0021 Configuration Management Specialist (Senior)**
Responsible for configuration management planning. Describes provisions for configuration identification, change control, configuration status accounting and configuration audits. Responsible for configuration planning. Identifies and maintains the original configuration of requirements documentation, design documentation, software and related documentation. Responsible for configuration change control. Regulates the change process so that only approved and validated changes are incorporated.into product documents and related software. Responsible for configuration status accounting. Tracks all problems and changes in product documents and software and reports changes and current configuration. Responsible for configuration audits. Supports audits to verify that requirements of all baselines have been met by the as-built software. Supports software quality assurance process audits.

**IT0022 Data Manager**
Ensures that adequate and appropriate planning is provided for remote hardware and communications facilities to develop and implement methodologies for analysis, installation and support of distributed processing client/server systems. Provides coordination in the analysis, acquisition and installation of hardware, software and facilities. Manages the training and efforts of a staff engaged in systems and network planning, analysis and monitoring activities.

**IT0023 Database Engineer**
Managing full life-cycle database application development efforts, working with data administrators and application development teams to implement solutions to business requirements.

**IT0024 Database Specialist**
Provides highly technical expertise in the use of DBMS. Evaluates and recommends available DBMS products to support validated user requirements. Defines file organization, indexing methods and security procedures for specific user applications.

**IT0025 Database Specialist (Senior)**
Manages the development of database projects. Plans and budgets staff and data base resources. When necessary, reallocates resources to maximize benefits. Prepares and delivers presentations on database management systems (DBMS) concepts. Provides daily supervision and direction to support staff.

SECTION C
STATEMENT OF WORK

**IT0026 Disaster Recovery Specialist**
Assists with the development and maintenance of comprehensive disaster recovery/business resumption plans. Assists with risk assessments. Plans, coordinates, and audits the testing of contingency plans.

**IT0027 Documentation Specialist (Senior)**
Performs in a support role in the information technology project organization with data management and preparation knowledge and skills. Works with the Project/Program Manager or Task Leader to define documentation requirements on a project, researches the contract data requirements list and data item description requirements, and prepares the deliverable documentation. Includes preparation of the technical or analytical text using notes generated by analysts and engineers.

**IT0028 Electrical Engineer (Senior)**
Capable of design and development of embedded systems. The individual will be responsible for embedded system design, implementation, integration, testing and documenting the product design. Understands all of the electrical components & systems relating to electrical equipment, components and systems (lighting, generators, switches, electrical panels, wires, fire alarm systems etc.).

**IT0029 Electrical Engineer**
Understands all of the electrical components & systems relating to electrical equipment, components and systems (lighting, generators, switches, electrical panels, wires, fire alarm systems etc.).

**IT0030 Installation Technician (Senior)**
This employee performs skilled, supervisory, and managerial work in directing the activities of Technician and Senior Technician. Analyzes and recommends resolution of problems based on knowledge of the major products and services, an understanding of environment limitations, and a working knowledge of the client disciplines

**IT0031 Installation Technician**
Performs skilled repair and maintenance of all technology- related equipment as well as technical support for all technology-related systems.

**IT0032 Help Desk Manager**
Provides daily supervision and direction to staff who are responsible for phone and in-person support to users in the areas of e-mail, directories, standard Windows desktop applications and applications developed or deployed under this contract. These personnel serve as the first point of contact for troubleshooting hardware/software PC and printer problems.

**IT0033 Help Desk Specialist**
Provides phone and in-person support to users in the areas of e-mail, directories, standard Windows desktop applications, and applications developed under this contract or predecessors. Serves as the initial point of contact for troubleshooting hardware/software PC and printer problems.

**IT0034 Information Technology Consultant**
Leads major portions of large or medium projects, and leads small projects autonomously. Gathers facts through research, interviewing, surveys, etc. analyzes the client's business, draws conclusions, prepares final reports and gives presentations. Uses in-depth consultative skills and business knowledge to practice business objectives and processes.

**IT0035 Information Technology Consultant (Senior)**
The senior IT consultant manages the project work as defined by the client contract. Leads medium to large complex projects and major phases of very large

projects. The senior consultant also manages the fact-finding, analysis and development of hypothesis/conclusions, production of final reports and delivery of presentations. Responsible for ensuring that the project delivers to client expectations on time and to budget.

**IT0036 Information Engineer Senior**
Provides daily supervision and direction to staff. Applies business process improvement practices to reengineer methodologies/principles and business process modernization projects. Applies, as appropriate, activity and data modeling, transaction flow analysis, internal control and risk analysis and modern business methods and performance measurement techniques. Assist in establishing standards for information systems procedures. Develops and applies organization-wide information models for use in designing and building integrated, shared software and database management systems. Constructs sound, logical business improvement opportunities consistent with corporate Information Management guiding principles, cost savings, and open system architecture objectives.

**IT0037 Information Engineer**
Applies business process improvement practices to reengineer methodologies/principles and business process modernization projects. Applies, as appropriate, activity and data modeling, transaction flow analysis, internal control and risk analysis and modern business methods and performance measurement techniques. Assist in establishing standards for information systems procedures. Develops and applies organization-wide information models for use in designing and building integrated shared software and database management systems. Constructs sound, logical business improvement opportunities consistent with the Corporate Information Management (CIM) guiding principles, cost savings, and open system architecture objectives.

**IT0038 Intelligence Analyst**
Responsible for the review of current client policies, doctrines and regulations, provide recommendations for organization efficiency and responsiveness. Reviews and recommends solutions to client problems based on an understanding of how products and services interrelate and support the client mission. Analyzes and recommends resolution of problems based on knowledge of the major products and services, an understanding of environment limitations, and a working knowledge of the client disciplines.

**IT0039 Multimedia Engineer/Developer (Senior)**
Develops computer-based interactive training courseware. Involved in all phases of courseware development and presentation. Responsible for completing the analysis, design and development phases of the Instructional Systems Design (ISD) model. Identifies customer training requirements, establishes student knowledge level, creates training objectives, writes the plans of instruction and course outline. Reviews lesson plans, validation criteria, and evaluates the computer-based phase of training. Provides expertise in computer-based graphics design, video and audio applications. Has significant computer skills to include use of training courseware, authoring software.

**IT0040 Multimedia Training Specialist.**
Takes existing lesson plans, criterion and diagnostic testing instruments, student workbooks and presentation media. Compiles computer based training program from established formats. Presents instructor lead training and administers criterion and diagnostic tests.

**IT0041 Network Engineer (Senior)**
Functions as technical lead on network projects. Designs quality control and test procedures. Applies technical expertise to support the development of the architecture and the total solution. Interfaces with the Government client

organization on the solution design. Advises, analyzes and researches network solutions for the Government.

**IT0042 Network Engineer**
Functions as technical lead on complex network projects. Designs, develops and implements complex network solutions. Develops client support plans for complex communications systems and/or major projects. Interfaces with the Government client's technical executives to understand their business challenges. Recommends innovative networking solutions for Government client organizations. Advises, analyzes, and researches network solutions for the Government client in areas such as: network planning, architecture, operations; network hardware and software evaluations, vendor negotiations and testing and problem resolution.

**IT0043 Oracle Engineer**
Responsible for the definition, implementation, and documentation of procedures and tools to be used by DBAs to tune and manage the PassEdge AccessBase server implemented on Oracle 8.1.6. Participate in the implementation and maintenance of the database portions of the AccessBase server application, written in C++ using OCI and Oracle stored procedures. Experience in configuring Oracle databases for high availability and/or fail-over. PL/SQL, OCI, and/or Oracle stored procedures. Performance tuning and administration of Oracle databases.

**IT0044 Oracle Data Base Administrator**
Provides technical expertise in the use of flat file and Database Management Systems (DBMS)/
Relational Database Management Systems (RDMS). Evaluates and recommends available DBMS or products to users' requirements. Defines organization and indexing methods for specific application databases. Works closely with customer security specialists to define required security procedures for backup and recovery and to control access to the data. Monitors and fine-tunes databases performance.

**IT0045 Program Manager (Senior)**
Acts as the single focal point for planning and executing task orders awarded. Is the primary point of contact for the customer. Oversees all work and takes corrective action as necessary to ensure project success. Manages staff, budget, prioritization, and other contract or personnel matters. May also serve as the technical lead.

**IT0046 Program Manager**
Interfaces with government management personnel, contract managers, and customer agency representatives. Responsible for formulating and enforcing work standards, assigning contractor schedules, reviewing work quality, communicating policies, purposes, and goals of the organization to subordinates.

**IT0047 Project Manager (Senior)**
Has extensive technical project management expertise. Responsible for the technical specifications and technical performance of either a large-scale development effort or a series of low to medium scale efforts. Provides expert consultation and direction for complex system development and technical service implementation. Manages staff, budget, prioritization, and other contract or personnel matters.

**IT0048 Project Manager**
Acts as the single focal point for planning and executing task orders awarded. Is the primary point of contact for the Customer. Oversees all work and takes corrective action as necessary to ensure project success. May also serve as the technical lead. Responsible for the overall management of the specific task order(s) and insuring that the technical solutions and schedules in the task order are implemented in a timely manner. Performs enterprise wide horizontal integration planning and interfaces to other functional systems.

SECTION C
STATEMENT OF WORK

**IT0049 Project Specialist**
Maintains the records and files of the project, to include data administration, financial expenditures, prepares financial progress reports, and assists with the generation and maintenance of the project schedule. Generates contract deliverable letters of transmission and coordinates the preparation of data deliverables.

**IT0050 Quality Assurance Engineer (Senior)**
Provides technical and administrative direction for personnel performing project related tasks, including the review of work products for correctness, adherence to the design concept and to user standards, review of program documentation to assure Government standards/requirements are adhered to, and for progress in accordance with schedules. Coordinates with the Project Manager and/or Quality Assurance Manager to ensure problem solution and user satisfaction. Makes recommendations, if needed, for approval of major systems installations. Prepares milestone status reports and deliveries/presentations on the system concept to colleagues, subordinates and end user representatives.

**IT0051 Quality Assurance Engineer**
Establishes and maintains a process for evaluating and maintaining quality assurance and the associated documentation. Determines the resources required for quality control. Maintains the level of quality throughout the project life cycle. Conducts formal and informal reviews at pre-determined points throughout the project life cycle. Provides daily supervision and direction to support staff

**IT0052 Senior Manager**
Ten (10) years of progressive management or subject matter expertise experience with information technology, telecommunications, and ADP related projects. Experience must include at least five (5) years of experience in planning and supervising information technology related projects. Able to commit the company to binding agreements with the Government, and provide and coordinate company wide contract schedules, work/capital/personnel allocation to this contract. Acts as the senior manager for all contract work performed within the company. Serves as the authorized contact point for the company and is able to commit the company contractually. Is responsible for holding periodic summary contract status reviews and resolve any schedule or technical issues identified by the contract program/project manager. Is able to assign or reallocate equipment or personnel resources in order to resolve issues or contract variances. This individual can also act as a Senior Subject Matter Expert.

**IT0053 Systems Architect (Senior)**
Establishes system information requirements using analysis of the information engineer(s) in the development of enterprise-wide or large-scale information systems. Designs architecture to include the software, hardware, and communications to support the total requirements as well as provide for present and future cross-functional requirements and interfaces. Ensures these systems are compatible and in compliance with the standards for open systems architectures, the Open Systems Interconnection (OSI) and International Standards Organization (ISO) reference models, and profiles of standards - such as Institute of Electrical and Electronic Engineers (IEEE) Open Systems Environment (OSE) reference model - as they apply to the implementation and specification of Information Management (IM) solution of the application platform, across the application program interface (API), and the external environment/software application. Ensures that the common operating environment is TAFIM compliant. Evaluates analytically and systematically problems of workflows, organization, and planning and develops appropriate corrective action. Provides daily supervision and direction to staff.

SECTION C
STATEMENT OF WORK

**IT0054 Systems Administrator**
Supervises and manages the daily activities of configuration and operation of business systems which may be mainframe, mini, or client server based. Optimizes system operation and resource utilization, and performs system capacity analysis and planning. Provides assistance to users in accessing and using business systems.

**IT0055 Systems Analyst**
Responsible for evaluation and analysis of client applications and developing concept of operations and automation requirements. Includes ability to identify and select operating systems, telecommunications, hardware, and software.

**IT0056 Systems Engineer**
Defines and documents the client concept of operations and requirements and implements the engineering methodology to meet the project technical requirements. Performs technical activities in coordination with other internal support groups to facilitate resolution of customer problems. Provides technical guidance in structured system development activities designed to develop complex technical solutions for client information technology requirements.

**IT0057 Systems Engineer (Senior)**
Provides technical and administrative direction for personnel. Defines and documents the client concept of operations and requirements and implements the engineering methodology to meet the project technical requirements. Performs technical activities in coordination with other internal support groups to facilitate resolution of customer problems. Provides technical guidance in structured system development activities designed to develop complex technical solutions for client information technology requirements.

**IT0058 System Programmer (Senior)**
Provides technical and administrative direction for personnel. Provides system-oriented expertise in information technology automation and applications implementation. Is capable of generating requirements and computer code that interfaces with the computer operating system and external systems through the generation and implementation of interface specifications. Integrates various computer modules within the automated system.

**IT0059 System Programmer**
Provides system-oriented expertise in information technology automation and applications implementation. Is capable of generating requirements and computer code that interfaces with the computer operating system and external systems through the generation and implementation of interface specifications. Integrates various computer modules within the automated system.

**IT0060 Senior Training Specialist/Instructor**
Writes lesson plans, criterion and diagnostic testing instruments, student workbooks and presentation media. Compiles computer based training program from established formats. Presents instructor lead training and administers criterion and diagnostic tests.

**IT0061 Software Systems Analyst**
Development, test and integration of H/W and S/W systems.

**IT0062 Software Systems Engineer (Intermediate)**
Works from specifications to develop or modify operating systems applications. Assists with design, coding, benchmark testing, debugging and documentation of programs. Applications generally dealing with utility programs, job control language, macros, subroutines and other control modules. Works on most phases of software systems programming applications, and may require instruction and guidance in other phases.

