IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>SERVE: Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ___________ |

# <u>EXHIBIT C</u>

# <u>TO COMPLAINT</u>

On Behalf of Plaintiff TKC COMMUNICATIONS, LLC

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE



| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 10/01/2005 | | |

6. ISSUED BY CODE 00004

[redacted]
381 Elden Street, MS 2510
Herndon, VA 20170-4817

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Frank Bartol
TKC Communications
11320 Random Hills Rd.,Ste. 300
Fairfax, VA 22030

CODE 2 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

(X) 10A. MODIFICATION OF CONTRACT/ORDER NO. INM0404CT73132 / 0405DO44761

(X) 10B. DATED *(SEE ITEM 13)* 09/15/2005

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

06 - - 5B - 2500R57 - - 252Z - - - - - - - - - - - - $4,000,000.00

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☑ | D. OTHER *(Specify type of modification and authority)* FAR 52.217-9 Option to Extend theTerm of the Contract and 52.243-1 Changes - Fixed Price |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is the following:

1) Exercise Lease Option Period 1
2) Change the Denver point of contact from Susan Green to Dave Pearson
3) Add Dell hardware details to the Hardware and Software Overview, List of Hardware and Software for DOI EMS Project, and the List of Equipment for Denver
4) Remove all refernces to SIN numbers and GSA Assignment of Claims clause in the Lease Terms and Conditions, as this is not an order against a GSA contract

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Michael Farrell | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. United States of America BY [signature] *(Signature of Contracting Officer)* | 16C. DATE SIGNED 10/3/05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

**Exhibit C - 01**

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

**Page 2 of 16 is intentionally left blank**

| Line Item Summary | Document Number<br>0405DO44761/0001 | Title<br>DOI EMS Lease | Page<br>3 of 16 |
|---|---|---|---|

| FYs | Fund | Budget Org | Sub | Object Class | Sub | Program | Cost Org | Sub | Proj/Job No. | Sub | Reporting Category |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Division | Closed FYs | Cancelled Fund |
|---|---|---|

| Line Item Number | Description | Delivery Date (Start date to End date) | Quantity | Unit of Issue | Unit Price | Total Cost |
|---|---|---|---|---|---|---|

*This is a FFP Lease to Ownership Order for the hardware and software in support of the DOI EMS Project in accordance with the SOO dated 10/8/05, Contract No. 1435-04-04-CT-73132 and TKCC Proposal dated 9/15/05. The period of performance is a base from 9/15/05 through 9/30/05 and three 12 month option periods.*

No Changed Line Item Fields

| | |
|---|---|
| Previous Total: | $0.00 |
| Modification Total: | $4,000,000.00 |
| Grand Total: | $4,000,000.00 |

*The equipment and quantities may be subject to change based on the end results of the Pre-assessment. The Government may need to negotiate and modify this delivery order based on the findings of the Pre-assessment.*

| Contract Level Funding Summary | Document Number | Title | Page |
|---|---|---|---|
| | 0405DO44761/0001 | DOI EMS Lease | 4 of 16 |

| Funding Strip Code | Change In Funded Amount |
|---|---|
| - 5B - 2500R57 - - 252Z - - - - - - - - - - - | $4,000,000.00 |

TABLE OF CONTENTS


COMMERCIAL CLAUSES 6

1 Lease Terms and Conditions 6

2 Shipping Information 9

3 List of Equipment for Denver 10

4 List of Hardware and Software for DOI EMS Project 12

COMMERCIAL CLAUSES

# I LEASE TERMS AND CONDITIONS

1. LEASING PRICE LIST NOTICE:
Contractors must include the following notice in their contract price list:
(a) "The ordering office is responsible for the obligation of funds consistent with applicable law. Agencies are advised to review the lease terms and conditions contained in this price list prior to ordering and obligating funding for a lease."

2. STATEMENT OF GOVERNMENT INTENT:
(a) The Government and the Contractor understand that a delivery order issued is a lease arrangement and contemplates the use of the product for the term of the lease specified in such delivery order (the "Lease Term"). In that regard, the Ordering Agency, as lessee, understands that the lease provisions contained herein and the rate established for the delivery order are premised on the Ordering Agency's intent to fulfill that agreement, including acquiring products for the period of time specified in the order. Each lease hereunder shall be initiated by a delivery order which shall, either through a statement of work or other attachment, specify the product being leased, and the required terms of the transaction.
(b) Each ordering office placing a delivery order under the terms of this option intends to exercise each renewal option and to extend the lease until completion of the Lease Term so long as the need of the ordering office for the product or functionally similar product continues to exist and funds are appropriated. Contractor may request information from the ordering office concerning the essential use of the products.

3. LEASE TERM:
(a) The date on which the ordering office accepts the products is the Commencement Date of the lease. For acceptance to occur, the products must operate in accordance with the product's published specifications and statement of work. Acceptance shall be in accordance with the terms of the contract or as otherwise negotiated by the ordering office and the Contractor.
(b) Any lease is executed by the Ordering Office on the basis that the known requirement for such product exceeds the initial base period of the delivery order, which is typically 12 months, or for the remainder of the fiscal year. Pursuant to FAR 32.703 3(b), delivery orders with options to renew that are funded by annual (fiscal year) appropriations may provide for initial base periods and option periods that cross fiscal years as long as the initial base period or each option period does not exceed a 12 month period. Defense agencies must also consider DOD FAR supplement (DFAR) 232.703-3(b) in determining whether to use cross fiscal year funding. This cross fiscal year authority does not apply to multi-year leases.
(c) The total Lease Term will be specified in each delivery order, including any relevant renewal options of the Government. All delivery orders, whether for the initial base period or renewal period, shall remain in effect through September 30 of the fiscal year (unless extended by statute), through any earlier expiration date specified in the delivery order, or until the Government exercises its rights hereunder to acquire title to the product prior to such expiration date. The ordering office, at its discretion, may exercise each option to extend the term of the lease through the lease term. Renewal delivery orders shall not be issued for less than all of the product and/or software set forth in the original delivery order. Delivery orders shall not be deemed to obligate succeeding fiscal year funds. The ordering office shall provide the Contractor with written notice of exercise of each renewal option as soon as practicable. Notice requirements may be negotiated on an order-by-order basis.
(d) Where an ordering office's specific appropriation or procurement authority provides for contracting beyond the fiscal year period, the ordering office may place a delivery order for a period up to the expiration of the Lease Term, or to the expiration of the period of availability of the multi-year appropriation, or whatever is appropriate under the applicable circumstance.

