IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>SERVE: Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>Defendant. | ) | Case No. __________ |

# EXHIBIT D

# TO COMPLAINT

On Behalf of Plaintiff TKC COMMUNICATIONS, LLC

GovWorks
FEDERAL ACQUISITION CENTER
Government working with government.

Date: 9/29/2006

From: Jehad Salameh, Contracting Officer

To: Paul Kwiatkowski, Program Director

Subject: Task Order # 0405DO44761

Dear Mr. Kwiatkowski:

Due to lack of funds and no continuing need for the leased equipment, the Government does not intend to exercise Lease Option 3, effective 10/1/2006, under the above-referenced Task Order.

Per the Task Order, Paragraph 7, the Government intends to return the leased equipment to TKCC within 14 days of not exercising the option. Accordingly, please provide an address to which to ship the equipment. Additionally, prior to shipping the equipment back to TKCC, I would greatly appreciate it if TKCC could participate in inspecting the equipment prior to shipping in order to document its condition.

For any questions, please don't hesitate to contact me.

Sincerely,

Jehad Salameh, Contracting Officer
Department of Interior
GovWorks Procurement Center
381 Elden Street
Herndon, VA 20170

**Exhibit D - 01**