**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TKC COMMUNICATIONS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. ___________** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **SERVE: Michael B. Mukasey** | ) | |
| **U.S. Attorney General** | ) | |
| **U.S. Department of Justice** | ) | |
| **Office of the U.S. Attorney General** | ) | |
| **950 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, DC 20530-0001** | ) | |
| | ) | |
| **Defendant.** | ) | |

# EXHIBIT G

# TO COMPLAINT

**On Behalf of Plaintiff TKC COMMUNICATIONS, LLC**

Department of the Interior (DOI)

# DOI
# Enterprise Messaging Services (EMS)
# Project

Sensitive, DOI-Internal Only

## Statement of Objectives
## for
## EMS Operations Support

Internal DOI version

(For internal DOI use only. Not to be used for external competitive sourcing)

**October 08, 2004**

**Exhibit G - 01**

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

Sensitive, DOI-Internal Only

**Exhibit G - 02**

# Table of Contents:


1. Purpose and Scope
   - 1.1. Purpose
   - 1.2. Scope
   - 1.3. Supporting documents

2. Vision

3. Current Messaging Environment

4. Transition from Current to Future State Environment
   - 4.1. Transition Plan
   - 4.2. System Conversion
   - 4.3. Data Conversion
   - 4.4. Platform Transition

5. Business & Performance Objectives

6. Constraints & Dependencies
   - 6.1. Organizational Readiness
   - 6.2. EMS Governance
   - 6.3. Federal Legacy Messaging Workforce
   - 6.4. DOI Active Directory (AD) Services
   - 6.5. DOI Network Operations Center (NOC)
   - 6.6. DOI Enterprise Service Network (ESN)
   - 6.7. Court Ordered E-mail Capture & Archive
   - 6.8. E-Authentication
   - 6.9. Operating System Standard
   - 6.10. Office Productivity Tools Standard
   - 6.11. Trust Organizations
   - 6.12. Financial and Business Management System (FBMS)
   - 6.13. Certification and Accreditation (C&A)
   - 6.14. Collaborative Tools & Mail-Enabled Applications
   - 6.15. Continuity of Operations (COO) & Disaster Recovery
   - 6.16. Privacy
   - 6.17. Security

7. Government Policy, Regulations, Responsibilities
   - 7.1. Government Responsibility
   - 7.2. Contractor Responsibility
   - 7.3. Government-Contractor Partnership
   - 7.4. Federal Policies and Regulations
   - 7.5. Security Requirements

8. Contract Deliverables


Sensitive DOI Internal Only

**Exhibit G - 03**

## Appendices:

- Appendix A. EMS Functional Requirements
- Appendix B. EMS General Service Requirements
- Appendix C. MS Exchange Detailed Service Requirements
- Appendix D. Performance Measures, Service Levels, and Incentives
- Appendix E. Instructions for Proposal Content and Preparation
- Appendix F. DOI Collaborative Tools
- Appendix G. DOI Mail-Enabled Applications
- Appendix H. Security Requirements
- Appendix I. EMS Contract- Service Options
- Appendix J. Glossary of Terms
- Appendix K. Summary of Deliverables
- Appendix L. Software, Hardware, and Hosting Facilities
- Appendix M. Messaging Seats by Organization

Sensitive, DOI-Internal Only

**Exhibit G - 04**

## Organization of this document

This document is a Solicitation by the Department of the Interior for proposals to procure electronic messaging support services.

**Section 1** describes the purpose of the Solicitation and an overview of its scope.

**Section 2** describes the department's vision, and **Section 3** the business objectives behind this Solicitation. These are provided for background and to communicate the context and business drivers behind this solicitation.

**Section 4** describes the current-state messaging environment within the DOI and Section 5 discusses the important issue of transitioning from the current-state to the future-state.

**Section 6** describes drivers affecting this effort, factors that constrain and set limits on proposed solutions, dependencies that are prerequisites to the desired future-state, and projects that depend on the proposed solution. This is a critical section.

**Section 7** describes significant federal regulations relevant to this Solicitation that must be addressed in the Offeror's proposed solution.

The **Appendices** contain the detail on the requirements of this solicitation:

- Appendix A describes the capabilities that need to be deployed for a successful solution.
- Appendix B describes the generic services required to satisfy the requirement.
- Appendix C describes services required that are specific to the MS Exchange product
- Appendix D contains the performance criteria that will be used to measure the success of the proposed solution after it is implemented and in production.
- Appendix E provides instructions to the Offerors for preparing their proposals. At a minimum, offeror's should include the material described in this section, and organize their proposals as indicated.
- Appendix F & G describe the requirement for Collaborative Tools and Mail-enabled applications, respectively.
- Appendix H describes the federal security requirements applicable to this Solicitation.
- Appendix I contains a description of additional services related to the requirements of this solicitation that must be offered in all proposals, but which may be optionally selected at the discretion of the government.
- Appendix J contains the definition of selected terms used in this document.
- Appendix K is a table summarizing the contract deliverables.
- Appendix L describes the property (hardware, software, facilities) to be provided by the Government and the Contractor. It also provides a description of the options available to the Offeror for the provision of the hardware and facilities needed to support their proposed solution.

**Exhibit G - 05**

# 1. Purpose and Scope

## 1.1. Purpose

The Department of Interior (DOI) is seeking proposals for contract services to support a DOI managed, Microsoft Exchange based electronic messaging service (referred to herein as DOI Enterprise Messaging Services, or EMS).

The desired result is a consolidated departmental messaging service, based on Microsoft (MS) Exchange, operated within a DOI enterprise management and operations control structure, conforming to enterprise architecture and strategic plan goals, and supported through contracted services to be acquired through this Solicitation.

## 1.2. Scope

1.2.1. **Project** – This Solicitation supports the DOI Enterprise Messaging Services (EMS) project[1], which in turn is part of the broader DOI Enterprise Infrastructure Transformation Initiative. EMS is sponsored through the DOI Office of the Chief Information Officer (CIO).

1.2.2. **Ownership** – EMS is a government-managed departmental service, operated within a DOI management and operations authority[2]. The scope of this Solicitation is limited to contractor provided operational support services within this DOI authority.

1.2.3. **Contract** - DOI desires to acquire various services through existing DOI contract vehicles to support EMS and will award a firm, fixed price contract on the basis of best value to the Government. The EMS has a planned five-year life cycle. This Solicitation is a one-year performance-based contract, with four 1-year renewal options.

1.2.4. **Constraints & Dependencies** - There exists important constraints and dependencies that define and direct EMS, and that are critical to its understanding and execution. Those relevant to this Solicitation are described in the <u>Constraints & Dependencies</u> section of this document. Offerors should pay particular attention to these as they develop their Proposals.

1.2.5. **Software** – This is <u>not</u> a solicitation to acquire messaging <u>software</u>. The MS Exchange product has been selected and acquired by DOI as the EMS messaging software solution. The capabilities that must be implemented using Exchange as the core system are described in Appendix A. Proposals in response to this Solicitation are restricted to services in support of this solution. DOI shall furnish software licenses as described in Appendix L. While an Offeror may propose additional software as needed to support their Proposed Solution, where they exist, DOI licenses must be used in the Proposed Solution.

1.2.6. **Hardware-** Client hardware is <u>not</u> within the scope of this Solicitation. Server and related hardware <u>is</u> within the scope of this Solicitation: The Offeror's proposed solution may include the provision of hardware, utilization of existing DOI hardware, acquisition of hardware from existing DOI contract vehicles, or a combination of these alternatives. Hardware options are described in Appendix L.

1.2.7. **Facilities**- The Offeror's proposed solution may include hosting in contractor facilities, hosting using government facilities, or a combination of these alternatives. Facility options are described in Appendix L.

---

[1] The EMS project was chartered to implement the EMS. See EMS Project Charter.
[2] Described in section 6.2. EMS Governance.

1.2.8. **Services** – This Solicitation is a request for contract Services as described below. (The Services are described in detail in Appendixes B, C, & D)

1. Conversion from and decommissioning of the current DOI legacy messaging systems.
2. Implementation of an MS Exchange based EMS across entire DOI.
3. Ongoing steady-state operation, maintenance, and support of EMS
4. Ongoing assistance to DOI users including phone support, web based support, educational materials, and problem resolution
5. Ongoing training of government systems personnel in the configuration, operation, maintenance and troubleshooting of the EMS, including all hardware, software, operational, and maintenance requirements.
6. Ongoing EMS end-user training.
7. Continuity of Operations and Disaster Recovery service.
8. Conversion of legacy email, directory and calendar data to EMS
9. Contract Options:
   - Messaging Content Management
   - Messaging Records Management
   - Consulting Support
   - Collaborative Tools Operations
   - Development and Custom Configuration
   - Messaging Data Conversion
   - Enterprise Active Directory Operations

1.2.9. **Proposal**- Respondent must submit a comprehensive proposal resulting in a complete Contractor provided offering as described in this Solicitation. Proposals submitted in response to this Solicitation must address all the requirements described herein. Appendix E contains a summary list of these requirements, as they must appear in the Proposals. Refer to Appendix E for instructions for preparing proposals. Proposals shall be comprehensive and include all aspects of the implementation including all hardware, software, systems tools, and telecommunications required (both government and vendor); and a detailed description of the processes and procedures for planning, implementing, operating, maintaining and supporting EMS over its life cycle.

1.2.10. **Deliverables-** The contract deliverables required as a result of this Solicitation are summarized in Appendix K.

1.2.11. **Collaboration Tools & Mail-Enabled Applications**- DOI operates within its legacy messaging environment various messaging related collaboration tools such as real-time messaging and virtual team room; and mail-enabled applications such as automated forms and workflow. Provision or conversion of these products or services is not within the scope of this Solicitation. However, Proposals must include the interface to and authentication of the existing departmental collaborative tools and mail-enabled applications with the Proposed Solution using the DOI Enterprise Active Directory infrastructure[3]. The scope also includes the provision of operational support as described in Appendix I-1.

Sensitive Document Only

[3] See section 6.4, DOI Enterprise Active Directory (EAD) Services

### 1.2.12. Organizations

The solicitation is seeking services for the entire department of the Interior including all bureaus and offices:

**Bureaus:**

1. Bureau of Land Management (BLM)
2. Minerals Management Service (MMS)
3. Bureau of Reclamation (BOR)
4. Bureau of Indian Affairs (BIA)
5. Office of Surface Mining (OSM)
6. National Park Service (NPS)
7. US Geological Survey (USGS)
8. Fish & Wildlife Service (FWS)

**Offices:**

1. Office of the Secretary (OS)
2. Office of the Inspector General (OIG)
3. Office of the Special Trustee for American Indians (OST)
4. Solicitor Office (SOL)
5. National Business Center (NBC)
6. Office of Hearings and Appeals (OHA)

Sensitive; DOI-Internal Only

### 1.3. Supporting documents

The following documents are essential supporting material to this Solicitation.

- EMS Charter: "Enterprise Messaging Services (EMS) Project Charter".
- EMS Project Plan: "Integrated Project Plan Overview".
- EACS-AD Charter: "Enterprise Access & Control Services (EACS), Enterprise Active Directory (EAD) Project Charter".
- EACS AD-Exchange Design: "Active Directory Implementation Project High-level Architecture and Conceptual Design".
- EACS AD Change Management: "Integrating Enterprise Access Control Services (EACS) Enterprise Active Directory (EAD) into the Technical Infrastructure CCB"
- Enterprise Services Network project plan
- Enterprise Services Network design
- Financial and Business Management System (FBMS) project plan

## 2. Vision

2.1. The DOI vision is to promote a fully connected, virtual organization by providing its users with a rich set of tools and services supporting secure any-time, any-place collaboration.

2.2. EMS is designed to support the need for improved collaboration, organizational cohesiveness, and streamlined business practices across the entire department. The nature of DOI as a highly distributed and mission diverse organization means that it is extremely important, and at the same time very challenging, to insure seamless communication among the many, varied and geographically scattered business units while maintaining a secure infrastructure. To achieve this vision and address this challenge, the implementation of a rich collaborative communication infrastructure based on a secure enterprise design and common business vision is underway.

2.3. Success in realizing this vision will improve the department's ability to more transparently & universally communicate, collaborate, access services, share resources and access common applications across the entire department; improve overall system reliability, and reduce total cost of ownership. The desired result is better management of the department and its programs, better mission execution, and ultimately better service to the public.

## 3. Business & Performance Objectives

3.1. DOI expects to achieve management, economic, and functional goals and outcomes consistent with the DOI IT Strategic Plan[4], Enterprise Architecture efforts[5], and Capital Planning and Investment Control (CPIC) guidelines, and that support the President's Management Agenda goals. Departmental objectives to be achieved as a result of this Solicitation are:

1. Economic Efficiency
2. Secure Messaging Environment
3. Improvement in E-mail Service
4. Breakdown of Barriers to Collaboration

The following table summarizes these objectives. Detail metrics associated with these objectives are described in Appendix D.

Sensitive: DOI-Internal Only

[4] "Department of the Interior Information Technology Strategic Plan, FY2002-2008".
[5] "US Department of the Interior Enterprise Architecture, Technical Reference Model". US Department of the Interior, Interior Enterprise Architecture Conceptual Migration and Implementation Plan".

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

*Table 6-1.* **DOI Business & Performance Objectives**

| Business Objectives | Definition of Success | Performance Measure(s)[6] |
|---|---|---|
| **1- Economic Efficiency** | EMS results in a reduction in total cost of ownership to the department. | **Cost:** Calculated Departmental Total Cost of Ownership (TCO) - is lower than current-state for comparable function/service. |
| **2- Secure Messaging Environment** | EMS results in improved security. Messages are not compromised by unauthorized access, denial of Service is prevented, virus damage is prevented, and continuity of service is maintained in the event of a disaster. | **Standards:** Compliance- Documented compliance with OMB, NIST, & DOI security standards.<br>**Security Events:**<br>• Security vulnerabilities and violations- Security patches & upgrades are made in timely manner to address vulnerabilities and violations.<br>• Incidents are reported and handled within service level requirements.<br>**COO:**<br>• Continuity of Operations plans and procedures exist to insure messaging availability in the event of a disaster.<br>• COO tests are successful.<br>**C&A:** Certification & Authentication is maintained. |
| **3-Improvement in E-mail Service** | EMS results in improved overall system performance and availability for the DOI enterprise and no declines for the individual bureaus & offices. The Proposed Solution results in stronger control of operations. | **Performance:** System Reliability, Availability, & Response time supports the DOI mission requirements.<br>**User Support:** support resources sufficient to address user problems in a timely manner.<br>**User Satisfaction:** Positive user experience<br>**Technology Upgrades:** Technical Currency- Timely implementation of new releases & technology upgrades.<br>**Problem Resolution:** Reduce time it takes to correct operation errors.<br>**Service Level:** SLA Reporting- Objectives of SLA are met. |
| **4-Breakdown Barriers to Collaboration.** | EMS results in a DOI-wide messaging that eliminates technical, procedural, ad organizational barriers preventing the exchange of message-based information among DOI organizational units. | **Training:** Training Resources- Adequately trained and educated DOI users.<br>**Planning and design:** Plans, Designs- Planning, design & operation of system is sufficient such that all users have easy, reliable, and cost-effective access to the full set of system capabilities.<br>**Capability:** Functions& Services- Rich set of functions and services are available to users<br>**Operation:** Transparency- System is measurably transparent to users.<br>**CRM-** Customer Relationship Management program in effect and results in high customer satisfaction. |

Sensitive: DOI Internal

[6] The performance measures in this table are qualitative. A detailed description and specific required quantitative values associated with these measures are described in Appendix D.

## 4. The Current DOI Messaging Environment

4.1. DOI is a highly distributed and diverse organization. Currently, DOI bureaus and offices own and operate independently managed messaging services. Approximately eighty-four percent (84%) of the department uses Lotus Notes/Domino. Cross-relationships and integration of directory services exist across organizations using the Lotus Notes/Domino environment. Approximately five percent (5%) use Microsoft Exchange. Approximately 11% use Novell Groupwise. Directory services integration exists across these products through a combination of automated services, or manual processes, which provide fairly accurate email address book directories. However, this approach has yielded limited department-wide reuse for authentication and authorization services. The DOI has standardized on Active Directory as its authoritative directory service. It is required that the Proposed Solution uses the DOI Active Directory as its authoritative directory service.

Directory services and operations integration is loosely coordinated through a departmental team. Some bureaus also support value added capabilities such as real-time messaging, virtual team room, and mobile collaboration. In addition, many automated workflow applications are mail-enabled and are supported by the current messaging environment.

4.2. Electronic messaging is used in DOI to deliver simple text messages, rich text messages, embedded live web links, and file attachments in a variety of formats. Messages range from simple unrestricted messages to messages requiring secure transmission such as Trust information, government policy, and secure business information. DOI also uses the messaging environment to deliver executable commands (for example, using button icons) and custom forms to mail-enabled database applications. These buttons execute scripts and run batch files with a mouse click. The buttons are also used to upgrade software or collect data for applications. Additionally, many bureaus have other applications integrated with the messaging environment. Electronic messaging is a key mechanism for communication within the department, within bureaus, across bureaus, and with external mail systems via the Internet.

4.3. The DOI current messaging (including calendar, scheduling and task management) environment includes:

1. Approximately 80,000 user email seats[7].
    - 84% Lotus Notes/Domino
    - 5% Microsoft Exchange
    - 11% Novell Groupwise
2. Approximately 500 mail servers
3. DOI Telecommunications Network:
   DOI operates a privately managed departmental telecommunication network. This network supports a wide range of communication consisting of:
    - 14.4 kbps dial-up, T1 circuits, DS3 circuits, OC3 circuits, Frame Relay Services, Asynchronous Transfer Mode, Private IP, VPNs, RAS connections and LAN.
    - Variety of Internet Service Providers (ISP)
    - Many DOI users are in remote locations, where telecommunications connectivity and onsite support are difficult to provide.
    - The current DOI network is undergoing a major modernization.[8]
4. User Devices consist of:

[7] User seats is defined as the number of procured software licenses supporting DOI messaging users. This does not include email groups. See Appendix M for a breakdown of seats by bureau.
[8] See Section 6.6 DOI Enterprise Service Network (ESN).

- Desktop
- Laptop
- Mobile/Wireless technologies (eg: RIM Blackberry)
- Personal Digital Assistant (PDA)

5. Applications are integrated into the messaging environment.
6. Collaborative tools providing value-added service in addition to email are integrated into the messaging environment.
7. Directory services are integrated through partnerships with other government agencies
8. The minimum required functional capability listed in Appendices A, B, and C is already currently implemented and in use within the DOI current-state messaging environment.
9. DOI messaging environment spans time zones from Eastern to South Pacific.
10. All Client-to-Server and Server-to-Server transmissions are encrypted end-to-end.