SECTION C
STATEMENT OF WORK

**IT0063 Software Systems Engineer (Lead)**
Formulates and defines specifications for operating system applications or modifies and maintains existing applications using engineering releases and utilities from the manufacturer. Responsible for program design, coding, testing, debugging and documentation. Responsible for applications dealing with the overall operating system, such as sophisticated file maintenance routines, large telecommunications networks, computer accounting and advanced mathematical/scientific software packages. Instructs, directs, and checks the work of other task personnel. Responsible for quality assurance review and the evaluation of existing and new software products.

**IT0064 Software Technician**
Supports the automation process with non-technical capabilities based on direction provided by technical or management staff members. Has a basic understanding of person computers and operating system commands and functions and is able to load software, reconfigure computer settings, perform data backups, and other similar automation support tasks.

**IT0065 Storage Area Network Engineer**
Design, plan and support storage Area Networks, UNIX and NT System Services, Systems Management tools; Set-up and support mission critical Data Centre, ensuring maximum systems availability and security; Plan for server capacity and upgrade Streamline operational procedures.

**IT0066 Subject Matter Expert I**
Acts as a consultant to the project organization to provide technical expertise and guidance for significantly complex client problems. Provides consulting to agency heads, directors, and senior managers on process improvement efforts, to include giving lectures, speeches, writing technology studies and concepts.

**IT0067 Subject Matter Expert II**
Acts as a consultant to the project organization to provide technical expertise and guidance for significantly complex client problems. Provides consulting to agency heads, directors, and senior managers on process improvement efforts, to include giving lectures, speeches, writing technology studies and concepts.

**IT0068 Subject Matter Expert III.**
Acts as a consultant to the project organization to provide technical expertise and guidance for significantly complex client problems. Provides consulting to agency heads, directors, and senior managers on process improvement efforts, to include giving lectures, speeches, writing technology studies and concepts.

**IT0069 Subject Matter Expert IV.**
Acts as a consultant to the project organization to provide technical expertise and guidance for significantly complex client problems. Provides consulting to agency heads, directors, and senior managers on process improvement efforts, to include giving lectures, speeches, writing technology studies and concepts.

**IT0070 Technical Support Specialists (Senior)**
Provides supervised technical support to the engineering and computer science process within the project organization or business entity. Is capable of generating technical documents and performing technology trade studies and comparative analyses.

**IT0071 Technical Support Specialists**
Provides supervised technical support to the engineering and computer science process within the project organization or business entity. Is capable of generating technical documents and performing technology trade studies and comparative analyses.

SECTION C
STATEMENT OF WORK

**IT0072 Technical Writer/Editor**
Assists in collecting and organizing information required for preparation of user's manuals, training materials, installation guides, proposals, and reports. Edits functional descriptions, system specifications, user's manuals, special reports, or any other customer deliverables and documents.

**IT0073 Test Engineer**
Performs analysis of documented user requirements and directs or assists in the design of test plans in support of user requirements for moderately complex to complex software/hardware applications. Reviews user application system requirements documentation; designs, defines and documents unit and application test plans; transforms test plans into test scripts and executes those scripts. May participate in all phases of risk management assessment and software/hardware development under the direction of a Senior Test Engineer. Responsible for ensuring proper execution of test scripts and documentation of test results in test logs or defect tracking systems. Responsible for ensuring that the test designs and documentation support all applicable client, agency or industry standards, time lines and budgets. Responsible for the development of test data to be used in performing the required tests. Responsible that testing conclusions and recommendations are fully supported by test results, and those project managers are fully informed or testing status and application deviations from documented user requirements. Responsible for/or assists in the analysis of test results, documents conclusions and makes recommendations as supported by such analysis.

**IT0074 Test Engineer (Senior)**
Subject matter expert providing testing expertise for support of user requirements of complex to highly complex software/hardware applications. Directs and/or participates in all phases of risk management assessments and software/hardware development with emphasis on analysis of user requirements, test design and test tools selection. Responsible for ensuring that the test design and documentation support all applicable client, agency or industry standards time lines and budgets. Responsible for ensuring that testing conclusions and recommendations are fully supported by test results, and project managers are fully informed of testing status and application deviations from documented user requirements.

**IT0075 Training Specialist/Instructor (Senior)**
Develops instructor lead and computer based training. Involved in all phases of courseware development and presentation. Responsible for completing the analysis, design and development phases of the Instructional Systems Design (ISD) model. Identifies customer training requirements, establishes student knowledge level, creates training objectives, writes the plans of instruction and course outline. Reviews lesson plans, validation criteria, and evaluates the delivery phase of training.

**IT0076 Training Specialist/Instructor**
Writes lesson plans, criterion and diagnostic testing instruments, student workbooks and presentation media. Compiles computer based training program from established formats. Presents instructor lead training and administers criterion and diagnostic tests.

**IT0077 Telecommunications Engineer (Senior)**
Studies, designs, tests, and builds telecommunications networks such as; ATM, VPN, DIA, Wireless, Frame Relay, etc… Recommends the appropriate telecommunications equipment and supervises the installation. Understands broadcasting and telecommunication rules and standards, including BELL CORE standards.

**SECTION C**
**STATEMENT OF WORK**

**IT0078 Telecommunications Engineer**
Provides support in the translation of business requirements into telecommunications requirements, designs and orders. Provide in depth engineering analysis of telecommunications alternatives for users in support of their strategic modernization efforts. Provide enhancement designs for medium and large-scale telecom infrastructure. Provide interface support to telecommunications end users, operations personnel and telecommunications strategic program management.

**IT0079 Web Architect**
Designs and builds web sites using a variety of graphics software applications, techniques, and tools. Designs and develops user interface features, site animation, and special effects elements. Contributes to the design group's efforts to enhance the look and feel of the organization's on-line offerings. Designs the website to support the organization's strategies and goals relative to external communications.

**IT0080 Web Developer**
Designs, develops, troubleshoots, debugs, and implements software code (such as HTML, CGI and JavaScript) for components of the website. Works with graphic designers and other members of a project team to develop the site concept, interface design, and architecture of the website. Responsible for interface implementation. Requires strong navigation and site design instincts.

**IT0081 WAN/LAN Network Engineer**
Supervises the installation, maintenance, and operation of a wide area network and associated computer hardware and software.

**CON0001 Construction Manager**
The Construction Manager is responsible for delivering a construction project from its conception until project is finished. The manager is involved with client contact, contractual relationship, budget performance and scheduling criteria

**CON0002 Construction Superintendent.** The Construction Superintendent is the contractor's representative at the construction site. The superintendent directs and coordinates the site activities, which includes the building trades. Responsibilities include making sure that the work progresses according to the schedule, construction documents, material and equipment are delivered to the site on time and the various trade activities are not in conflict with each other.

**CON0003Construction Foreman.** Work includes on-site supervision and job foreman, oversees construction activities such as equipment installation and repairs. Must be present on-site during all critical activities. Ensures compliance of field service operations with OSHA safety standards.

**CON0004Construction Scheduler.** The scheduler is responsible for creating, revising, and modifying the construction schedule. Communicates schedule changes with other managers and assists in the monitoring of resources.

**CON0005 Facilities Manager.** One of the many responsibilities is being the owner's representative in the building construction process. The responsibility may be formulating the building program's initial budget, seeking design construction services, monitoring the construction process, furnishing the building, and approval of all billings.

**CON0006 Planner/Estimator.** A project could require a variety of estimates depending on the contractual relationship. The estimator prepares an estimate, which may be conceptual at the earlier phase of design or a very detailed and

comprehensive quantity and value of materials, labor plus equipment necessary to construct the project.

**CON0007 Structural Engineer.** Conduct building plan checks, review structural and energy calculations, fire resistive requirements, disabled access and conditions of approval. Conduct field inspections of structures; confer with builders, engineers, contractors, architects and public concerning building code and permit requirements. Coordinate plan check activities with other City departments and with outside agencies; prepare written comments, reports and written correspondence

**CON0008 Supply / Logistics Technician.** Responsibilities in general include procurement, management and distribution of inventory. Managing procurement and logistics of getting inventory from vendors in a timely manner. Maintaining inventory levels to most cost-effectively meet needs. Create scalable procedures and Procurement/Logistics organization. Maintaining relationships with shipping companies, vendors and customers.

**CON0009 Safety Engineer.** Understanding of the principles of safety management, and able to undertake much of the basic safety work, including: Auditing/checking safety records. Recording HAZOPS etc. Verification and validation work, i.e. checking that low level safety requirements are implemented, such as ensuring functionality is properly implemented and that defensive programming, redundancy etc. are in place. Maintenance of hazard logs.

**RF0001 RF Technician - L2**
Machining capabilities and a working knowledge of hand tools, electrical/RF test equipment (network analyzer, spectrum analyzer, oscilloscope, DVM, etc.), and RF theory/S-parameters. This person will perform a wide variety of moderately complex tasks and will resolve most questions and problems independently. Work will be performed without appreciable direction on a day-to-day basis and will be reviewed from a relatively long-term perspective. This person will develop imaginative and thorough technical solutions to a wide range of complex problems and may guide and lead less-experience employees.

**RF0002 RF Technician - L1**
Performs technical tasks and responsibilities in the development, measurement and qualification of RF components, products and / or systems. May work from schematics, engineering drawings, and written / verbal instructions. Operates related equipment; conducts tests and reports data in prescribed format. Using predetermined methods, sequences, and set-ups inspects or tests specific equipment or product, making modifications and adjustments as necessary.

**RF0003 RF Tower Engineer (Senior).**
Lead CDMA system optimization efforts for new/existing networks and subsequent requirements to achieve maximum coverage & network quality. Utilize statistical data to examine relevant traffic and network performance related issues. Address CDMA performance issues (i.e. pilot pollution, pilot surprise, neighbor list issues, etc). Analyze collected drive data and subsequent CDMA layer-3 messaging to identify and resolve network performance issues. Provide guidance and support to RF Engineers, Project Engineers, Network Engineers, and Marketing/ Sales associates for matters concerning system design, performance, and optimization. Develop and improve processes and procedures required to measure CDMA network quality. Support technical trials of CDMA/RF related technologies including: Smart Antenna systems, CDMA repeaters, HTS Filters, Tower Top Amplifiers, etc.

SECTION C
STATEMENT OF WORK

**RF0004RF Tower Engineer.**
Produce RF engineering design recommendations that include: antenna type, antenna centerline, antenna down tilts, power output levels, number of voice channels. Perform field transmitter tests to justify proposed sites.

**RF0005 RF Engineer**
Design & develop wireless RF circuits; translate radio system requirements into architecture & specs for analog & radio subsystem. Test, and carry out calibration and repair of telecommunications equipment

**RSC001 Senior Scientist PhD**
Acts as a consultant to the project organization to provide technical expertise and guidance for significantly complex client problems. Provides consulting to agency heads, directors, and senior managers on process improvement efforts, to include giving lectures, speeches, writing technology studies and concepts.

**RSC002 Research Assistant (Senior)**
Analyzes data from research, surveys, studies, and other sources; compiles data using desktop publishing and spreadsheet software. Writes and prepares narrative and statistical reports of research findings. Prepares charts, graphs, and tables of research findings for reports and presentations, using desktop publishing and spreadsheet software. Drafts language for policies, procedures, ordinances, and other documents, for review by supervisor. Identifies community and national resources that could provide assistance with Commission activities. Attends meetings of neighborhood associations and other organizations to provide assistance to supervisor; answers questions and provides information; asks questions of attendees to collect data. Establishes and maintains hard copy and computer files and record-keeping systems of information relating to Commission research activities.

**RSC003 Research Assistant**
Conducts research, surveys, and studies to collect data; designs survey instruments (i.e., questionnaires) and/or modifies existing instruments. Conducts research to identify and locate data from other sources; evaluates applicability and reliability of source information.

SECTION D
PACKAGING AND MARKING

**D.1 Materials Shipping Address**

Materials delivered to the site shall be determined for each task order.

**D.2 DEPARTMENT OF INTERIOR/GOVWORK MAIL AND COURIER ADDRESS**

Packages sent to the Contracting Officer shall be addressed as follows: U.S. Department of Interior, GovWorks, Attn: Terrie L. Callahan, 381 Elden Street, MS 2500, Herndon, VA 20170-4817

SECTION E
INSPECTION AND ACCEPTANCE

Clauses Incorporated by Reference

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request, the contracting officer will make their full text available.

FAR SOURCE TITLE, DATE & REFERENCE

E.1 52.246-4 INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)
(Reference 46.304)

E.2 52.246-6 INSPECTION--TIME-AND-MATERIAL AND LABOR-HOUR (MAR 2001)
(Reference 46.306)

E.3 52.246-12 INSPECTION OF CONSTRUCTION (AUG 1996)
(Reference 46.312)

E.4 SUBSTANTIAL COMPLETION
E.41 Definitions

E.4.1.1 "Substantial Completion" means the stage in the progress of the work as determined and certified by the Contracting Officer or Contracting Officer's Representative in writing to the Contractor, on which the work or a portion thereof designated by the Government is sufficiently complete and satisfactory, in accordance with the requirements of the Contract Documents, that it may be occupied or utilized for the purpose for which it is intended, and only minor items such as touch-up, adjustments, and minor replacements or installations remain to be completed or corrected which (1) do not interfere with the intended occupancy or utilization of the work, and (2) can be completed or corrected within the time period required for final completion.

E.4.1.2 The "date of substantial completion" means the dated determined by the Contracting Officer or Contracting Officer's Representative on which substantial completion of the work has been achieved.

E.4.2 Use and Possession upon Substantial Completion The Government shall have the right to take possession of and use the work upon substantial completion thereof. Upon notice by the Contractor that the work is substantially complete and verification thereof on the basis of an inspection by the Contracting Officer (CO) or Contracting Officer's Technical Representative (COTR) and any required tests, the CO or COTR shall furnish the Contractor a Certificate of Substantial Completion, accompanied by the Schedule of Defects enumerating items of work remaining to be performed, completed or corrected before final completion and acceptance. However, failure of the CO or COTR to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The Government's possession or use upon substantial completion shall not be deemed as acceptance of any work under the contract.