4. LEASE TERMINATION:
Deleted.

*************************************************************************************

LEASE PROVISIONS COMMON TO ALL TYPES OF LEASE AGREEMENTS

** The following terms and conditions are applicable to any lease awarded under this contract regardless of type or option.**

1. ORDERING PROCEDURES:
(a) When an Ordering Office expresses an interest in leasing a product(s), the Ordering Office will provide the following information to the prospective Contractor:
(i) Which product(s) is (are) required.

(ii) The required delivery date.
(iii) The proposed lease plan and term of the lease.
(iv) Where the product will be located.
(v) Description of the intended use of the product.
(vi) Source and type of appropriations to be used.
(b) The Contractor will respond with:
(i) Whether the Contractor can provide the required product.
(ii) The estimated residual value of the product (Lease with Option to Own and Step Lease only).
(iii) The monthly payment based on the rate.
(iv) The estimated cost, if any, of applicable State or local taxes. State and local personal property taxes are to be estimated as separate line items in accordance with FAR 52.229-1, which may be identified and added to the monthly lease payment.
(v) A confirmation of the availability of the product on the required delivery date.
(vi) Extent of warranty coverage, if any, of the leased products.
(vii) The length of time the quote is valid.
(c) The Ordering Office may issue a delivery order to the Contractor based on the information set forth in the Contractor's quote. In the event that the Ordering Office does not issued a delivery order within the validity period stated in the Contractor's quote letter, the quote shall expire.

2. ASSIGNMENT OF CLAIMS:
The Ordering Office's contracting officer will acknowledge the assignment of claim for a lease in accordance with FAR 32.804-5. The extent of the assignee's protection is in accordance with FAR 32.804. Any setoff provision must be in accordance with FAR 32.803.

3. PEACEFUL POSSESSION AND UNRESTRICTED USE:
In recognition of the types of products available for lease and the potential adverse impact to the Government's mission, the Government's quiet and peaceful possession and unrestricted use of the product shall not be disturbed in the event the product is sold by the Contractor, or in the event of bankruptcy of the Contractor, corporate dissolution of the Contractor, or other event. The product shall remain in the possession of the Government until the expiration of the lease. Any assignment, sale, bankruptcy, or other transfer of the leased product by the Contractor will not relieve the Contractor of its obligations to the Government, and will not change the Government's duties or increase the burdens or risks imposed on the Government.

4. COMMENCEMENT OF LEASE:
The date on which the Ordering Office accepts the products is the Commencement Date of the lease. Acceptance is as defined elsewhere in the contract, or as further specified in the order.

5. INSTALLATION AND MAINTENANCE:
a. Installation and Maintenance, when applicable, normally are not included in the charge for leasing. The Contractor may require the Government to obtain installation and maintenance services from a qualified source. The Government may obtain installation and/or maintenance on the open market, from the Contractor's schedule contract, or from other sources. The Government may also perform installation and/or maintenance in house, if qualified resources exist. In any event, it is the responsibility of the Government to ensure that maintenance is in effect for the Lease term for all products leased.
b. When installation and/or maintenance are ordered under this schedule to be performed by the Contractor, the payments, terms and conditions as stated in this contract apply. The rates and terms and conditions in effect at the time the order is issued shall apply during any subsequent renewal period of the lease. The maintenance rates and terms and conditions may be added to the lease payments with mutual agreement of the parties.

6. QUARTERLY PAYMENTS:
a. Prior to the placement of an order, the Ordering Office and the Contractor must agree on a "base value" for the products to be leased. For Lease to Ownership (Capital Lease) the base value will be the contract purchase price (less any discounts). For Lease with Option to Own (Operating Lease), the base value will be the contract purchase price (less any discounts), less a mutually agreed upon residual value (pre-stated purchase option price at the conclusion of the lease) for the products. The residual value will be used in the calculation of the original lease payment, lease extension payments, and the purchase option price.
b. To determine the initial lease term payment, the Contractor agrees to apply the negotiated lease factor to the agreed upon base value: Contractor will calculate lease payments based on an lease factor (interest rate) equal to 500 basis points plus the then current, like term US Treasury Constant Maturity Yield as reported by the Federal Reserve statistical release H.15. Should no like term be available, then this rate will be interpolated from the available reported terms. The lease payments may be calculated by using a programmed business calculator or by using the PMT function in Microsoft Excel. End of term purchase option or residual (if any) will be input as the future value (FV) for this calculation. For Example: Lease factor one (1) percent over the rate for the three year (or other term) Treasury Bill (T-bill) at the most current U. S. Treasury auction.

The lease payment may be calculated by using a programmed business calculator or by using "rate" functions provided in commercial computer spreadsheets (e.g., Lotus 1-2-3, Excel).

c. For any lease extension, the extension lease payment will be based on the original residual value, in lieu of the purchase price. The Ordering Office and the Contractor shall agree on a new residual value based on the estimated fair market price at the end of the extension. The formula to determine the lease payment will be that in 6.b. above.

d. The purchase option price will be the fair market value of the product or payment will be based upon the unamortized principle, as shown on the payment schedule as of the last payment prior to date of transfer of ownership, whichever is less.

NOTE: At the order level, ordering office may elect to obtain a lower rate for the lease by setting the purchase option price as either, the fair market value of the product or unamortized principle. The methodology for determining lump sum payments may be identified in the pricelist.

e. The point in time when monthly rates are established is subject to negotiation and evaluation at the order level.

In the event the Government desires, at any time, to acquire title to product leased hereunder, the Government may make a one time lump sum payment.