### 4.4. Collaborative Tools and Mail-Enabled applications

In addition to the messaging services described in this solicitation, the DOI collaborative environment also includes collaborative tools, such as real-time messaging (includes instant messaging, chat room, whiteboard, remote application sharing, polling, collaborative authoring, discussion groups, and desktop audio-video ), virtual team room, and mobile collaboration. The messaging system also supports mail-enabled applications, such as automated forms based workflow processes. These are described in detail in Appendix F and G.

## 5. Transition from Current State to Future State Environment

As described in Section 4, Current DOI Messaging Environment, DOI is a highly distributed and diverse organization consisting of historically independent bureaus. DOI is undertaking a complex transition from the current state of independent systems to a single enterprise messaging system. This transition is a critical part of EMS and one that must be given particular attention in the Proposal. The DOI bureaus are in widely varying states of readiness for a transition from their legacy systems to EMS. Factors affecting readiness include telecommunications infrastructure, desktop platform and operating system, personnel, funding, messaging dependent collaborative tools and applications, security, Financial and Business Management System (FBMS) deadlines, and various bureau specific issues. These are described in Section 7., Constraints & Dependencies. The Proposed Solution must address these factors while achieving the department's enterprise objectives. It must also minimize organizational disruption and loss of service.

All costs of the transition from the current DOI messaging state to EMS must be included as part of the Proposal.

### 5.1. Transition Plan

A successful Proposal must consider bureau readiness and phase the transition accordingly. It must include a detailed plan for transition including a deployment timeline based on an assessment of bureau readiness, any required parallel operation of the legacy and EMS system, scheduled downtime, and procedure for the cutover from the current to EMS.

### 5.2. System Conversion

Proposed Solution must include the conversion from the legacy DOI messaging systems to EMS.

### 5.3. Data Conversion

Proposals must include the conversion of existing messaging data from the legacy DOI messaging systems to the Proposed Solution, including electronic mail, email directory, and calendar/schedule data. Note: This requirement does not include existing archived email as required by the Cobell litigation, described in Section 7.3 of this Solicitation. See Appendix I. EMS Contract- Service Options

### 5.4. Client Platform Transition

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

DOI is transitioning from the current-state platform base to a future-state platform standard. During this transition, the Proposed Solution must support the existing DOI computing platform base. The current-state and future-state platforms are described in Appendix A.

# 6. Constraints & Dependencies

There exists important constraints and dependencies that define and direct the EMS project, and that are critical to its success. Those relevant to this Solicitation are described in this section. The Proposed Solution must address all the constraints and dependencies described in this section, which include organizational, personnel, technical and environmental issues

## 6.1. Organizational Readiness

The EMS project environment is characterized by varying states of readiness among the bureaus and office, decentralized control of resources, independently managed legacy systems, a continuing need for legacy collaborative tools & applications support, as well as various bureau specific constraints. This requires that the transition to EMS utilize a flexible and adaptive phased implementation strategy. The transition plan must also conform to departmental standards for networking, security, directory services, messaging, platform and other components as described in this section; and must specify completion dates consistent with the needs of related projects and the departmental. Bureau readiness must be assessed and considered in the design of the EMS transition and the bureau deployments phased based on their readiness and the other factors described in this section.

## 6.2. EMS Governance

6.2.1. **Definition**- For purposes of the EMS project, the definition of governance includes:

- Roles, authorities, responsibilities among the department, bureaus and contractors
- Project Management
- Contract Management
- Operations management
- Systems management
- Enterprise Architecture compliance
- Configuration & Change Management (CCM)
- Capital Planning & Investment Control (CPIC)
- Strategic Policy, Planning, and Coordination
- Decision-making mechanisms
- Quality and Customer Assurance

6.2.2. **Project**- The EMS Project Team[9] is chartered with responsibility for the management of the EMS project. This Solicitation is part of the EMS Project Team Integrated Project Plan.[10] The EMS project is being managed by a PMI certified project manager and is following a project discipline based on the PMI PMBOK framework[11]. The Project charter and Integrated Project

[9] The EMS Project Team is chartered by the DOI Chief Information Officer (CIO). It consists of representation from each bureau including messaging, procurement, and workforce experts.

[10] The EMS project and plan is described in: 1) EMS Charter: "Enterprise Messaging Services (EMS) Project Charter" and 2) EMS Project Plan: "Integrated Project Plan Overview".

[11] Project Management Institute (PMI) certified Project management Professional (PMP), Project management Body of Knowledge (PMBOK).

Sensitive DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

Plan are the baseline documents authorizing and directing the EMS project. Any changes to the EMS baseline must be approved through the project change management process.

6.2.3. **Operations-** The EMS will deploy an operational governance structure creating a partnership among the department, bureaus, and the support contractor based on enterprise management, standards, and controls. The nature of the DOI environment within which the EMS shall operate may require a distributed implementation and operations model, depending on the degree of centralization possible. However, regardless of the final EMS design, the governance model for EMS will be a well-defined department-bureau-contractor partnership. The details of this partnership, including roles, responsibilities, authority, and degree of centralization shall be determined by the EMS Project Team as a product of the EMS project, but is planned to be a form of department-bureau management "consortium" with contractor provided operations support under government direction.

The EMS operations consortium will be referred to as the EMS Domain Operations Team. EMS is part of the Collaboration and Communication infrastructure services within the Support Services layer of the DOI Architecture, Service Reference Model (SRM). The DOT is responsible for EMS and all other IT infrastructure services within this layer. Therefore, the team will be referred to as the Collaboration and Communication Domain Operations Team (CC-DOT). The CC-DOT will work closely with the Collaboration and Communication Domain Architecture Team (CC-DAT)

DOT shall consist of representatives from the DOI bureaus. It will be a well-defined matrix organizationally residing within the DOI Office of the Chief Information Officer (OCIO), Enterprise Infrastructure Services Division. The functional DOT lead will be the EIS Chief.

6.2.4. **Contract**-The DOT is responsible for management of EMS and serves as (COTR[12]) for the EMS contract that will result from this Solicitation.

6.2.5. **EMS Authorities**

| Role | Authority |
|---|---|
| | |
| System Owner | DOI Chief Information Officer (CIO) |
| System Manager | Chief, OCIO Enterprise Infrastructure Division (EID) |
| System Operations | DOI CC Domain Operations Team (CC-DOT) |
| System Change Control Board | DOI CC Domain Operations Team (CC-DOT) |
| Project Management | OCIO Enterprise Infrastructure Division (EID) |
| Project Control Board | Architecture Review Board (ARB) |
| Architecture Control | Architecture Review Board (ARB)-<br>Collaboration & Communication Domain Architecture Team (CC-DAT) |
| Strategic Policy & Direction | Information Technology Management Council |
| | |

[12] Contracting Officer Technical Representative.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## 6.3. Federal Legacy Messaging Workforce

The transition to EMS has the potential to affect existing federal personnel currently supporting legacy messaging systems. The Proposed Solution must insure that personnel impacts are minimized through utilization of the existing bureau investment in human resources and leveraging the considerable knowledge of operations and bureau mission that exists within the current legacy operations. See Section 7.4.1 for applicable regulations.

## 6.4. DOI Enterprise Active Directory (EAD) Services

### 6.4.1. Description

EAD is the department's enterprise directory infrastructure using Microsoft Active Directory (AD) that will be the central directory for all DOI user and application information. The Proposed Solution must use the DOI EAD as its authoritative directory service. EAD is part of a unified DOI Intranet infrastructure including secure integrated messaging, directory-enabled networking, groupware, role-based authorization and asset and change management. This unified infrastructure will be capable of supporting both current and pending capabilities such as user and access authentication, quality of service, ability to centrally deploy and manage user and application environments, and future support of federally mandated standards for digital certificates and PKI.

### 6.4.2. EMS-EAD Integration

The DOI EAD Team has been chartered to implement EAD[13]. EAD is a critical dependency for EMS. Therefore, there must be tight linkage between the EMS and EAD projects. Project level coordination is the responsibility of the DOI EMS and EAD project managers. The Offeror must be recognize and incorporate the requirement for Active Directory as specified in this Solicitation, and describe the proposed process for coordination and integration of the Proposed Solution with EAD.

### 6.4.3. Phased AD Implementation

The DOI AD infrastructure will be implemented in phases. In phase 1, AD will be implemented as a department wide single-forest with child domains for each bureau. User accounts will be authoritatively controlled by the bureau. In the second phase, AD will be implemented as a single credential store. In phase 3, PKI credentials will be stored in the directory.

- Phase 1 - Department wide single-forest
- Phase 2 - Single credential store
- Phase 3 - PKI credentials stored in directory

The Proposed Solution must be able to work within the DOI AD design. The Proposal must describe how the Proposed Solution will integrate with the DOI AD network.

Sensitive DOI Only

## 6.5. DOI Network Operations Center (NOC)

The DOI NOC is a secure computer operations facility located at 625 Herndon Parkway, Herndon, Virginia 20170. This government-operated facility is the primary center for departmental enterprise hosting. Consistent with the business goal of economic efficiency, an EMS objective is to design as highly a consolidated deployment as is possible, while at the same time meeting the performance requirements.

[13] See EAD Project Charter.

However, since DOI is a highly distributed and varied environment, it is recognized a more distributed topology with additional sites may be needed to deliver the required performance levels. (At least one additional site shall be needed for Continuity of Operations (COO).) Offerors may elect to use the DOI NOC for centralized EMS server operations and/or they may propose auxiliary DOI sites if necessary to support required service levels; or they may propose contractor owned sites. EMS facility options are described in Appendix L.

## 6.6. DOI Enterprise Service Network (ESN)

### 6.6.1. Description

The purpose of the DOI Enterprise Service Network (ESN) Program is to standardize, guide, and coordinate the development and implementation of a single departmental network. The DOI ESN is a secured intra-network backbone service that integrates existing networks, consolidates Internet access, and provides efficient centralized management to the Department and its bureaus and offices. The DOI ESN will provide the data communications to support the enterprise business applications and Internet access connectivity required by the department to meet its mission objectives.

### 6.6.2. Current State

The current DOI telecommunication environment spans a broad range of bandwidth including 14.4 kbps dial-up, T1 circuits, Fractional DS3 circuits, DS3 circuits, and OC3 circuits; and services including Frame Relay Services, Asynchronous Transfer Mode Services, Private IP, VPN services, Remote Access Services, and LAN users on Gigabyte Ethernet. DOI uses a variety of connectivity services that include Intranet services and secured Internet access. The Department's current-state environment supports 14 bureau office networks with over 31 points of dedicated Internet connections. DOI is in the process of consolidating this decentralized network environment into "one" Enterprise Services Network. Security and centralized management are the major objectives in deploying single network architecture.

### 6.6.3. Phased Implementation:

The ESN will be developed using a phased approach. The ESN will include an Intranet and consolidated Internet access gateways. Each phase (Phase 1-Intranet and Phase 2-Internet) will be implemented as part of and in coordination with the requirements of this Solicitation. A decision to proceed with Phase 3 (full consolidation) will be made at a latter date after phase 1 and phase 2 are complete and stabilized. The ESN provides the corner stone for other enterprise efforts, such as messaging and deploying active directory.

- Current State
- Phase 1 - Intranet consolidation
- Phase 2 - Internet consolidation
- Phase 3 - Full Consolidation of departmental network

The Proposed Solution must address the current-state telecommunications environment, be capable of supporting a wide range of telecommunication transport options, and be implemented such that it can accommodate the ESN implementation phases. The Offeror must describe how the Proposed Solution utilizes and integrates with the existing DOI telecommunications network and the ESN, including any deficiencies and limitations with the DOI telecommunications that may adversely affect EMS. The Offeror must demonstrate the Proposed Solution's impact on wide and local area network configurations such as, 10/100 Ethernet, Multi-protocol Label Switching backbone (MPLS) with Asynchronous Transfer Mode (ATM) and Frame Relay (FR) network. the Offeror must provide benchmark information regarding product performance based on the DOI telecommunication environment. Proposals must include test results that

Sensitive Internal Only

demonstrate how the Proposed Solution performs within a MPLS with ATM and Frame Relay (FR) network.

6.6.4. **Network Operations Center:** The ESN will include a DOI Network Operations Center (NOC) as described above that will manage the consolidated Internet and departmental Intranet. The NOC will be owned and managed by the Department. TrustNet will be used as a secure domain for Indian Trust systems. TrustNet's perimeter network will function as a 'controlled interface' to manage data flow and network traffic to and from the TrustNet domain. TrustNet will serve as a prototype for other network security domains within the ESN. A connection approval process (CAP) will be used to address security between bureau network segments, the Intranet, Internet gateways and security domains.

6.6.5. **Bandwidth Restrictions:** The ESN cannot offer unlimited bandwidth to support enterprise messaging applications that will traverse the Intranet and Internet access points. The proposed messaging solution will be hosted within a carrier's network that supports a Multi-protocol Label Switching backbone (MPLS) with Asynchronous Transfer Mode (ATM) and Frame Relay (FR) tail connections. A poorly designed messaging architecture has potential to overwhelm the lower speed FR connections and force the backbone to compensate (that is, add more bandwidth) for application traffic flows. Proposals must include test results that demonstrate how their proposed designs perform within an ATM/MPLS and FR network.

6.6.6. **NetBIOS:** The ESN does not permit the use of NetBIOS over the network.

## 6.7. Court Ordered E-mail Capture & Archive

### 6.7.1. Legal Requirement

Some organizations within DOI are required to retain all e-mail in compliance the *Cobell v. Norton*[14] and other court orders. The DOI must provide assurance that all e-mail and its attachments for these organizations will be reliably, consistently and automatically captured, archived, and retained in a safe-secure and trusted environment. In particular, the DOI must ensure that all e-mail within and across the designated bureaus will be archived indefinitely; that integrity of the documents will be ensured; that compliance be overseen; that documents can be retrieved in a timely manner; and that a sound agency-wide solution is implemented. All information and retained data for this requirement remains the property of DOI. Access to archives is restricted to authorized DOI employees.

Sensitive DOI-Internal Only

### 6.7.2. Proposal Requirement

The Proposed Solution must be able to utilize the current court approved Zantaz real-time email capture capability[15] implemented by the department to satisfy the email archiving court order. Note the distinction between the court ordered archiving requirement described in this section, and the Email Content management capability described in Appendix I-1 and I-2. These are

[14] Cobell vs. Norton (formerly Cobell vs Babbit) litigation, Individual Indian Money (IIM) trust fund accounts are the subject of a class action lawsuit against the United States: In the United States Court for the District of Columbia, Elouise Pepion Cobell, et al., Plaintiffs, vs Bruce Babbitt, Secretary of Interior, et al., Defendants, Case No. 1:96CV01285 (Judge Lamberth), 1996.

[15] The archiving system, Digital Safe©, is provided under contract to DOI by Zantaz (www.zantaz.com/) Use is authorized by DOI IRM bulletin May 21, 2003.

different requirements serving different needs and customers, though it is possible that the same product solution may satisfy both requirements.

### 6.7.3. Real-time Archive Capability

The DOI Zantaz system captures messages (including encrypted e-mail) and associated attachment(s) on a "going-forward" basis. The system provides a searchable e-mail archive solution designed to protect intellectual capital and ensure legal compliance. The system supports the following capabilities:

- 6.7.3.1. Archiving solution capable of being implemented as bureau-level option.
- 6.7.3.2. Archive repository for the storage of all DOI email.
- 6.7.3.3. Automatic capture of all incoming and outbound e-mail and attachments and copy them to the archive repository, where they will remain online and easily accessible and searchable.
- 6.7.3.4. All inbound and outbound e-mail and attachments are automatically copied to the archive repository, where they will remain online and easily accessible and searchable.
- 6.7.3.5. Capture and retention of all blind copy (bcc:) and carbon copy (cc:) addresses and retain all e-mail messages sent or received.
- 6.7.3.6. Retains all modifications and document history, all Internet and gateway head information, all attachments and all topic information.
- 6.7.3.7. Makes email available for retrieval within seconds of submission to the archive repository.
- 6.7.3.8. Integrates the archive repository into other document management systems, thereby providing a single, transparent access capability for all archived documents.
- 6.7.3.9. Serialize all indexes, and provide a date-time stamp.
- 6.7.3.10. Provides a digital index of all e-mail messages.
- 6.7.3.11. Implement routing rules to control, by person or organization, what email is captured.
- 6.7.3.12. Creates retrieval and user access rules controlling who can access the archives and what information they access.
- 6.7.3.13. Generates audit reports that contain information about searches conducted by DOI.
- 6.7.3.14. Access to archives is controllable as access is restricted to authorized employees only. There are varied levels of access.

## 6.8. E-Authentication

6.8.1. E-authentication will utilize two-factor (username/ password and digital credential). The digital credential will be X.509v3 standard and will need to follow PKCS standards, and be complaint with NIST FIPS. The Certificate will be stored in the DOI Active Directory. The certificate revocation list (CRL) will also be stored in the Active Directory.

6.8.2. The messaging system must support industry standard X.509 certificate systems. Current individual certificates must be recognized and utilized. Individual certificates per user for authentication, encryption and document/message signing must be supported. SmartCard certificate storage is required. SmartCard authentication support is required. Username with strong complex password support is required for Bureau's not currently deployed with SmartCards. The ability to require SmartCard authentication by user is required (disable username/password). SmartCard Authentication against AD is required. Messaging system must recognize and not compromise the Federal Bridge PKI system. Messaging system must support message routing with multiple layers of document signing.

## 6.9. Operating System Standard

### 6.9.1. Current State

The DOI current-state desktops and laptops use a variety of operating systems. The Proposed Solution must support these operating systems as part of a transition to the DOI future-state.

#### 6.9.2. Future State

The Microsoft Windows XP family has been adopted as the standard future-state operating system for DOI desktops, laptops and servers. The Proposed Solution must be able to support the latest versions of this operating system standard as it evolves. A list of current and future-state operating systems that must be supported by the Proposed Solution are provided in Appendix A, under "Platform".

### 6.10. Office Productivity Tools Standard

Microsoft Office Professional suite (version 98, 2000, and XP) is the DOI standard for office automation.