E.5 FINAL COMPLETION AND ACCEPTANCE
E.5.1 Definitions

E.5.1.1 "Final completion and acceptance" means the stage in the progress of the work as determined by the CO or COTR and confirmed in writing to the Contractor, on which all work required under the contract has been completed in a satisfactory manner in accordance with the requirements thereof, subject to the discovery of defects after final completion, and except for items specifically excluded in the notice of final acceptance.

E.5.1.2 The "date of final completion and acceptance" means the date determined by the Contracting Officer as of which final completion of the work has been achieved, as indicated by written notice to the Contractor.

SECTION E
INSPECTION AND ACCEPTANCE

E.5.1.3 Final Inspection and Tests The Contractor shall give the CO or COTR at least five (5) calendar days advance written notice of the date the work will be fully completed and ready for final inspection and tests. Final inspection and tests will be started not later than the date specified in the aforesaid notice unless the CO or COTR determines that the work is not ready for final inspection and so informs the Contractor.

E.5.3 Final Acceptance Upon (a) satisfactory completion of all required tests, (b) verification by the CO or COTR on the basis of a final inspection that all items listed in the Schedule of Defects have been completed or corrected and that the work is finally complete, subject to the discovery of defects after final completion, and (c) submittal by the Contractor of all documents and other items required upon completion of the work, including a final request for payment, and the CO or COTR is satisfied that the work under the contract is complete and the contract has been fully performed, with the exception of continuing obligations thereunder, the CO or COTR shall issue to the Contractor a notice of final acceptance and make final payment as required by the contract.

**E.6 Site Data Provided by the Government**
E.6.1 Offerors may rely on the accuracy of site surveys, subsurface or physical site data and similar information provided by the Government concerning the location of existing utilities or structures, to the extent of the information shown or indicated therein. However, the Government does not warrant that such information is complete, or that such surveys or data reveal all of the conditions that may be encountered on the site. Offerors shall not rely upon any interpretation or opinion provided by the Government concerning such data or information unless such data is specifically incorporated into the Solicitation Documents or the proposed Contract Documents. Issuance of such information indicated as being "for information only" or identified with words of similar effect shall not be construed as incorporation into the Solicitation Documents or the proposed Contract Documents. It is the responsibility of the Offeror to determine whether any additional site investigation is required, and to make such investigations.

E.6.2 Information Obtained by Offeror: Before submitting a proposal, each Offeror shall, at its own expense, make or obtain any additional examinations, investigations, explorations, tests and studies, and obtain any additional information which the Offeror requires.

E.6.3 Notice of Errors or Discrepancies: Offerors shall promptly notify the issuing office of any apparent ambiguity, inconsistency or error in or among the Solicitation Documents, the proposed Contract Documents, site data provided by the Government, and the requirements of applicable laws, regulations or customs, which they discover as a result of their examination of such documents or upon examination of the project site. If necessary, the Government will issue Amendments to supplement the documents or correct any ambiguity, inconsistency or error found.

E.6.4 Explanation to Prospective Offerors: Any prospective Offeror desiring an explanation or interpretation of the Solicitation Documents or the proposed Contract Documents must request it in writing soon enough to allow a reply to reach all prospective Offerors before the submission of their Proposals. Oral explanations or instructions given before the award of the contract will not be binding. Any information given to a prospective Offeror concerning a solicitation will be furnished promptly to all other prospective Offerors as an Amendment of the solicitation, if that information is necessary in submitting Proposals or if the lack of it would be prejudicial to any other prospective Offerors.

**E.7 PRE-PROPOSAL PRE-CONSTRUCTION CONFERENCE**

E.7.1 The contractor will be given an opportunity to inspect the site of any proposed project, before being requested to submit a proposal.

**E.8 Quality Assurance**

E.8.1 The Contractor shall institute an appropriate inspection system including checklists of duties to be carried out, ensuring these duties are carried out by the supervisory staff and senior employees, and carrying out weekly inspections to determine whether the various services are being performed according to the contract requirements. Copies of the weekly inspection reports shall be provided to the COTR.

E.8.2. Any shortcomings and/or substandard conditions noted in such inspections shall be promptly corrected and improved; any conditions beyond the responsibility of the Contractor shall be brought to the attention of the Contracting Officer or COTR, for disposition.

E.8.3. Monthly Report: The Contractor shall render a monthly progress report, summing up observations resulting from the inspections, progress, difficulties or irregularities encountered, resolution of problems, measures taken to improved conditions, recommendations, and other matters related to this contract. This monthly report shall be submitted to the COTR, together with the Contractor's monthly invoice.

E.8.4. Inspection by Government: The services being performed hereunder and the supplies furnished therefor will be inspected from time to time by the COTR, or his/her authorized representatives, to determine that all work is being performed in a satisfactory manner, and that all supplies are of acceptable quality and standards.

E.8.5. The Contractor shall be responsible for any countermeasures or corrective action, within the scope of this contract, which may be required by the Contracting Officer as a result of such inspection.

**SECTION F**
**DELIVERIES OR PERFORMANCE**

**Clauses Incorporated by Reference**

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request, the contracting officer will make their full text available.

FAR SOURCE TITLE, DATE & REFERENCE

**F.1 52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)**
(Reference 11.404)

The blanks are completed as follows
(a) to be determined for each task order
(c) the end of the performance period as negotiated, agreed and identified on in block 11 of the Standard From 1442. The actual date form completion shall be identified in the Notice-To-Proceed.

**F.2 52.211-10 I COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)--ALTERNATE I (APR 1984)**
(Reference 11.404)

The blanks are completed as follows
(a) to be determined for each task order
(c) the end of the performance period as negotiated, agreed and identified on in block 11 of the Standard From 1442. The actual date form completion shall be identified in the Notice-To-Proceed.

**F.3 52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEPT 2000)**
(Reference 11.503)

The blanks are completed as follows
(a) to be determined

**F.4 52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (APR 1984)**
(Reference)

**F.5 52.211-13 TIME EXTENSIONS (SEPT 2000)**
(Reference 11.503)

**F.6 52.242-14 SUSPENSION OF WORK (APR 1984)**
(Reference 42.1305)

**F.7 52.211-16 VARIATION IN QUANTITY (APR 1984)**
(Reference 11.703)

**F.8 52.242-17 GOVERNMENT DELAY OF WORK (APR 1984)**
(Reference 42.1305)

**F.9 PERIOD OF CONTRACT**
The term of performance under the contract is negotiable. The performance period shall be agreed and identified in the contract prior to issuance.

**F.10 CONTRACTOR'S SUBMISSION OF CONSTRUCTION SCHEDULES**
F.10.1 The time for submission of the schedules referenced in Section I, 52.236-15, "Schedules for Construction Contracts", paragraph (a), is hereby modified to reflect the due date for submission as 10 calendar days after receipt of the Notice To Proceed.

F.10.2 These schedules shall include the time by which shop drawings, product data, samples and other submittals required by the contract will be submitted for approval.

F.10.3 The Contractor shall revise such schedules (1) to account for the actual progress of the work, (2) to reflect approved adjustments in the performance schedule, and (3) as required by the Contracting Officer to achieve coordination with work by the Government and any separate contractors employed by the Government. The Contractor shall submit a schedule, which sequences work so as to minimize disruption at the jobsite.

F.10.4 No extension of time shall be allowed on account of a delay by the Government in approving such deliverables if the Contractor has failed to act promptly and responsively in submitting its deliverables. Each deliverable shall be identified as required by the contract.

**F.11 ACCEPTANCE OF SCHEDULE**

When the Government has accepted any time schedule, it shall be binding upon the Contractor. The completion date is fixed and may be extended only by a written contract modification signed by the Contracting Officer. Acceptance or approval of any schedule or revision thereof by the Government shall not (1) extend the completion date or obligate the Government to do so, (2) constitute acceptance or approval of any delay, nor (3) excuse the Contractor from or relieve the Contractor of its obligation to maintain the progress of the work and achieve final completion by the established completion date.

**F.12 NOTICE OF DELAY**

In the event the Contractor receives a notice of any change in the work, or if any other conditions arise which are likely to cause or are actually causing delays which the Contractor believes may result in completion of the project after the completion date, the Contractor shall notify the Contracting Officer of the effect, if any, of such change or other conditions upon the approved schedule, and shall state in what respects, if any, the relevant schedule or the completion date should be revised. Such notice shall be given promptly, and not more than ten (10) days following the first occurrence of event giving rise to the delay or prospective delay. Revisions to the approved time schedule shall only be made with the approval of the Contracting Officer.

**F.13 WORKING HOURS**

F.13.1 All work shall be performed Monday through Friday from 7:30 am to 4:00 pm except U. S. and other times designated by the COTR.

**F.14 EXCUSABLE DELAYS**

The Contractor will be allowed time, not money, for excusable delays as defined in FAR 52.249-10, Default. Examples of such cases include (1) acts of God or of the public enemy, (2) acts of the United States Government in either its sovereign or contractual capacity, (3) acts of another contractor in the performance of a contract with the Government, (5)fires, (6) floods, (7) epidemics, (8) quarantine restrictions, (9) strikes, (10) freight embargoes, (11) delays in delivery of Government furnished equipment and (12) unusually severe weather. In each instance, the failure to perform must be beyond the control and without the fault or negligence of the Contractor, and the failure to perform furthermore (1) must be one that the Contractor could not have reasonably anticipated and taken adequate measures to protect against, (2) cannot be overcome by reasonable efforts to reschedule the work, and (3) directly and materially affects the date of final completion of the project.

**F.15 DELIVERABLES**

SECTION F
DELIVERIES OR PERFORMANCE

All deliverables will be in accordance with the schedule that is included as an attachment to this contract.

**F.16 NOTICE TO PROCEED**

F.16.1 Following receipt from the Contractor of any bonds or evidence of insurance within the time specified in Section H of this contract, and following acceptance of these documents by the Contracting Officer, the Contracting Officer will provide to the Contractor a Notice to Proceed. The Contractor must then prosecute the work required hereunder, commencing and completing performance not later than the time period established in the contract.

F.16.2 It is possible that the Contracting Officer may elect to issue the Notice to Proceed prior to receipt and acceptance of any bonds or evidence of insurance required hereunder. Issuance of a Notice to Proceed by the Government before receipt of the required bonds or insurance certificates or policies shall not be a waiver of the requirement to furnish these documents.

SECTION G
CONTRACT ADMINISTRATION DATA

G.1 652.228-70 INDEMNIFICATION (JULY 1988)

The Contractor expressly agrees to indemnify and to save the Government, its officers, agents, servants, and employees harmless from and against any claim, loss, damages, injury, and liability, however caused, resulting from or arising out of the Contractor's fault or negligence in connection with the performance of work under this contract. Further, any negligence or alleged negligence of the Government, its officers, agents, servants, or employees, shall not bar a claim for indemnification unless the act or omission of the Government, its officers, agents, servants, or employees is the sole competent, and producing cause of such claim, loss, damages, injury, or liability.
(End of clause)

G.2 AUTHORITY OF CONTRACTING OFFICER
All work shall be performed under the general direction of the Contracting Officer, who alone shall have the power to bind the Government and to exercise the rights, responsibilities, authorities and functions vested by the contract, except that the Contracting Officer and the Procurement Executive shall have the right to designate authorized representatives to act for the Contracting Officer, as specifically provided in the designation of that individual.

G.3 PAYMENT
G.3.1 General: The Contractor's attention is directed to Section I, 52.232-5, "Payments Under Fixed-Price Construction Contracts". The following subsections elaborate upon the information contained therein.

G.3.2 Detail of Payment Requests
Each application for payment, which shall be made no more frequently than monthly, unless otherwise provided herein, shall cover the value of labor and materials completed and in place, including a prorated portion of overhead and profit. Invoices shall be addressed to: <u>SEE G-4</u>

G.3.3 Payments to Subcontractors
The Contractor shall make timely payment from the proceeds of the progress or final payment for which request is being made, to his subcontractors and suppliers in accordance with the Contractor's contractual arrangements with them.

G.3.4 Evaluation by the Contracting Officer: Following receipt of the Contractor's request for payment, and on the basis of an inspection of the work, the CO or COTR shall make a determination as to the amount which, in his/her opinion, is then due. In the event the Contracting Officer does not approve payment of the full amount applied for, less the retainage addressed in 52.232-5, the Contracting Officer shall advise the Contractor of the reasons therefore.

G.3.5 Additional Withholding
Independently of monies retained by the Government under 52.232-5, or otherwise as permitted to be retained under this contract, the Government may withhold from payments due the Contractor any amounts as may be considered necessary to cover --
G.3.5.1 Wages or other amounts due the Contractor's employees on this project;
G.3.5.2 Wages or other amounts due employees of subcontractors on this project;
G.3.5.3 Amounts due suppliers of materials or equipment for this project; and
G.3.5.4 Any other amounts for which the Contractor may be held liable under this contract, including but not limited to the actual or prospective costs of correction of defective work and prospective liquidated damage when the Contractor has failed to make adequate progress. G.4.6 Payment In accordance with Federal Acquisition Regulation 32.908(b)(1) the 14 day period identified in FAR 52.232-27(a)(1)(i)(A) is hereby changed to 30 days.

SECTION G
CONTRACT ADMINISTRATION DATA

G-4 INVOICING

The Contractor's invoice shall be submitted to:

To: Minerals Management Service
Procurement Operations Branch
Mail Stop 2500
381 Elden Street
Herndon, Virginia 20170-4817

Direct invoices and invoice inquiries to Govworks.invoice@mms.gov or 703-787-1200. For contract questions: Contact Terrie L. Callahan (703)787-1344/Terrie.Callahan@mms.gov.