7. LEASE END/DISCONTINUANCE OPTIONS:

a. Upon the expiration of the Lease Term, or if the government doesn't exercise an option period hereunder, the Government will return the Product to the Contractor unless the Government by 30 days written notice elects either:

(i) to purchase the product for the residual value of the product, or

(ii) to extend the term of the Lease, as mutually agreed. To compute the lease payment, the residual value from the preceding lease shall be the initial value of the leased product. A new residual value shall be negotiated for the extended lease and new lease payments shall be computed.

b. Relocation - The Government may relocate products to another location within the Government with prior written notice. No other transfer, including sublease, is permitted. Government shall not assign, transfer or otherwise dispose of any products, or any interest therein, or crate or suffer any levy, lien or encumbrance then except those created for the benefit of Contractor or it's assigns.

c. Returns:

(i) Within fourteen (14) days after the date of expiration of the lease term or option period, the Government shall, at its own risk and expense, have the products packed for shipment in accordance with manufacturer's specifications and return the products to Contractor at the location specified by Contractor in the continental US, in the same condition as when delivered, ordinary wear and tear excepted. Any expenses necessary to return the products to good working order shall be at Government's expense.

(ii) The Contractor shall conduct a timely inspection of the returned products and within 45 days of the return, assert a claim if the condition of the product exceeds normal wear and tear.

(iii) Product will be returned in accordance with the terms of the contract and in accordance with Contractor instruction.

(iv) With respect to software, the Government shall state in writing to the Contractor that it has:

(1) deleted or disabled all files and copies of the software from the equipment on which it was installed;

(2) returned all software documentation, training manuals, and physical media on which the software was delivered; and

(3) has no ability to use the returned software.

8. UPGRADES AND ADDITIONS:

a. The Government may affix or install any accessory, addition, upgrade, product or device on the product ("additions") provided that such additions:

(1) can be removed without causing material damage to the product;

(2) do not reduce the value of the product; and

(3) are obtained from or approved by the Contractor, and are not subject to the interest of any third party other than the Contractor.

b. Any other additions may not be installed without the Contractor's prior written consent. At the end of the lease term, the Government shall remove any additions which:

(1) were not leased from the Contractor, and

(2) are readily removable without causing material damage or impairment of the intended function, use, or value of the product, and restore the product to its original configuration.

c. Any additions that are not so removable will become the Contractor's property (lien free).

d. Leases of additions and upgrades must be co-terminus with that of the product.

9. RISK OF LOSS OR DAMAGE:

The Government is relieved from all risk of loss or damage to the product during periods of transportation, installation, and during the entire time the product is in possession of the Government, except when loss or damage is due to the fault or negligence of the Government. The Government shall assume risk of loss or damage to the product during relocation, (i.e., moving the product from one Government location to another Government location), unless the Contractor shall undertake such relocation.

10. TITLE:

During the lease term, product shall always remain the property of the Contractor. The Government shall have no property right or interest in the product except as provided in this leasing agreement and shall hold the product subject and subordinate to the rights of the Contractor. Software and software licenses shall be deemed personal property. The Government shall have no right or interest in the software and related documentation except as provided in the license and the lease. Upon the Commencement Date of the Lease Term, the Government shall have an encumbered license to use the software for the Lease Term. The Government's encumbered license rights in the software will be subject to the same rights as provided to a purchaser of a license under the terms of this contract except that the Government will not have an unencumbered, paid-up license until it has made all lease payments for the full Lease Term in the case of an Lease To Ownership or has otherwise paid the applicable purchase option price.

11. TAXES:

The lease payments, purchase option prices, and interest rates identified herein exclude all state and local taxes levied on or measured by the contract or sales price of the product furnished hereunder. The Government will be invoiced for any such taxes as Contractor receives such tax notices or assessments from the applicable local taxing authority. Pursuant to the provisions of FAR 52.229-1, State and Local Taxes, the Government agrees to pay tax or provide evidence necessary to support an exemption from the tax.

** NOTE: Contractor may propose additional terms and conditions for billings, payments, and/or invoices, as long as they are consistent with terms and conditions specified elsewhere. **

Period of Performance

The period of performance for this effort consists of a base period from September 15, 2005 through September 30, 2005 and three 12 month option periods. The dates are listed in the table below:

| Period of Performance | Dates | Lease Payment per Period |
|---|---|---|
| Base Period | 9/15/2005 - 9/30/2005 | $0.00 |
| Option Period 1 | 10/1/2005 - 9/30/2006 | $4,000,000.00 |
| Option Period 2 | 10/1/2006 - 9/30/2007 | $6,000,000.00 |
| Option Period 3 | 10/1/2007 - 9/30/2008 | $ 7,547,786.30 |

Hardware and Software Overview

The Contractor shall provide hardware and software as described in this section. A detailed line item description of the items is included in pages 6 - 9.

| Hardware/Software | Cost |
|---|---|
| Egenera Blades and Bladeframes including licensing and 3 years hardware / software maintenance | $5,387,074 |
| EMC SAN, Clarion and Centera, including 3 years Hardware and software maintenance | $4,728,208 |
| Legato-backup, email extender and disk extender with 3 years software maintenance | $2,561,133 |
| Remedy- Helpdesk, knowledge management, asset management, change management, and 36 months support and silver maintenance | $850,512 |
| IronPort C600, Brightmail, Sophos, and virus outbreak, through 9/30/08 | $1,294,281 |
| Dell workstation and network printers (25 Dell Opti gx280 workstations, 25 Dell 1905FP monitors, and 4 Dell 1700n network printers) | $29,586 |
| Quest Wingra software and consulting services | $476,294 |
| Lease Insurance | $90,000 |

Total Cost $15,417,088

2 SHIPPING INFORMATION

Note: All shipments require a minimum of 4 hours advance notice.