### 6.11. Trust Organizations

As a consequence of the Cobell v. Norton[16] litigation, DOI must insure that email for Trust organizations (those having email content containing information covered by this litigation) is secure. One result is that the proposed EMS solution must provide for the capability of segregating email for organizations declared to be trust organizations and managing trust and non-trust messaging data within a single enterprise system. This may entail logical segregation using security management software or physical separation involving a separate messaging system, as directed by the court. Vendor proposals must have a design strategy for both these possibilities. The DOI organizations currently declared to be trust are:

- Bureau of Indian Affairs (BIA)
- Office of the Inspector General (OIG)
- Office of the Special Trustee (OST),
- Solicitor's Office (SOL).

Other organizations or parts of other organizations may be added to the list as directed by the court.

### 6.12. Financial and Business Management System (FBMS)

The DOI FBMS is a major financial initiative that depends on the enterprise networking, active directory, and messaging infrastructures. For example, FBMS will rely on EMS for workflow notifications to users. FBMS has deadlines that represent important constraints for the EMS project. Therefore, the Proposed Solution must include:

- Synchronization of EMS with the FBMS schedule
- Integration of EMS with FBMS

### 6.13. Certification and Accreditation (C&A)

The Proposed Solution must insure that that all Federal and DOI C&A requirements are met and that a C&C certification is obtained before the system is released for production.

[16] Cobell vs. Norton (formerly Cobell vs. Babbit) litigation, Individual Indian Money (IIM) trust fund accounts are the subject of a class action lawsuit against the United States: In the United States Court for the District of Columbia, Elouise Pepion Cobell, et al., Plaintiffs, vs. Bruce Babbitt, Secretary of Interior, et al., Defendants, Case No. 1:96CV01285 (Judge Lamberth), 1996.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## 6.14. Collaborative Tools & Mail-Enabled Applications

The DOI collaborative environment also includes collaborative tools, such as real-time messaging (includes instant messaging, chat room, whiteboard, remote application sharing, polling, collaborative authoring, discussion groups, and desktop audio-video), virtual team room, and mobile collaboration. The messaging system also supports mail-enabled applications, such as automated forms based workflow processes. The Proposed Solution must be able to interoperate with DOI applications and use Active Directory for authentication and authorization.

The Proposal must describe how the Proposed Solution addresses the requirement to interoperate with email-enabled applications) and use the DOI Enterprise Active Directory (EAD) for authentication and authorization. These are described in detail in Appendix F and G.

## 6.15. Continuity of Operations (COO) & Disaster Recovery

The Proposed Solution must have a capability for disaster recovery and continuity of operation. The Proposed Solution must include a plan for continuity of service and message retrieval in the event of a loss of the ability to provide the contracted service.

## 6.16. Privacy

EMS is potentially a privacy act system as defined by the Federal Privacy Act[17]. The Proposed Solution must be compliant with federal Privacy Act requirements. If the Proposed Solution falls under the Privacy Act provisions, then a Privacy Impact Assessment (PIA) must be developed and a Federal Register notice must be published to inform the public and employees about the system before the system is deployed in production.

## 6.17. Software, Hardware, and Facilities

The Government maintains enterprise licensing and purchasing agreements for systems related to this Solicitation. See Appendix L for a description of the property provided under these agreements and property requirements and options available for this Solicitation.

## 6.18. Security

The Security requirements of this Solicitation are described in detail in Appendix H. Security Requirements

# 7. Government Policy, Regulations, Responsibilities

## 7.1. Government Responsibility

The Government is responsible for EMS strategic policy, planning, and coordination; management of the services contract, and other responsibilities determined to be inherently governmental. A DOI governance body and process shall manage the EMS and the EMS services contract.

## 7.2. Contractor Responsibility

[17] Privacy: Privacy Act of 1974, Public Law 930579, December 31, 1974 (5U.S.C. 552a)

This Solicitation requires that the Contractor be responsible for provision of the required services as specified in this Solicitation.

### 7.3. Government-Contractor Partnership

The Government and the Contractor shall enter into a Service Level Agreement (SLA) for delivery of the services and performance and service level requirements described in Appendix D, and the governance requirements described in Section 6.2.

### 7.4. Policies and Regulations

The Proposed Solution must meet the government policies and regulations as described in the following documents:

#### 7.4.1. Outsourcing and Personnel

- 7.4.1.1. FAIR Act
- 7.4.1.2. Competitive Sourcing. Manager's Guide to Competitive Sourcing, Federal Acquisition Council, second edition, February 20, 2004.

#### 7.4.2. Information Resources Management

- 7.4.2.1. President's Management Agenda
- 7.4.2.2. OMB Circular A-130, Management of Federal Resources

7.4.3. Freedom of Information Act (FOIA)

#### 7.4.4. Privacy

- 7.4.4.1. Privacy Act of 1974, Public Law 930579, December 31, 1974 (5U.S.C. 552a) Agency regulations at 43 CFR Part2, Subpart D, Violation of the Act may involve the imposition of criminal penalties.

#### 7.4.5. Access

- 7.4.5.1. Rehabilitative Act, Section 508:

  Prior to delivery, the Messaging System will be tested and certified Section 508 compliant. Vendor will assume responsibility for this requirement and for presenting certification and/or demonstration to the Department. If product delivered proves not to be 508 compliant, then vendor shall assume responsibility for the cost of a suitable remedy.

#### 7.4.6. IT Architecture and Plans:

- 7.4.6.1. DOI IT Strategic Plan
- 7.4.6.2. DOI Enterprise Architecture:

  The DOI Enterprise Architecture is a high-level Enterprise Architecture that conforms to the Federal Enterprise Architecture model. The Proposed Solution must comply with the business, service, and performance models of the DOI Architecture.

Sensitive Internal Only

## 8. Contract Deliverables

The Contract resulting from this Solicitation is expected to result in a set of deliverables that includes project management; planning and design; conversion from legacy to EMS; deployment of EMS; ongoing operation and maintenance support for the target EMS; and user assistance, training, and Quality/Customer assurance.

See **Appendix K. Summary of Contract Deliverables** for a complete listing of the EMS project deliverables.

# Appendix A.

## EMS Functional Requirements

**Contents:**

1. Supported Protocols
2. Platforms
   2.1. Client Access
   2.2. Servers
3. Electronic Mail
4. Calendar/Schedule
5. Web Access
6. Remote Access
7. Mobile/Wireless Messaging
8. Messaging Content Management
9. Forms Management
10. Workflow
11. Client Administration and Software Distribution
12. Multimedia Messaging
13. Secure email
14. Single sign-on
15. Data compression
16. Application Environment
17. Portlets and Portals
18. Quota Management
19. Authentication and Synchronization

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

The Proposal must address, and the Proposed Solution must provide for the implementation of at least the minimum capabilities described in this section.

**Category**

1. **Supported Protocols**
   1.1. SMTP/MIME, S/MIME, SMTP over TLS (Transport Layer Security), SMTP AUTH,
   1.2. HTTPS,
   1.3. Lightweight Directory Access Protocol (LDAP over SSL),
   1.4. Wireless Access Protocol, (WAP), Wireless Markup Language (WML),
   1.5. IMAP4, Secure IMAP (IMAP over SSL), Secure POP.
   1.6. Includes Mobile/Wireless technologies such as PDA, Blackberry and similar technologies.
   1.7. Java and MS .Net

2. **Platforms**
   2.1. **Client**
   Refers to the ability to access EMS using the native client (Outlook) and a browser hosted on the following platforms:
   **During Transition Period** (that is, transition from DOI legacy to EMS):
   - Microsoft Operating Systems:
     Windows 95, Windows 98, Windows NT, Windows 2000, Windows XP, and Windows XP for Tablet PCs through native (Outlook) and browser interface.
   - Other Operating Systems:
     Mac OS 9.x, Mac OS X, Sun Solaris, HPUX, IBM AIX and Linux through native or web browser interface.

   **Future State** (that is after the transition to the full DOI standard MS XP environment):
   - Microsoft XP (and future releases of this product)

   2.2. **Server**
   EMS must be implemented with Exchange 2003 server software. See Appendix L.

3. **Electronic Mail (E-mail) Core Capabilities**
   3.1. Simple text messages
   3.2. Ability to launch an application associated with the attachment.
   3.3. Attach and detach documents to incoming and outgoing messages
   3.4. **Viewers:**
      3.4.1. DOI Microsoft Office automation standard (word processing, spreadsheets, graphics for incoming messages), usable through both through native client and browser
   3.5. **Message:** See multi-media section below.
   3.6. Support read and unread marks from native client and web access
   3.7. Capability to synchronize web personal address books and passwords.
   3.8. Ability to synchronize threaded discussions with web solution
   3.9. Directory Services integrated with LDAP and Active Directory
   3.10. User Account Management and associated security of those accounts.
   3.11. **Addressing:**
      3.11.1. Retain bureau email identity with public and DOI
      3.11.2. Bureau email identifier is part of email address
      3.11.3. Personal distribution Groups (lists) - local based
      3.11.4. Unlimited number of groups and sub-nested groups with control via access control list capable of containing up to 100,00 entries.

| Category | |
|---|---|

- 3.11.5. Personal Address Group management
- 3.11.6. Private distribution Groups (lists) - server based with security
- 3.11.7. Public Group management – auto build of email lists integrated with Active Directory Services as add, change, and deletes occur
- 3.11.8. Capability to establish generic email accounts
- 3.11.9. Capability to establish email accounts not tied to the directory.
- 3.11.10. Capability to create personal address books, automatically add address of received email to personal address book.

3.12. Copy and Paste unformatted text and images from other applications into email body text, and retain all attributes – rich text capability

3.13. **Accessibility:** Section 508 compliance

3.14. Automatic decoding of messages/attachments (BinHex, uuencode, and MIME)

3.15. **Delegation**: Support varying levels of delegation for managing other user's email and calendars.

3.16. **Encryption**: Provide encryption within product, natively, and additionally Internet standard encryption for messaging outside DOI.

3.17. **Spelling** - with customized dictionary (users and system admin.)

3.18. **Out of office**: Out of office capability with automatic mailer with customized messages served from the server, with the ability to specify message for specific groups as well as to have a set of deny groups to not reply. There must be an option for no reply to Internet as a default for the automatic mailer.

3.19. **New Message Alert:** Alert for receipt of new messages including ability to turn off/on by user – including visual and/or audio alert modes.

3.20. Immediate validation of message recipients of Bureau users (before sending) – directory look-up

3.21. Ability to automatically and manually archive (both locally and centrally) based on user defined criteria and schedule

3.22. Folder Management

3.23. Mobile and roaming user support

3.24. Private and public mailing lists, controlled by access control lists.

3.25. Automatic signature tag (on/off ability)

3.26. Ability to replicate mail store, public & personal directory, calendar, task lists, databases, discussion threads, and directory to local desktop, another server, or laptop.

3.27. Filter & File messages by specified criteria, performing a specified action

3.28. User specified delivery options, e.g., do not forward or print, special delivery, return receipt

3.29. Reply threading - collecting replies from original messages (all re:)

3.30. Customized button bars

3.31. Message tracking – confidential, investigative

3.32. Ability to search for the occurrence of search string in e-mail headers, message body, and attachments in on-line and archive email.

3.33. User ability to sort e-mail by sender, date, subject and size

3.34. Ability for authorized DOI personnel to access and read another employee's email for troubleshooting and security purposes.

3.35. Support varying levels of delegation for managing other user's email.

3.36. Ability to configure email, visual, and audible alarms for imminent events.

| | |
|---|---|
| 4. **Calendar/Schedule** | |

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

| Category | |
|---|---|
| 4.1. Access for multiple users<br>4.2. Schedule/reschedule meetings, conference rooms, and other resources, etc. (single events or recurring)<br>4.3. Capability to mark calendar entries private, busy and free time<br>4.4. Capability to view and print group calendars and personal calendars without duplicate entry.<br>4.5. Capability to drag and drop messages into calendar and tasks entries<br>4.6. Capability to copy and paste message into a calendar and tasks<br>4.7. Time-zone support<br>4.8. View by day, week, month<br>4.9. User ability to sort calendar by date, subject<br>4.10. Ability to selectively send email notification to attendees<br>4.11. Capability to over-book (if more than one meeting is scheduled)<br>4.12. Check for conflicts and free time of attendees and resources immediately<br>4.13. Capability to schedule cross Bureau users<br>4.14. Capability to update linked calendaring/scheduling databases across Bureau automatically and immediately<br>4.15. Support varying levels of delegation for managing other user's calendars<br>4.16. Integration of messaging with other collaboration tools such as scheduling and tasks.<br>4.17. System has ability to automatically create calendar entries upon meeting acceptance. | |

5. **Web Access**
   - 5.1. Full management of mail, calendar, tasks, and scheduling through browser interface.
   - 5.2. Capability to create and manage personal address books through web browser interface.
   - 5.3. Support off-line messaging, including the ability to read, reply and forward email.

| | |
|---|---|
| 6. **Remote Access**<br>6.1. Secure access to email over telephone, wireless, satellite connections (TCP/IP)<br>6.2. Ability to operate in a hosted business environment<br>6.3. Ability to fully manage mail, calendar, tasks, personal address book and scheduling in a disconnected environment using client or web browser<br>6.4. Ability to control the amount of information replicated with each large message when using a low-bandwidth connection and a simple mechanism for retrieving the remainder of the message when the user desires. | |

7. **Mobile/Wireless Messaging**
   - 7.1. The Proposed Solution must be able to support integration with mobile/wireless access systems.
   - 7.2. Support Personal Digital Assistant (PDA) capability to access, send, receive and synchronize with messaging system.
   - 7.3. Support synchronization (messages, calendars, tasks, scheduling) between Proposed Solution and Pocket PC OS and Palm OS.
   - 7.4. Support Blackberry and similar RIM technologies
   - 7.5. Ability to synchronize PDA information with the server without requiring desktops to be powered on.

## Category

8. **Messaging Management**
   8.1. Proposed solution must include a capability for the user to store and manage email content. The user must be able to store the email and retrieve the email using the proposed messaging system interface(s). See Appendix I-1 and I-2.

9. **Forms Management**
   9.1. Ability to integrate/interface with a forms management tool.

10. **Workflow (Electronic Signature, routing, etc.)**
    10.1. Use the Active Directory for electronic signature, routing, etc.

11. **Client Administration and Software Distribution**

Product must be capable of providing the capability to properly administer the messaging client and distribute messaging software to the client including:

- 11.1. All software components of messaging system
- 11.2. Remote administration of security controls for the client ability to run executables.
- 11.3. Remote configuration of client desktops and settings.
- 11.4. Built in license tracking and management.
- 11.5. Configuration of mail storage based on size or number of messages or specified retention schedule.
- 11.6. Ability to generate reports based on message storage, message use, etc.
- 11.7. Central configuration of or allow user customization of client features, e.g., small icons
- 11.8. Capability to push incremental upgrades.
- 11.9. Multiple level of administrator privilege
- 11.10. Support for single interface for both mail and active directory
- 11.11. Capability to track messages from sender to receiver and get status information such as received, read, unread, and deleted.

12. **Multimedia Messaging:**

Capability of sending and receiving various digital forms in the message body and attachment including:

- 12.1. Audio, video, and graphics files created by other applications.
- 12.2. Rich text and hypertext in mail message body.
- 12.3. Embedded live URL links in message body.
- 12.4. Native e-mail links to specific databases or documents in message body.
- 12.5. Ability to create basic and tabbed tables in message body.

13. **Secure email**

- 13.1. **Security Standards:** The Proposed Solution must be sufficiently flexible to support Internet security standards for secure e-mail as they are developed, accepted, and widely adopted.
- 13.2. SPAM and Virus Protection: capability to integrate third party anti-spam and anti-virus software. Native capability is desired.
- 13.3. Pubic Key Infrastructure (PKI) -
- 13.4. Digital signatures and encryption using RSA key pairs. No private keys asymmetric encryption will be supported.

**Category**

- 13.5. Ability to use smartcard authentication for mail and web clients.
- 13.6. Industry standard End-to-End and Client-Server encryption
- 13.7. Industry standard Decryption
- 13.8. Support HTTPS (SSL) encryption
- 13.9. Enforce minimum 8 characters, mixed alpha-upper and lower case/numeric and special characters for password
- 13.10. Enforce changes within the range of 30 days to one year (e.g., 365 days).
- 13.11. Enforces limited invalid access attempts
- 13.12. Support for resumption of interrupted data transfer

## 14. Single sign-on

The Proposed Solution must be capable of providing a method to use a single logon process to access all the capabilities of the system across the entire system. It is recognized that a multiple log in procedure may be necessary during the transition from the current-state to the Proposed Solution.

- 14.1. Single User Id and Password for Windows clients via Microsoft Active Directory
- 14.2. No additional password entry will be required or allowed, and for windows workstations, only the active directory password is used.
- 14.3. The e-mail client shall start with the credentials used to log into the workstation.
- 14.4. Digital signatures must be transparently supported using two (2) private keys where required. Separate key pairs shall be used for the Internet versus internal, and the system shall know the correct key to sign by knowing where the recipient is located.

## 15. Application Environment

- 15.1. Capability to use information provided in active directory services for mail-enabled applications as well as email
- 15.2. Ability to interface with external databases, e.g., Oracle, DB2, Domino, Sybase, XML, ODBC, SQL, API calls, J2EE, .NET, etc.
- 15.3. Applications to send e-mail
- 15.4. Applications can read e-mail

## 16. Portlets and Portals

- 16.1. Support for lightweight capabilities for logically accessing individual email components from browsers & application without invoking entire messaging system.

## 17. Quota Management

- 17.1. Enforced on-line, web, and off-line quota management
- 17.2. User Warning messages prior to quota limits.
- 17.3. Once quota is reached, restrict user ability to send mail while still receiving incoming mail until mail file is below quota.

## 18. Authentication and Synchronization

- 18.1. The Proposed Solution must be capable of authenticating the DOI Collaborative Tools

**Category**

and Mail-enabled applications as described in Appendix F and G.

18.2. The Proposed Solution must be capable of using Active Directory as an authoritative directory for authentication and authorization. Consequently, synchronization with Active Directory is not an acceptable solution for authentication and authorization. However, the proposal will describe its ability to synchronize its directory with the DOI Active Directory and with the DOI Applications directories as described in Appendix G.

Sensitive, DOI-Internal Only

# Appendix B.

## EMS General Service Requirements

**Contents:**

B-1. Messaging System Services

B-2. User Support Services

B-3. Administrator Support Services

B-4. Reporting

B-5. Continuity of Operations & Disaster Recovery

Sensitive, DOI-Internal Only

## B-1. Messaging System Services

### B-1.1. System Administration Services

The Proposed Solution must include all System Administration (SA) services required to provide the Messaging functions specified in this Solicitation and proposed by the Respondent. System Administration refers to those technical and administrative activities required for the successful operation and maintenance of the Messaging Service.