Invoices shall list the item delivered by reference to the appropriate submittal, item number, price, and actual delivery date. To constitute a proper invoice, the invoice must include the following information and/or attached documentation:

(1) Name, address and telephone number of the Contractor
(2) Date of invoice
(3) Contract number; also modification number, if applicable
(4) Description of the services rendered
(5) Accounting and Appropriation Data from Box 9 on SF-252, or Box 12 on SF-30 (Modification).
(6) Need unique Invoicing Number.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.1 BOND REQUIREMENTS**

H.1.1 Bonds Required The Contractor shall furnish (1) a performance and guaranty bond and a payment bond on forms provided by and from sureties acceptable to the Government, in the amount of 100% of the contract price for the performance bond and 50% of the contract price for the payment bond. The amount for all required bonds shall be based on the established contract price.

H.1.2 Time for Submission The Contractor shall provide the bonds required by paragraph H.1.1 above within thirty (30) calendar days of contract award. Failure to timely submit (1) the required bonds other security acceptable to the Government; (2) bonds from an acceptable surety; or (3) bonds in the required amount, may result in rescinding or termination of the contract by the Government. Should the contract be terminated, the contractor will be liable for those costs as described in FAR 52.249-10, "Default (Fixed-Price Construction), which is included in Section I of this contract.

H.1.3 Coverage The bonds or alternate performance security shall guarantee the Contractor's execution and completion of the work within the contract time and the correction of any defects after completion as required by this contract, the payment of all wages and other amounts payable by the Contractor under its subcontracts or for labor and materials, and the satisfaction or removal of any liens or encumbrances placed on the work.

H.1.4 Duration of Coverage The required performance and payment securities shall remain in effect in the full amount required until final acceptance of the project by the Government, at which time the penal sum of the performance security only shall be reduced to 10% of the contract price. The performance security shall remain in effect for one year after the date of final completion and acceptance, and the Contractor shall pay any premium required for the entire period of coverage. The requirement for payment security terminates at final acceptance.

**H.2 INSURANCE**

H.2.1 Amount of Insurance

H.2.1.1 The Contractor's attention is directed to Section I, 52.228-5, "Insurance - Work on a Government Installation". As required by this clause, the Contractor is required to provide whatever insurance is legally necessary. The Contractor, shall, at its own expense, provide and maintain during the entire performance period the following insurance amounts:

H.2.1.2 General Liability (includes premises/operations, collapse hazard, products, completed operations, contractual, independent contractors, broad form property damage, personal injury)

1. Bodily Injury on or off the site stated in US Dollars:

| | |
|---|---|
| Per Occurrence | $200,000 |
| Cumulative | $500,000 |

2. Property Damage on or off the site in US Dollars:

| | |
|---|---|
| Per Occurrence | $20,000 |
| Cumulative | $50,000 |

H.2.1.3 The Contractor agrees that the Government shall not be responsible for personal injuries or for damages to any property of the Contractor, its officers, agents, servants, and employees, or any other person, arising from and incident to the Contractor's performance of this contract. The Contractor shall hold harmless and indemnify the Government from any and all claims arising

therefore, except in the instance of gross negligence on the part of the Government.

H.2.1.4 The Contractor shall obtain adequate insurance for damage to, or theft of, materials and equipment in insurance coverage for loose transit to the site or in storage on or off the site.

H.2.1.5 Insurance-Related Disputes Failure to agree to any adjustment contemplated under this contract regarding insurance shall be a dispute within the meaning of the clause in Section I, 52.233-1, Alternate I, "Disputes". However, nothing in this clause shall excuse the Contractor from proceeding with the work, including the repair and/or replacement as herein above provided.

H.2.1.6 Time for Submission of Evidence of Insurance The Contractor shall provide evidence of the insurance required under this contract within ten (10) calendar days after contract award. Failure to timely submit this evidence, in a form acceptable to the Contracting Officer, may result in rescinding or termination of the contract by the Government.

H.3 DEFINITIONS

H.3.1 In addition to the definitions provided in Section I, FAR 52.202-1, the following definitions shall apply when used in connection with this contract:

H.3.2 Contract Drawings or Drawings, where indicated by the context, means those drawings specifically listed in the executed construction contract or as later incorporated into the contract by contract modification or change order.

H.3.3 Day means a calendar day unless otherwise specifically indicated.

H.3.4 Material means all materials, fixtures and other articles incorporated in, or which are intended to remain with, the project.

H.3.5 Notice to Proceed means a written notice to the Contractor from the Contracting Officer authorizing the Contractor to incur obligations and proceed with the work under the contract as of a date set forth in the Notice.

H.3.6 Other Submittals includes progress schedules, setting drawings, testing and inspection reports, and other information required by the contract to be submitted by the Contractor for information or approval by the Government.

H.3.7 Project Data includes standard drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the Contractor to explain in detail specific portions of the work required by the contract.

H.3.8 Samples are physical examples, which illustrate materials, equipment or workmanship and establish standards by which the work will be judged.

H.3.9 Schedule of Defects means the list of items, prepared in connection with substantial completion of the work or early occupancy or utilization of a portion thereof, which the Contracting Officer has designated as remaining to be performed, completed or corrected before the work will be accepted by the Government.

H.3.10 Separate Contractor means a contractor, other than the Contractor or any of its subcontractors, to whom the Government has awarded a contact for construction of a portion of the project.

H.3.11 Work means any and all permanent construction, which is intended to be incorporated into the finished project and required to be performed or otherwise

provided by the Contractor under this contract, unless otherwise indicated by the context.

**H.4 OWNERSHIP AND USE OF DOCUMENTS**

H.4.1 Ownership and Use of Drawings, Specifications and Models

H.4.1.1 Ownership. All specifications, drawings, and copies thereof, and models, are the property of the Government.

H.4.1.2 Use and Return. Unless otherwise provided in the contract, the documents described in (a) above are not to be used by other than the Contractor on other work and, with the exception of the signed contractor set, additional copies thereof provided to or made by the Contractor are to be returned or suitably accounted for by the Contractor upon final completion of the work.

H.4.2 Supplemental Documents The Contracting Officer shall furnish from time to time such detailed drawings and other information as is considered necessary, in the opinion of the Contracting Officer, to interpret, clarify, supplement, or correct inconsistencies, errors or omissions in the Contract documents, or to describe minor changes in the work not involving an increase in the contract price or extension of the contract time. The Contractor shall comply with the requirements of the supplemental documents, and unless prompt objection is made by the Contractor within 20 days, their issuance shall not provide for any claim for an increase in the Contract price or an extension of contract time.

H.4.3 Record Documents The Contractor shall maintain at the project site a current marked set of Contract drawings and specifications indicating all interpretations and clarification, contract modifications, change orders, or any other departure from the contract requirements approved by the Contracting Officer, and a complete set of record shop drawings, product data, samples and other submittals as approved by the Contracting Officer.

H.4.4 "As-Built" Documents After final completion of the work, but before final acceptance thereof, the Contractor shall provide complete sets of "as-built" drawings, based upon the record set of drawings, marked to show the details of construction as actually accomplished, and record shop drawings and other submittals, in the number and form as required by the specifications.

**H.5 GOVERNING LAW**

The laws of the United States thereof shall govern the contract and the interpretation.

**H.6 LAWS AND REGULATIONS**

H.6.1. The Contractor shall, without additional expense to the Government, be responsible for complying with all laws, codes, ordinances, and regulations applicable to the performance of the work and with the lawful orders of any governmental authority having jurisdiction. Unless otherwise directed by the Contracting Officer, the Contractor shall comply with the more stringent of the requirements of such laws, regulations and orders and of the contract. In the event of a conflict among the contract and such laws, regulations and orders, the Contractor shall promptly advise the Contracting Officer of the conflict and of the Contractor's proposed course of action for resolution by the Contracting Officer.

H.6.2. Labor, Health and Safety Laws and Customs The Contractor shall comply with all labor laws, regulations, customs and practices pertaining to labor, safety, and similar matters, to the extent that such compliance is not inconsistent with the requirements of this contract.

H.6.3. Subcontractors The Contractor shall give written assurance to the Contracting Officer that all subcontractors and others performing work on or for the project have obtained all requisite licenses and permits.

H.6.4. Evidence of Compliance Proper documentation and evidence satisfactory to the Contracting Officer of compliance with this clause shall be submitted by the Contractor at such times as directed by the Contracting Officer.

**H.7 RESPONSIBILITY OF CONTRACTOR**

H.7.1 Damage to Persons or Property The Contractor shall be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence, and shall take proper safety and health precautions to protect the work, the workers, the public, and the property of others.

H.7.2 Responsibility for Work Performed The Contractor shall be responsible for all materials delivered and work performed until final completion and acceptance of the entire work, except for any completed unit of work which may have been accepted in writing under the contract.

H.7.3 Responsibility of the Contractor It is the responsibility of the Prime Contractor to review and approve all submittals initiated by their respective subcontractors. Any submittal received by the Government for review and approval that has not been first reviewed and approved by the Prime Contractor may be summarily rejected without discussion.

**H.8 CONSTRUCTION OPERATIONS**

H.8.1 Operations and Storage Areas

H.8.1.1 Confinement to Authorized Areas. The Contractor shall confine all operations (including storage of materials) on Government premises to areas authorized or approved by the Contracting Officer.

H.8.1.2 Vehicular Access. The Contractor shall, and in accordance with any regulations prescribed by the Contracting Officer, use only established site entrances and roadways.

H.8.2 Use Of Premises

H.8.2.1 Occupied Premises. If the premises are occupied, the Contractor, its subcontractors, and their employees shall comply with the regulations promulgated by the Government governing access to, operation of, and conduct while in or on the premises and shall perform the work required under this contract in such a manner as not to unreasonably interrupt or interfere with the conduct of Government business.

H.8.2.2 Requests from occupants. Any request received by the Contractor from occupants of existing buildings to change the sequence of work shall be referred to the Contracting Officer for determination.

H.8.2.3 Access limited. The Contractor, its subcontractors and their employees shall not have access to or be admitted into any building or portion of the site outside the areas designated in this contract except WHEN APPROVED BY THE Contracting Officer.

**H.9 TEMPORARY FACILITIES AND SERVICES**

Temporary buildings (e.g., storage sheds, shops, offices) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor, the cost of which is included in the contract price. The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work.

SECTION H
SPECIAL CONTRACT REQUIREMENTS

**H.10 SAFETY - Accident Prevention**

H.11.1 General. The Contractor shall provide and maintain work environments and procedures which will (1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities; (2) avoid interruptions of Government operations and delays in project completion dates; and (3) control costs in the performance of this contract. For these purposes, the Contractor shall--

H.10.1.1 Provide appropriate safety barricades, signs and signal lights;

H.10.1.2 Comply with the standards issued by any government authority having jurisdiction over occupational health and safety issues; and

H.10.1.3 Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for this purpose are taken.

H.10.1.4 Safety Manager. (a) The contractor shall designate a safety manager for this contract. The safety manager shall be responsible for coordination of safety procedures, and monitoring of those aspects of the work that pose the greatest safety risks. (b) If, during the performance of this contract, the contractor encounters hazardous materials (including asbestos-containing materials, etc), the contractor shall immediately report the situation to the COTR.)"]

H.10.1.5 Records. The Contractor shall maintain an accurate record of exposure data on all accidents incident to work performed under this contract resulting in death, traumatic injury, occupational disease, or damage to or theft or loss of property, materials, supplies, or equipment. The Contractor shall report this data in the manner prescribed by the Contracting Officer.

H.10.1.6 Subcontracts. The Contractor shall be responsible for its subcontractors' compliance with this clause.

H.10.1.7 Written Program. Before commencing the work, the Contractor shall-

H.10.1.7.1 Submit a written proposal for implementing this clause; and
H.10.1.7.2 Meet with the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program.

H.10.1.8 The Contracting Officer shall notify the Contractor of any non-compliance with these requirements and the corrective actions required. This notice, when delivered to the Contractor or the Contractor's representative at site, shall be deemed sufficient notice of the non-compliance and corrective action required. After receiving the notice, the Contractor shall immediately take correction action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order suspending all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any suspension of work issued under this clause.

**H.11 SUBCONTRACTORS AND SUPPLIERS**

H.11.1 Claims and Encumbrances The Contractor shall satisfy as due all lawful claims of any persons or entities employed by the Contractor, including subcontractors, material, men, and laborers, for all labor performed and materials furnished under this contract, including the applicable warranty or correction period, unless the Government shall be directly liable therefor by contract. The Contractor shall not at any time permit any lien, attachment, or other encumbrance to be entered against or to remain on the building(s), or the

premises, whether public or private, or any portion thereof, as a result of nonperformance of any part of this contract. H.17.2 Approval of Subcontractors

H.11.2.1 Review and approval. The Government reserves the right to review proposed subcontractors for a period of five (5) calendar days before providing notice of approval or rejection of any or all subcontractors.

H.11.2.2 Rejection of subcontractors. The Government reserves the right to reject any or all subcontractors proposed if their participation in the project, as determined by the Contracting Officer, may cause damage to the national security interests of the United States. The Contractor agrees to promptly replace any subcontractor rejected by the Government under this clause.

**H.12 CONSTRUCTION PERSONNEL**

H.12.1 Removal of Personnel The Contractor shall maintain discipline at the site and at all times take all reasonable precautions to prevent any unlawful, riotous or disorderly conduct by or amongst those employed at the site and for the preservation of peace and protection of persons and property in the neighborhood of the project against the same. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee that the Contracting Officer deems incompetent, careless, insubordinate or otherwise objectionable, or whose continued employment on the project is deemed by the Contracting Officer to be contrary to the Government's interests.

H.12.2 Notice to the Government of Labor Disputes If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.

H.12.3 Construction Personnel Security

H.12.3.1 After award of the contract, the Contractor has ten calendar days to submit to the Contracting Officer a list of workers and supervisors assigned to this project for the Government to conduct all necessary security requirements. For each individual the list shall include:

Full Name
Place and Date of Birth
Current Address
Social Security Number

H.12.3.2 Failure to provide any of the above information may be considered grounds for rejections and/or resubmittal of the application. Once the Government has completed the security screening and approved the applicants a badge will be provided to the individual for access to the site. This badge may be revoked at any time due to the falsification of data, or misconduct on site.