DoI Enterprise Messaging Service (EMS) equipment shall be shipped to the following locations:

Denver Federal Center
Building 53, Dock E12
Denver, CO 80225
Attn: Dave Pearson (303) 236-0906

USGS
12201 Sunrise Valley Drive, Loading Dock D
Reston, VA 20192
Attn: Tim Quinn (240) 423-3292

## 3 LIST OF EQUIPMENT FOR DENVER

Denver BOM Sum

| Received Product ID | Description | Total |
|---|---|---|
| gx280 | Dell workstation | 25 |
| 1905FP | Dell monitor | 25 |
| 1700n | Dell Printer | 4 |
| AP-7420B-00 | 16-PORT APP PLATFORM | 1 |
| AP7420B-RTR | LIC AP7420B FABRIC ROUTER | 1 |
| CAT6CBL25 | UTP CAT 6 CABLE 25 WHITE | 4 |
| CBFM-04 | FM 4 DOMAINS SEAT LIC | 1 |
| CBFM-04C | FM 4 DOMAINS SEAT LC | 2 |
| CBL-FC-15M-6 | 15M MM Cbl 62.5mic SC-LC | 4 |
| CBL-FCL-7M-6 | 7.5M MM Cbl 62.5mic LC-LC | 2 |
| CLARSFTPP | PREPAID CLAR SFT | 6 |
| C-MODEM-US | CLARIION SERVICE MODEM-US | 6 |
| CNR1PH | SP PWR EXP EMC RK | 1 |
| CNR4NMBAG4 | 4 NODE MAN BASIC G42 | |
| CNR4NMEXG4 | 4N FTRY CAP INC G4 | 6 |
| CNR4NMSWG4 | MIRR SW RTU LIC | 8 |
| CNR-CBL15-G4 | SHORT UPLINK CBL KIT | 1 |
| CNRGPLLIC | CNR GEN PUBLIC LIC SW | 1 |
| CNRMODEMG4 | CNR MODEM GEN 4 | 2 |
| CNRREPSWG4 | SW RTU LIC REP G4 | 8 |
| CNRRK 40U T | RACK SP POWER | 1 |
| CNRRKFRDOOR | LGCY FRNT DOOR OPT | 1 |
| CNRSW-PPM-PRM | CNR PPMNT PRM SW | 2 |
| CTXSFTPP | PREPAID CTX SFT | 2 |
| CX-2G10-146 | FC 146GB 10K 520B 2GB | 100 |
| CX-2G10-300 | 300GB FCL 10K 2GB | 308 |
| CX-2G10-73 | FC 73GB 10K 520B 2Gb | 408 |
| CX-2PDAE | CX DAE FC 2GB EXPANSION | 50 |
| CX-2PDAE-70 | CX700 2G FC DAE W/FLARE | 6 |
| CX700 | CX700 FC Array W 8GB MEM | 6 |
| CX700-KIT | CX700 DOCS & RTU | 6 |
| CX-AT05-320 | ATA 320GB 5400RPM | 124 |
| CX-ATA-DAE | DAE ATA EXPANSION FOR CX | 9 |
| DS-4100B-0D | BRCD 32-PORTS W/16 ACTIVE | 2 |
| DSB2RK40 | CLARIION SWITCHES IN 40U | 2 |
| EC-1500-B | CONNECTRIX B-SERIES CAB | 1 |
| EC1500BRLKT | MOUNT ED-XXB IN EC-1500B | 2 |
| EC-1500-PC1 | PWR CRD 1PHS-L630P | 1 |
| ED-24000B | ED-24000B CHASSIS-NO PORT | 1 |
| FC1-HSSDC-2M | FC COPPER CABLE 2M | 2 |

| | Document No. | Document Title | Page 11 of 16 |
|---|---|---|---|
| | 0405DO44761/0001 | DOI EMS Lease | |

| | | |
|---|---|---|
| FC-HS2-10M | HSSDC-HSSDC 10M CABLE-2GB | 80 |
| FM-LL30MD | 30M MM FIBRE CABLE LC-LC | 48 |
| LEGATO-SW | LEGATO SW MISC | 1 |
| M-100SL-GO1 | MNT 100SLOT GOLD 1YR | 5 |
| M-100SL-GO23 | MNT 100SLOT GOLD YR2OR3 | 5 |
| M-FCDR-GO1 | MNT FC DRV GOLD 1YR | 9 |
| M-FCDR-GO23 | MNT FC DRV GOLD YR2OR3 | 9 |
| M-SCI2K-GO1 | MNT SCI2K GOLD 1YR | 2 |
| M-SCI2K-GO23 | MNT SCI2K GOLD YR2OR3 | 2 |
| NAV700-EN | CX700 NAVI ENTERPRISE | 6 |
| NAV-ENKIT | NAVI ENTERPRISE MEDIA | 6 |
| PB-24000-16 | 16-Port CARD ED-24000B | 6 |
| PS-BAS-CIS | CAS INT SINGLE CLUSTER QS | 1 |
| PS-CUS-PRDSVC | Product-Based Services | 1 |
| PSEM-CUS-LEGT | Custom Legato PS EMC | 1 |
| PW40U-C-US | 40U-C PWR CORD - US | 11 |
| PW40U-US | Dual 40U Rack Power Cord US | 2 |
| RACK-40U-C | 40U COMMON RACK | 11 |
| RMSE-EXCHANGE | FOR EXCHANGE 5.5 2K 2K3 | 32 |
| SC700 | CX700 SAN COPY | 5 |
| SC700-KIT | CX700 SAN COPY | 5 |
| SCI2K-100U | SCALAR I2000 100 SLOT UPG | 1 |
| SCI2K-16PRT | SCALAR I2000 -16 PARTITNS | 1 |
| SCI2K-200 | SCALARI2000 200 SLOTS | 1 |
| SCI2K-2N-PWR | SCALAR I2000 2N POWER UPG | 2 |
| SCI2K-400 | SCALARI2000 400 SLOTS | 1 |
| SCI2K-INST | SCALAR I2K INSTALL/PS | 2 |
| 9-00741-01 | SCLR2000 LTO3 STG NTWK DR | 9 |
| SC-UPG-INST | SCALAR UPG INSTALL/PS | 1 |
| SV700 | CX700 SNAPVIEW | 6 |
| SV700-KIT | CX700 SNAPVIEW MEDIA | 6 |
| SW-24000B-TR | TRUNKING FOR ED-24000B | 1 |
| SYMMOD-US | MODEM UNITED STATES | 1 |
| WARCNRHWPRM | CNR HW WAR UPG 7X24 4HR | 2 |