### B-1.2. User registration Services

The Proposed Solution must provide for the registration of users of the Messaging System, including re-certification and name changes, user ID recovery, and user information modifications.

### B-1.3. Messaging Management Services

#### B-1.3.1. Online Messages

The Proposed Solution must allow users to store and manage messages online from the messaging client.

#### B-1.3.2. Backup/Recovery of Messages

The Proposed Solution must provide for routine backup of messages to an offline medium, and recovery of messages to the messaging system in the event of system failure. The system must provide for retrieval of messages.

#### B-1.3.3. Live E-Mail capture and Archiving of Messages

Capability of capturing messages and storing them indefinitely in an offline medium using rules and in a format capable of being subsequently retrieved and read by the messaging system.

#### B-1.3.4. Message Restore

The Proposed Solution must be capable of restoring user mail to the online system from backup at the message level or higher.

### B-1.4. Quota Management

The Proposed Solution must include a service for managing email quotas, including automatic archiving of messages in mailboxes that are over quota either by total mailbox size, message size, or message date and making archived email available to users online.

### B-1.5. Archiving – Court ordered

The Proposed Solution must interface with the DOI live-e-mail capture service as required by court order. (See Section 7.3 of this document)

### B-1.6. Anti-Virus Protection Services

The Proposed Solution must provide anti-virus protection as follows::

- Scanning of Messaging System servers, messages, and attachments for viruses
- Insure that anti-virus protection is maintained to be current, including beta versions.
- Provide at least 2 different virus vendors.
- Provide for scanning of mail already delivered into user mailboxes.
- Automatic checking for new virus signatures at least every 15 minutes.

### B-1.7. Anti-SPAM Protection Services

The Proposed Solution must provide scanning and message content filtering capability to prevent possible Denial of Service by being flooded by bulk junk mail, and to filter out specific other

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

messages based on keywords, i.e., pornographic phrases or other inappropriate messages. However, the solution shall not automatically delete these messages that are quarantine by the anti-SPAM service. Quarantine messages shall be reviewed and released as appropriate by authorized DOI personnel to ensure that legitimate messages inadvertently stopped by SPAM filters are subsequently reviewed and released to the recipients as necessary. Anti-spam capability must also provide the following:

- Anti-spam protection is maintained to be current.
- Filter out at least 95% of incoming spam.
- Automatically download new spam signatures at least every 15 minutes.
- Provide false positive rate less than 0.0001%.
- Provide features to block messages with specified attachment types, inside or outside of container files.
- Provide the ability to block password protected containers.
- Allow messages to be blocked or unblocked based on keywords in the message subject or body or an identified sender, recipient, sending domain, or host.
- Provide real-time statistics on incoming message, virus, and spam traffic.
- Provide statistics and graphs for message, virus and spam traffic for the past day, week and month.

### B-1.8. Change Management

EMS will utilize a standard change management process. This process will be finalized by the EMS Project Team but will be based on the EACS AD Change Management process as described in the document: "Integrating Enterprise Access Control Services (EACS) Enterprise Active Directory (EAD) into the Technical Infrastructure CCB"

### B-1.9. Scheduled Downtime

To provide quality service to our customers, system downtime must be managed and minimized. The Proposed Solution shall provide for sufficient redundancy to provide fail-over to prevent system outages for the user and maintain the required service levels.

Downtime is recognized as sometimes unavoidable. Sometimes systems have to be taken offline to make changes. Changes may include installation of new software releases, fixing of system bugs, refreshing technology, or hardware repair or replacement. Either the Contractor or the Government may request a system change requiring downtime. In an attempt to minimize disruption to our customers, the DOI has a policy of scheduled downtimes. Therefore, the Proposed Solution must include provision that all planned outages be announced in advance. In addition any changes affecting system availability must be documented. The Proposed Solution must include procedures designed to minimize conditions that prevent our customers from using our services. The Proposed Solution shall specify a procedure for scheduled system outages during hours of lowest use. The Contractor shall not schedule system downtime during the core working hours defined for the system unless prior approval is obtained from the EMS System Manager. All scheduled system downtime shall be approved by the System Manager and delivered for all systems via a system maintenance schedule. The EMS System Manager must approve any changes to the regularly scheduled downtime at least 24 hours in advance of the implementation of the change.

Once downtime has been approved by the System Manager, the System Manager will send out a user announcement/notification at least 3 working days prior to the scheduled downtime, and again 24 hours before the scheduled downtime, and then 30 minutes prior to the scheduled downtime. If the downtime exceeds the announced timeframe, updates will be provided to the users and a downtime assessment report will be generated. A downtime recap e-mail will be sent to DOI System Manager within 24 hours for all system downtime, scheduled or unscheduled. A current events page will be maintained to provide up-to-date information to all customers

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## B-2. User Support Services

The Proposed Solution must include assistance to users in the usage of the DOI messaging system. This assistance shall include remote phone support, email support, web based information, educational material, training, and problem resolution

### B-2.1. User Assistance

The Proposed Solution must include User Support. At a minimum this must include a HelpDesk that can be accessed by users via telephone and email. Service levels for user support are described in Appendix D. Performance Measures and Service Levels.

### B-2.2. User Training

The proposed Services solution shall include the following user training:

#### B-2.2.1. DOI Messaging System Basics for Users

Introductory course in the basic usage of the proposed DOI Messaging System. Topics should cover all information needed for a user who already has basic knowledge and experience with an email system including the ability to compose, send, and receive email messages and attachments, manage online email, archive email, use calendar and scheduling, and look up directory entries. Also shall include calendaring and scheduling basics.

#### B-2.2.2. Advanced DOI Messaging System for Users

Advanced course in the basic usage of the proposed DOI Messaging System. Topics should cover all advanced features not covered in the Introductory course. Proficiency in the Introductory course is a pre-requisite for the advanced course.

#### B-2.2.3. Security Training for Users

Course designed to introduce the end user to the security features of the proposed DOI Messaging product and how to use them to address DOI security requirements.

#### B-2.2.4. DOI On-Site Training

Proposed solution shall include options for on-site group training.

#### B-2.2.5. On-line Training

Proposed solution shall also include on-line self-directed versions of the courses.

### B-2.3. User Documentation

The Proposed Solution shall provide user documentation accessible on the web and printable from the web in a print-friendly format.

## B-3. Administrator Support Services

Proposed solutions shall provide support services for systems personnel in the configuration, operation, maintenance and troubleshooting of the system including all hardware, software, operational, and maintenance requirements.

### B-3.1. Systems Assistance

The Proposed Solution must include Support for Systems Administrator level DOI personnel. At a minimum this must include a HelpDesk that can be accessed by authorized systems personnel via telephone and email. Service levels for system support are described in Appendix D. Performance Measures and Service Levels.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

### B-3.2. Systems Training

The proposed Services solution shall include the following Systems training:

#### B-3.2.1. Basic System Administration

Training sufficient such that a technical person with basic skills in messaging administration can obtain a basic understanding of the administration of the proposed messaging system

#### B-3.2.2. Advanced System Administration

Training at a level of detail such that a messaging system administrator can obtain sufficient knowledge to independently administer the proposed messaging system, and can obtain sufficient information to qualify for certification.

#### B-3.2.3. Security Training for System Administrators

Course designed to train messaging system administrators to the security features of the proposed DOI Messaging system and how to use and administer them to address DOI security requirements.

#### B-3.2.4. DOI On-Site Training

Proposed solution shall include options for on-site group system training.

#### B-3.2.5. On-line Training

Proposed solution shall also include on-line self-directed versions of the system courses.

### B-3.3. System Product Documentation

The Proposed Solution shall provide system documentation accessible on the web and printable from the web in a print-friendly format.

## B-4. Reporting Services

### B-4.1. Routine Reports

The Proposed Solution shall include a regular reporting service. The Contractor shall provide an electronic issue tracking system, which will provide reports of activity performed on a Monthly basis. The Monthly Reports shall be available on-line to DOI Personnel by the 7th business day of each month, covering the prior month's activities. Monthly reports shall include the following and any other that the contractor deems necessary for verifying the performance and service level requirements of the contract.

#### B-4.1.1. Messaging System Report

4.1.1.1. System log- metrics (e.g.: # messages transmitted, # delivery failures, etc.)
4.1.1.2. Downtime
4.1.1.3. Detailed list of replication failures and resolution time
4.1.1.4. Add Average, low, and high message delivery times, per server
4.1.1.5. Detailed List of Mail Routing/Delivery problems and status.
4.1.1.6. Detailed List of HelpDesk Support Calls entered and status. (Including time of ticket receipt, description of problem, and mean time to repair)
4.1.1.7. Total storage, # mail messages sent/received/month
4.1.1.8. Number of User (Mailbox) Ids created/deleted.
4.1.1.9. Number of Groups created/deleted
4.1.1.10. Number of Internet Password creation/resets.
4.1.1.11. Detailed List of Tape Restore Requests and status.
4.1.1.12. Detailed List of any Server Upgrades.
4.1.1.13. Detailed List of any Client Upgrades.
4.1.1.14. Detailed List Web Access modifications.
4.1.1.15. Detailed List of # of Viruses/Types/Recipients cleaned/quarantined.
4.1.1.16. Number and type of training course conducted.

Sensitive Document Internal Only

4.1.1.17. Identify inactive data bases and accounts

### B-4.1.2. Special Reports

The Proposed Solution shall provide a service for authorized government system administrators to request ad hoc reports for system or individual servers to include but not be limited to:

4.1.2.1.1. Email routing traces

4.1.2.1.2. Security events

4.1.2.1.3. Information about individual user resource consumption: Disk space, number and volume or messages sent and received

### B-4.2. System Documentation

The Proposed Solution shall provide user documentation accessible on the web and printable from the web in a print-friendly format.

## B-5. Continuity of Operations (COO) & Disaster Recovery

The Proposed Solution shall include plan and procedures for maintaining continuity of operations in the event of a disaster at the EMS or Contractor site(s) that disrupts the EMS service. The Contractor shall have a maximum of 1 day from the onset of the outage to invoke the COO and restore emergency service. The COO Plan shall provide for key personnel to be back online within 4 hours and for the remaining COO personnel within 24 hours. Additionally, a disaster recovery plan will be included in the COO to identify the plan for restoring operations at the affected site(s).

Sensitive, DOI Internal Only

# Appendix C.
## MS Exchange Detailed Service & Performance Requirements

This section describes the detailed EMS Service requirements.

### Contents


C-1. Operational Support for Exchange Messaging Server
C-2. Operational Support for Microsoft Windows
C-3. Operational Support for Outlook (Client) and Web Access
C-4. Tape Backup and Restoration for Email Servers
C-5. SMTP/Administration Servers
C-6. Mail-Enabled Application Server Support
C-7. Service Levels
C-8. Exchange Upgrades
C-9. DOI Electronic Email Archive System (EEAS)
C-10. Reporting Requirements
C-11. Government Provided Materials and Equipment
C-12. Contractor Employee Certification Requirements


Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## C-1. Operational Support for Exchange Messaging Server

### 1.1. Installation of new releases of the Exchange software

1.1.1. Contract will initially include, but not be limited to, two (2) "major" software upgrades and 3 "minor" software upgrades per year.
1.1.2. The Contractor will perform upgrades within 3 weeks after the initiation of a change request.
1.1.3. The Contractor will provide an electronic issue tracking system for submission of software upgrade change requests.
1.1.4. The Contractor must certify that upgrades have been tested in a Lab Environment to ensure compatibility with existing DOI standards including Network, Applications and Operating Systems. Contractor must include documentation of test results and system modifications required to ensure compatibility.

### 1.2. Ensure exchange of mail among DOI bureaus is operational

1.2.1. Monitoring of mailbox queues will be performed on at least an hourly basis to ensure mail delivery to other bureaus is functioning.
1.2.2. There will be no message size limitations on the DOI domain servers.
1.2.3. Notification of mail backups will be reported to the Project Manager within 30 minutes, in accordance with the SLA timeframes.
1.2.4. Monitoring of the mail log for mail delivery errors on a daily basis.
1.2.5. Resolve any noted problems in accordance with the SLA timeframes.

### 1.3. Ensure that replication of system databases, address books, and other specified databases occur.

1.3.1. The Contractor will monitor the logs on a daily basis.
1.3.2. The Contractor will correct replication issues in accordance with the SLA timeframes.

### 1.4. Consult with Application Specific Technical Support to resolve issues that cannot be resolved directly by the contractor

1.4.1. Contractor must provide a mechanism for second line in-depth technical support when Contractor cannot resolve issues.
1.4.2. Contractor must perform Technical Support resolution in accordance with the SLA timeframes.

### 1.5. Allow for a minimum of 250 MB mail file size for all users; 500 MB for "power" users, & for users exempt from quotas.

1.5.1. The Contractor will support a minimum 250 MB mail file size for all users, ensuring that servers can accommodate the necessary storage.
1.5.2. The Contractor will support a "power user" quota of 500 MB, as requested. The number of "power users" to be supported will be a maximum of 10% of the DOI Exchange user base.
1.5.3. The DOI will provide a list of names of specific individuals who will NOT be subject to quotas. This will be limited to no more than 1% of the Exchange user base.

### 1.6. Allow for Email Archiving

1.6.1. Contractor must support unlimited, automatic archiving of email to the email content management system for all users.
1.6.2. Content management may be online, near-line, or off-line but must be retrievable from the EMS user client.

### 1.7. Establish mailboxes for new users and delete mailboxes of users who are no longer employed by the DOI

1.7.1. The Contractor will provide an electronic issue tracking system for submission of mailbox requests.
1.7.2. The mailbox actions will be acted upon in accordance with the SLA timeframes.
1.7.3. DOI will specify the hierarchical naming structure of all users.
1.7.4. DOI will specify the New User ID Registration parameters and Mailbox Deletion parameters to be utilized.
1.7.5. Ability to make these requests is limited and will be specified by the System Manager and reflected in the SLA.

### 1.8. Ensure creation and maintenance of public groups.

1.8.1. The Contractor will provide an electronic issue tracking system for submission of group requests.

1.8.2. Public group actions will be completed in accordance with the SLA timeframes.
1.8.3. Contractor will provide "owner" access for all DOI groups to a specific group of users/groups in DOI who will need access to modify groups.
1.8.4. Group formats will be designated by Government
1.8.5. Groups will be administered by the local owners of the group.

1.9. **Ensure creation of mail-in databases, as required.**
1.9.1. The Contractor will provide an electronic issue tracking system for submission of mail-in database requests.
1.9.2. Mail-In database will be acted upon in accordance with the SLA timeframes.

1.10. **Provide for individual mailbox maintenance, as required.**
1.10.1. Contractor will perform fixup, and/or compact tasks to individual mailfiles as requested to correct errors or regain white space.
1.10.2. Contractor will provide for automated nightly fixes as required.
1.10.3. Mailbox maintenance will be completed in accordance with the SLA timeframes.

1.11. **Ensure creation and maintenance of Room/Resource Reservations Databases.**
1.11.1. The Contractor will ensure that existing room/resources are maintained in the event of any further server consolidation.
1.11.2. The Contractor will provide an electronic issue tracking system for submission of new resource/rooms requests, and deletions.
1.11.3. Contractor will periodically purge reservation information over 60 days old from reservation databases.
1.11.4. Periodically the Government will provide a list to the Contractor of individuals authorized to modify specific resources/reservations.

1.12. **Ensure Password Expiration/Password Recovery of user Ids is enabled.**
1.12.1. Passwords will be set to expire, in accordance with the most current DOI Security Guidelines.
1.12.2. Contractor will perform Password Recovery, as required, in accordance with the SLA timeframes.
1.1.5. Contractor will maintain an up-to-date Password Recovery Database of all user Ids.

1.13. **The Contractor will ensure that messaging anti-virus software is operational and that automatic signature file updates occur.**
1.13.1. The Contractor will monitor mailbox queues to ensure that all messages are being scanned for viruses, content filtering and banned content.
1.13.2. The Contractor will ensure that virus signature files are occurring on a timely basis, within two (2) hours of release of new signature files.
1.13.3. The Contractor will provide an electronic issue tracking system for submission of requests for changes to content filtering and banned content filters.
1.13.4. The DOI will be responsible for reviewing and releasing Quarantined messages. DOI will provide the Contractor a list of names/groups of individuals who require access to Quarantine Databases.

1.14. **Periodic Exchange server maintenance**
1.14.1. The Contractor will perform database maintenance on all system databases, Address Books and log files
1.14.2. Database maintenance will be performed on a bi-weekly basis.
1.14.3. The DOI will provide the Contractor maintenance windows by Time Zone.

1.15. **Catastrophic Incident Response**
1.15.1. In the event of server down, the Contractor will respond immediately and stay committed until resolution and services are restored, in accordance with the SLA timeframes.
1.15.2. The Contractor will not be required to adhere to Client Problem Resolution SLA Guidelines during response to a Catastrophic Incident.

## C-2. Operational Support for Microsoft Windows

2.1. **Installation of new releases of Server network operating system software on all Email Servers.**
2.1.1. The Contractor will provide for installation of Server software upgrades as recommended by manufacturer.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

2.1.2. The Contractor must certify that software has been tested in a Lab Environment to ensure compatibility with existing DOI Network, Applications and Operating Systems.
2.1.3. DOI will be the approval authority for installation or removal or any Server OS software.
2.1.4. The Contractor will schedule upgrades of Server software during regular periodic maintenance windows, provided by DOI.

**2.2. Installation of patches and security updates**

2.2.1. The Contractor will provide for immediate installation of Critical Patches within 24 hours of release by manufacturer.
2.2.2. The Contractor will provide DOI advance notification of scheduled installation of Critical Patches to allow for user notification if installation will not be within maintenance windows provided by DOI.
2.2.3. DOI will be the approval authority for removal of any critical security patch, with the exception of a failed installation.
2.2.4. The Contractor must certify that service packs have been tested in a Lab Environment to ensure compatibility with existing DOI Network, Applications and Operating Systems.
2.2.5. DOI will be the approval authority for installation or removal any Service Packs and other Recommended Updates, with the exception of Critical Patches.
2.2.6. The Contractor will schedule installation of all Services Packs during regular periodic maintenance windows provided by DOI.
2.2.7. The Contractor will perform a Security Analysis/Audit to ensure that security is maintained within 30 days after installation of any Service Packs or Critical Patches, in accordance with the SLA timeframes.