**H.13 MATERIALS AND EQUIPMENT**

H.13.1 Selection and Approval of Materials

H.13.1.1 Standard of quality. All materials and equipment incorporated into the work shall be new and for the purpose intended, unless otherwise specified, and all workmanship shall be of good quality and performed in a skillful manner as determined by the Contracting Officer.

H.13.1.2 Selection by Contractor. Where the contract permits the Contractor to select products, materials or equipment to be incorporated in the work, or where specific approval is otherwise required by the contract, the Contractor shall furnish to the Contracting Officer, for approval, the names of the manufacturer, model number, and source of procurement of each such product, material or equipment, together with other pertinent information concerning the nature, appearance, dimensions, performance, capacity, and rating thereof, unless

otherwise required by the Contracting Officer. Such information shall be provided in a sufficiently timely manner to permit evaluation by the Government against the requirements of the contract. In order to ensure a timely review the Contractor shall provide a submittal register ten days after contract award showing when shop drawings, samples, or submittals shall be made. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Installation or use of any products, materials or equipment without the required approval shall be at the risk of subsequent rejection.

H.13.1.3 Custody of Materials The Contractor shall be responsible for the custody of all materials received for incorporation into the project, including Government furnished materials, upon delivery to the Contractor or to any person for whom it is responsible, including subcontractors. The Contractor shall deliver all such items to the site as soon as practicable. If required by the Contracting Officer, the Contractor shall clearly mark in a manner directed by the Contracting Officer all items of which the Contractor has custody but which have not been delivered or secured at the site, clearly indicating the use of such items for this U.S. Government project.

H.13.1.4 Basis of Contract Price The contract price is based on the use of the materials, products and equipment specified in the contract, except for substitutions or "Or-Equal" items proposed by the Contractor which have been specifically approved by the Government at the time of execution of the contract. Any substitution approved by the Government after execution of the contract shall be subject to an appropriate adjustment of the contract price.

H.13.1.5 Substitutions

H.13.1.5.1 Prior approval required. Before substitutions (1) proposed by the Contractor but not yet approved at the time of execution of the contract, or (2) proposed by the Contractor after execution of the contract may be used in the project, the Contractor must receive approval in writing from the Contracting Officer. Any substitution request must be accompanied by sufficient information to permit evaluation by the Government, including but not limited to the reasons for the proposed substitution and data concerning the design, appearance, performance, composition, and relative cost of the proposed substitute. Requests for substitutions must be made in a timely manner to permit adequate evaluation by the Government. If, in the Contracting Officer's opinion, the use of such substitute items is not in the best interests of the Government, the Contractor must obtain the items originally specified with no adjustment in the contract price or completion date.

H.13.1.5.2 Approval through shop drawings. The Contractor may propose substitutions of materials in the submittal of shop drawings, provided such substitution is specifically requested in writing in the transmittal of the shop drawings to the Contracting Officer. Such substitution requests must be made in a timely manner and supported by the required information.

H.13.1.5.3 Final approval on delivery. Acceptance or approval of proposed substitutions under the contract are conditioned upon approval of items delivered at the site or approval by sample. Approval by sample shall not limit the Government's right to reject material after delivery to the site if the material does not conform to the approved sample in all material respects.

H.13.2 "Or-Equal Clause" References in the Specifications/Statement of Work to materials, products or equipment by trade name, make, or catalog number, or to specific processes, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may propose for approval or rejection by the Contracting Officer the substitution of any material, product, equipment or process that the Contractor believes to be equal

to or better than that named in the Specifications/Statement of Work, unless otherwise specifically provided in this contract.

H.13.3 Use and Testing of Samples

H.13.3.1 Use. Approved samples not destroyed in testing will be sent to the Contracting Officer. Those which are in good condition will be marked for identification and may be used in the work. Materials and equipment incorporated in the work shall match the approved samples within any specified tolerances. Other samples not destroyed in testing or not approved will be returned to the Contractor at its expense if so requested.

H.13.3.2 Failure of Samples. Failure of any material to pass the specified tests will be sufficient cause for refusal to consider, under this contract, any further samples of the same brand or make of that material or equipment which previously has proved unsatisfactory in service.

H.13.3.3 Taking and testing of samples. Samples of various materials or equipment delivered on the site or in place may be taken by the Contracting Officer for additional testing by the Government outside of those required by the Contract documents. Samples failing to meet contract requirements will automatically void previous approvals of the items tested. The Contractor shall replace such materials or equipment found not to have met contract requirements, unless the Contracting Officer determines it to be in the Government's interest to accept the non conforming materials or equipment with an appropriate adjustment of the Contract price as determined by the Contracting Officer.

H.13.3.4 Cost of additional testing by the Government. Unless otherwise specified, when additional tests are made, only one test of each sample proposed for use will be made at the expense of the Government. Samples which do not meet contract required will be rejected. Further testing of additional samples, if required, will be made at the expense of the Contractor.

**H.14 SPECIAL WARRANTIES**

H.14.1 Special Warranty Obligations Any special warranties that may be required under the contract shall be subject to the stipulations set forth in Section I, 52.246-21, "Warranty of Construction", insofar as they do not conflict with the provisions of such special warranties.

H.14.2 Warranty Information The Contractor shall obtain and furnish to the Government all information which is required in order to make any subcontractor's, manufacturer's, or supplier's guarantee or warranty legally binding and effective, and shall submit both the information and the guarantee or warranty to the Government in sufficient time to permit the Government to meet any time limit requirements specified in the guarantee or warranty, but not later than completion and acceptance of all work under this contract.

**H.15 EQUITABLE ADJUSTMENTS**

H.15.1 Basis for Equitable Adjustments Any circumstance for which the contract provides an equitable adjustment, that causes a change within the meaning of paragraph (a) of the "Changes" clause shall be treated as a change under that clause; provided, that the Contractor gives the Contracting Officer prompt written notice within a limit of 20 days stating (a) the date, circumstances, and applicable contract clause authorizing an equitable adjustment and (b) that the Contractor regards the event as a changed condition for which an equitable adjustment is allowed under the contract.

H.15.2 Differing Site Condition Notice The Contractor shall provide written notice of a differing site condition within 10 calendar days of occurrence in accordance with additional information provided in FAR 52.236-2, Differing Site Condition.

H.15.3 Documentation of Proposals for Equitable Adjustments

H.15.3.1 Itemization of proposals and requests. Any request for equitable adjustment in the contract price, including any change proposal submitted in accordance with the "Changes" clause, shall be submitted in the form of a lump sum proposal supported with an itemized breakdown of all increases and decreases in the contract price in at least the detail required by the Contracting Officer, and shall include all costs and delays related to or arising out of the change or event giving rise to the proposed adjustment, including any delay damages and additional overhead costs.

H.15.3.2 Proposed time adjustments. The Contractor shall submit with any request for an equitable adjustment or change proposal a proposed time extension (if applicable), and shall include sufficient information to demonstrate whether and to what extent the change will delay the contract in its entirety.

H.15.3.3 Release by Contractor. The price and time adjustment made in any contract modification issued as a result of a change proposal or request for an equitable adjustment shall be considered to account for all items affected by the change or other circumstances giving rise to an equitable adjustment. Upon the issuance of such contract modification, the Government shall be released from any and all liability under this contract for further equitable adjustments attributable to the facts and circumstances giving rise to the change proposal or request for equitable adjustment.

**H.16 ZONING APPROVALS AND BUILDING PERMITS**

The Government shall be responsible for obtaining proper zoning or other land use control approval for the project, for obtaining the approval of the Contracting Drawings and Specifications, for paying fees due for the foregoing, and for obtaining and paying for the initial building permits.

**H.17 ASSIGNMENT**

The Contractor shall not assign the contract or any part thereof without the written consent of the Contracting Officer, nor shall the Contractor assign any moneys or other benefits due or to become due to him hereunder, without the previous written consent of the Contracting Officer.

**H.18 REVIEW OF DOCUMENTS**

H.18.1. Each Offeror is responsible for:

H.18.1.1. Thoroughly examining the Solicitation Documents and the proposed Contract Documents and understanding the requirements thereof.

H.18.1.2. Visiting the project site and verifying all pertinent site conditions.

H.18.1.3. Familiarizing itself with all codes, standards and other documents referenced in the proposed Contract Documents.

H.19.1.4. Ascertaining the availability of all materials and equipment necessary to produce the work required by the proposed Contract Documents, of sufficient skilled labor to perform the work, and of the availability of transportation to the site.

**H.19 SAFEGUARDING OF INFORMATION**

The Contractor and its employees shall exercise utmost discretion in regard to all matters relating to their duties and functions. They shall not communicate to any person any information known to them by reason of their performance of services under this contract which has not been made public, except to the extent necessary to perform their required duties in the performance of the

contract requirements or as provided by written authorization of the Contracting Officer. All documents and records (including photographs) generated during the performance of work under this contract shall be for sole use of and shall become the exclusive property of the U.S. Government. No article, book, pamphlet, recording, broadcast, speech, television appearance, film or photograph concerning any aspect of the work performed under this contract shall be published or disseminated through any media without the prior written authorization of the Contracting Officer. These obligations do not cease upon the expiration or termination of this contract. The Contract shall include the substance of this provision in all subcontracts hereunder

**H.20 REQUIREMENT FOR SHOP DRAWINGS.**

As defined at contract clause 52.236-21, Specifications And Drawings For Construction (FEB 1997), shop drawings are required under this contract.

SECTION I
Contract Clauses

**Clauses Incorporated by Reference**

This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request, the contracting officer will make their full text available.

FAR SOURCE TITLE, DATE & REFERENCE

I.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): ________

The blanks are completed as follows
http://.arnet.gov/
http://farsite.hill/af.mil/

(End of clause)

I.2 52.202-1 DEFINITIONS (DEC 2001)
(Reference 2.201)

I.3 52.202-1 I DEFINITIONS (MAY 2001)--ALTERNATE I (MAY 2001)
(Reference 2.201)

I.4 52.203-3 GRATUITIES (APR 1984)
(Reference 3.202)

I.5 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)
(Reference 3.404)

I.6 52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995)
(Reference 3.503-2)

I.7 52.203-7 ANTI-KICKBACK PROCEDURES (JUL 1995)
(Reference 3.502-3)

I.8 52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)
(Reference 3.104-9)

I.9 52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)
(Reference 3.104-9)

I.10 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)
(Reference 3.808)

I.11 52.204-2 II SECURITY REQUIREMENTS (AUG 1996)--ALTERNATE II (APR 1984)
(Reference 4.404)

I.12 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000)
(Reference 4.303)

I.13 52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)

SECTION I
Contract Clauses

(Reference 9.409)

I.14 52.215-2 AUDIT AND RECORDS--NEGOTIATION (JUNE 1999)
(Reference 15.209)

I.15 52.215-8 ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (OCT 1997)
(Reference 15.209)

I.16 52.215-10 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (OCT 1997)
(Reference 15.408)

I.17 52.215-11 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (OCT 1997)
(Reference 15.408)

I.18 52.215-12 SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)
(Reference 15.408)

I.19 52.215-13 SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS (OCT 1997)
(Reference 15.408)

I.20 52.215-15 PENSION ADJUSTMENTS AND ASSET REVERSIONS (DEC 1998)
(Reference 15.408)

I.21 52.215-18 REVERSION OR ADJUSTMENT OF PLANS FOR POST-RETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (OCT 1997)
(Reference 15.408)

I.22 52.217-2 CANCELLATION UNDER MULTIYEAR CONTRACTS (OCT 1997)
(Reference 17.109)

I.23 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996)
(Reference 19.508)

I.24 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000)
(Reference 19.708)

I.25 52.219-11 SPECIAL 8(a) CONTRACT CONDITIONS (FEB 1990)

I.26 52.219-14 LIMITATIONS ON SUBCONTRACTING (DEC 1996)
(Reference 19.811-3)

I.27 52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)
(Reference 22.103-5)

I.28 52.222-3 CONVICT LABOR (AUG 1996)
(Reference 22.202)

I.29 52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (SEPT 2000)
(Reference 22.305)

I.30 52.222-6 DAVIS-BACON ACT (FEB 1995)
(Reference 22.407)

I.31 52.222-7 WITHHOLDING OF FUNDS (FEB 1988)
(Reference 22.407)

I.32 52.222-8 PAYROLLS AND BASIC RECORDS (FEB 1988)
(Reference 22.407)

SECTION I
Contract Clauses

I.33 52.222-9 APPRENTICES AND TRAINEES (FEB 1988)
(Reference 22.407)

I.34 52.222-10 COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)
(Reference 22.407)

I.35 52.222-11 SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)
(Reference 22.407)

I.36 52.222-12 CONTRACT TERMINATION - DEBAREMENT (FEB 1988)
(Reference 22.407)

I.37 52.222-13 COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988) (Reference 22.407)

I.38 52.222-14 DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)
(Reference 22.407)

I.39 52.222-15 CERTIFICTION OF ELIGIBILITY (FEB 1988)
(Reference 22.407)

I.40 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)
(Reference 22.810)

I.41 52.222-26 EQUAL OPPORTUNITY (APR 2002)
(Reference 22.810)

I.42 52.222-27 AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999)
(Reference 22.810)

I.43 52.222-29 NOTIFICATION OF VISA DENIAL (FEB 1999)
(Reference 22.810)

I.44 52.222-35 AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (Dec 2001)
(Reference 22.1308)

I.45 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)
(Reference 22.1408)

I.46 52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (DEC 2001)
(Reference 22.1308)

I.46A 52.222-38 Compliance With Veterans' Employment Reporting Requirements (Dec 2001)
(Reference 22.1310)

I.47 52.223-3 HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)
(Reference 23.303)

I.48 52.223-3 I HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)-- ALTERNATE I (JUL 1995)
(Reference 23.303)

I.49 52.223-5 POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)
(Reference 23.1005)

SECTION I
Contract Clauses

I.50 52.223-6 DRUG-FREE WORKPLACE (Mar 2001)
(Reference 23.505)

I.51 52.223-14 TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

I.52 52.224-1 PRIVACY ACT NOTIFICATION (APR 1984)
(Reference 24.104)

I.53 52.224-2 PRIVACY ACT (APR 1984)
(Reference 24.104)