| | | |
|---|---|---|
| BC100102 | EGN Egenera Blade Frame | 5 |
| SW100210 | Egenera Blade Frame base software and license | 5 |
| PB200700 | "4 way , 3.66 GHZ, 8GB RAM" | 77 |
| SW100210 | Software license for 4 way XEON | 77 |
| PB200507 | "2 way, 3.2 GHZ, 2GB RAM" | 32 |
| SW100210 | Software license for 2 way XEON | 32 |
| ES100103 | Egenera Blade Frame ES | 1 |
| SW100210 | Egenera Blade Frame ES Base Software and license | 1 |
| CS200313 | 3 Year Egenera Enterprise Support and Maintenance | |

| | | |
|---|---|---|
| HD-EN-AR-NTX | Remedy Help Desk Application with AR System Server Windows | 1 |
| HD-LC-5FLFU | Remedy Help Desk Float Full License 5-Pack | 20 |
| AM-EN-APP-NT | Remedy Asset Management Application Windows | 1 |
| AM-LI-5FL | Remedy Asset Management Float License 5-Pack | 2 |
| CM-EN-APP-NT | Remedy Change Management Application Windows | 1 |
| CM-LI-5FL | Remedy Change Management Float License 5-Pack | 4 |
| SLA-FB | Remedy SLA Flashboards Bundle all Platforms with 5 Fixed Licenses | 1 |
| ARM-EN-NT | AR System Migrator (ENGLISH) Windows | 1 |
| HD-EN-AR-DVX | DEVELOPMENT Remedy Help Desk Application with AR System Server Windows | 1 |
| AM-EN-APP-DV | DEVELOPMENT Remedy Asset Management Application | 1 |
| AM-LI-5FI-DV | DEVELOPMENT Remedy Asset Management Fixed License 5-Pack | 1 |
| CM-EN-APP-DV | DEVELOPMENT Remedy Change Management Application | 1 |
| CM-LI-5FI-DV | DEVELOPMENT Remedy Change Management Fixed License 5-Pack | 1 |

SLA-FB-DV DEVELOPMENT Remedy SLA Flashboards Bundle all Platforms with 5 Fixed Licenses 1
KMR-F KNOWLEDGE MANAGEMENT FOR REMEDY FLOAT 20
KMR-SS KNOWLEDGE MANAGEMENT FOR REMEDY SELF SERVICE FLOAT 50
TS-EP+ REMEDY EXPRESS+ Support (36 Months) 18% of List / 10% Discount on 36 Months 1
KMR-SM KMR Silver Maintenance (36 months) 18% of List 1

NME-WGA-PB Quest Notes Migrator for Exchange 80000
9923-3620TE Quest Consulting for Intial product knowledge transfer T& L included 5

MKT-002088 Legato Networker Product Family Media Kit 3
BIC-000026 NetWorker and Management Console for Windows Power Edition 3
LIC-002022 NetWorker Client Connections for Windows/UNIX/Linux/Mac OS X - Qty 25 8
LIC-002021 NetWorker Client Connections for Windows/UNIX/Linux/Mac OS X - Qty 5 9
LIC-002281 NetWorker Power Ed Dedicated Storage Node for Windows. Does not apply below NW 7.x. 12
LIC-002111 NetWorker Cluster Client Connections for Windows- Qty. 5 20
LIC-002044 NetWorker Autochanger Software Module 1-256 Slots 1
LIC-002204 NetWorker Autochanger Software Module 1-512 Slots 2
LIC-002107 NetWorker Dynamic Drive Sharing Option for W2K/WinNT/Unix/Linux 15
MKT-001400 Legato Message and DiskXtender 2000 Product Family Media Kit 1
BIC-MA1413 EmailXtender - Base 2
LIC-MO1429 EmailXtender Tier 4 Qty over 10000 User Mailboxes 80000
BIC-MA1401 DiskXtender 2000 for Centera consists of: DiskXtender 2000 Data Manager Server and DiskXtneder 2000 for EMC Centerra 4 TB Capacity 2
LIC-001500 Diskxtender 2000 Data Manager 16
LIC-001597 DiskXtender 2000 for EMC Centera 8TB Capacity 2

89F-C600-R "IronPort C600, Standard Configuration" 2
89R-4SQU "Rapid Rails for Four Post, Square Hole Racks" 2
89A-PXP-SKIT Standard Spare Kit for IronPort MGA includes: 1
89S-C600P-1Y "Platinum Support for IronPort C600, 3 Years" 2
89S-C60P-1Y "Platinum Support for IronPort C60, 3 Years" 2
89S-C30P-1Y "Platinum Support for IronPort C30, 3 Years" 2
89U-MFC-TR-10A "Mail Flow Central License Key, Tracking and Reporting, 6-10 MGAs" 1
89S-MFC-10A-1Y "Mail Flow Central Support, 6-10 MGAs" 3
89U-SO-1Y Sophos - 3 Year License Key 72800
89U-SO-1Y Brightmail - 3 Year Anti-Spam License Key 72800
89U-BM-1Y Virus Outbreak Filters Government 3 Year License Key 72800