**2.3. Support for DOI Implementation of Active Directory.**

2.3.1. The Contractor will assure conformance to the DOI Microsoft Windows Active Directory infrastructure.

## C-3. Operational Support for Outlook (Client) and Web Access

**3.1. Distribute New Releases of Client software to the desktop.**

3.1.1. The Contractor must certify that upgrades have been tested in a Lab Environment to ensure compatibility with existing DOI Network, Applications and all Operating Systems that are currently in use.
3.1.2. The Contractor will utilize an automated means to ensure that the Client software is pushed out to end user desktops.
3.1.3. The Contractor will provide a schedule of desktop software upgrades to complete upgrades within 45 days of server upgrades.
3.1.4. The Contactor will be responsible for the technical support of client desktop upgrades.

**3.2. Ongoing Level I Support of Client.**

3.2.1. DOI will perform Level I helpdesk support for client side issues.
3.2.2. DOI will escalate to the Contractor in the event that DOI is unable to correct the issue.
3.2.3. DOI will provide a list of Level I and Level II tasks.
3.2.4. The Contractor will provide an electronic issue tracking system for submission of Level II and above support requests.

**3.3. Creation of Internet Passwords.**

3.3.1. The Contractor will provide an electronic issue tracking system for submission of requests for creation/reset of Internet passwords, as necessary.
3.3.2. The Contractor will perform Internet Password creation/reset, in accordance with the SLA timeframes.
3.3.3. Complexity of Internet passwords will conform to current DOI Security Guidelines.

**3.4. Consult with Application Specific Contractor to resolve client issues that cannot be resolved directly by the contractor.**

3.4.1. Contractor must obtain a Technical Support Contract.
3.4.2. Contractor must perform Technical Support resolution in accordance with the SLA.

**3.5. The Contractor will provide for Email Archiving to an Exchange Server.**

3.5.1. The contractor will be prepared to support Unlimited Email Archiving to an Email Archive Server(s).
3.5.2. Email users will have rights to create an Email Archive on the Archive Server(s).
3.5.3. The Contractor will configure automatic Email Archiving to be performed on the server, based on specific parameters provided by DOI.

## C-4. Tape Backup and Restoration for Email Servers

**4.1. Daily FULL backup of all email servers is required.**

4.1.1. Some DOI bureaus will require that daily backup tapes not be overwritten and that they be retained indefinitely. Other bureaus will require daily incremental with weekly full and full monthly backups. The Proposed Solution must be capable of addressing both requirements.
4.1.2. The Contractor will be responsible for designing and implementing a domain-wide tape backup system.
4.1.3. The Contractor will be responsible for obtaining any necessary hardware and software required to implement the tape backup system.
4.1.4. The contractor will be responsible for obtaining required backup media, such as LTO tapes or equivalent or newer technology.
4.1.5. The Contractor will provide copies of email backups in "universal format".
4.1.6. Backups will be completed within backup window specified by DOI, based on time zones.
4.1.7. Errors in backups (failures, etc.) must be investigated and resolved in accordance with SLA timeframes.

**4.2. Restoration of files from tape backup as recovery from server outages, server problems, and user error.**

4.2.1. The Contractor will provide an electronic issue tracking system for submission of requests for tape restoration procedures.
4.2.2. The Contractor will accomplish all restoration procedures in accordance with the SLA timeframes.

**4.3. Disaster Recovery**

4.3.1. The Contractor will develop a written Disaster Recovery Plan, to be approved by DOI.
4.3.2. Disaster Recovery Plan will be tested, in conjunction with DOI Personnel, on a yearly basis.

## C-5. SMTP/Administration Servers

**5.1. Contractor will ensure that DOI retains all Administrative access for SMTP & Administration Servers.**

5.1.1. DOI will provide a list of specific persons/groups who will be allowed to access SMTP & Administration Servers in the DOI Domain.
5.1.2. The Contractor will allow sufficient access to DOI Directory, Administration Process and Certification Log to allow specified Administrators appropriate rights to create new SMTP Servers.
5.1.3. The Contractor will not change any parameters of the SMTP & Administration servers without the express written consent of the DOI COTR or Program Manager.
5.1.4. DOI will be responsible for performing periodic maintenance on SMTP & Administration Servers.
5.1.5. DOI will be responsible for obtaining technical support for SMTP & Administration Servers.

## C-6. Mail-Enabled Application Server Support

**6.1. Contractor will ensure that DOI retains all Administrative access for Application Servers.**

6.1.1. DOI will provide a list of specific persons/groups who will be allowed to access Application Servers in the DOI Domain.
6.1.2. DOI will provide a list of specific persons/groups who will be allowed to create new Application Servers in the DOI Domain.
6.1.3. The Contractor will allow sufficient access to DOI Directory, Administration Process and Certification Log to allow specified Administrators appropriate rights to create new Application Servers.
6.1.4. The Contractor will not change any parameters of the Application servers without the express written consent of the DOI COTR or Program Manager.
6.1.5. DOI will be responsible for performing periodic maintenance on Application Servers.
6.1.6. DOI will be responsible for obtaining technical support for Application Servers.

## C-7. Service Levels

7.1. The Contractor shall provide Service Levels as described in Appendix D. Performance Measures and Service Levels of this Solicitation. In addition, the Contractor must provide the specific Service Levels described in this section:

7.2. **Database/Group Management -** Complete requests for new databases and/or to modify or delete existing databases.

| Type of Database | New | Modify/Delete |
|---|---|---|
| Mail User ID | 2 hours | 4 hours |
| Mail- in Database | 2 hours | 4 hours |
| Resources/Rooms | 4 hours | 6 hours |
| Team Room | 4 hours | 6 hours |
| Discussion Database/Document Library | 4 hours | 6 hours |
| Public Groups | 4 hours | 6 hours |
| Individual DB Maintenance (for corruption/white space/quota errors) | 2 hours | |

7.3. **Replication**

| | |
|---|---|
| Monitor Replication Logs | Daily Basis |
| Correct Replication Errors | Within 2 hours |
| Ensure Replication Occurs on Schedule | 98 % of the time |

7.4. **Security Analysis/Audit**
The Contractor will perform a Security Analysis/Audit to ensure that security is maintained on all servers within 30 days after installation of any Service Packs or Critical Patches.

7.5. **Personnel Security Clearance**

| | |
|---|---|
| Provide to COTR Updated List of Screened Contract Personnel | Initially, within 10 days of contract award. 10 days prior to any new employees starting work. |
| Notification of Terminated Contract Employees | 48 hours of termination |
| | |

Sensitive, DOI-Internal Only

## C-8. Exchange Upgrades

8.1. **Preparation of Upgrade plan.**

8.1.1. The Contractor will assist in development of an Upgrade Plan.
8.1.2. The Plan will be coordinated with DOI to ensure that appropriate application / Administration servers are upgraded prior to implementation of Email Servers.
8.1.3. The Contractor must certify that software has been tested in a Lab Environment to ensure compatibility with existing DOI Network, Applications and Operating Systems.
8.1.4. The Contractor will be required to rollout the client to all desktops.
8.1.5. The Contractor will be required to provide a minimum of ½ day end user training for all users if requested by the government.
8.1.6. The Upgrade Plan will coincide/coordinate with the DOI Active Directory Implementation Project.
8.1.7. The Contractor will ensure that all contract staff are professionally trained in the most current Exchange Releases, and that at least one (1) Certified Exchange Professional is available for consultation at all times, across all time zones.
8.1.8. The contractor will update all user training, including web pages, before implementing clients.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## C-9. DOI Electronic Email Archive System (EEAS)[18]

9.1. The DOI Electronic E-mail Archive System was developed to demonstrate compliance with court orders. The DOI must provide assurance that past and future e-mails and their attachments will be reliably, consistently and automatically captured, archived and retained in a safe, secured and entrusted environment. In particular, the DOI must assure that all e-mails within and across the designated bureaus will be archived indefinitely; that integrity of the documents will be ensured; that compliance be overseen; that documents can be retrieved in a timely manner; and that a sound agency-wide solution can be implemented.

9.2. All email "trust" servers are required to have the zArchive software, by Zantaz, Inc. The Contractor will be required to coordinate and install any zArchive software upgrades.

## C-10. Reporting Requirements

10.1. **The Contractor will provide an electronic issue tracking system, which will provide for reports of activity performed on a MONTHLY basis.**

- 10.1.1. Monthly Reports – To be available on-line to DOI Personnel by the 7th business day of each month, covering the prior month's activities.
- 10.1.2. Monthly Reports will include the following items at minimum:
  - 10.1.2.1. Number of User (Mailbox) Ids created/deleted.
  - 10.1.2.2. Number of Groups created/deleted.
  - 10.1.2.3. Number of Mail-In Databases created/deleted.
  - 10.1.2.4. Number of Team Rooms created/deleted.
  - 10.1.2.5. Status of Replication and notation of problems/resolution.
  - 10.1.2.6. Status of Periodic Scheduled Maintenance, including server names, when maintenance was performed, how long maintenance took, and notation of problems/results.
  - 10.1.2.7. Number of Requests for Changes to Content Filters/Banned Content Filters.
  - 10.1.2.8. Detailed List of Server Support Incidents and status.
  - 10.1.2.9. Detailed List of Client Support Calls entered and status.
  - 10.1.2.10. Number of Internet Password creation/resets.
  - 10.1.2.11. Detailed List of Daily Tape Backups with status.
  - 10.1.2.12. Detailed List of Tape Restore Requests and status.
  - 10.1.2.13. Detailed List of any Server Upgrades.
  - 10.1.2.14. Detailed List of any Client Upgrades.
  - 10.1.2.15. Detailed List of Web Access Template modifications.
  - 10.1.2.16. Detailed List of any Windows 2000 Server Upgrades, by server.
  - 10.1.2.17. Detailed List of Microsoft Service Packs installed, by server.
  - 10.1.2.18. Detailed List of any Critical Updates installed, by server.
  - 10.1.2.19. Detailed List of any Resources/Rooms added/deleted.
  - 10.1.2.20. Detailed List of # of Viruses/Types/Recipients cleaned/quarantined.

10.2. **The Contractor will provide an electronic issue tracking system, which will provide for reports of activity performed on a WEEKLY basis.**

- 10.2.1. Weekly Reports – To be available on-line to DOI Personnel every Tuesday, covering the prior week's activities.
- 10.2.2. The Weekly report will include the following items, at minimum:
  - 10.2.2.1. Detailed List of Server Support Incidents and status.
  - 10.2.2.2. Detailed List of Daily Backups
  - 10.2.2.3. Detailed List of Any Critical Updates installed by server.
  - 10.2.2.4. Detailed List of Client Support Calls entered and status.

10.3. **All report data will be accessible to DOI through ODBC or raw data format.**

## C-11. Government Provided Materials and Equipment

[18] See also section 7.7 Court Ordered Email Capture & Archive.

11.1. **Exchange Software**

11.1.1. DOI will be responsible for purchase and maintenance of all Exchange Server Licenses.
11.1.2. DOI will be responsible for purchase and maintenance of all Exchange Client Licenses.

11.2. **Certifier Ids**

11.2.1. DOI will provide appropriate copies of any organizational Certifier Ids necessary for the contractor to perform under the terms of this contract.
11.2.2. DOI will modify, as necessary, certifiers to contain necessary recovery information sufficient to allow contractor perform password recovery.

11.3. **Authorized List of DOI Personnel** - DOI will provide the contractor list of DOI personnel who will need to:

11.3.1. Retain specific administrative privileges on excluded servers, such as Application servers, SMTP servers, etc.
11.3.2. Request User Account Creation/Deletion/Modification.
11.3.3. Request Group Creation/Deletion/Modification.
11.3.4. Populate Owner field of all Group documents.
11.3.5. Request Basic Collaboration Database (Mail-In DB, Team Room, etc.) Creation/Deletion/Modification.

11.4. **Windows Server Licenses**

11.4.1. DOI will be responsible for purchase and maintenance of Windows Server Licenses.
11.4.2. DOI will be responsible for purchase and maintenance of Windows Client Access Licenses.

11.5. **Email Anti-Virus Software**

11.5.1. DOI will be responsible for purchase and maintenance of DOI Anti-Virus Software Licenses. However, any additional anti-virus software provided by the vendor will be the responsibility of the vendor.

## C-12. Contractor Employee Certification Requirements

12.1. **MS Exchange Certification:** The Contractor will ensure that employees assigned to this Contract have the following minimum Exchange training/certifications:

12.1.1. The Contractor will ensure that the Contract Employee List has at least one (1) Certified Exchange Professional (CLP) who is available to DOI Personnel at all times during the transition period from DOI Administration to Contractor Administration. This Employee must have at least three years System Administration experience running an Exchange 2000 or better enterprise in a company of at least 10,000 employees or more.
12.1.2. The Contractor will ensure that contractor's Project Manager is MS Exchange certified and is responsible for oversight of other Contract Employees during normal business proceedings.
12.1.3. The Contractor will ensure that at least one (1) Certified Exchange Specialist is available to DOI Personnel on a daily basis.
12.1.4. The Contractor will ensure that remaining contractor employees must have completed formal Exchange Administration Training.
12.1.5. Documentation regarding Exchange training/certifications is required to be submitted to DOI within 30 days of contract award.

12.2. **MS Windows Certification:** The Contractor will ensure that employees assigned to this Contractor for the purposes of administering and maintaining the Windows Server Operating System have the following minimum Microsoft training/certifications:

12.2.1. The Contractor will ensure that the Contract Employee List has at least one (1) Microsoft Certified System Engineer (MCSE) who will be performing Microsoft Windows Server Operating System upgrades and integration for the DOI Active Directory Implementation.
12.2.2. The Contractor will ensure that Contract Employees who have day-to-day responsibilities for monitoring and maintaining the Windows Servers and for installing Service Packs and Critical Updates will have at least a Microsoft Certified System Administrator (MCSA) certification and at least three (3) years experience.

## C-13. Research in Motion (RIM) Blackberry Mobile Messaging Service

The Blackberry provides DOI with wireless national access to the DOI messaging system through use of internal Blackberry servers. Capabilities include:

- Real-time access to DOI email system (currently Lotus Notes and Exchange)
- Send and receive email messages
- Place a phone call
- Personal ToDo list
- Encrypted wireless service
- COO capability to send pin to pin where the email system may be unavailable
- Internet Browse capability
- Wireless COO capability to push down COO related documents and provide updates centrally

The Proposed Solution must support messaging using the DOI Blackberry service.

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix D.

## Performance Measures, Service Levels, & Incentives

Section 6 of this Solicitation describes the performance objectives of the DOI Electronic Messaging system in qualitative terms. In this section, quantitative performance measures are assigned. The Respondent's Proposal must address, and the Proposed Solution must provide, at least the minimum service levels as specified in this section.

**Contents**:


**Definitions**

D-1. **Operation Modes**

D-2. **DOI *Business Goal #1: ECONOMIC EFFICIENCY***
- D-2.1. Total Cost of Ownership (TCO)

D-3. **DOI *Business Goal #2: SECURE MESSAGING ENVIRONMENT***
- D-3.1. Security Standards
- D-3.2. Security Events
- D-3.3. Continuity of Operations (COO)

D-4. **DOI *Business Goal #3: IMPROVED EMAIL OPERATIONS***
- D-4.1. System Reliability Requirements
- D-4.2. Problem Resolution
- D-4.3. Storage
- D-4.4. Message Delivery Time and Message Size
- D-4.5. Backup and Restore
- D-4.6. Password Management
- D-4.7. System Capacity
- D-4.8. System Performance
- D-4.9. Training

D-5. **DOI *Business Goal #4: BREAKDOWN BARRIERS TO COLLABORATION***
- D-5.1. Training
- D-5.2. Planning and Design
- D-5.3. Functions & Services

D-6. **Performance Incentives**


Sensitive DOI Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## Tables

Table D-1. System Availability Requirements

Table D-2. System Problem Resolution

Table D-3. Mail Delivery/Routing Problems Resolution

Table D-4. Client Problem Resolution

Table D-5. Trouble Ticket

Table D-6 Summary of Users Quotas

Table D-7. Maximum Mean Time to Delivery (MTTD) Source to Destination Server

Table D-8. Back & Restore

Table D-9. Password Management

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## Definitions

**System-** is defined as the network of messaging products and services required to satisfy the DOI requirements described in this Solicitation; including all hardware, software, peripherals and support personnel.

**System Failure-** is defined as the failure of the messaging system such that a user does not have the use of the full messaging capability of the system. If a server fails, but the user continues to have the use of the messaging service, this is not considered a system failure for purposes of performance measurement. Failure of a telecommunications link provided by the government is not considered a system failure for purposes of determining EMS contract performance.

**System Available-** is defined as the state of the messaging system when it is operationally available such that a DOI user has the full use of the messaging capability of the system.

> **Site System Availability-** is defined as the Messaging system being operationally available such that a DOI site has the full use of the messaging capability of the system.
>
> **Enterprise System Availability-** is defined as the Messaging system being operationally available such that the entire DOI has the full use of the messaging capability of the system.

**Attended System Operation-** exists when system support personnel are actively monitoring the messaging system, and those system personnel are available to respond to system failure within the required response times.

**Unattended System Operation-** exists when system support personnel do not actively monitor the messaging system, but the system is operating through automated controls and fail-over mechanisms sufficient to meet the required response times.

**On-Call Operation-** exists when the system is on unattended operation, but system personnel are available to respond to system failure.

**Telecommunications Failure** – Failure of a telecommunications link provided by the Government is not considered a system failure for purposes of determining contract performance.

**Mean Time to Repair (MTTR)** – Average time it takes the Contractor to respond to a system failure, troubleshoot the problem, fix it and bring system up to system available status.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## D-1. Operation Modes

For purposes of this Contract, three Operation modes are defined: Core Operation, 24x7, and Emergency. The requirements of each operational mode are defined later in this section. Proposals must provide separate costs for each of the operation modes.

### D-1.1. Core Operation Mode

Core mode requires attended operational support during core hours only. The Contractor may provide unattended operational support during all other hours of operation as long as the required System Availability levels are achieved. (See Table 7.1. System Availability Requirements.)

- **Core Hours**
  Core Hours are defined as the window of time from 6:00AM to 6:00PM, Monday through Friday, moving from the Eastern through Pacific Continental United States and Hawaii-Alaska time zones.
- **Non-Core Hours**
  Non-Core Hours are defined as the window of time from 6:00PM to 6:00AM, Monday through Friday, moving from the Eastern through Pacific Continental United States and Hawaii-Alaska time zones.
- **Weekend Hours**
  Weekend Hours are defined as the window of time from 6:00PM Friday to 6:00AM, Monday moving from the Eastern through Pacific Continental United States and Hawaii-Alaska time zones.
- **Holiday Hours**
  Holiday Hours are defined as legal federal holidays.