I.54 52.225-13 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JULY 2000)
(Reference 25.1103)

I.55 52.225-14 INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT (FEB 2000)
(Reference 25.1103)

I.56 52.225-16 SANCTIONED EUROPEAN UNION COUNTRY SERVICES (FEB 2000)
(Reference 25.1103)

I.57 52.226-1 UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES (JUN 2000) (Reference 26.104)

I.58 52.227-1 AUTHORIZATION AND CONSENT (JUL 1995)
(Reference 27.201-2)

I.59 52.227-4 PATENT INDEMNITY--CONSTRUCTION CONTRACTS (APR 1984)
(Reference 27.203-5)

I.60 52.227-17 RIGHTS IN DATA--SPECIAL WORKS (JUN 1987)
(Reference 27.409)

I.61 52.228-3 WORKERS' COMPENSATION INSURANCE (DEFENSE BASE ACT) (APR 1984)
(Reference 28.309)

I.62 52.228-5 INSURANCE--WORK ON A GOVERNMENT INSTALLATION (JAN 1997)
(Reference 28.310)

I.63 52.228-11 PLEDGES OF ASSETS (FEB 1992)
(Reference 28.203-6)

I.64 52.228-14 IRREVOCABLE LETTER OF CREDIT (DEC 1999)
(Reference 28.102-3)

I.65 52.228-15 PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (JULY 2000)
(Reference 28.102-3)

I.66 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)
(Reference 29.401-3)

I.67 52.230-2 COST ACCOUNTING STANDARDS (APR 1998)
(Reference 30.201-4)

I.68 52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (APR 1998)
(Reference 30.201-4)

I.69 52.230-5 COST ACCOUNTING STANDARDS--EDUCATIONAL INSTITUTION (APR 1998)
(Reference 30.201-4)

SECTION I
Contract Clauses

I.70 52.230-6 ADMINISTRATION OF COST ACCOUNTING STANDARDS (NOV 1999)
(Reference 30.201-4)

I.71 52.232-1 PAYMENTS (APR 1984)
(Reference 32.111)

I.72 52.232-5 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (SEP 2002)
(Reference 32.111)

I.73 52.232-11 EXTRAS (APR 1984)
(Reference 32.111)

I.74 52.232-16 PROGRESS PAYMENTS (DEC 2002)
(Reference 32.502-4)

I.75 52.232-16 I PROGRESS PAYMENTS (MAR 2000)--ALTERNATE I (MAR 2000)
(Reference 32.502-4)

I.76 52.232-17 INTEREST (JUNE 1996)
(Reference 32.617)

I.77 52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)
(Reference 32.806)

I.78 52.232-25 PROMPT PAYMENT (FEB 2002)
(Reference 32.908)

I.79 52.232-27 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (FEB 2002)
(Reference 32.908)

I.80 52.232-33 PAYMENT BY ELECTRONIC FUNDS TRANSFER--CENTRAL CONTRACTOR REGISTRATION (MAY 1999)
(Reference 32.1110)

I.81 52.232-35 DESIGNATION OF OFFICE FOR GOVERNMENT RECEIPT OF ELECTRONIC FUNDS TRANSFER INFORMATION (MAY 1999)
(Reference 32.1110)

I.82 52.233-1 DISPUTES (JUL 2002)
(Reference 33.215)

I.83 52.233-3 PROTEST AFTER AWARD (AUG 1996)
(Reference 33.106)

I.84 52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)
(Reference 36.501)
The blanks are completed as follows
15 PERCENT

I.85 52.236-2 DIFFERING SITE CONDITIONS (APR 1984)
(Reference 36.502)

I.86 52.236-3 SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)
(Reference 36.503)

I.87 52.236-5 MATERIAL AND WORKMANSHIP (APR 1984)
(Reference 36.505)

I.88 52.236-6 SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)
(Reference 36.506)

SECTION I
Contract Clauses

I.89 52.236-7 PERMITS AND RESPONSIBILITIES (NOV 1991)
(Reference 36.507)

I.90 52.236-8 OTHER CONTRACTS (APR 1984)
(Reference 36.508)

I.91 52.236-9 PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)
(Reference 36.509)

I.92 52.236-10 OPERATIONS AND STORAGE AREAS (APR 1984)
(Reference 36.510)

I.93 52.236-11 USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)
(Reference 36.511)

I.94 52.236-12 CLEANING UP (APR 1984)
(Reference 36.512)

I.95 52.236-13 ACCIDENT PREVENTION (NOV 1991)
(Reference 36.513)

I.96 52.236-13 I ACCIDENT PREVENTION (NOV 1991)--ALTERNATE I (NOV 1991)
(Reference 36.513)

I.97 52.236-14 AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)
(Reference 36.514)

I.98 52.236-15 SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)
(Reference 36.515)

I.99 52.236-17 LAYOUT OF WORK (APR 1984)
(Reference 36.517)

I.100 52.236-21 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)
(Reference 36.521)

I.101 52.236-21 I SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)--ALTERNATE I (APR 1984)
(Reference 36.521)

I.102 52.242-13 BANKRUPTCY (JUL 1995)
(Reference 42.903)

I.103 52.243-3 CHANGES-TIME-AND-MATERIALS OR LABOR-HOURS (SEP 2000)
(Reference 43.205)

I.104 52.243-4 CHANGES (AUG 1987)
(Reference 43.205)

I.105 52.243-5 CHANGES AND CHANGED CONDITIONS (APR 1984)
(Reference 43.205)

I.106 52.244-2 SUBCONTRACTS (AUG 1998)
(Reference 44.204)

I.107 52.245-1 PROPERTY RECORDS (APR 1984)
(Reference 45.106)

I.108 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS)
(Reference 45.106)

SECTION I
Contract Clauses

I.109 52.246-2 INSPECTION OF SUPPLIES-FIXED-PRICE (AUG 1996)
(Reference 46.302)

I.110 52.246-21 WARRANTY OF CONSTRUCTION (APR 1984)
(Reference 46.710)

I.111 52.246-21 I WARRANTY OF CONSTRUCTION (MAR 1994)--ALTERNATE I (APR 1984)
(Reference 46.710)

I.112 52.248-3 VALUE ENGINEERING--CONSTRUCTION (FEB 2000)
(Reference 48.202)

I.113 52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996)
(Reference 49.502)

I.114 52.249-2 I TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996)-- ALTERNATE I (SEP 1996)
(Reference 49.502)

I.115 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICES) (APR 1984)
(Reference 49.504)

I.116 52.249-10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)
(Reference 49.504)

I.117 52.249-12 TERMINATION (PERSONAL SERVICES) (APR 1984)
(Reference 49.505)

I.118 52.251-1 GOVERNMENT SUPPLY SOURCES (APR 1984)
(Reference 51.107)

I.119 52.253-1 COMPUTER GENERATED FORMS (JAN 1991)
(Reference 53-111)

I.120 52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:
(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.
(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.
(b) The Contractor shall--
(1) Maintain current, accurate, and complete inventory records of assets and their costs;
(2) Provide the ACO or designated representative ready access to the records upon request;
(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and
(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.
(c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

(End of clause)

I.121 52.215-21 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If--

(1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price for the modification. Such information may include--

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the Contractor is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The Contractor shall submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

(2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of clause)

I.122 52.215-21 I **REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCT 1997)--ALTERNATE II (OCT 1997)**

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If--

(1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price for the modification. Such information may include--

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books,

records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b)(1) The Contractor shall submit cost or pricing data and supporting attachments prepared in the following format:

(2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of clause)

**I.123 52.219-17 Section 8(a) Award. Section 8(a) Award (DEC 1996)**

(a) By execution of a contract, the Small Business Administration (SBA) agrees to the following:

(1) To furnish the supplies or services set forth in the contract according to the specifications and the terms and conditions by subcontracting with the Offeror who has been determined an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).

(2) Except for novation agreements and advance payments, delegates to the Department of Interior the responsibility for administering the contract with complete authority to take any action on behalf of the Government under the terms and conditions of the contract; provided, however that the contracting agency shall give advance notice to the SBA before it issues a final notice terminating the right of the subcontractor to proceed with further performance, either in whole or in part, under the contract.

(3) That payments to be made under the contract will be made directly to the subcontractor by the contracting activity.

(4) To notify the Department of Interior Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

(5) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the cognizant Contracting Officer under the "Disputes" clause of the subcontract.

(b) The offeror/subcontractor agrees and acknowledges that it will, for and on behalf of the SBA, fulfill and perform all of the requirements of the contract.

(c) The offeror/subcontractor agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the cognizant Contracting Officer of the Department of Interior.

(End of clause)

**I.124 52.223-11 OZONE-DEPLETING SUBSTANCES (MAR 2001)**

(a) Definition. "Ozone-depleting substance," as used in this clause, means any substance the Environmental Protection Agency designates in 40 CFR part 82 as--

(1) Class I, including, but not limited to, chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or

(2) Class II, including, but not limited to, hydrochlorofluorocarbons.

(b) The Contractor shall label products which contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j (b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows:

"WARNING: Contains (or manufactured with, if applicable) ___________*__________, a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere."

*The Contractor shall insert the name of the substance(s).

(End of clause)

SECTION I
Contract Clauses

I.125 52.225-9 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIALS (MAY 2002)

(a) Definitions. As used in this clause--

"Component" means an article, material, or supply incorporated directly into construction material.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) Domestic preference. (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government.

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent.

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or

manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act or Balance of Payments Program. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is non-compliant with the Buy American Act or Balance of Payments Program.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting the data based on the survey of suppliers:

FOREIGN AND DOMESTIC CONSTRUCTION MATERIALS PRICE COMPARISON

| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
|---|---|---|---|
| Item 1: | | | |
| Foreign construction material | ______ | ______ | ______ |
| Domestic construction material | ______ | ______ | ______ |
| Item 2: | | | |
| Foreign construction material | ______ | ______ | ______ |
| Domestic construction material | ______ | ______ | ______ |

[List name, address, telephone number, and contact for suppliers surveyed. Attach one copy of response; if oral, attach summary.] [Include other applicable supporting information.] [* Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).]

(End of clause)

SECTION J
List of Attachments

Attachment 1: Price per Labor Hour for Job Titles.

SECTION K
Representations, Certifications, and other Statements of Offerors or Respondents

## K.1. CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS - FAR 52.203-11 (APR 1991)

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989--

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for such failure.

(End of provision)

## K.2. TAXPAYER IDENTIFICATION - FAR 52.204-3 (OCT 1998)

(a) Definitions.

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

SECTION K
Representations, Certifications, and other Statements of Offerors or Respondents

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision in order to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under this contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

X TIN: 920173005.

☐ TIN has been applied for.

☐ TIN is not required because:

☐ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ Offeror is an agency or instrumentality of a foreign government;

☐ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

☐ Sole proprietorship;

☐ Partnership;

☐ Corporate entity (not tax exempt);

☐ Corporate entity (tax exempt);

☐ Government entity (Federal, State or local);

☐ Foreign government;

☐ International organization per 26 CFR 1.6049-4;

X Other Limited Liability Corporation.

(f) Common Parent.

X Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.

☐ Name and TIN of common parent:

Name ____________

TIN ____________

(End of provision)

**K.3. WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS)- (MAY 1999) FAR 52.204-5**

(a) *Definition.* "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) *Representation.* [*Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.*] The offeror represents that it is a women-owned business concern.

**K.4. CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS - FAR 52.209-5 (DEC 2001)**

SECTION K
Representations, Certifications, and other Statements of Offerors or Respondents

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that--
(i) The Offeror and/or any of its Principals--
(A) Are ☐, are not X presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
(B) Have ☐, have not X, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ☐, are not X presently indicted for, or otherwise criminally or civilly charged by a government entity with commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.
(ii) The Offeror has ☐, has not X, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).
This certification concerns a matter within the jurisdiction of any agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under section 1001, title 18, United States Code.
(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.
(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.
(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.
(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**K.5. PLACE OF PERFORMANCE - FAR 52.215-6 (OCT 1997)**

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ☐ intends, X does not intend to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.
(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| Place of Performance (Street Address, City, County, State, and Zip Code) | Name and Address of Owner and Operator of the Plant if Other than Offeror or Respondent |
|---|---|
| ________________ | ________________ |
| ________________ | ________________ |
| ________________ | ________________ |

**K.6. SMALL BUSINESS PROGRAM REPRESENTATIONS - FAR 52.219-1 (ARP 2002)**

SECTION K

Representations, Certifications, and other Statements of Offerors or Respondents

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is **To Be Cited** (*insert NAICS*).

(2) The small business size standard is ________ (*insert size standard*).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)*Representations*. (1) The offeror represents as part of its offer that it X is / **is not** a small business concern.

(2) [*Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, for general statistical purposes, that it X is, ☐ is not a small disadvantaged business concern as defined in 13 CFR 124.1002.. (3) [*Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this section.*] The offeror represents as part of its offer that it is, X is not a woman-owned small business concern.

(4) [*Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents as part of its offer that it ☐ is, X is not a veteran-owned small business concern.

(5) *[Complete only if offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.]* The offeror represents as part of its offer that it ☐ is, X is not a service-disabled veteran-owned small business concern.

(6) [*Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, as part of its offer, that–

(i) It ☐ is, X is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(i) It ☐ is, X is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(1) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:* __________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) *Definitions*. As used in this provision–

"Service-disabled veteran-owned small business concern"--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled-veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," as used in this provision, means a small business concern--

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) *Notice.* (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;
(ii) Be subject to administrative remedies, including suspension and debarment; and
(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

*Alternate I (Apr 2002).* As prescribed in 19.307(a)(3), add the following paragraph (b)(7) to the basic provision:

(7) [*Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision*). The offeror shall check the category in which its ownership falls:

__ Black American.

__ Hispanic American.

_X_ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

__ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

__ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

__ Individual/concern, other than one of the preceding.

**K.7. SMALL DISADVANTAGED BUSINESS STATUS - FAR 52.219-22 (OCT 1999)**

(a) *General.* This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business program Representation.