## 4 LIST OF HARDWARE AND SOFTWARE FOR DOI EMS PROJECT

Qty Product ID Description GSA Schedule Pricing on the GSA Schedule Extended Pricing (GSA)
25 gx280 Dell Workstation "$1,080.00" "$27,000.00" "$23,750.00"
25 1905FP Dell Monitor $627.14 "$15,678.50" $0.00
4 1700n Dell Printer $384.00 "$1,536.00" "$5,836.00"
10 BC100102 EGN Egenera Blade Frame GS-35F-0330J "$206,751 " "$2,067,506 "
10 SW100210 Egenera Blade Frame base software and license GS-35F-0330J "$34,277 " "$342,771 "
153 PB200700 "4 way , 3.66 GHZ, 8GB RAM" GS-35F-0330J "$22,540 " "$3,448,620 "
153 SW100210 Software license for 4 way XEON GS-35F-0330J "$5,515 " "$843,849 "
63 PB200507 "2 way, 3.2 GHZ, 2GB RAM" GS-35F-0330J "$11,853 " "$746,752 "
63 SW100210 Software license for 2 way XEON GS-35F-0330J "$2,757 " "$173,671 "
1 ES100103 Egenera Blade Frame ES GS-35F-0330J "$54,031 " "$54,031 "
1 SW100210 Egenera Blade Frame ES Base Software and license GS-35F-0330J "$19,587 " "$19,587 "
CS200313 3 Year Egenera Enterprise Support and Maintenance GS-35F-0330J "$1,539,362 "
Qty Product ID Description Pricing on the GSA Schedule Extended Pricing (GSA)
1 HD-EN-AR-NTX Remedy Help Desk Application with AR System Server Windows GS-35F-5237H "$30,000 " "$30,000 "

| | Document No. | Document Title | |
|---|---|---|---|
| | 0405DO44761/0001 | DOI EMS Lease | Page 13 of 16 |

20 HD-LC-5FLFU Remedy Help Desk Float Full License 5-Pack GS-35F-5237H "$16,000 " "$320,000 "

1 AM-EN-APP-NT Remedy Asset Management Application Windows GS-35F-5237H "$35,000 " "$35,000 "

2 AM-LI-5FL Remedy Asset Management Float License 5-Pack GS-35F-5237H "$17,500 " "$35,000 "

1 CM-EN-APP-NT Remedy Change Management Application Windows GS-35F-5237H "$20,000 " "$20,000 "

4 CM-LI-5FL Remedy Change Management Float License 5-Pack GS-35F-5237H "$14,500 " "$58,000 "

1 SLA-FB Remedy SLA Flashboards Bundle all Platforms with 5 Fixed Licenses GS-35F-5237H "$20,000 "
"$20,000 "

1 ARM-EN-NT AR System Migrator (ENGLISH) Windows GS-35F-5237H "$7,500 " "$7,500 "

1 HD-EN-AR-DVX DEVELOPMENT Remedy Help Desk Application with AR System Server Windows GS-35F-5237H "$15,000 " "$15,000 "

1 AM-EN-APP-DV DEVELOPMENT Remedy Asset Management Application GS-35F-5237H "$17,500 "
"$17,500 "

1 AM-LI-5FI-DV DEVELOPMENT Remedy Asset Management Fixed License 5-Pack GS-35F-5237H "$3,500 "
"$3,500 "

1 CM-EN-APP-DV DEVELOPMENT Remedy Change Management Application GS-35F-5237H "$10,000 "
"$10,000 "

1 CM-LI-5FI-DV DEVELOPMENT Remedy Change Management Fixed License 5-Pack GS-35F-5237H "$2,900 "
"$2,900 "

1 SLA-FB-DV DEVELOPMENT Remedy SLA Flashboards Bundle all Platforms with 5 Fixed Licenses GS-35F-5237H
"$10,000 " "$10,000 "

20 KMR-F KNOWLEDGE MANAGEMENT FOR REMEDY FLOAT GS-35F-5237H "$1,995 " "$39,900 "

50 KMR-SS KNOWLEDGE MANAGEMENT FOR REMEDY SELF SERVICE FLOAT GS-35F-5237H $995
"$49,750 "

1 TS-EP+ REMEDY EXPRESS+ Support (36 Months) 18% of List / 10% Discount on 36 Months
"$300,349 "

1 KMR-SM KMR Silver Maintenance (36 months) 18% of List "$51,195 "

Qty Product ID Description GSA Schedule Pricing on the GSA Schedule Extended Pricing (GSA)

80000 NME-WGA-PB Quest Notes Migrator for Exchange GS- 35F-0593k $7.80 "$624,000 "

5 9923-3620TE Quest Consulting for Intial product knowledge transfer T& L included GS- 35F-0593k "$3,082 "
"$15,408 "

Qty Product ID Description GSA Schedule Pricing on the GSA Schedule Extended Pricing (GSA)

3 MKT-002088 Legato Networker Product Family Media Kit 35F-0414K $11.22 $33.66

3 BIC-000026 NetWorker and Management Console for Windows Power Edition 35F-0414K "$6,133.68 "
"$18,401.04 "

8 LIC-002022 NetWorker Client Connections for Windows/UNIX/Linux/Mac OS X - Qty 25 35F-0414K
"$7,330.50 " "$58,644.00 "

9 LIC-002021 NetWorker Client Connections for Windows/UNIX/Linux/Mac OS X - Qty 5 35F-0414K
"$1,645.62 " "$14,810.58 "

12 LIC-002281 NetWorker Power Ed Dedicated Storage Node for Windows. Does not apply below NW 7.x. 35F-0414K "$2,057.03 " "$24,684.36 "

20 LIC-002111 NetWorker Cluster Client Connections for Windows- Qty. 5 35F-0414K "$4,114.06 "
"$82,281.20 "

1 LIC-002044 NetWorker Autochanger Software Module 1-256 Slots 35F-0414K "$16,867.63 "
"$16,867.63 "

2 LIC-002204 NetWorker Autochanger Software Module 1-512 Slots 35F-0414K "$24,684.33 "
"$49,368.66 "

15 LIC-002107 NetWorker Dynamic Drive Sharing Option for W2K/WinNT/Unix/Linux 35F-0414K
"$1,645.62 " "$24,684.30 "

1 MKT-001400 Legato Message and DiskXtender 2000 Product Family Media Kit 35F-0414K $11.22 $11.22

2 BIC-MA1413 EmailXtender - Base 35F-0414K $0.00 $0.00

80000 LIC-MO1429 EmailXtender Tier 4 Qty over 10000 User Mailboxes 35F-0414K $29.92 "$2,393,600.00 "

2 BIC-MA1401 DiskXtender 2000 for Centera consists of: DiskXtender 2000 Data Manager Server and DiskXtneder 2000 for EMC Centerra 4 TB Capacity 35F-0414K $0.00 $0.00