### D-1.2. 24x7 Operation Mode

24 x7 mode requires attended operational support at all times 24 hours per day, 7 days per week, 365 (366 leap year) days per year.

### D-1.3. Emergency Operation Mode

Emergency mode is defined as those situations when a national or site emergency is declared (for example, "9/11"). An emergency is defined as a Homeland Security alert of code-red or a declaration of emergency by the Office of the Secretary of DOI or their representatives. These situations are rare and unpredictable.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## D-2. DOI Business Goal #1: ECONOMIC EFFICIENCY

*Economic efficiency will be measured using Total Cost of Ownership (TCO). The TCO of the Proposed Solution must result in a total system cost that is less than the cost of the current-state, that is, less than the sum cost of the individual independent DOI systems for comparable function and service.*

### D-2.1. Total Cost of Ownership (TCO)

The TCO of the current-state will be measured against Proposed Solution. TCO will be regularly monitored by DOI.

## D-3. DOI Business Goal #2: SECURE MESSAGING ENVIRONMENT

*The Proposed Solution must ensure that messages are not compromised by unauthorized access. Denial of Service is prevented, virus damage is prevented, and that continuity of service is maintained in the event of a disaster.*

The Proposed Solution must meet the performance requirements in this section and the Exchange specific requirements in Appendix C.

### D-3.1. Security Standards

Proposals will be examined and ongoing operations will be monitored for compliance with OMB, NIST, and DOI security standards. All reported vulnerabilities must be resolved within three days, and reported to the EMS Program Manager.

### D-3.2. Security Events

A security event log including intrusion attempts, contractor actions taken, and successful violations will be maintained by the Contractor. The Government shall conduct regular and independent audits of the security log. A Security Incident must be resolved following DOI Computer Security Incident Response Team (CSIRT) guidelines and reported to the appropriate Bureau of Department CSIRT team.

### D-3.3. Continuity of Operations (COO)

The proposed system must have a Continuity of Operations (COO) Plan and Procedure that insure that all messaging services specified in this Solicitation will be available within 24 hours of a disaster at the Contractor site affecting the messaging service.

### D-3.4. Certification and Authentication (C&A)

The proposed system must pass all Federal and Department C&A audits.

Sensitive Only

## D-4. DOI Business Goal #3: IMPROVE EMAIL OPERATIONS

*The Proposed Solution results in improved system performance and availability, and stronger management controls over operations.*

### D-4.1. System Reliability Requirements

The Messaging system must maintain a "System Available" state (as defined above in the definitions) as follows:

Table D-1. **System Availability Requirements**

| **Operation Mode:** | | **Average Enterprise System Availability (annualized)** | **Average Site System Availability (annualized)** |
|---|---|---|---|
| **"Core" Operation Mode:** | | | |
| | Core Hours | 99.9% | 99.0% |
| | Non-core | 99.0% | 98.0% |
| | Weekend/Holiday | 98.0% | 97.0% |
| **"24 x7" Operation Mode:** | | | |
| | Core Hours | 99.9% | 99.0% |
| | Non-core | 99.9% | 99.0% |
| | Weekend and Holiday | 99.9% | 99.0% |
| **"Emergency" Operation Mode:** | | 99.99% | 99.99% |

*System Availability is measured as the percentage of the total hours over a contract year. For example, assuming "Core" Operation Mode, a 99.9% System Availability is required during core hours. This would bed be 99.9% x # core hours in a year. Each DOI site must have at least an average 99.9% availability individually over the contract year, and the DOI (sum of all sites) must have an average 98.0% total availability overall.

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## D-4.2. Problem Resolution

### D-4.2.1. System Problem Resolution

**Table D-2. System Problem Resolution** (units = hours)

| | Start | End | Days | Notify DOI (1) | Identify Problem (2) | Repair or Escalate (3) | Update(4) | MTTR (5) per event |
|---|---|---|---|---|---|---|---|---|
| **ROUTINE SYSTEM EVENT** | | | | | | | | |
| **Core Mode** | | | | | | | | |
| **Core Hours** | 7:00AM | 7:00PM | M-F | 1 | 2 | 3 | 6 | 3 |
| Non-Core Hours | 7:00PM | 7:00AM | M-F | core+1 | core+2 | core+3 | 6 | 12 |
| Weekend & Holiday | 7:00PM | 7:00AM | F-M | core+1 | core+2 | core+3 | 6 | 12 |
| **24 x 7 Mode** | | | | | | | | |
| **Core Hours** | 7:00AM | 7:00AM | all | 1 | 2 | 3 | 6 | 2 |
| **Non-Core Hours** | 7:00PM | 7:00AM | M-F | 1 | 2 | 3 | 6 | 2 |
| **Weekend & Holiday** | 7:00PM | 7:00AM | F-M | | 2 | 3 | 6 | 2 |
| **Emergency Response Mode** | 7:00AM | 7:00AM | all | immediate | 2 | 3 | 1 | 2 |
| CATASTROPHIC SYSTEM EVENT | | | | | | | | |
| **Core Mode** | | | | | | | | |
| Core Hours | 7:00AM | 8:00PM | M-F | immediate | 2 | 3 | 1 | 2 |
| Non-Core Hours | 8:01PM | 6:59AM | M-F | core+.5 | core+1 | core+2 | 1 | 2 |
| Weekend & Holiday | 8:00PM | 7:00AM | F-M | core+.5 | core+1 | core+2 | 1 | 2 |
| **24 x 7 Mode** | | | | | | | | |
| Core Hours | 7:00AM | 7:00AM | all | .5 | 2 | 3 | 1 | 2 |
| Non-Core Hours | 8:01PM | 6:59AM | M-F | .5 | 2 | 3 | 1 | 2 |
| Weekend & Holiday | 8:00PM | 7:00AM | F-M | .5 | 2 | 3 | 1 | 2 |
| **Emergency Response Mode** | 7:00AM | 7:00AM | all | immediate | 2 | 3 | 1 | 2 |

**Notes to Table:**

1. Notify DOI - Notification to DOI of Server Problems
2. Identify Problem - Identification of problem, correction, if able to correct in-house, and report status to DOI.
3. Repair or Escalate - Escalation to Technical Support, if necessary, and report status to DOI
4. Update – send updates to DOI of Status, until problem resolution
5. MTTR = Mean time to repair

**core+n** = Response must occur at the start of the next core period+n hours for the time zone affected by the problem.

### D-4.2.2. Mail Delivery/Routing Problems

**Table D-3. Mail Delivery/Routing Problems Resolution** (units = hours)

| | Start | End | Days | Notify DOI (1) | Identify Problem(2) | Repair or Escalate (3) | Update (4) | MTTR (5) |
|---|---|---|---|---|---|---|---|---|
| **ROUTINE EVENT** | | | | | | | | |
| **Core Mode** | | | | | | | | |
| Core | 7:00AM | 8:00PM | M-F | .5 | 1 | 3 | 1 | 2 |
| Non-Core | 8:00PM | 7:00AM | M-F | core+.5 | core+1 | core+3 | 1 | core+ 4 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Weekend & Holiday | 8:00PM | 7:00AM | F-M | core+.5 | core+1 | core+3 | 1 | core+4 |
| **24 x 7 Mode** | | | | | | | | |
| Core | 7:00AM | 7:00AM | all | .5 | 1 | 3 | 1 | 2 |
| Non-Core | 8:00PM | 7:00AM | M-F | .5 | 1 | 3 | 1 | 2 |
| Weekend & Holiday | 8:00PM | 7:00AM | F-M | .5 | 1 | 3 | 1 | 2 |
| **Emergency Mode** | 7:00AM | 7:00AM | all | immediate | 1 | 2 | 1 | 1 |

**Notes to Table:**
1. Notify DOI of mail problems.
2. Identification of problem, correction, if able to correct in-house, and report status to DOI
3. Escalation to Technical Support, if necessary, and report status to DOI
4. Update – send updates to DOI of Status, until problem resolution
5. MTTR = Mean time to repair

**core+n** = Response must occur at the start of the next core period+n hours or n+m hours whichever is shortest amount of time for the time zone affected by the problem. Next core period = beginning of core period in time zone affected by problem + n hours.

### D-4.2.3. Client Problem Resolution

Client problem resolution includes requests from users for assistance in the usage of the messaging system and identifying and correcting problems encountered by users. The Contractor must establish a trouble ticket management system for accepting, tracking, and resolving client problems.

**Table D-4. Client Problem Resolution**

| | Start | End | Days | ACK(1) | Identify Problem (2) | Repair or Escalate(3) | MTTR(4) |
|---|---|---|---|---|---|---|---|
| **ROUTINE EVENT** | | | | | | | |
| **Core Mode** | | | | | | | |
| Core | 7:00AM | 8:00PM | M-F | 1 | 2 | 3 | |
| Non-Core | 8:00PM | 7:00AM | M-F | next core | next core+2 | next core+3 | |
| Weekend & Holiday | 8:00PM | 7:00AM | F-M | next core | next core+2 | next core+3 | |
| **24 x 7 Mode** | | | | | | | |
| Core | 7:00AM | 7:00AM | all | 1 | 2 | 3 | |
| Non-Core | 8:00PM | 7:00AM | M-F | 1 | 2 | 3 | |
| Weekend & Holiday | 8:00PM | 7:00AM | F-M | 1 | 2 | 3 | |
| **Emergency Response Mode** | 7:00AM | 7:00AM | all | immediate | | | |

**Notes to Table:**
1. ACK - Initial Acknowledgement of receipt of trouble ticket.
2. Identify Problem - Identification of problem, determination of severity, correction of problem, if able to correct in-house.
3. Repair or Escalate - Escalation to Technical Support, if necessary.
4. MTTR – Mean Time to Repair problem. Assumes client problem cannot be handled locally by DOI.

### D-4.2.4. Critical Trouble Tickets

DOI will provide a list of authorized individuals who have the authority to escalate Tickets to a Critical Ranking for immediate resolution.

**Table D-5. Trouble Ticket**

| | |
|---|---|
| Initial Acknowledgement of receipt of ticket | 15 minutes |
| Identification of problem, determination of severity, correction of problem, if able to correct in-house | 30 minutes |
| Escalation to Technical Support, if necessary | 1 hour |

Sensitive DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

### D-4.3. User Managed Online Storage

The Proposed Solution must be capable of providing at least 250MB of online storage (non-archive) for messages and attachments per regular user and 500MB for "Power" users. Power users shall be identified by the DOI, but shall not exceed a maximum of 10% of the total user community. There will also be a class of user that shall not be subject to storage limits. These shall be identified by the DOI, but shall not exceed a maximum of 1% of the total user community.

**Table D-6 Summary of User Quotas**

| Type of User | Maximum Storage Allowed | Applies to |
|---|---|---|
| Regular user | 250MB | all users |
| Power user | 500 MB | no more than 10% |
| Unrestricted user | no limit | no more than 1% |

### D-4.4. Message Delivery Time and Message Size

The Proposed Solution must be capable of delivering messages, including attachments, to a destination mailbox within the DOI Messaging System as indicated in the following table. Note that DOI policy currently limits the standard message size to 10MB.

**Table D-7. Maximum Mean Time to Delivery (MTTD) Source to Destination Server**

| | Size < 1K | < 1M | 1M – 5M | 5-10M |
|---|---|---|---|---|
| Internal within a Time Zone | 1 min | 5 min | 5 min | 30 min |
| Internal within DOI | 5 Min | 10 min | 30 min | 2 hours |
| External to DOI | 10 min | 15 min | 2 hours | 4 hours |

### D-4.5. Backup and Restore

**Table D-8. Back & Restore**

| | |
|---|---|
| Daily Backups | Daily Basis |
| Email File Restore | 3 hours |
| Restore Individual Items from a Database | 3 hours |
| Restore Entire Mail Server, Recovery from Disaster | 8 hours |
| Resolution of Errors in Daily Backups | 3 business days |

### D-4.6. Password Management

**Table D-9. Password Management**

| | |
|---|---|
| Enable Password Expiration | At time of user creation |
| Unlock accounts that have expired passwords | 2 hours |
| Extract Recovery Passwords | 2 hours |

### D-4.7. System Capacity

D-4.7.1. The proposed system must be capable of supporting an initial minimum of 80,000 user seats and 100,000 mailboxes. The system must be capable of growing to at least a maximum of 100,000 user seats and 120,000 mailboxes.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

D-4.7.2. The proposed system must be capable of supporting unlimited inbound and outbound message traffic.

## D-4.8. System Response

### D-4.8.1. Native Client

The Proposed Solution must ensure that the native client provide efficient launching and user interaction. The native client must be capable of launching and displaying the user home messaging screen including listing of received messages (new or old) within a maximum of 10 seconds after password entry.

### D-4.8.2. Web Client

The Proposed Solution must ensure that the Web client provide efficient screen refresh and communication with the messaging server. The web client must provide messaging retrieval from the messaging server comparable in performance to the native client. The Web client must be capable of refreshing the screen within a maximum of 10 seconds of a user input.

## D-4.9. System Training

Adequate training is critical to the success of the DMI. The training performance requirement applies to both Government and Contractor personnel.

D-4.9.1. Administrators are adequately trained and educated to effectively administer the messaging system.

D-4.9.2. System Administrators are adequately trained and educated in the security capabilities of the messaging system.

D-4.9.3. Training classes are regularly offered. Participant feedback is solicited for each training class using evaluation forms or other feedback systems. System Administrator Surveys are regularly conducted to solicit feedback on effectiveness of training and capability of system administrators. Training in the security capabilities of the system is provided to all system administrators.

Sensitive, DOI-Internal Only

# D-5. DOI Business Goal #4: Breakdown Barriers to Collaboration

## D-5.1. User Training

D-5.1.1. Users are adequately trained and educated to effectively use messaging system.

D-5.1.2. Users are adequately trained and educated in the security features of the messaging system.

D-5.1.3. Training classes are regularly offered. Participant feedback is solicited for each training class using evaluation forms or other feedback systems. User surveys are regularly conducted to solicit feedback on effectiveness of training and capability of users. Training in the security features of the proposed system is provided to all users of the system.

## D-5.2. Planning and Design

D-5.2.1. Planning, design & operation of system is sufficient such that all users have easy, reliable, responsive, and cost-effective access to the full set of system capabilities.

D-5.2.2. Contractor maintains a trouble ticket system. HelpDesk logs and database of trouble tickets is maintained. Reports are generated monthly for purpose of analyzing user satisfaction and effectiveness of system.

D-5.2.3. User feedback is solicited through suggestion box capability and regular survey of user community.

D-5.2.4. System performance is monitored to insure that performance service levels are maintained.

### D-5.3. Functions & Services

D-5.3.1. Rich set of functions and services are available to all users

D-5.3.2. DOI system managers and user feedback are used to determine whether full set of functions of the proposed system are available to the users and are functioning properly.

### D-5.4. Customer Relationship Management

D-5.4.1. The Proposed Solution must have a mechanism for capturing user feedback to monitor system performance as measured by user satisfaction.

## D-6. Performance Incentives

The Contractor shall be awarded performance incentive payments if the delivered service meets or exceeds the required service level requirements.

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix E.
# Instructions for Proposal Content and Preparation

The Proposed Solution must address all the requirements described in this Solicitation. These requirements are summarized in this section. All proposals must include and fully address the following information in the order indicated:

**Contents:**

E-1. Offeror's Capability to Address EMS Requirement
E-2. Understanding & Interpretation of the DOI EMS Requirement
E-3. Transition Plan: Conversion and Operation of EMS
E-4. Proposed Property

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## E-1. Offeror's Capability to Address EMS Requirement

Include at the beginning of the proposal: Company Name, address, contact information, history and other information about the company that the Offeror deems useful in evaluating their capability to perform this contract

### E-1.1 Past Experience with Requirement

1.1.1. Describe time in business performing work similar to that required by this Solicitation, including experience providing MS Exchange based secured message solutions.

### E-1.2 References

1.2.1. Include at least three current references that can verify that the Offeror's past performance with work similar to the requirements of this Solicitation and with organizations similar in size to DOI.

### E-1.3 Company Strategic Direction

1.3.1. Description of the Contractor's strategic direction and plans for collaboration services in general and messaging in particular, the Respondent's interpretation of the industry's strategic direction, and the proposed Product plans.

### E-1.4 Technical Currency

1.4.1. Demonstrate that the solution is technologically and functionally current, including a plan for keeping the system up-to-date within today's industry life cycle technology replacement cycles.

### E-1.5 Contract Management

1.5.1. Proposal must describe the Contractors policies, procedures and standards for managing contracts in general and the DOI Messaging Contract in particular.

### E-1.6 Project Management

1.6.1. Contractor's project plan to manage the DOI Messaging project to achieve the desired DOI target-state and performance objectives including Status reporting during implementation, transition, and steady-state operations. Include description of procedures for measuring performance to track success.

### E-1.7 Contractor In-House Usage

1.7.1. Provide examples of Contractor using the Proposed Solution to address its own business requirements including cost savings and other benefits.

Sensitive DOI-Internal Only

## E-2. Understanding & Interpretation of the DOI EMS Requirement

This section of the Proposal should contain a narrative description of the Offeror's understanding and interpretation of the DOI requirement addressing at least the following areas:

### E-2.1 Solicitation

Description of Contractors interpretation of this Solicitation and expectations of the various parties to the Contract, including the Governance requirements of this Solicitation, Role of Contractor, and Role of Government.

### E-2.2 DOI Vision

Description of Offeror's understanding of the DOI Vision and how the Proposed Solution supports the DOI vision.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

### E-2.3 DOI Future-State Goals

Description of how the Proposed Solution supports the DOI future-state goal of a fully connected, virtual organization. Include how the Proposed Solution supports the Federal Enterprise Architecture[19], Service Component Reference Model (SRM); Collaboration, Communication, and Security Support Services; and the Access and Delivery Channels of the SRM. Describe how the Proposed Solution supports modular, interoperable, standards-based components that can be integrated together, including the ability to integrate with third party standards-based solutions to support business needs of DOI. Describe how the Proposed Solution conforms to industry open standards for messaging transport, interfaces, services, and formats to enable properly engineered components to be interfaced with the proposed system with minimal modification.

### E-2.4 Transition Plan

Describe the plan to transition from the DOI current-state to the Proposed Solution, including parallel operation of the current-state and Proposed Solution messaging systems, cutover, email-addressing, required scheduled downtime, retraining and conversion of current-state data. Proposal must include all costs of transitioning from the current state to the Proposed Solution in the cost section of the proposal.