(b) *Representations.* (1) *General.* The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either --

X (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net); or

☐ (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2) ☐ *For Joint Ventures.* The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002 (f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. *[The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:]*

(c) *Penalties and Remedies.* Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;
(2) Be subject to administrative remedies, including suspension and debarment; and
(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

*Alternate I (OCT 1998).* As prescribed in 19.307(b), add the following paragraph (b)(3) to the basic provision:

(iii) *Address.* The offeror represents that its address ☐ is, X is not in a region for which a small business procurement mechanism is authorized and its address has not changed since its certification as a small disadvantaged business concern or submission of its application for certification. The list of authorized small disadvantaged business procurement mechanisms and regions is posted at http://www.arnet.gov/References/sdbadjustments.htm. The offeror shall use the list in effect on the date of this solicitation. "Address," as used in this provision, means the address of the offeror as listed on the Small Business Administration's register of small disadvantaged business concerns or the address on the completed application that the concern has submitted to the Small Business Administration or a Private Certifier in accordance with 13 CFR part 124, subpart B. For joint ventures, "address" refers to the address of the small disadvantaged business concern that is participating in the joint venture.

**K.8. CERTIFICATION REGARDING KNOWLEDGE OF CHILD LABOR FOR LISTED END PRODUCTS -FAR 52.222-18 (FEB 2001) (SUPPLY CONTRACTS ONLY)**

(a) *Definition.*

"Forced or indentured child labor" means all work or service--

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b) *Listed end products.* The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

| LISTED END PRODUCT | LISTED COUNTRIES OF ORIGIN |
| --- | --- |
| ____________________ | ____________________ |
| ____________________ | ____________________ |

(c) *Certification.* The Government will not make award to an offeror unless the offeror, by checking the appropriate block, certifies to either paragraph (c)(1) or paragraph (c)(2) of this provision.

X (i) The offeror will not supply any end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

☐ (ii) The offeror may supply an end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was

used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

**K.9. PREVIOUS CONTRACTS AND COMPLIANCE REPORTS - FAR 52.222-22 (FEB 1999)**

The Offeror represents that--

(a) It ☐ has, X has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(b) It X has, ☐ has not filed all required compliance reports.

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

**K.10. AFFIRMATIVE ACTION COMPLIANCE - FAR 52.222-25 (APR 1984)**

The Offeror represents that (a) it X has developed and has on file, ☐ has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it X has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**K.11. RECOVERED MATERIAL CERTIFICATION - FAR 52.223-4 (OCT 1997)**

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962 (c)(3)(A)(i), the offeror certifies, by signing this offer, that the percentage of recovered materials to be used in the performance of this contract will be at least the amount required by the applicable contract specifications.

(End of provision)

**K.12. CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING - FAR 52.223-13 (OCT 2000)**

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in Section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and Section 6607 of the Pollution Prevention Act of 1990 (PPA), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in Sections 313 (a) and (g) of EPCRA and Section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (*Check each block that is applicable.*)

X (i) The facility does not manufacture, process or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

☐ (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

☐ (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f)(including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

☐ (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31through 33; or

☐ (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

(End of provision)

**K.13. HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION--FAR 52.226-2 (MAY 2001)**

(a) *Definitions.* As used in this provision--

"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

"Minority Institution" means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a).

(b) *Representation.* The offeror represents that it--

☐ is, X is not a historically black college or university;
☐ is, X is not a minority institution.

(End of provision)

**K.14. COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION FAR 52.230-1 (APR 1998)**

Note: This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified by Roman numerals I through III. Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

If the offeror is an educational institution, Part II does not apply unless the contemplated contract will be subject to full or modified CAS coverage pursuant to 48 CFR 9903.201-2(c)(5) or 9903.201-2(c)(6), respectively.

I. DISCLOSURE STATEMENT–COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $500,000 resulting from this solicitation will be subject to the requirements of the Cost Accounting Standards Board (48 CFR Chapter 99), except for those contracts which are exempt as specified in 48 CFR 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR Chapter 99 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR 9903.202. When required, the Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

☐ (1) *Certificate of concurrent Submission of Disclosure Statement.*

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity (Federal official), as applicable, and (ii) one copy to the cognizant Federal auditor.

(Disclosure must be on Form Number CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the looseleaf version of the Federal Acquisition Regulation.)

Date of Disclosure Statement:

Name and Address of Cognizant ACO or Federal Official where filed:

SECTION K
Representations, Certifications, and other Statements of Offerors or Respondents

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

☐ (2) *Certificate of Previously Submitted Disclosure Statement.*

The offeror hereby certifies that the required Disclosure Statement was filed as follows:

Date of Disclosure Statement:

Name and Address of Cognizant ACO or Federal Official where filed: ____________________

______________________________________________________________

______________________________________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

X (3) *Certificate of Monetary Exemption.*

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling more than $25 million (of which at least one award exceeded $1 million) in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

☐ (4) *Certificate of Interim Exemption.*

The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a review certificate to the Contracting Officer, in the form specified under subparagraphs (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

**CAUTION:** Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $25 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

SECTION K
Representations, Certifications, and other Statements of Offerors or Respondents

II. COST ACCOUNTING STANDARDS--ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE

If the offeror is eligible to use the modified provisions of 48 CFR 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

X The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $25 million in awards of CAS-covered prime contracts and subcontracts, or the offeror did not receive a single CAS-covered award exceeding $1 million. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

**CAUTION:** An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $25 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $25 million or more.

III. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS

The offeror shall indicate below whether award of the contemplated contract would, in accordance with paragraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

☐ YES X NO

(End of provision)

Alternate I (APR 1996). As prescribed in 30.201-3(b), add the following subparagraph (c)(5) to Part I of the basic provision:

☐ (5) *Certificate of Disclosure Statement Due Date by Educational Institution.* If the offeror is an educational institution that, under the transition provisions of 48 CFR 9903.202-1(f), is or will be required to submit a Disclosure Statement after receipt of this award, the offeror hereby certifies that (check one and complete):

☐ (i) A Disclosure Statement Filing Due Date of ________ has been established with the cognizant Federal agency.

☐ (ii) The Disclosure Statement will be submitted within the 6-month period ending ______ months after receipt of this award.

Name and Address of Cognizant ACO or Federal Official where Disclosure Statement is to be filed:

______________________________

______________________________

______________________________

## K.15. REQUIREMENT FOR TECHNICAL DATA CERTIFICATION

The Offeror shall certify below as to whether ☐ he has delivered or ☐ is obligated to deliver to the Government under any contract or subcontract the same or substantially the same technical data included in his offer; if so, he shall identify one such contract or subcontract under which such technical data was delivered or will be delivered, and the place of such delivery.

Contract and Subcontract Numbers and Government Agency

______________________________

______________________________

______________________________

## K.16. DISCLOSURE STATEMENT REGARDING CONFLICTS OF INTEREST

It is the policy of the Department of the Interior to avoid contract awards which could create potential conflict of interest. Such a situation could occur in this instance when the Contractor or any subcontractors have business, financial, real property, mineral rights, or other interests that create conflicting roles which could potentially bias a Contractor's judgement and thus impede the Government's objective of obtaining impartial, technically sound, and objective performance of the contract.

SECTION K
Representations, Certifications, and other Statements of Offerors or Respondents

(a) The Offeror and each proposed subcontractor or consultant will provide a statement which, to its best knowledge and belief, describes in a concise manner the relevant facts concerning any past, present, or planned interest (financial, contractual, organizational, or otherwise) it or its responsible participating personnel may have that may bias or conflict with performance of the work described in this RFP. An interest in any of the following is illustrative of potential conflict in this instance, and any contracts or other relationship with such organizations must be stated.

(1) A marine minerals exploration, development or production company or subsidiary operating on the U.S. Outer Continental Shelf; or

(2) Any organization (an agent) representing a marine minerals exploration, development, or production company or subsidiary operating on the U.S. Outer Continental Shelf; or

(3) Any organization opposing the MMS or DOI in litigation concerning the U.S. Outer Continental Shelf.

(4) Any organization (or agent) representing an oil or gas exploration, development, or production company or subsidiary operating on Federal, State, or Indian tribal lands.

(b) In addition, if the Offeror, or proposed subcontractor or consultant has been awarded a contract or subcontract which contains a provision restricting it from performing the proposed work, the disclosure statement shall include a brief description of each such contract or subcontract and include a copy of the restrictive provisions.

(c) Moreover, if the Offeror, or proposed subcontractor or consultant: (1) is an individual currently or previously employed by the U.S. Government, (2) is an organization substantially owned or controlled by current or previous employees of the U.S. Government, or (3) expects to utilize in performance of a contract resulting from this solicitation a current or previous employee of the U.S. Government; than the Offeror, proposed subcontractor, or consultant should be aware of the provisions of Title 18 U.S. Code, Chapter 11 regarding conflicts of interest in the above circumstances. A statement of all facts resulting in a potential conflict in this instance because of the above must be included in the response to this solicitation.

(d) In the absence of any interest referred to above, the Offeror and each proposed subcontractor or consultant shall submit a statement certifying that to its best knowledge and belief no conflicting interest exists.

(e) The Department of the Interior will review the statement submitted and may require additional information. The statement and any additional information submitted or otherwise known to the DOI will be used to determine whether an award to the Offeror may create a real or apparent conflict of interest. If such conflict is found to exist, the DOI may: (a) disqualify the offeror, (b) impose appropriate conditions which satisfactorily mitigate or avoid such conflict, or (c) determine that it is otherwise in the best interests of the Government not to disqualify the Offeror.

(f) Failure to provide the statement and any additional information required, or the nondisclosure or misrepresentation of any relevant interests shall result in disqualification under this solicitation or, if discovered after award, may result in termination for default, disqualification under other Government contracts, and such other remedial action as may be permitted by law or the resulting contract.

**K.17. DATA UNIVERSAL NUMBERING SYSTEM (DUNS)**

(a) The offeror is requested to insert the DUNS number assigned to the Contractor's address shown on the solicitation form: __872845941__________________________.

(b) If the production point (point of final assembly) is other than the location entered on the solicitation form, or if additional production points are involved, enter the DUNS number assigned to each production point: ______________________________________________.

(End of provision)