16 LIC-001500 Diskxtender 2000 Data Manager 35F-0414K "$1,420.47 " "$22,727.52 "

2 LIC-001597 DiskXtender 2000 for EMC Centera 8TB Capacity 35F-0414K "$28,423.64 " "$56,847.28 "

Qty Product ID Description GSA Schedule Pricing on the GSA Schedule Extended Pricing (GSA)

2 89F-C600-R "IronPort C600, Standard Configuration" GS-35F-0414K "$54,950 " "$109,900 "

2 89R-4SQU "Rapid Rails for Four Post, Square Hole Racks" GS-35F-0414K $200 $400

1 89A-PXP-SKIT Standard Spare Kit for IronPort MGA includes: GS-35F-0414K "$1,000 " "$1,000 "

2 89S-C600P-1Y "Platinum Support for IronPort C600, 3 Years" GS-35F-0414K "$26,730 " "$53,460 "

2 89S-C60P-1Y "Platinum Support for IronPort C60, 3 Years" GS-35F-0414K "$26,730 " "$53,460 "

2 89S-C30P-1Y "Platinum Support for IronPort C30, 3 Years" GS-35F-0414K "$9,720 " "$19,440 "

1 89U-MFC-TR-10A "Mail Flow Central License Key, Tracking and Reporting, 6-10 MGAs" GS-35F-0414K
"$24,950 " "$24,950 "
3 89S-MFC-10A-1Y "Mail Flow Central Support, 6-10 MGAs" GS-35F-0414K "$6,250 " "$18,750 "

72800 89U-SO-1Y Sophos - 3 Year License Key GS-35F-0414K $2.70 "$196,560 "
72800 89U-SO-1Y Brightmail - 3 Year Anti-Spam License Key GS-35F-0414K $9.75 "$709,800 "

72800 89U-BM-1Y Virus Outbreak Filters Government 3 Year License Key GS-35F-0414K $4.59 "$334,152 "

Qty Product ID Description GSA Schedule List UnitList Net GSA Unit GSA Net Open Unit
Open Net
8 CBL-FC-15M-6 15M MM Cbl 62.5mic SC-LC GS-35F-008K $165 "$1,320"$0 $0 $0 $0
2 AP-7420B-00 16-PORT APP PLATFORM GS-35F-008K "$41,500" "$83,000" "$35,171"
"$70,343" $0 $0
12 PB-24000-16 16-Port CARD ED-24000B GS-35F-008K "$26,500" "$318,000" "$22,459"
"$269,505" $0 $0
564 CX-2G10-300 300GB FCL 10K 2GB GS-35F-008K "$2,430""$1,370,520" $0 $0 "$1,987"
"$1,120,400"
88 FM-LL30MD 30M MM FIBRE CABLE LC-LC GS-35F-008K $310 "$27,280" $253 "$22,264"
$0 $0
4 CNR4NMBAG4 4 NODE MAN BASIC G4GS-35F-008K "$34,400" "$137,600" $0 $0
"$30,874" "$123,496"
21 RACK-40U-C 40U COMMON RACK GS-35F-008K "$4,200""$88,200" "$3,434""$72,114" $0
$0
2 CNRRK40U T RACK SP POWER GS-35F-008K "$4,200""$8,400"$0 $0 "$3,770""$7,539"
21 PW40U-C-US 40U-C PWR CORD - US GS-35F-008K "$1,150""$24,150" $940 "$19,740" $0
$0
12 CNR4NMEXG4 4N FTRY CAP INC G4 GS-35F-008K "$24,200" "$290,400" $0 $0
"$21,720" "$260,634"
2 CBL-FCL-7M-6 7.5M MM Cbl 62.5mic LC-LC GS-35F-008K $140 $280 $0 $0 $0 $0
248 CX-AT05-320 ATA 320GB 5400RPM GS-35F-008K "$1,030""$255,440" $842 "$208,816" $0
$0
2 DS-4100B-0D BRCD 32-PORTS W/16 ACTIVE GS-35F-008K "$15,500" "$31,000" $0 $0
"$12,671" "$25,342"
2 PS-BAS-CIS CAS INT SINGLE CLUSTER QS GS-35F-008K "$9,500""$19,000" "$9,476""$18,952"
$0 $0
11 C-MODEM-US CLARIION SERVICE MODEM-US GS-35F-008K $0 $0 $0 $0 $0
$0
2 DSB2RK40 CLARIION SWITCHES IN 40U GS-35F-008K $310 $620 $253 $506 $0 $0
2 CNRGPLLIC CNR GEN PUBLIC LIC SW GS-35F-008K $0 $0 $0 $0 $0 $0
4 CNRMODEMG4 CNR MODEM GEN 4 GS-35F-008K $0 $0 $0 $0 $0 $0
2 EC-1500-B CONNECTRIX B-SERIES CAB GS-35F-008K "$15,000" "$30,000" "$12,713"
"$25,426" $0 $0
94 CX-2PDAE CX DAE FC 2GB EXPANSION GS-35F-008K "$6,200""$582,800" $0 $0 "$5,069"
"$476,439"

| | Document No. | Document Title | Page 15 of 16 |
|---|---|---|---|
| | 0405DO44761/0001 | DOI EMS Lease | |