### E-2.5 Business and Performance Goals

Describe how the Proposed Solution meets the objectives described in Section 6, "Business and Performance Objectives":

- Economic Efficiency
- Secure Messaging Environment
- Improvements in E-Mail Service
- Breakdown of Barriers to Collaboration

and the requirements described in Appendix D. "Performance Measures and Service Levels".

### E-2.6 Project Integration

The Proposed Solution must be structured as an integrated approach. The Proposal must integrate with the EACS (AD) implementation and must be coordinate with the Network Infrastructure (ESN), Security Infrastructure, Desktop infrastructure (Windows 2000 or XP), Hardware Infrastructure, Server software infrastructure (MS Server 2003) project planning and execution. In addition, the Proposal must be interfaced and coordinated with the DOI FBMS project .

## E-3. Transition Plan: Conversion and Operation of EMS

The contents of this Solicitation collectively define the requirement for EMS. This Solicitation document will become part of the contractual agreement with the successful Offeror. In this section of the Offeror's proposal the Offeror describes the particulars of their plan for addressing the transition from legacy systems to EMS.

[19] Federal Enterprise Architecture (FEA) is an Office of Management and Budget OMB developed business-based framework for Government-wide improvement. Web reference: http://feapmo.gov/

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

Upon consideration of the requirements described throughout this Solicitation, the Proposal must include, at a minimum, a description of the Offeror's plans for:

1. Project Management (including project Scope, Time, Cost, Quality, Human Resource, Communication, Risk, and Procurement management; and project Initiation, Planning, Execution, Control, and Closeout)
2. Contract Management
3. Implementation (Bureau Readiness Assessment, Conversion, testing, deployment, parallel operation, planned downtime, schedules etc.)
4. Steady-state Production Operations (including Operations Management, Quality Control & Assurance, Facilities, Property, Security)
5. Security (including controls, available ports from Internet, COOP and Disaster Recovery and trust vs. non trust)
6. Legacy Workforce Plan
7. Post-implementation customer relationship management (Training, Education, Customer Assurance etc.)
8. Contract close-out

The above plans must insure that the following issues are addressed:

- DOI current-state messaging environment,
- Desired future state,
- Constraints and Dependencies,
- Transition Issues,
- Functional and Service requirements,
- Performance Requirements,
- Security,
- Federal Regulations.

## E-4. Proposed Property

### E-2.7 Proposed Solution Detail

Detailed list and description of all required product(s), licenses, and services including any related [illegible] technologies and other products necessary to support the Proposed Solution.

### E-2.8 Deliverables and Costs

Proposal must provide separate costs for each deliverable. Deliverables are listed in Appendix J.

### E-2.9 Property management and ownership

For all proposed property (hardware, software, facilities, etc.), the proposal must identify the party that holds ownership title, who will manage the property, and its physical location.

Sensitive: DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

**Table E-1. Summary of Technical Proposal Content**

| Section | Title |
|---|---|
| 1 | Offeror's Capability to Address the EMS Requirement |
| 2 | Offeror's Understanding & Interpretation of the DOI EMS Requirement |
| 3 | Proposal for the Transition to and Operation of EMS |
| 4 | List of Proposed Property |

Sensitive, DOI-Internal Only

# Appendix F.

## DOI Collaborative Tools–

**Contents:**

F-1.Requirement for Authentication of Existing Legacy Collaborative Tools

F-2.Requirement for Support of MS Collaboration Tools

Sensitive, DOI-Internal Only

## F-1. Requirement for Authentication of Existing Legacy Collaborative Tools

DOI utilizes a set of collaborative tools that are integrated into and authenticated by the current messaging environment. Currently, each DOI bureau and office owns and operates independently managed messaging services. Approximately eighty-four percent (84%) of the department uses Lotus Notes/Domino. Naturally, full integration of directory services exists across organizations using the Lotus Notes/Domino environment.. Approximately five percent (5%) use Microsoft Exchange. Approximately 11% use Novell Groupwise. Directory services integration exists across these products through a combination of automated services or manual processes, which provide fairly accurate email address book directories. However, the varying directory services have yielded limited department-wide reuse for authentication and authorization services. The DOI has standardized on Active Directory as its authoritative directory service. Consequently, the proposed offering shall use Active Directory as its authoritative directory service.

<u>Conversion</u> or <u>replacement</u> of these tools is <u>not</u> a core requirement within the scope of this Solicitation. However, it is mandatory that proposed Products be capable of interoperating with these tools and using Active Directory as the authoritative directory service (see Appendix A, section A-2 Authentication and Synchronization). In addition, a contract option for operational support of collaborative tools is required.

The following is a list of collaborative tools in use and covered by the requirements of this Solicitation, and a description of their capability.

### F-1.1 QuickPlace (Virtual Team Room)

QuickPlace is a user-controlled web-based tool for team collaboration. QuickPlace allows user controlled creation of a web site for the publishing, sharing, and tracking of information relevant to a project. Teams can use QuickPlace to store document resources (such as MS Word documents, MS Excel spreadsheets, MS Power Point slides, discussion threads, and schedules) related to a project in a common place.

Capabilities include:

- Virtual meeting tool
- Discussions, documents and revisions are maintained in a single location.
- Posting attachments from your desktop to QuickPlace through dragging and dropping.
- Support for document revision history, check-in/check-out and document sharing among multiple editors.
- Point and click creation of web site without HTML skills
- Security controlled by user.
- Content is full-text indexed for retrieval.
- "New/Daily/Weekly" feature provides an integrated interface into all new content and actions.
- E-mail integration. Send e-mail directly to a QuickPlace This allows your project to post all e-mail discussion threads and conversations in one place. Let QuickPlace notify team members automatically about important events, new postings and tasks due. The QuickPlace site can be an archive of all the significant mail related to this site, instead of each interested member having to keep copies in their own mailbox related to the project site.
- Off-line access (mobile). Keep a copy of your QuickPlace site on your laptop or workstation at home, so you can work in it even when disconnected from the network. Sync data when you reconnect.
- Use familiar tools. Schedule meetings using team calendar. Make a reservation for Sametime Web conferencing events and have them automatically appear in individual Lotus Notes calendars.

- Real-time Messaging. Work in real time by tapping into the Sametime's real-time messaging (See F-1.2. below) to see if a document author or team member is online and available to discuss questions and accept comments.
- HTML customization. Import HTML forms; use HTML to customize the appearance of your QuickPlace with custom "Themes" that are built-in to QuickPlace or a design import from a user.
- Lotus QuickPlace/Microsoft Office Integration. QuickPlace integrates tightly with Microsoft products for enhanced ease of use in several key ways:
- QuickPlace enables users to author content using any Microsoft Office 2000 application, and publish it automatically and seamlessly on the Web in HTML. Content created in Office, such as Excel spreadsheets and Word documents, is maintained in QuickPlace in its native format for easy updating, yet is real-timely accessible to browsers. Team members can read Office-based content whether they have Office on their desktop or not, and regardless of what version of Office they are using.
- Office documents can be used as custom QuickPlace forms. In this way, new content created in QuickPlace can have a standardized look-and-feel, and benefit from the formatting and data entry capabilities of the Office tools.
- QuickPlace users can drag-and-drop Office documents and other content directly from their desktop into a QuickPlace.

### F-1.2 SameTime

SameTime provides Real-time Messaging and Web Conferencing services. It provides a real-time collaboration environment that automates a meeting, allowing real-time sharing of programs and documents such as PowerPoint presentations, Excel spreadsheets and Word documents. Provide a Presence Awareness feature and audio/video support through web conferencing. Real-time Messaging allows users to send and receive text messages in real time.
Web Conferencing allows team members to share information from their desk through features such as whiteboard and application sharing. Presence Awareness allows team members the ability to see other members that are online while using other Lotus Applications such as the Notes client, iNotes Web Browser, or QuickPlace.

- **Real-time Messaging** - Sametime Connect allows you to find your coworkers online and send them real-time messages. You can also start a real-time meeting that includes screen sharing, a whiteboard, audio/video (not supported at this time), and other collaborative tools. In addition to Sametime users you can also communicate with AOL users through the Sametime Connect Client.

  **Web Conferencing** - Access web conferencing through an http connection to the Sametime Server or directly from the Sametime Connect Client at your desktop. You configure the conference and control the setup of the meeting by selecting the meeting name and date. Once this is done you can also set which tools you want to use for the meeting and if you want to add an application that will be used during the meeting.

  While you are operating a Sametime Meeting you have the use of tools that help your team to collaborate on projects or assignments in real-time. The tools available for use are:

  - **Whiteboard** - Allows you to present files, draw images, and enter text
  - **Screen Sharing** - Allows you to share your screen or a computer program with other participants
  - **Meeting Room Chat** - Allows you to send messages to everyone in the meeting

- **Send Web Page** - Allows the Moderator to simultaneously direct all participants' Web browsers to a specific Web page
- **Polling** - Allows the Moderator to send questions to participants and to collect the responses
- **Audio/Video** - Allows you to speak with other participants and, if using video, to be seen by them

## F-2. Requirement for Support of MS Collaboration Tools

Proposed Solution must provide an option for the addition of the following to EMS operational support services[20] :

- Sharepoint
- MSN Messenger
- Live Meeting

Sensitive, DOI-Internal Only

[20] Assume the same service levels as EMS messaging.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix G.

## DOI Mail-Enabled Applications–
### Requirements for Authentication and Synchronization

### G-1. Contract Requirement

DOI supports applications developed and operating within the Lotus Notes/Domino, Oracle and other relational data base infrastructures. Conversion or replacement of these applications is not a requirement within the scope of this Solicitation. However, it is mandatory that the Proposed Solution support through the DOI Enterprise Active Directory (EAD) authentication of these applications and be capable of synchronizing with the directories that support these applications. In addition, the Proposed Solution must be able to integrate into the standard DOI Active Directory infrastructure (as described in section 7.2. of this document).

**Table G-1. Summary of Requirements for Mail-Enabled Applications**

The Proposed Solution must be able to:

- Use DOI Active Directory infrastructure as its authoritative directory.
- Integrate DOI applications via Active Directory for authentication and authorization.

### G-2. Notes Domino Name and Address Book (NAB) to Microsoft Active Directory (AD) Authentication/Synchronization

The Contractor will use Active Directory for user authentication and authorization. The following is provided solely for the purpose of describing how the existing Lotus application environment is currently supporting AD authentication. Release 6.x of Lotus Notes/Domino provides a tool for AD administrators to manage user and groups in AD and the Domino Directory as a unified operation. (For a technical description, see "Active Directory Synchronization with Lotus ADSync", Boykin and Tulisalo, 2002.) This feature allows Domino Directory and Active Directory to be kept current and synchronized.

### G-3. Notes Domino NAB to Oracle Authentication/Synchronization

The Contractor will use Active Directory for user authentication and authorization. The following is provided for the purpose of describing how the Lotus application environment is currently supporting authentication and synchronization of Oracle data base applications. DECS (Domino Enterprise Connection Services) is a Lotus Domino connector used to authenticate and synchronize relational based applications (including Oracle, DB2, Domino, Sybase, and ODBC). The DECS Domino server is used to access and display relational database data in the Domino based applications in real time.

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

**Table G-2. Summary of Current Supported Authentication and Synchronization by Legacy Systems**

| Synchronized with the following Directory Services: | Supporting the following: |
|---|---|
| Lotus Notes/Domino Directory (NAB) | Lotus Domino based applications |
| Oracle Directory | Oracle based applications |
| Microsoft Active Directory (AD) | DOI standard directory infrastructure |
| DB2 directory | |
| Sybase directory | |
| | |

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix H.
# Security Requirements

CONTENTS

H-1. **Information Sensitivity**

H-2. **Background Investigations and Security Clearances**

H-3. **Information Handling and Disposition**

H-4. **Information Technology Security**

H-5. **Physical and Environmental**

H-6. **Audits**

H-7. **Compliance with NIST and DOI Security Standards**

H-8. **DOI Security Training**

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

## H-1. Information Sensitivity

H-1.1. The Contractor will have access to sensitive and proprietary information and systems. The contractor shall not disclose sensitive or proprietary information of, or in the possession of, the DOI or any of its operating units, contractors, or business partners to unauthorized persons. The contractor shall handle all documents in accordance to Government and Interior specific standards. The contractor shall be subject to any and all penalties imposed by law for unlawful disclosure of the DOI information. All personnel working with this information must have the proper security clearance and will be subject to background investigations.

H-1.2. The Proposed Solution is required to conform to DOI guidance for protecting sensitive and proprietary information. Any such information made available in any format shall be used only for the purpose of carrying out the provisions of this agreement. Such information shall not be divulged or made known in any manner to any person. The solution must include immediate notification of the DOI Contracting Officer's Representative upon discovery of any intentional or inadvertent disclosures of information. The solution must not permit the removal of classified or sensitive materials from Government sites without the DOI's express permission.

H-1.3. The tasks listed in this solicitation documentation are expected to contain unclassified sensitive information that could cause harm to constituent and organization interests. The Contractor will handle all documents in accordance with Federal government and DOI specific requirements. The Contractor must meet the requirements of OMB Circular A-130, Appendix III, the Computer Security Act of 1987 and the policies of the DOI.

## H-2. Background Investigations and Security Clearances

H-1.4. This effort requires Contractor personnel to have security clearances up to and including Secret. Therefore, all Contractor personnel are subject to satisfactory completion of appropriate personnel suitability/security investigations or must have appropriate clearances prior to beginning work on this project. Designated contractor personnel, as determined by the COTR, may be required to have at least an interim Secret national security clearance to begin work. Based upon the COTR's direction, identified contractor personnel must be U.S. citizens and should hold a current national security clearance at some level, proof of which will be forwarded to DOI's security office. The Contractor must provide training to appropriate contractor staff on the IT system's security features.

H-1.5. Appropriate documentation associated with staff security clearances must be submitted no later than ten (10) calendar days after award or ten (10) calendar days prior to any new employee starting work under contract.

H-1.6. Contractor personnel are subject to the same personnel security and suitability requirements as DOI employees. Contractor personnel are considered Federal employees for the purpose of applying provisions of the Privacy Act of 1974 and DOI regulations on the confidentiality of and disclosure and protection of information entrusted to them.

H-1.7. Every competitive, excepted and contractor position must be designated at a level of sensitivity that is commensurate with the responsibility and other attributes of the position as they relate to the efficiency of the service.

H-1.8. Contract requires notification of the COTR of any terminations, promotions, or reassignment of any staff assigned on task within 24-48 hours of that action. Within that notification is request for access terminations for any IT access that contractor had to DOI systems. Failure by the

contractor to do so can be actionable under contract terms. Metrics should be set up to track these actions.

H-1.9. The following forms must be completed by personnel performing service related activities:

- Form OMB No.3206-1082 – Declaration of Federal Employment
- Form OMB No 3206-0191 – Questionnaire for Public Trust Positions
- Form OPM SF-87 FBI Applicant Fingerprint Card

## H-3. Information Handling and Disposition

H-3.1. The Contractor is required to abide by Federal government and DOI guidance for protecting unclassified sensitive information. Letters of Transmittal for deliverables, when used, will be unclassified and will only reference material delivered under separate cover. Letters of Transmittal must include a transmittal or receipt number. Unclassified sensitive material must be delivered by a cleared courier, person-to-person to the COTR, by prior appointment only. Retention of unclassified sensitive materials beyond the term of this contract is not authorized. The Contractor must request from the Contracting Officer, at termination of this contract, disposition instructions for all unclassified sensitive materials received or generated under this contract.

H-3.2. Any information made available in any format will be used only for the purpose of carrying out the provisions of this agreement. Such information will not be divulged or made known in any manner to any unauthorized (or unnecessary) person. The Contractor will immediately notify the COTR upon discovery of any inadvertent disclosures of information. The Contractor will not remove unclassified sensitive material from Federal Government sites without the express permission of the DOI COTR. The Contractor will not disclose unclassified sensitive information of, or in the possession of DOI or any of its operating units, industry partners, or business partners to unauthorized persons. The Contractor will be subject to any and all penalties imposed by law for unlawful disclosure of DOI information. The Contractor will immediately notify the appropriate COTR upon discovery of any inadvertent disclosures of unclassified sensitive information. Unclassified sensitive information, data, and/or equipment will only be disclosed to authorized personnel with a need-to-know as described in the delivery/task order. The holder shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, and/or equipment is properly protected. The Contractor will not remove SBU material from Government sites without the expressed permission of DOI. When no longer required, this information, data, and/or equipment will be returned to DOI control; destroyed; or held until other wise directed. Items returned to the Government shall be hand carried or mailed to COTR or address prescribed in the delivery/task order. Destruction of items shall be accomplished by tearing into small parts; burning; shredding or any other method that precludes the reconstruction of the material.

H-3.3. Contracting Officer approval is required prior to engaging in any contractual relationship (sub-contractor) in support of this contract requiring the disclosure of information received under, generated under, or relating to this contract. The Contractor (and any sub-contractor) is required to abide by government and agency guidance for protecting sensitive and proprietary information.

## H-4. Information Technology Security

Sensitive Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

H-4.1. The IT system or service must meet the applicable IT security requirements of OMB A-130, Appendix III, DOI IT security guidance, and appropriate NIST guidance including certification and accreditation for operation within the DOI IT operational environment. Technological safeguards and managerial and operational procedures must be applied to assure that programs and data do not differ from their source format and content, and have not been accidentally or maliciously altered, disclosed, or destroyed; and that organizational assets and individual privacy are protected.

H-4.2. Under negotiated procurement procedures, the apparently successful Contractor must provide a security program plan, for Contracting Officer or COTR approval prior to award that describes its IT security program for the protection of unclassified sensitive information and unclassified Federal IT systems. The apparently successful Contractor will be provided a copy of the applicable IT security requirements and clauses to base their IT security program plans upon. The security program plan must be submitted no later than thirty days after receipt of the Contracting Officer's written request. Under sealed bidding procedures, failure to provide a security program plan will render the bid non-responsive. The security program plan must address the security measures and program safeguards which will be provided to ensure that all unclassified sensitive information and IT systems acquired and utilized in the performance of the contract by Contractor personnel operate effectively and accurately; are protected from unauthorized alteration, disclosure, or misuse of information processed, stored, or transmitted; can maintain the continuity of IT support for DOI missions, programs, and functions; incorporate management, general, application controls sufficient to provide cost-effective assurance of the IT system's integrity and accuracy; and have appropriate technical, personnel, administrative, environmental, and access safeguards. This plan, as approved by the contracting officer, shall be included in any resulting contract for contractor compliance.