Attachment 1

Date: March 13, 2003

| ITEM | Job Title | | PRICE per Labor Hour | | | | | GSA Schedule # | GSA Pricing |
|---|---|---|---|---|---|---|---|---|---|
| | | | Base | 1st Option | 2nd Option | 3r Option | 4th Option | | |
| IT0001 | Administrative Analyst | PER TASK | $44.89 | $47.25 | $49.74 | $52.36 | $55.11 | GS-35F-0777J | $ 49.54 |
| IT0002 | Administrative Support Specialist | PER TASK | $32.10 | $33.79 | $35.57 | $37.44 | $39.41 | GS-35F-0554K | $ 35.35 |
| IT0003 | Applications Engineer (Senior) | PER TASK | $116.45 | $122.58 | $129.03 | $135.82 | $142.97 | GS-35F-4841H | $ 123.85 |
| IT0004 | Application Engineer | PER TASK | $104.60 | $110.11 | $115.90 | $122.00 | $128.42 | GS-35F-4841H | $ 111.35 |
| IT0005 | Applications Programmer (Senior) | PER TASK | $93.45 | $98.37 | $103.55 | $109.00 | $114.73 | GS-35F-0348L | $ 93.69 |
| IT0006 | Applications Programmer | PER TASK | $79.12 | $83.28 | $87.67 | $92.28 | $97.14 | GS-35F-0348L | $ 82.09 |
| IT0007 | Business Process Engineer | PER TASK | $90.58 | $95.35 | $100.37 | $105.65 | $111.21 | GS-35F-4357D | $ 123.56 |
| IT0008 | Business Process Engineer (Senior) | PER TASK | $105.13 | $110.66 | $116.49 | $122.62 | $129.07 | GS-35F-0129J | $ 105.78 |
| IT0009 | CAD operator (Senior) | PER TASK | $52.00 | $54.74 | $57.62 | $60.65 | $63.84 | GS-35F-0129J | $ 52.45 |
| IT0010 | CAD Operator | PER TASK | $38.00 | $40.00 | $42.11 | $44.32 | $46.65 | GS-35F-0129J | $ 38.51 |
| IT0011 | Cisco Certified Network Engineer | PER TASK | $190.45 | $200.47 | $211.02 | $222.13 | $233.82 | GS10TR-01-R-0007 | $ 224.96 |
| IT0012 | Cisco Certified Network Associate | PER TASK | $144.75 | $152.37 | $160.39 | $168.83 | $177.72 | GS10TR-01-R-0007 | $ 187.47 |
| IT0013 | Communications Engineer (Senior) | PER TASK | $83.00 | $87.37 | $91.97 | $96.81 | $101.90 | GS-35F-4357D | $ 83.85 |
| IT0014 | Communications Engineer | PER TASK | $68.16 | $71.75 | $75.52 | $79.50 | $83.68 | GS-35F-4357D | $ 79.43 |
| IT0015 | Computer Security Systems Engineer (Sen | PER TASK | $122.10 | $128.53 | $135.29 | $142.41 | $149.91 | GS-35F-4729G | $ 147.62 |
| IT0016 | Computer Security Systems Engineer | PER TASK | $102.00 | $107.37 | $113.02 | $118.97 | $125.23 | GS-35F-4729G | $ 110.60 |
| IT0017 | Computer Systems Analyst (Senior) | PER TASK | $89.95 | $94.68 | $99.67 | $104.91 | $110.44 | GS-35F-4357D | $ 90.47 |
| IT0018 | Computer Systems Analyst (intermediate) | PER TASK | $71.15 | $74.89 | $78.84 | $82.99 | $87.35 | GS-35F-4357D | $ 78.33 |
| IT0019 | Computer Systems Analyst | PER TASK | $51.91 | $54.64 | $57.52 | $60.55 | $63.73 | GS-35F-0777J | $ 59.44 |
| IT0020 | Configuration Management Specialist | PER TASK | $64.15 | $67.53 | $71.08 | $74.82 | $78.76 | GS-35F-4357D | $ 65.09 |
| IT0021 | Configuration Management Specialist (Se | PER TASK | $90.15 | $94.89 | $99.89 | $105.15 | $110.68 | GS-35F-4514G | $ 100.00 |
| IT0022 | Data Manager | PER TASK | $84.50 | $88.95 | $93.63 | $98.56 | $103.74 | GS-35F-4357D | $ 90.47 |
| IT0023 | Database Engineer | PER TASK | $99.79 | $105.04 | $110.57 | $116.39 | $122.52 | GS-35F-0554K | $ 111.10 |
| IT0024 | Database Specialist | PER TASK | $74.87 | $78.81 | $82.96 | $87.32 | $91.92 | GS-35F-4841H | $ 93.16 |
| IT0025 | Database Specialist (Senior) | PER TASK | $88.45 | $93.11 | $98.01 | $103.16 | $108.59 | GS-35F-0777J | $ 91.32 |
| IT0026 | Disaster Recovery Speciali | PER TASK | $132.50 | $139.47 | $146.81 | $154.54 | $162.68 | GS06T0-2B-ND-0471 | $ 142.60 |
| IT0027 | Documentation Specialist (Senior) | PER TASK | $58.00 | $61.05 | $64.27 | $67.65 | $71.21 | GS06T0-2B-ND-0587 | $ 67.54 |
| IT0028 | Electrical Engineer (Senior) | PER TASK | $89.75 | $94.47 | $99.45 | $104.68 | $110.19 | GS-23F-0129J | $ 104.17 |
| IT0029 | Electrical Engineer | PER TASK | $49.50 | $52.11 | $54.85 | $57.73 | $60.77 | GS-23F-0129J | $ 50.11 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IT0030 | Installation Technician (Senior) | PER TASK | $69.75 | $73.42 | $77.29 | $81.35 | $85.63 | GS-35F-0179N | $ 75.00 |
| IT0031 | Installation Technician | PER TASK | $63.20 | $66.53 | $70.03 | $73.71 | $77.59 | GS-35F-0179N | $ 65.00 |
| IT0032 | Help Desk Manager | PER TASK | $56.20 | $59.16 | $62.27 | $65.55 | $69.00 | GS-35F-5355H | $ 58.36 |
| IT0033 | Help Desk Specialist | PER TASK | $46.95 | $49.42 | $52.02 | $54.76 | $57.64 | GS-35F-5355H | $ 51.97 |
| IT0034 | Information Technology Consultant | PER TASK | $146.70 | $154.42 | $162.55 | $171.10 | $180.11 | GS-35F-4514G | $ 156.70 |
| IT0035 | Information Technology Senior Consultan | PER TASK | $172.00 | $181.05 | $190.58 | $200.61 | $211.17 | GS-35F-4514G | $ 183.60 |
| IT0036 | Information Engineer (Senior) | PER TASK | $103.45 | $108.89 | $114.63 | $120.66 | $127.01 | GS-35F-4357D | $ 116.94 |
| IT0037 | Information Engineer | PER TASK | $90.25 | $95.00 | $100.00 | $105.26 | $110.80 | GS-35F-4357D | $ 105.91 |
| IT0038 | Intelligence Analyst | PER TASK | $71.00 | $74.74 | $78.67 | $82.81 | $87.17 | GS-35F-0038J | $ 72.25 |
| IT0039 | Multimedia Engineer/Developer (Senior) | PER TASK | $87.38 | $91.98 | $96.82 | $101.92 | $107.28 | GS-35F-4255D | $ 88.46 |
| IT0040 | Multimedia training Specialist | PER TASK | $72.76 | $76.59 | $80.62 | $84.86 | $89.33 | GS-35F-4255D | $ 73.82 |
| IT0041 | Network Engineer (Senior) | PER TASK | $115.78 | $121.87 | $128.29 | $135.04 | $142.15 | GS-35F-0554K | $ 121.20 |
| IT0042 | Network Engineer | PER TASK | $79.51 | $83.69 | $88.10 | $92.74 | $97.62 | GS-35F-0554K | $ 85.85 |
| IT0043 | Oracle Engineer | PER TASK | $203.53 | $214.24 | $225.52 | $237.39 | $249.88 | GS10TR-01-R-0007 | $ 211.11 |
| IT0044 | Oracle Data base administrator | PER TASK | $108.00 | $113.68 | $119.67 | $125.97 | $132.60 | GS-35F-0353L | $ 109.08 |
| IT0045 | Program Manager (Senior) | PER TASK | $139.19 | $146.52 | $154.23 | $162.34 | $170.89 | GS-35F-0554K | $ 141.40 |
| IT0046 | Program Manager | PER TASK | $112.09 | $117.99 | $124.20 | $130.74 | $137.62 | GS-35F-5781H | $ 125.78 |
| IT0047 | Project Manager(Senior) | PER TASK | $125.45 | $132.05 | $139.00 | $146.32 | $154.02 | GS-35F-4729G | $ 129.91 |
| IT0048 | Project Manager | PER TASK | $112.09 | $117.99 | $124.20 | $130.74 | $137.62 | GS-35F-4841H | $ 113.61 |
| IT0049 | Project Specialist | PER TASK | $68.10 | $71.68 | $75.46 | $79.43 | $83.61 | GS-35F-4694G | $ 68.87 |
| IT0050 | Quality Assurance Engineer (Senior) | PER TASK | $69.68 | $73.35 | $77.21 | $81.27 | $85.55 | GS-35F-4841H | $ 73.11 |
| IT0051 | Quality Assurance Engineer | PER TASK | $52.46 | $55.22 | $58.13 | $61.19 | $64.41 | GS-35F-4729G | $ 66.36 |
| IT0052 | Senior Manager | PER TASK | $201.35 | $211.95 | $223.10 | $234.84 | $247.20 | GS06T0-2B-ND-0587 | $ 211.93 |
| IT0053 | Systems Architect(Senior) | PER TASK | $109.35 | $115.11 | $121.16 | $127.54 | $134.25 | GS-35F-0129J | $ 122.41 |
| IT0054 | System Administrator | PER TASK | $64.20 | $67.58 | $71.14 | $74.88 | $78.82 | GS-35F-0554K | $ 65.65 |
| IT0055 | Systems Analyst | PER TASK | $82.55 | $86.89 | $91.47 | $96.28 | $101.35 | GS-35F-0001M | $ 104.22 |
| IT0056 | System Engineer | PER TASK | $92.88 | $97.77 | $102.91 | $108.33 | $114.03 | GS-35F-4729G | $ 110.54 |
| IT0057 | Systems Engineer (Senior) | PER TASK | $120.25 | $126.58 | $133.24 | $140.25 | $147.64 | GS-35F-0554K | $ 121.20 |
| IT0058 | System Programmer (Senior) | PER TASK | $112.38 | $118.29 | $124.52 | $131.07 | $137.97 | GS-35F-0348L | $ 113.97 |
| IT0059 | System Programmer | PER TASK | $62.50 | $65.79 | $69.25 | $72.90 | $76.73 | GS-35F-5781H | $ 62.74 |
| IT0060 | Senior Training Specialist/Instructor | PER TASK | $77.73 | $81.82 | $86.13 | $90.66 | $95.43 | GS-35F-4841H | $ 84.36 |
| IT0061 | Software Systems Analyst | PER TASK | $98.53 | $103.72 | $109.17 | $114.92 | $120.97 | GS-35F-4514G | $ 109.40 |
| IT0062 | Software Systems Engineer (Intermediate) | PER TASK | $70.15 | $73.84 | $77.73 | $81.82 | $86.13 | GS-35F-4841H | $ 80.68 |
| IT0063 | Software Systems Engineer (Lead | PER TASK | $84.76 | $89.22 | $93.92 | $98.86 | $104.06 | GS-35F-4841H | $ 87.49 |
| IT0064 | Software Technician | PER TASK | $45.86 | $48.27 | $50.81 | $53.49 | $56.30 | GS-35F-0129J | $ 49.31 |
| IT0065 | Storage Area Network Engineer | PER TASK | $101.25 | $106.58 | $112.19 | $118.09 | $124.31 | GS06T0-2B-ND-0471 | $ 102.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IT0066 | Subject Matter Expert I | PER TASK | $98.00 | $103.16 | $108.59 | $114.30 | $120.32 | GS-35F-4818G | $ 99.89 |
| IT0067 | Subject Matter Expert II | PER TASK | $127.45 | $134.16 | $141.22 | $148.65 | $156.48 | GS-35F-4818G | $ 128.35 |
| IT0068 | Subject Matter Expert III | PER TASK | $157.00 | $165.26 | $173.96 | $183.12 | $192.75 | GS-35F-4818G | $ 157.81 |
| IT0069 | Subject Matter Expert IV | PER TASK | $183.00 | $192.63 | $202.77 | $213.44 | $224.68 | GS-35F-4818G | $ 189.37 |
| IT0070 | Technical Support Specialists (Senior) | PER TASK | $56.14 | $59.09 | $62.20 | $65.48 | $68.93 | GS-10F-0237L | $ 56.38 |
| IT0071 | Technical Support Specialists | PER TASK | $48.00 | $50.53 | $53.19 | $55.98 | $58.93 | GS-10F-0237L | $ 48.89 |
| IT0072 | Technical Writer/Editor | PER TASK | $71.38 | $75.14 | $79.09 | $83.25 | $87.64 | GS-35F-0554K | $ 75.75 |
| IT0073 | Test Engineer | PER TASK | $60.90 | $64.11 | $67.48 | $71.03 | $74.77 | GS-35F-0065K | $ 75.55 |
| IT0074 | Test Engineer (Senior) | PER TASK | $71.21 | $74.96 | $78.90 | $83.06 | $87.43 | GS-35F-0065K | $ 83.28 |
| IT0075 | Training Specialist/Instructor (Senior) | PER TASK | $78.00 | $82.11 | $86.43 | $90.98 | $95.76 | GS-35F-4841H | $ 84.36 |
| IT0076 | Training Specialist/Instructor | PER TASK | $59.30 | $62.42 | $65.71 | $69.16 | $72.80 | GS-35F-4841H | $ 61.86 |
| IT0077 | Telecommunications Engineer (Senior) | PER TASK | $95.45 | $100.47 | $105.76 | $111.33 | $117.19 | GS-35F-0129J | $ 104.17 |
| IT0078 | Telecommunications Engineer | PER TASK | $60.80 | $64.00 | $67.37 | $70.91 | $74.65 | GS-35F-0129J | $ 63.09 |
| IT0079 | Web Architect | PER TASK | $84.00 | $88.42 | $93.07 | $97.97 | $103.13 | GS-35F-0646J | $ 85.00 |
| IT0080 | Web Developer | PER TASK | $77.15 | $81.21 | $85.48 | $89.98 | $94.72 | GS-35F-03532 | $ 72.72 |
| IT0081 | WAN/LAN Network Engineer | PER TASK | $130.60 | $137.47 | $144.71 | $152.33 | $160.34 | GS06T0-2B-ND-0471 | $ 141.30 |
| | | | | | | | | | |
| CON0001 | Construction Manager | PER TASK | $104.15 | $109.63 | $115.40 | $121.48 | $127.87 | GS-10F-0117J | $ 106.15 |
| CON0002 | Construction Superintendent | PER TASK | $78.35 | $82.47 | $86.81 | $91.38 | $96.19 | GS-10F-0117J | $ 81.74 |
| CON0003 | Construction Foreman | PER TASK | $58.10 | $61.16 | $64.38 | $67.76 | $71.33 | GS-10F-0117J | $ 59.50 |
| CON0004 | Construction Scheduler | PER TASK | $62.50 | $65.79 | $69.25 | $72.90 | $76.73 | GS-10F-0400M | $ 96.60 |
| CON0005 | Planner / Estimator | PER TASK | $53.10 | $55.89 | $58.84 | $61.93 | $65.19 | GS-10F-0160K | $ 59.75 |
| CON0006 | Structural Engineer (Senior) | PER TASK | $101.45 | $106.79 | $112.41 | $118.33 | $124.55 | GS-10F-0160K | $ 108.17 |
| CON0007 | Structural Engineer | PER TASK | $75.25 | $79.21 | $83.38 | $87.77 | $92.39 | GS-10F-0160K | $ 77.27 |
| CON0008 | Supply / Logistics Specialists | PER TASK | $41.70 | $43.89 | $46.20 | $48.64 | $51.20 | GS-35F-4357D | $ 59.57 |
| CON0009 | Safety Engineer | PER TASK | $71.15 | $74.89 | $78.84 | $82.99 | $87.35 | GS-10F-0117J | $ 78.45 |
| | | | | | | | | | |
| RF0001 | RF Technician - L2 | PER TASK | $117.50 | $123.68 | $130.19 | $137.05 | $144.26 | GS10TR-01-R-0007 | $ 125.87 |
| RF0002 | RF Technician - L1 | PER TASK | $108.00 | $113.68 | $119.67 | $125.97 | $132.60 | GS10TR-01-R-0007 | $ 115.69 |
| RF0003 | RF Senior Tower Technician | PER TASK | $95.00 | $100.00 | $105.26 | $110.80 | $116.64 | GS10TR-01-R-0007 | $ 101.77 |
| RF0004 | RF Tower Technician | PER TASK | $80.00 | $84.21 | $88.64 | $93.31 | $98.22 | GS10TR-01-R-0007 | $ 85.70 |
| RF0005 | RF Engineer | PER TASK | $175.00 | $184.21 | $193.91 | $204.11 | $214.85 | GS10TR-01-R-0007 | $ 187.46 |
| | | | | | | | | | |
| RSC0001 | Research Scientist (Senior) | PER TASK | $130.15 | $137.00 | $144.21 | $151.80 | $159.79 | GS06T0-2B-ND-0587 | $ 136.45 |
| RSC0002 | Research Ananlyst (Senior) | PER TASK | $65.45 | $68.89 | $72.52 | $76.34 | $80.36 | GS-35F4014G | $ 68.43 |
| RSC0003 | Research Analyst | PER TASK | $50.15 | $52.79 | $55.57 | $58.49 | $61.57 | GS-35F4014G | $ 54.74 |