11 CX-2PDAE-70 CX700 2G FC DAE W/FLARE GS-35F-008K "$7,700""$84,700" $0 $0 "$6,295"
"$69,242"
11 CX700-KIT CX700 DOCS & RTU GS-35F-008K $0 $0 $0 $0 $0 $0
11 CX700 CX700 FC Array W 8GB MEM GS-35F-008K "$65,000" "$715,000" "$53,138"
"$584,513" $0 $0
11 NAV700-EN CX700 NAVI ENTERPRISE GS-35F-008K "$64,500" "$709,500" "$52,729"
"$580,016" $0 $0
10 SC700 CX700 SAN COPY GS-35F-008K "$31,000" "$310,000" "$25,343" "$253,430"
$0 $0
10 SC700-KIT CX700 SAN COPY GS-35F-008K $0 $0 $0 $0 $0 $0
11 SV700 CX700 SNAPVIEW GS-35F-008K "$17,400" "$191,400" "$14,225" "$156,475"
$0 $0
11 SV700-KIT CX700 SNAPVIEW MEDIA GS-35F-008K $0 $0 $0 $0 $0 $0
18 CX-ATA-DAE DAE ATA EXPANSION FOR CX GS-35F-008K "$10,100" "$181,800" "$8,257"
"$148,622" $0 $0
2 PS-CUS-PRDSVC Data Manager Custom Service Custom $0 $0 $0 Custom
"$544,868"
4 PW40U-US Dual 40U Rack Power Cord US GS-35F-008K $800 "$3,200"$718 "$2,872"$0 $0
2 ED-24000B ED-24000B CHASSIS-NO PORT GS-35F-008K "$39,700" "$79,400" "$33,646"
"$67,292" $0 $0
100 CX-2G10-146 FC 146GB 10K 520B 2GB GS-35F-008K "$1,510""$151,000" "$1,234""$123,443"
$0 $0
832 CX-2G10-73 FC 73GB 10K 520B 2Gb GS-35F-008K $870 "$723,840" $711 "$591,739" $0
$0
4 FC1-HSSDC-2M FC COPPER CABLE 2M GS-35F-008K $150 $600 $0 $0 $123 $491
2 CBFM-04C FM 4 DOMAINS SEAT LC GS-35F-008K "$8,700""$17,400" "$7,112""$14,225"
$0 $0
2 CBFM-04 FM 4 DOMAINS SEAT LIC GS-35F-008K "$8,700""$17,400" "$7,808""$15,616"
$0 $0
64 RMSE-EXCHANGE FOR EXCHANGE 5.5 2K 2K3 GS-35F-008K "$3,000""$192,000" "$2,693"
"$172,352" $0 $0
160 FC-HS2-10M HSSDC-HSSDC 10M CABLE-2GB GS-35F-008K $230 "$36,800" $188
"$30,080" $0 $0
2 CNRRKFRDOOR LGCY FRNT DOOR OPTGS-35F-008K "$1,400""$2,800"$0 $0 "$1,257""$2,513"
2 AP7420B-RTR LIC AP7420B FABRIC ROUTER GS-35F-008K "$14,500" "$29,000" "$13,014"
"$26,028" $0 $0
16 CNR4NMSWG4 MIRR SW RTU LIC GS-35F-008K "$35,800" "$572,800" $0 $0
"$32,131" "$514,088"
9 M-100SL-GO1 MNT 100SLOT GOLD 1YR 35F-0414K "$1,110""$9,990"$0 $0 $0 $0
9 M-100SL-GO23 MNT 100SLOT GOLD YR2OR3 35F-0414K "$1,665""$14,985" $0 $0 $0
$0
15 M-FCDR-GO1 MNT FC DRV GOLD 1YR 35F-0414K "$1,080""$16,200" $0 $0 $0
$0
15 M-FCDR-GO23 MNT FC DRV GOLD YR2OR3 35F-0414K "$1,415""$21,225" $0 $0 $0
$0
3 M-SCI2K-GO1 MNT SCI2K GOLD 1YR 35F-0414K "$3,885""$11,655" $0 $0 $0 $0
3 M-SCI2K-GO23 MNT SCI2K GOLD YR2OR3 35F-0414K "$5,025""$15,075" $0 $0 $0
$0
2 SYMMOD-US MODEM UNITED STATES GS-35F-008K $0 $0 $0 $0 $0 $0
4 EC1500BRLKT MOUNT ED-XXB IN EC-1500B GS-35F-008K $205 $820 $170 $678 $0 $0
11 NAV-ENKIT NAVI ENTERPRISE MEDIA GS-35F-008K $0 $0 $0 $0 $0 $0
2 EC-1500-PC1 PWR CRD 1PHS-L630P GS-35F-008K $0 $0 $0 $0 $0 $0
2 SCI2K-100U SCALAR I2000 100 SLOT UPG 35F-0414K "$12,500" "$25,000" $0 $0
$0 $0
2 SCI2K-16PRT SCALAR I2000 -16 PARTITNS 35F-0414K "$8,000""$16,000" $0 $0 $0
$0
3 SCI2K-2N-PWR SCALAR I2000 2N POWER UPG 35F-0414K "$6,500""$19,500" $0 $0 $0
$0

| | Document No. | Document Title | |
|---|---|---|---|
| | 0405DO44761/0001 | DOI EMS Lease | Page 16 of 16 |

3 SCI2K-INST SCALAR I2K INSTALL/PS 35F-0414K "$8,250""$24,750" $0 $0 $0
$0
1 SC-UPG-INST SCALAR UPG INSTALL/PS 35F-0414K "$4,000""$4,000"$0 $0 $0 $0
1 SCI2K-200 SCALARI2000 200 SLOTS 35F-0414K "$73,550" "$73,550" $0 $0
$0 $0
2 SCI2K-400 SCALARI2000 400 SLOTS 35F-0414K "$83,300" "$166,600" $0 $0
$0 $0
15 9-00741-01 SCI2K LTO3 STG NTWK DR 35F-0414K "$21,420" "$321,300" $0 $0
$0 $0
2 CNR-CBL15-G4 SHORT UPLINK CBL KIT GS-35F-008K $100 $200 $0 $0 $90 $180
2 CNR1PH SP PWR EXP EMC RK GS-35F-008K "$1,200""$2,400"$0 $0 "$1,077""$2,154"
16 CNRREPSWG4 SW RTU LIC REP G4 GS-35F-008K "$5,000""$80,000" $0 $0 "$4,488"
"$71,800"
2 SW-24000B-TR TRUNKING FOR ED-24000B GS-35F-008K "$23,600" "$47,200" "$21,181"
"$42,362" $0 $0
8 CAT6CBL25 UTP CAT 6 CABLE 25 WHITE GS-35F-008K $100 $800 $90 $720 $0 $0