H-4.3. Additionally, the Contractor must provide, implement, and maintain an IT System Security Plan (SSP). This SSP shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract. The SSP will describe those parts of the contract to which this clause applies. The Contractor s IT System Security Plan will be compliant with Federal laws that include, but are not limited to, the Federal Information Security Management Act (FISMA) of 2002. The SSP shall meet IT security requirements in accordance with Federal, National Institute of Standards and Technology (NIST), and DOI policies and procedures that include, but are not limited to:

- OMB Circular A-130, Management of Federal Information Resources, Appendix III,
- Security of Federal Automated Information Resources;
- DOI DM 375, Chapter 19;
- DOI GSS SSP Guideline; and,
- DOI MA SSP Guideline.

H-4.4. Within 10 days after contract award, the Contractor will submit for DOI approval an IT SSP. This SSP will be consistent with and further detail the approach contained in the proposal or sealed bid that resulted in the award of this contract and in compliance with the requirements stated in this clause. The SSP, as approved by the Contracting Officer, or COTR will be incorporated into the contract as a compliance document.

H-4.5. Within 10 days after contract award, the Contractor shall provide an assurance statement to the DOI that their IT system/service/facility has the following: current (SSP), current risk

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

assessment with mitigation plan and schedule for mitigating identified risks, current technical vulnerability assessment, current Contingency Plan/Disaster Recovery Plan (DRP), proof of testing and validation of the existing controls, and assurance Statement by a senior management official in the organization to validity of claim. If the organization goes through an annual audit process, DOI should be notified and invited during the audit. If the organization lacks a formal auditing procedure, DOI shall have the option of conducting physical inspections, technical vulnerability assessments, and review of documentation annually. DOI shall provide 30 days notice and coordinate with Contractor for inspections.

H-4.6. The Contractor shall meet the requirements of FISMA, OMB Circular A-130, Appendix III (Security of Federal Automated Information Resources), and the IT security policy of the DOI. Safeguards shall be documented in compliant System Security Plans (NIST Special Publication (SP) 800-18) and DOI's Asset Valuation Guide; reflected and preserved in a NIST compliant Contingency Planning Guide (NIST SP 800-34); verified according to NIST SP 800-30 risk assessment methodology; validated according to NIST SP 800-53/53A; and presented for certification and accreditation according to NIST SP 800-37, Guidelines for the Security Certification and Accreditation of Federal Information Technology Systems. For further guidance please refer to the DOI Certification and Accreditation Procedures Guide and DOI Security Test and Evaluation Guides.

## H-5. Physical and Environmental

H-5.1. The Contractor's facility must be physically secure and access must be controlled and limited to authorized individuals.

H-5.2. The Contractor's facility must be available to authorized personnel to conduct reviews and inspections on a periodic basis.

H-5.3. The Contractor must provide, at no additional cost, each of their employees with a photo identification badge displaying the name of the company, as well as the name of the employee.

H-5.4. All Contractor personnel must be aware and adhere to policies and procedures established for Information Technology (IT) security according to DOI guidelines.

H-5.5. The Contractor's facility must be covered by Continuity of Operations Plan and a Disaster Recovery Plan (DRP) that is tested at least annually; DOI staff shall be allowed to observe DRP testing.

## H-6. Audits

H-6.1. If the contractor goes through an audit process DOI should be notified and invited during the audit. If the organization lacks a formal auditing procedure, DOI will have the option of conducting physical inspections, technical vulnerability assessments, and review of documentation at a minimum on an annual basis. DOI will coordinate with the contractor in writing before any inspections are conducted.

H-6.2. If the organization goes through an annual audit process DOI should be notified and invited to observe the audit. If the organization lacks a formal auditing procedure, DOI shall have the option of conducting physical inspections, technical vulnerability assessments, and review of documentation on an annual basis. DOI will provide 30 days notice and coordinate with Contractor for inspections.

## H-7. Compliance with NIST & DOI Security Standards

Contractor is required to provide an assurance statement to the DOI that their system/service/facility has the following:

- Current System Security Plan (SSP) equivalent to NIST 800-18
- Current risk assessment with mitigation plan and schedule for mitigating identified risks
- Current technical vulnerability assessment
- Current Continuity of Operations (COOP)/Disaster Recovery Plan (DRP)
- Assurance Statement by Sr. Official in organization to validity of compliance claim

## H-8. DOI Security Training

Annual Information Technology (IT) security training is required by the Computer Security Act of 1987 (Computer Security Act) and Office of Management and Budget Circular A-130, Appendix III. The Department of the Interior (DOI) IT Security Program Office has standardized the training for use throughout the Department. The web-based training, "Federal Information Security Awareness, Version 2," was developed by the Defense Information Systems Agency and viewing it in its entirety fulfills the requirements of the Computer Security Act. All personnel, including contractors and volunteers, using DOI computer systems must complete the training annually.

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix I. Additional EMS Contract Options

This section describes additional services that must be included in the Vendor Proposals as contract deliverables that can be exercised at the discretion of the government.

## I-1. Messaging Content Management

Proposals must include an optional capability to store and manage email content to an archive. The solution must be capable of archiving the email and retrieve the archived email using the proposed messaging system. Archiving is defined as indefinite-term storage, whereby the email is stored and organized in a manner such that it is retrievable by the user with the mechanisms provided by the messaging system.

## I-2. Messaging Records Management

The Messaging system must provide an optional records management capability in that meets NARA regulations[21] regarding messaging records.

## I-3. Consulting Support

Proposals must include an option for additional consulting support as follows:

### I-3.1. Planning, Design, &Analysis

Proposal must include an option for additional consulting services for design, analysis planning, and implementation and product and system conversion on a time and materials basis.

### I-3.2. Implementation

Proposals must provide an option for additional product installation, deployment, validation, and testing support on a time and materials basis.

### I-3.3. On-site Technical Consulting

The Proposed Solution shall include optional contract line item for scheduling additional on-site technical support.

## I-4. Collaborative Tools Operations

Proposed solution must include an option to add support for real-time messaging, virtual team room, and mobile collaboration services to EMS operations. These services are described in detail in Appendix F.

I-4.1. Real-time messaging: Includes immediate messaging and the ability to initiate web conferencing encrypted and hosted on internal servers.

I-4.2. Web Conferencing: includes chat room, whiteboard, remote application sharing, polling, collaborative authoring, discussion groups, and desktop audio-video.

I-4.3. Virtual Team Room: Capability for users to create web based on-line areas for managing and sharing team information. Functions include document storage with versioning, team calendar, ToDo lists, automatic Ticklers, and secure areas.

[21] National Archives and Records Administration (NARA) regulations:
44 U.S.C. Chapter 31 - Records Management by Federal Agencies Federal Records Act
(http://www.archives.gov/about_us/basic_laws_and_authorities/federal_agencies.html)
36 CFR Part 1220 - Records Management; Federal Records; General
(http://www.archives.gov/about_us/regulations/part_1220.html)
36 CFR Part 1222 - Creation and Maintenance of Federal Records
(http://www.archives.gov/about_us/regulations/part_1222.html)

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

I-4.4. Mobile/Wireless Collaboration: Capability to access, send, receive, and to synchronize email using a mobile device such as RIM Blackberry, Personal Digital Assistant (PDA), cell phone and other wireless technologies. The transmissions are encrypted and used to send PIN information.

## I-5. Development and Custom Configuration

Proposals must include an optional time and material service for development of custom configurations and minor messaging system application development.

## I-6. Messaging Data Conversion

Proposals must include a separately price optional contract service to additional conversion of existing DOI messaging data (Lotus Notes/Domino, Novell Groupwise, and MS Exchange) to EMS. For purposes of this solicitation, data conversion includes current messages (including email, calendar, groups, and address books) and related archives, but excludes the court-ordered archived data as described in Section 6.7. “Court Ordered Email Capture and Archive”.

## I-7. Enterprise Active Directory Operations

Proposals must include an additional contract service to provide ongoing conversion, steady-state operation, and support of the enterprise Enterprise Active Directory (EAD) described in section 6.4.

Sensitive, DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix J.

## Glossary of Terms

**Bureau** – this is used as an all-inclusive designation to refer to all organizational entities within DOI within scope of this Solicitation including Bureau (as in the Bureau of Reclamation), Office (as in Solicitor's Office), Service (as in Fish & Wildlife Service), or Survey, (as in US Geological Survey).

**Collaborative Tools** – tools used in conjunction with the messaging system providing value added collaboration capabilities. (See Appendix F)

**Proposed Solution, or Proposal** – refers to the solution proposed by the Respondent to address the requirements of this Solicitation.

**Enterprise Messaging Services (EMS)** – refers to the solution being solicited by the DOI as specified in this document.

**Legacy** – Refers to current messaging systems in production operation at the DOI. (Lotus Notes/Domino, Novell Groupwise, and MS Exchange)

**Messaging** – term collectively referring to electronic mail (email), mail-enabled shared calendaring and scheduling, and all functions specified in Appendix A

**Mail-enabled Applications** – workflow applications that utilize the messaging system to authenticate the user and transport information using email. (See Appendix G)

## Abbreviations:

| Abbreviation | Description |
|---|---|
| AD | Microsoft Active Directory |
| ATM | Asynchronous Transfer Mode |
| DOI | Department of the Interior |
| E-Gov | Electronic Government |
| ESN | Enterprise Service Network |
| IPT | Integrated Project Team |
| ISP | Internet Service Provider |
| MPLS | Multi-protocol Label Switching backbone |
| NIST | National Institute of Standards and Technology |
| OMB | Office of Management and Budget |
| PKI | Public Key Infrastructure |
| RAS | Remote Access Services |
| SLA | Service Level Agreement |
| TLS | Transport Layer Security |
| VPN | Virtual Private Network |

# Appendix K.

## Summary of Contract Deliverables

This section is a summary listing of the Contract Deliverables that will be required of the Offeror as a result of this Solicitation.

| CLIN | Deliverable | Solicitation Reference(s)[22] | Price |
|---|---|---|---|
| 1 | **EMS Planning** | | |
| 1.1 | Project & Contract Management Plan | | |
| 1.2 | Bureau Readiness Assessment (overall doi enterprise and by bureau) | 6.1 Organizational Readiness | |
| 1.3 | Design & Solutions Architecture (enterprise and by bureau) | | |
| 1.4 | Conversion & Implementation Plan | | |
| 1.5 | Operations Plan | | |
| 1.6 | Security Plan | Appendix H. Security Requirements | |
| 1.7 | Customer/Quality Assurance Plan | | |
| 1.8 | Telecommunication plan | section 6.6 | |
| 1.9 | Network performance test plan | section 6.5 | |
| 1.10 | EMS-EAD Integration plan | section 6.4 | |
| | | | |
| 2 | **EMS Implementation** | | |
| 2.1 | Phase 1 | | |
| 2.2 | Phase 2 | | |
| | ... | | |
| 2.3 | Phase n | | |
| | | | |
| 3 | **EMS Operations** | Appendix B. EMS Service Requirements - General<br>Appendix C. MS Exchange Detailed Service Requirements<br>Appendix D. Performance Measures and Service Levels | |
| 3.1 | **"Core" Operation Mode** | Appendix D-2.1 | |
| 3.1.1 | **Base Service:** 80,000 user seats; 100,000 mailboxes. | | |
| 3.1:2 | Additional users (in 5,000 units) over Base Service. | | |
| 3.1.3 | Additional mailboxes (in 5,000 mailbox units) over Base Service. | | |
| 3.2 | **"24x7" Operation Mode** | Appendix D-2.2 | |
| 3.2.1 | **Base Service:** 80,000 user seats, 100,000 mailboxes. | | |
| 3.2.2 | Additional users (in 5,000 units) over Base Service. | | |

[22] Note: The references in this column are not to be interpreted as a comprehensive cross-reference to the Solicitation, or the only requirement relevant to the deliverable. Deliverables must at all times consider all the requirements contained in this Solicitation. This column lists selected key references in the Solicitation, and is provided only as an aid in navigating the document.

| | | | |
|---|---|---|---|
| 3.2.3. | Additional mailboxes (in 5,000 mailbox units) over Base Service. | | |
| 3.3 | "Emergency" Operation Mode | Appendix D-2.3 | |
| 3.3.1 | Base Service: 80,000 user seats, 100,000 mailboxes. | | |
| 3.3.2 | Additional users (in 5,000 units) over Base Service. | | |
| 3.3.3 | Additional mailboxes (in 5,000 mailbox units) over Base Service. | | |
| | | | |
| 4 | **COO & Disaster Recovery** | Appendix B, section, B-4 | |
| | | | |
| 5 | **User Support** | Appendix B-2, User Support | |
| 5.1 | **User Assistance / Help Desk** | Appendix B, section, B-2.1 | |
| 5.2 | **User Training:** | Appendix B, section, B-2.2, User Training | |
| 5.2.1 | Messaging System Basics for Users | Appendix B, section, B-2.2.1 | |
| 5.2.2. | Advanced Messaging Product for Users | Appendix B, section, B-2.2.2 | |
| 5.2.3. | Security Training for Users | Appendix B, section, B-2.2.3 | |
| 5.2.4. | DOI on-site training option | Appendix B, section, B-2.2.4 | |
| 5.2.5. | On-line Training option | Appendix B, section, B-2.2.5 | |
| 5.3 | **User Documentation** | Appendix B, section, B-2.3, User Documentation | |
| | | | |
| 6 | **Systems Support** | Appendix B, section, B-3 | |
| 6.1 | **System Assistance** | Appendix B, section, B-3.1 | |
| 6.2 | **System Training:** | Appendix B, section, B-3.2 | |
| 6.2.1 | Basic Systems Administration | Appendix B, section, B-3.2.1 | |
| 6.2.2 | Advanced Systems Administration | Appendix B, section, B-3.2.2 | |
| 6.2.3. | Security Training for System Administrators | Appendix B, section, B-3.2.3 | |
| 6.2.4. | DOI on-site Systems training option | Appendix B, section, B-3.2.4 | |
| 6.2.5. | On-line Systems Training option | Appendix B, section, B-3.2.5 | |
| 6.3 | **Reports** | Appendix B, section, B-3.3 | |
| 6.4 | **System Documentation** | Appendix B, section, | |
| | | | |
| | | | |
| | | | |
| ***Contract Options:*** | | Appendix I. EMS Contract Options | |
| O-1 | **Messaging Content Management** | Appendix I-1, Messaging Content Management | |
| O-2 | **Messaging Records Management** | Appendix I-2, Messaging Records Management | |
| O-3 | **Consulting Support Services** | Appendix I-3, Consulting Support | |
| O-3.1 | Planning, Design, & Analysis | Appendix I-3.1, Planning, Design, &Analysis | |
| O-3.2 | Implementation | Appendix I-3.2, Implementation | |
| O-3.3 | On-site Technical consulting | Appendix I-3, On-site Technical Consulting | |
| | | | |
| O-4 | **Collaborative Tools Operations** | Appendix I-4, Collaborative Tools Operations | |
| O-4.1 | Real-Time Messaging | | |

| | | | |
|---|---|---|---|
| O-4.2 | Virtual Team Room | | |
| O-4.3 | Mobile/Wireless Collaboration | | |
| | | | |
| **O-5** | **Development & Configuration** | Appendix I-5, Development and Custom Configuration | |
| O-5.1 | Configuration and Customization Development | | |
| | | | |
| **O-6** | **Data Conversion** | Appendix I, Messaging Data Conversion | |
| O-6.1 | Data Conversion Service | Appendix I | |
| | | | |
| **O-7** | **Enterprise Active Directory Operations** | Appendix I, Enterprise Active Directory Operations | |
| | | | |

Sensitive, DOI-Internal

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix L.

## Software, Hardware, and Hosting Facilities

This section describes the provisioning of software licenses, hardware, and hosting facilities for EMS. Any additional hardware and software necessary to implement the vendor solution, not included in this section, is the responsibility of the vendor

### L-1. Software Messaging Software licenses

DOI has procured and maintains a Microsoft enterprise license agreement. For purposes of this Solicitation, DOI will furnish client and server licenses sufficient to address the EMS seat requirement as specified in this Solicitation for the following:

- Exchange clients (Outlook, Web)
- Exchange 2003 server
- Active Directory
- Office XP
- SMS

### L-2. Messaging Hardware

The Offeror's proposed solution may include the provision of hardware by the Contractor, utilization of existing DOI hardware, acquisition of hardware from existing DOI contract vehicles, or a combination of these alternatives.

The Proposal must specify the hardware required for the Proposed Solution. The Government retains the option of using the vendor provided hardware or the DOI contract for equivalent equipment. The Offeror may also propose alternative sourcing options, such as leasing.

The DOI maintains an Enterprise agreement with Dell. For purposes of this Solicitation, this contract is available for the acquisition of the following hardware:

- Exchange messaging servers
- Exchange domain controllers
- Storage servers and storage devices

### L-3. Hosting Facilities

The Offeror's proposed solution may provide hosting in contractor facilities, hosting using government facilities, or a combination of these alternatives.

The availability and use of the DOI enterprise hosting facility is described in the DOI Network Operations Center (NOC) section of this Solicitation. Other DOI facilities are also available for COO and Disaster Recovery and distribution of operations as necessary. Since the requirement for use of DOI facilities is dependent on the design topology contained in Offeror's Proposed Solution, use of DOI facilities will need to be negotiated.

Sensitive Document Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix M.
# Messaging Seats by Organization

The following is an estimate of the messaging seats (licensed Lotus Notes/Domino, Novell Groupwise, and MS Exchange users) by bureau currently in production use by DOI. For purposes of this Solicitation, the total has been rounded up to 80,000 and that is the number that should be used in Proposals.

| Organization | Abbrev | # seats |
|---|---|---|
| **BUREAUS:** | | |
| Bureau of Land Management | BLM | 12,000 |
| Minerals Management Service | MMS | 2,230 |
| Bureau of Reclamation | BOR | 7,000 |
| Bureau of Indian Affairs | BIA | 4,500 |
| Office of Surface Mining | OSM | 1,160 |
| National Park Service | NPS | 18,959 |
| US Geological Survey | USGS | 11,450 |
| Fish & Wildlife Service | FWS | 14,850 |
| **OFFICES:** | | |
| Office of the Secretary | OS | 900 |
| National Business Center | NBC | 2,020 |
| Office of the Special Trust | OST | 550 |
| Solicitor's Office | SOL | 500 |
| Office of the Inspector General | OIG | 300 |
| | | |
| | | 76,419 |

Sensitive DOI-Internal Only

SENSITIVE: DOI-INTERNAL ONLY
This document must be secured due to the nature of its content, and DOI initiative to seek proposals.

This page left intentionally blank

Sensitive, DOI - Internal Only