**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TKC COMMUNICATIONS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. __________** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **SERVE: Michael B. Mukasey** | ) | |
| **U.S. Attorney General** | ) | |
| **U.S. Department of Justice** | ) | |
| **Office of the U.S. Attorney General** | ) | |
| **950 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, DC 20530-0001** | ) | |
| | ) | |
| **Defendant.** | ) | |

# EXHIBIT H

# TO COMPLAINT

**On Behalf of Plaintiff TKC COMMUNICATIONS, LLC**

TKC Communications

# Proposal to Provide Three-Year Hardware, Software, and Lease to the Department of Interior

**Submitted to:**
**Vanessa Baretto**
GovWorks
381 Elden Street
Herndon, Virginia 21071

September 15, 2005

**Proposal Number: PK090605-002**

**Submitted by:**
TKC Communications, LLC
11320 Random Hills Road
Suite 300
Fairfax, VA 22030

**Use or Disclosure Restrictions**

This proposal or quotation includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed – in whole or in part – for any purpose other than to assess our responses to the questions. If, however, a contract is awarded to this offeror or quoter as a result of – or in connection with – the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets marked accordingly.

TKC Communications, LLC ........ 3
Lease Payment Schedule ........ 4
Leasing Terms and Conditions - GSA Leasing Option 2 ........ 8
Period of Performance ........ 14
Hardware and Software Overview ........ 15
Appendix 1 – Detailed Description of Hardware and Software ........ 17
Appendix 2 –Certificate of Acceptance Form ........ 35

# TKC Communications, LLC

TKC Communications, LLC (TKCC) was established in 2003 to provide a full range of Information Technology products and services to the Federal Government. TKCC is wholly owned by TKC Management Services, which is part of the NANA Development Corporation family of companies.

The NANA Development Corporation is a wholly owned subsidiary of NANA Regional Corporation, one of the twelve Alaska Regional corporations established by Congress under the terms of the Alaska Native Claims Settlement Act (ANSCA) in 1971. The NANA region is made up of 11 communities in Northwest Alaska. NANA Regional Corporation boasts over 11,000 Inupiaq shareholders.

TKCC brings to the Information Technology industry the technical strength, advantage contracting, and financial backing of its parent organizations. NANA Regional Corporation affiliated businesses employ more than 4,000 technical and service professionals in more than 30 industries. Our position as an Alaska Native Corporation owned company with strong technical resources allows us to build on the success of our extended family and our extensive partner portfolio.

**Summary of Requirements and Services**

TKCC will provide the Department of Interior (DOI) the equipment, software and maintenance, and migration services as outlined in Appendix 1 and will also arrange the financing for the opportunity. TKCC is proposing that the Department of the Interior, GovWorks procure this lease via a delivery order written pursuant to IDIQ 1435-04-04-CT-73132

## Financial Partner

TKCC will provide the leasing services to DOI through our finance partner Hannon Armstrong.

Hannon Armstrong is a financial services firm with a successful history in providing financial resources for Fortune 500 companies selling energy, telecommunications, homeland security measures and other essential assets and services to government, institutional and commercial users.

With a proven twenty-five year track record, Hannon Armstrong is successful in meeting client expectations by serving as a principal in transactions. The experience and expertise of Hannon Armstrong's senior staff has achieved many "firsts" in financing infrastructure assets for their clients. Hannon Armstrong's focus remains on infrastructure assets that provide on-going value to the asset user. Hannon Armstrong is moving into its third decade of growth in infrastructure finance. Hannon Armstrong's financial advisory experience and capabilities include valuation, divestiture and acquisition services. Generally, their clients are Fortune 500 companies.

Hannon Armstrong's unique history and position in the marketplace combined with the years of transactional experience, make Hannon Armstrong exceptionally qualified to advise clients in the areas of: divestitures, acquisitions, valuations and financial advisory services. The Hannon Armstrong team can quickly and accurately assess market opportunities, thereby, allowing clients to confidently execute on a particular business strategy in a timely manner.

## Lease Payment Schedule

| | | | | | | |
|---|---|---|---|---|---|---|
| | Contractor: | | | TKC Communications | | |
| | Purpose | | | EMS | | |
| | Government Agency: | | | DOI | | |
| | Funding Date and Initial Payment Date: | | | 01-Oct-05 | | |
| | Total Indicative Rate: | | | 7.50% | | |
| | | | Purchase Price: | $15,417,088.00 | | |
| Contract Month | Payment Number | Period | Payment Due Date | Lease Payment | Principal | Interest |
| | | | | | | |
| 1 | | GFY06 | 01-Oct-05 | $ - | | |
| 2 | | | 01-Nov-05 | $ - | ($99,568.69) | $99,568.69 |
| 3 | 1 | | 01-Dec-05 | $ 1,000,000.00 | 903,020.90 | 96,979.10 |
| 4 | | | 01-Jan-06 | $ - | (91,335.22) | 91,335.22 |
| 5 | | | 01-Feb-06 | $ - | (91,906.07) | 91,906.07 |
| 6 | 2 | | 01-Mar-06 | $ 1,000,000.00 | 907,519.52 | 92,480.48 |
| 7 | | | 01-Apr-06 | $ - | (86,808.48) | 86,808.48 |
| 8 | | | 01-May-06 | $ - | (87,351.04) | 87,351.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | 3 | | 01-Jun-06 | $ 1,000,000.00 | 912,103.02 | 87,896.98 |
| 10 | | | 01-Jul-06 | $ - | (82,196.34) | 82,196.34 |
| 11 | | | 01-Aug-06 | $ - | (82,710.07) | 82,710.07 |
| 12 | 4 | | 01-Sep-06 | $ 1,000,000.00 | 916,773.00 | 83,227.00 |
| 13 | | GFY07 | 01-Oct-06 | $ - | (77,497.17) | 77,497.17 |
| 14 | | | 01-Nov-06 | $ - | (77,981.53) | 77,981.53 |
| 15 | 5 | | 01-Dec-06 | $ 1,500,000.00 | 1,421,531.09 | 78,468.91 |
| 16 | | | 01-Jan-07 | $ - | (69,584.34) | 69,584.34 |
| 17 | | | 01-Feb-07 | $ - | (70,019.25) | 70,019.25 |
| 18 | 6 | | 01-Mar-07 | $ 1,500,000.00 | 1,429,543.13 | 70,456.87 |
| 19 | | | 01-Apr-07 | $ - | (61,522.22) | 61,522.22 |
| 20 | | | 01-May-07 | $ - | (61,906.74) | 61,906.74 |
| 21 | 7 | | 01-Jun-07 | $ 1,500,000.00 | 1,437,706.35 | 62,293.65 |
| 22 | | | 01-Jul-07 | $ - | (53,307.99) | 53,307.99 |
| 23 | | | 01-Aug-07 | $ - | (53,641.16) | 53,641.16 |
| 24 | 8 | | 01-Sep-07 | $ 1,500,000.00 | 1,446,023.58 | 53,976.42 |

Exhibit H - 05

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | | GFY08 | 01-Oct-07 | $ - | (44,938.77) | 44,938.77 |
| 26 | | | 01-Nov-07 | $ - | (45,219.64) | 45,219.64 |
| 27 | 9 | | 01-Dec-07 | $ 1,750,000.00 | 1,704,497.74 | 45,502.26 |
| 28 | | | 01-Jan-08 | $ - | (34,849.15) | 34,849.15 |
| 29 | | | 01-Feb-08 | $ - | (35,066.96) | 35,066.96 |
| 30 | 10 | | 01-Mar-08 | $ 1,750,000.00 | 1,714,713.87 | 35,286.13 |
| 31 | | | 01-Apr-08 | $ - | (24,569.17) | 24,569.17 |
| 32 | | | 01-May-08 | $ - | (24,722.72) | 24,722.72 |
| 33 | 11 | | 01-Jun-08 | $ 1,750,000.00 | 1,725,122.76 | 24,877.24 |
| 34 | | | 01-Jul-08 | $ - | (14,095.22) | 14,095.22 |
| 35 | | | 01-Aug-08 | $ - | (14,183.32) | 14,183.32 |
| 36 | 12 | | 01-Sep-08 | $ 2,297,786.30 | 2,283,514.34 | 14,271.96 |
| | | | | $ 17,547,786.30 | | |

**Exhibit H - 07**

# Leasing Terms and Conditions - GSA Leasing Option 2

TERMS AND CONDITIONS APPLICABLE TO LEASING OF GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY PRODUCTS (SPECIAL ITEM NUMBER 132-3)

**NOTE: Under SIN 132-3 Leasing of Products, there are two sets of terms and conditions. Option 1 does not contain a cancellation clause and all leases automatically expire on September 30th or sooner. Option 2 contains a cancellation clause, in which the fee must be in accordance with applicable legal principles. You may offer either option or both options.**

## LEASE TYPES

The Government will consider proposals for the following lease types:

a. Lease to Ownership,

b. Lease with Option to Own, and

c. Step Lease.

Orders for leased products must specify the leasing type.

## OPTION 2

To the extent an Offeror wishes to propose alternative lease terms and conditions that provide for lower discounts/prices based on the ordering office's stated intent to fulfill the projected term of a lease including option years, while at the same time including separate charges for early end of the lease, the following terms apply. These terms address the timing and extent of the Government's financial obligation including any potential charges for early end of the lease.

1. LEASING PRICE LIST NOTICE:

Contractors must include the following notice in their contract price list for SIN 132-3:

(a) "The ordering office is responsible for the obligation of funds consistent with applicable law. Agencies are advised to review the lease terms and conditions contained in this price list prior to ordering and obligating funding for a lease."

2. STATEMENT OF GOVERNMENT INTENT:

(a) The Government and the Contractor understand that a delivery order issued pursuant to this SIN is a lease arrangement and contemplates the use of the product for the term of the lease specified in such delivery order (the "Lease Term"). In that regard, the Ordering Agency, as lessee, understands that the lease provisions contained herein and the rate established for the delivery order are premised on the Ordering Agency's intent to fulfill that agreement, including acquiring products for the period of time specified in the order. Each lease hereunder shall be initiated by a delivery order which shall, either through a statement of work or other attachment, specify the product being leased, and the required terms of the transaction.

(b) Each ordering office placing a delivery order under the terms of this option intends to exercise each renewal option and to extend the lease until completion of the Lease Term so long as the need of the ordering office for the product or functionally similar product continues to exist and funds are appropriated. Contractor may request information from the ordering office concerning the essential use of the products.

3. LEASE TERM:

(a) The date on which the ordering office accepts the products is the Commencement Date of the lease. For acceptance to occur, the products must operate in accordance with the product's published specifications and statement of work. Acceptance shall be in accordance with the terms of the contract or as otherwise negotiated by the ordering office and the Contractor.

(b) Any lease is executed by the Ordering Office on the basis that the known requirement for such product exceeds the initial base period of the delivery order, which is typically 12 months, or for the remainder of the fiscal year. Pursuant to FAR 32.703-3(b), delivery orders with options to renew that are funded by annual (fiscal year) appropriations may provide for initial base periods and option periods that cross fiscal years as long as the initial base period or each option period does not exceed a 12 month period. Defense agencies must also consider DOD FAR supplement (DFAR) 232.703-3(b) in determining whether to use cross fiscal year funding. This cross fiscal year authority does not apply to multi-year leases.

(c) The total Lease Term will be specified in each delivery order, including any relevant renewal options of the Government. All delivery orders, whether for the initial base period or renewal period, shall remain in effect through September 30 of the fiscal year (unless extended by statute), through any earlier expiration date specified in the delivery order, or until the Government exercises its rights hereunder to acquire title to the product prior to such expiration date. The ordering office, at its discretion, may exercise each option to extend the term of the lease through the lease term. Renewal delivery orders shall not be issued for less than all of the product and/or software set forth in the original delivery order. Delivery orders under this SIN shall not be deemed to obligate succeeding fiscal year funds. The ordering office shall provide the Contractor with written notice of exercise of each renewal option as soon as practicable. Notice requirements may be negotiated on an order-by-order basis.

(d) Where an ordering office's specific appropriation or procurement authority provides for contracting beyond the fiscal year period, the ordering office may place a delivery order for a period up to the expiration of the Lease Term, or to the expiration of the period of availability of the multi-year appropriation, or whatever is appropriate under the applicable circumstance.

4. LEASE TERMINATION:

***Deleted.***

*****************************************************************************
**************

# LEASE PROVISIONS COMMON TO ALL TYPES OF LEASE AGREEMENTS

** The following terms and conditions are applicable to any lease awarded under this contract regardless of type or option.**

1. ORDERING PROCEDURES:

(a) When an Ordering Office expresses an interest in leasing a product(s), the Ordering Office will provide the following information to the prospective Contractor:

(i) Which product(s) is (are) required.
(ii) The required delivery date.
(iii) The proposed lease plan and term of the lease.
(iv) Where the product will be located.
(v) Description of the intended use of the product.
(vi) Source and type of appropriations to be used.

(b) The Contractor will respond with:

(i) Whether the Contractor can provide the required product.
(ii) The estimated residual value of the product (Lease with Option to Own and Step Lease only).
(iii) The monthly payment based on the rate.
(iv) The estimated cost, if any, of applicable State or local taxes. State and local personal property taxes are to be estimated as separate line items in accordance with FAR 52.229-1, which may be identified and added to the monthly lease payment.
(v) A confirmation of the availability of the product on the required delivery date.
(vi) Extent of warranty coverage, if any, of the leased products.
(vii) The length of time the quote is valid.

(c) The Ordering Office may issue a delivery order to the Contractor based on the information set forth in the Contractor's quote. In the event that the Ordering Office does not issued a delivery order within the validity period stated in the Contractor's quote letter, the quote shall expire.

2. ASSIGNMENT OF CLAIMS:

GSAR 552.232-23, Assignment of Claims, is incorporated herein by reference as part of these lease provisions. The Ordering Office's contracting officer will acknowledge the assignment of claim for a lease in accordance with FAR 32.804-5. The extent of the assignee's protection is in accordance with FAR 32.804. Any setoff provision must be in accordance with FAR 32.803.

3. PEACEFUL POSSESSION AND UNRESTRICTED USE:

In recognition of the types of products available for lease and the potential adverse impact to the Government's mission, the Government's quiet and peaceful possession and unrestricted use of the product shall not be disturbed in the event the product is sold by the Contractor, or in the event of bankruptcy of the Contractor, corporate dissolution of the Contractor, or other event. The product shall remain in the possession of the Government until the expiration of the lease. Any assignment, sale, bankruptcy, or other transfer of the leased product by the Contractor will not relieve the Contractor of its obligations to the Government, and will not change the Government's duties or increase the burdens or risks imposed on the Government.

4. COMMENCEMENT OF LEASE:

The date on which the Ordering Office accepts the products is the Commencement Date of the lease. Acceptance is as defined elsewhere in the contract, or as further specified in the order.

5. INSTALLATION AND MAINTENANCE:

a. Installation and Maintenance, when applicable, normally are not included in the charge for leasing. The Contractor may require the Government to obtain installation and maintenance services from a qualified source. The Government may obtain installation and/or maintenance on the open market, from the Contractor's schedule contract, or from other sources. The Government may also perform installation and/or maintenance in house, if qualified resources exist. In any event, it is the responsibility of the Government to ensure that maintenance is in effect for the Lease term for all products leased.

b. When installation and/or maintenance are ordered under this schedule to be performed by the Contractor, the payments, terms and conditions as stated in this contract apply. The rates and terms and conditions in effect at the time the order is issued shall apply during any subsequent renewal period of the lease. The maintenance rates and terms and conditions may be added to the lease payments with mutual agreement of the parties.

6. QUARTERLY PAYMENTS:

a. Prior to the placement of an order under this Special Item Number, the Ordering Office and the Contractor must agree on a "base value" for the products to be leased. For Lease to Ownership (Capital Lease) the base value will be the contract purchase price (less any discounts). For Lease with Option to Own (Operating Lease), the base value will be the contract purchase price (less any discounts), less a mutually agreed upon residual value (pre-stated purchase option price at the conclusion of the lease) for the products. The residual value will be used in the calculation of the original lease payment, lease extension payments, and the purchase option price.

b. To determine the initial lease term payment, the Contractor agrees to apply the negotiated lease factor to the agreed upon base value: Contractor will calculate lease payments based on an lease factor (interest rate) equal to 500 basis points plus the then current, like term US Treasury Constant Maturity Yield as reported by the Federal Reserve statistical release H.15. Should no like term be available, then this rate will be interpolated from the available reported terms. The lease payments may be calculated by using a programmed business calculator or by using the PMT function in Microsoft Excel. End of term purchase option or residual (if any) will be input as the future value (FV) for this calculation. For Example: Lease factor one (1) percent over the rate for the three year (or other term) Treasury Bill (T-bill) at the most current U. S. Treasury auction.

The lease payment may be calculated by using a programmed business calculator or by using "rate" functions provided in commercial computer spreadsheets (e.g., Lotus 1-2-3, Excel).

c. For any lease extension, the extension lease payment will be based on the original residual value, in lieu of the purchase price. The Ordering Office and the Contractor shall agree on a new residual value based on the estimated fair market price at the end of the extension. The formula to determine the lease payment will be that in 6.b. above.

d. The purchase option price will be the fair market value of the product or payment will be based upon the unamortized principle, as shown on the payment schedule as of the last payment prior to date of transfer of ownership, whichever is less.

NOTE: At the order level, ordering office may elect to obtain a lower rate for the lease by setting the purchase option price as either, the fair market value of the product or unamortized principle. The methodology for determining lump sum payments may be identified in the pricelist.

e. The point in time when monthly rates are established is subject to negotiation and evaluation at the order level.

In the event the Government desires, at any time, to acquire title to product leased hereunder, the Government may make a one-time lump sum payment.

7. LEASE END/DISCONTINUANCE OPTIONS:

a. Upon the expiration of the Lease Term, or if the government doesn't exercise an option period hereunder, the Government will return the Product to the Contractor unless the Government by 30 days written notice elects either:

(i) to purchase the product for the residual value of the product, or

(ii) to extend the term of the Lease, as mutually agreed. To compute the lease payment, the residual value from the preceding lease shall be the initial value of the leased product. A new residual value shall be negotiated for the extended lease and new lease payments shall be computed.

b. Relocation - The Government may relocate products to another location within the Government with prior written notice. No other transfer, including sublease, is

permitted. Government shall not assign, transfer or otherwise dispose of any products, or any interest therein, or crate or suffer any levy, lien or encumbrance then except those created for the benefit of Contractor or it's assigns.

c. Returns:

(i) Within fourteen (14) days after the date of expiration of the lease term or option period, the Government shall, at its own risk and expense, have the products packed for shipment in accordance with manufacturer's specifications and return the products to Contractor at the location specified by Contractor in the continental US, in the same condition as when delivered, ordinary wear and tear excepted. Any expenses necessary to return the products to good working order shall be at Government's expense.

(ii) The Contractor shall conduct a timely inspection of the returned products and within 45 days of the return, assert a claim if the condition of the product exceeds normal wear and tear.

(iii) Product will be returned in accordance with the terms of the contract and in accordance with Contractor instruction.

(iv) With respect to software, the Government shall state in writing to the Contractor that it has:

(1) deleted or disabled all files and copies of the software from the equipment on which it was installed;
(2) returned all software documentation, training manuals, and physical media on which the software was delivered; and
(3) has no ability to use the returned software.

8. UPGRADES AND ADDITIONS:

a. The Government may affix or install any accessory, addition, upgrade, product or device on the product ("additions") provided that such additions:

(1) can be removed without causing material damage to the product;

(2) do not reduce the value of the product; and

(3) are obtained from or approved by the Contractor, and are not subject to the interest of any third party other than the Contractor.

b. Any other additions may not be installed without the Contractor's prior written consent. At the end of the lease term, the Government shall remove any additions which:

(1) were not leased from the Contractor, and

(2) are readily removable without causing material damage or impairment of the intended function, use, or value of the product, and restore the product to its original configuration.

c. Any additions that are not so removable will become the Contractor's property (lien free).

d. Leases of additions and upgrades must be co-terminus with that of the product.

9. RISK OF LOSS OR DAMAGE:

The Government is relieved from all risk of loss or damage to the product during periods of transportation, installation, and during the entire time the product is in possession of the Government, except when loss or damage is due to the fault or negligence of the Government. The Government shall assume risk of loss or damage to the product during relocation, (i.e., moving the product from one Government location to another Government location), unless the Contractor shall undertake such relocation.

10. TITLE:

During the lease term, product shall always remain the property of the Contractor. The Government shall have no property right or interest in the product except as provided in this leasing agreement and shall hold the product subject and subordinate to the rights of the Contractor. Software and software licenses shall be deemed personal property. The Government shall have no right or interest in the software and related documentation except as provided in the license and the lease. Upon the Commencement Date of the Lease Term, the Government shall have an encumbered license to use the software for the Lease Term. The Government's encumbered license rights in the software will be subject to the same rights as provided to a purchaser of a license under the terms of this contract except that the Government will not have an unencumbered, paid-up license until it has made all lease payments for the full Lease Term in the case of an Lease To Ownership or has otherwise paid the applicable purchase option price.

11. TAXES:

The lease payments, purchase option prices, and interest rates identified herein exclude all state and local taxes levied on or measured by the contract or sales price of the product furnished hereunder. The Government will be invoiced for any such taxes as Contractor receives such tax notices or assessments from the applicable local taxing authority. Pursuant to the provisions of FAR 52.229-1, State and Local Taxes, the Government agrees to pay tax or provide evidence necessary to support an exemption from the tax.

** NOTE: Contractor may propose additional terms and conditions (regarding SIN 132-3) for billings, payments, and/or invoices, as long as they are consistent with terms and conditions specified elsewhere. **

## Period of Performance

The period of performance for this effort consists of a base period from September 15,2005 through September 30, 2005 and 3 option periods. The dates for listed in the table below:

| Period of Performance | Dates | Lease Payment per Period |
|---|---|---|
| Base Period | 9/15/2005 – 9/30/2005 | $0.00 |
| Option Period 1 | 10/1/2005 – 9/30/2006 | $4,000,000.00 |
| Option Period 2 | 10/1/2006 – 9/30/2007 | $6,000,000.00 |
| Option Period 3 | 10/1/2007 – 9/30/2008 | $ 7,547,786.30 |

## Hardware and Software Overview

The proposed hardware and software is described in this section. An assessment of the environment will also allow us to determine areas where existing hardware and software could be leveraged to reduce costs. A detailed line item description of the items is included in Appendix

| Hardware/Software | Cost |
|---|---|
| Egenera Blades and Bladeframes including licensing and 3 years hardware / software maintenance | $5,387,074 |
| EMC SAN, Clarion and Centera, including 3 years Hardware and software maintenance | $4,728,208 |
| Legato-backup, email extender and disk extender with 3 years software maintenance | $2,561,133 |
| Remedy- Helpdesk, knowledge management, asset management, change management, and 36 months support and silver maintenance | $850,512 |
| IronPort C600, Brightmail, Sophos, and virus outbreak, through 9/30/08 | $1,294,281 |
| Dell workstation and network printers | $29,586 |
| Quest Wingra software and consulting services | $476,294 |
| Lease Insurance | $90,000 |
| | |
| **Total Cost** | $15,417,088 |

## Appendix 1 – Detailed Description of Hardware and Software

| QTY | Description | Part # | GSA List | GSA List Extended | TKCC Discounted Price | TKCC Discounted Extended Price |
|---|---|---|---|---|---|---|
| Gsa schedule | ***GS-35F-5237H*** | | | | | |
| 1 | Remedy Help Desk Application with AR System Server Windows | HD-EN-AR-NTX | $30,000 | $30,000 | $22,208 | $22,208 |
| 20 | Remedy Help Desk Float Full License 5-Pack | HD-LC-5FLFU | $16,000 | $320,000 | $11,844 | $236,880 |
| 1 | Remedy Asset Management Application Windows | AM-EN-APP-NT | $35,000 | $35,000 | $25,909 | $25,909 |
| 2 | Remedy Asset Management Float License 5-Pack | AM-LI-5FL | $17,500 | $35,000 | $12,954 | $25,909 |
| 1 | Remedy Change Management Application Windows | CM-EN-APP-NT | $20,000 | $20,000 | $14,805 | $14,805 |
| 4 | Remedy Change Management Float License 5-Pack | CM-LI-5FL | $14,500 | $58,000 | $10,734 | $42,935 |
| 1 | Remedy SLA Flashboards Bundle all Platforms with 5 Fixed Licenses | SLA-FB | $20,000 | $20,000 | $14,805 | $14,805 |
| 1 | AR System Migrator (ENGLISH) Windows | ARM-EN-NT | $7,500 | $7,500 | $5,552 | $5,552 |
| 1 | DEVELOPMENT Remedy Help Desk Application with AR System Server Windows | HD-EN-AR-DVX | $15,000 | $15,000 | $11,104 | $11,104 |
| 1 | DEVELOPMENT Remedy Asset Management Application | AM-EN-APP-DV | $17,500 | $17,500 | $12,954 | $12,954 |
| 1 | DEVELOPMENT Remedy Asset Management Fixed License 5-Pack | AM-LI-5FI-DV | $3,500 | $3,500 | $2,591 | $2,591 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | DEVELOPMENT Remedy Change Management Application | CM-EN-APP-DV | $10,000 | $10,000 | $7,403 | $7,403 |
| 1 | DEVELOPMENT Remedy Change Management Fixed License 5-Pack | CM-LI-5FI-DV | $2,900 | $2,900 | $2,147 | $2,147 |
| 1 | DEVELOPMENT Remedy SLA Flashboards Bundle all Platforms with 5 Fixed Licenses | SLA-FB-DV | $10,000 | $10,000 | $7,403 | $7,403 |
| 20 | KNOWLEDGE MANAGEMENT FOR REMEDY FLOAT | KMR-F | $1,995 | $39,900 | $1,477 | $29,536 |
| 50 | KNOWLEDGE MANAGEMENT FOR REMEDY SELF SERVICE FLOAT | KMR-SS | $995 | $49,750 | $737 | $36,827 |
| 1 | REMEDY EXPRESS+ Support (36 Months) 18% of List / 10% Discount on 36 Months | TS-EP+ | | $300,349 | | $300,349 |
| 1 | KMR Silver Maintenance (36 months) 18% of List | KMR-SM | | $51,195 | | $51,195 |
| ***Gsa schedule*** | ***GS-35F-0330J*** | | | | | |
| 10 | EGN Egenera Blade Frame | BC100102 | $206,751 | $2,067,506 | $113,851 | $1,138,511 |
| 10 | Egenera Blade Frame base software and license | SW100210 | $34,277 | $342,771 | $25,241 | $252,412 |
| 153 | 4 way , 3.66 GHZ, 8GB RAM | PB200700 | $22,540 | $3,448,620 | $12,368 | $1,892,334 |
| 153 | Software license for 4 way XEON | SW100210 | $5,515 | $843,849 | $3,029 | $463,429 |
| 63 | 2 way, 3.2 GHZ, 2GB RAM | PB200507 | $11,853 | $746,752 | $6,512 | $410,270 |
| 63 | Software license for 2 way XEON | SW100210 | $2,757 | $173,671 | $1,514 | $95,412 |
| 1 | Egenera Blade Frame ES | ES100103 | $54,031 | $54,031 | $28,323 | $28,323 |
| 1 | Egenera Blade Frame ES Base Software and license | SW100210 | $19,587 | $19,587 | $9,469 | $9,469 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 Year Egenera Enterprise Support and Maintenance | CS200313 | | $1,539,362 | | $1,096,914 |
| **Gsa schedule** | ***GS-35F-0414K*** | | | | | |
| 2 | IronPort C600, Standard Configuration | 89F-C600-R | $54,950 | $109,900 | $45,832 | $91,663 |
| 2 | Rapid Rails for Four Post, Square Hole Racks | 89R-4SQU | $200 | $400 | $167 | $334 |
| 1 | Standard Spare Kit for IronPort MGA includes: | 89A-PXP-SKIT | $1,000 | $1,000 | $834 | $834 |
| 2 | Platinum Support for IronPort C600, 3 Years | 89S-C600P-1Y | $26,730 | $53,460 | $26,981 | $53,961 |
| 2 | Platinum Support for IronPort C60, 3 Years | 89S-C60P-1Y | $26,730 | $53,460 | $26,981 | $53,961 |
| 2 | Platinum Support for IronPort C30, 3 Years | 89S-C30P-1Y | $9,720 | $19,440 | $9,811 | $19,622 |
| 1 | Mail Flow Central License Key, Tracking and Reporting, 6-10 MGAs | 89U-MFC-TR-10A | $24,950 | $24,950 | $20,810 | $20,810 |
| 3 | Mail Flow Central Support, 6-10 MGAs | 89S-MFC-10A-1Y | $6,250 | $18,750 | $6,309 | $18,926 |
| 72800 | Sophos - 3 Year License Key | 89U-SO-1Y | $2.70 | $196,560 | $2.25 | $163,982 |
| 72800 | Brightmail - 3 Year Anti-Spam License Key | 89U-SO-1Y | $9.75 | $709,800 | $8.13 | $591,728 |
| 72800 | Virus Outbreak Filters Government 3 Year License Key | 89U-BM-1Y | $4.59 | $334,152 | $3.83 | $278,460 |
| | | | | | | |
| | | | | | | |
| **Gsa schedule** | ***GS- 35F-0593k*** | | | | | |
| 80000 | Quest Notes Migrator for Exchange | NME-WGA-PB | $7.80 | $624,000 | $5.75 | $460,000 |
| 5 | Quest Consulting for Intial product knowledge transfer ( | 9923-3620TE | $3,082 | $15,408 | $3,259 | $16,294 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | T& L included ) | | | | | |
| 25 | Dell Opti gx280 | | | | $950 | $23,750 |
| 4 | Dell Network Printers | | | | $1,459 | $5,836 |
| ***Gsa schedule*** | ***GS-35F-008K*** | | | | | |
| | EMC Frames | Itemized below | | $782,440 | | $356,025 |
| | EMC FC Disk Drives | Itemized below | | $1,193,938 | | $543,765 |
| | EMC ATA Disk Drives | Itemized below | | $1,760,954 | | $731,285 |
| | EMC Management Software | Itemized below | | $629,475 | | $327,339 |
| | EMC Software | Itemized below | | $582,257 | | $456,583 |
| | EMC SAN | Itemized below | | $580,932 | | $277,715 |
| | ADIC | Itemized below | | $685,425 | | $586,611 |
| | Legato EX/DX | Itemized below | | $3,263,792 | | $2,355,250 |
| | Legato Networker | Itemized below | | $264,916 | | $205,883 |
| | Centera | Itemized below | | $1,152,360 | | $631,742 |
| | EMC Professional Services | | | | | $817,143 |

EMC Items by Line Item

| Qty | Product ID | Description | Category | Qty | Product ID | Description | Category |
|---|---|---|---|---|---|---|---|
| 3 | MKT-002088 | Legato Networker Product Family Media Kit | Legato Networker | 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 3 | BIC-000026 | NetWorker and Management Console for Windows Power Edition | Legato Networker | 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 8 | LIC-002022 | NetWorker Client Connections for Windows/UNIX/Linux/Mac OS X - Qty 25 | Legato Networker | 1 | SV700 | CX700 SNAPVIEW | EMC Software |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | LIC-002021 | NetWorker Client Connections for Windows/UNIX/Linux/Mac OS X - Qty 5 | Legato Networker | 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 12 | LIC-002281 | NetWorker Power Ed Dedicated Storage Node for Windows. Does not apply below NW 7.x. | Legato Networker | 1 | SC700 | CX700 SAN COPY | EMC Software |
| 20 | LIC-002111 | NetWorker Cluster Client Connections for Windows- Qty. 5 | Legato Networker | 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | LIC-002044 | NetWorker Autochanger Software Module 1-256 Slots | Legato Networker | 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 2 | LIC-002204 | NetWorker Autochanger Software Module 1-512 Slots | Legato Networker | 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 15 | LIC-002107 | NetWorker Dynamic Drive Sharing Option for W2K/WinNT/Unix/Linux | Legato Networker | 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 1 | MKT-001400 | Legato Message and DiskXtender 2000 Product Family Media Kit | Legato EX/DX | 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 2 | BIC-MA1413 | EmailXtender - Base | Legato EX/DX | 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80000 | LIC-MO1429 | EmailXtender Tier 4 Qty over 10000 User Mailboxes | Legato EX/DX | 1 | SC700 | CX700 SAN COPY | EMC Software |
| 2 | BIC-MA1401 | DiskXtender 2000 for Centera consists of: DiskXtender 2000 Data Manager Server and DiskXtneder 2000 for EMC Centerra 4 TB Capacity | Legato EX/DX | 2 | DSB2RK40 | CLARIION SWITCHES IN 40U | EMC SAN |
| 16 | LIC-001500 | Diskxtender 2000 Data Manager | Legato EX/DX | 2 | DS-4100B-0D | BRCD 32-PORTS W/16 ACTIVE | EMC SAN |
| 2 | LIC-001597 | DiskXtender 2000 for EMC Centera 8TB Capacity | Legato EX/DX | 2 | CBFM-04C | FM 4 DOMAINS SEAT LC | EMC SAN |
| 1 | MNT-000001 | BASIC 24x7 First Year Maintenance | EMC Software Maintenance | 1 | EC-1500-B | CONNECTRIX B-SERIES CAB | EMC SAN |
| 2 | MNT-000001 | BASIC 24x7 First Year Maintenance | EMC Software Maintenance | 6 | PB-24000-16 | 16-Port CARD ED-24000B | EMC SAN |
| 1 | SCI2K-400 | SCALARI2000 400 SLOTS | ADIC | 1 | ED-24000B | ED-24000B CHASSIS-NO PORT | EMC SAN |
| 6 | SCI2K-L2-SN | SCLR2000 LTO2 STG NTWK DR | ADIC | 1 | EC1500BRLKT | MOUNT ED-XXB IN EC-1500B | EMC SAN |
| 1 | SCI2K-100U | SCALAR I2000 100 SLOT UPG | ADIC | 1 | CBFM-04 | FM 4 DOMAINS | EMC SAN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | SEAT LIC | |
| 4 | CBL-FC-15M-6 | 15M MM Cbl 62.5mic SC-LC | EMC SAN | 1 | SW-24000B-TR | TRUNKING FOR ED-24000B | EMC SAN |
| 1 | SCI2K-16PRT | SCALAR I2000 -16 PARTITNS | ADIC | 1 | EC1500BRLKT | MOUNT ED-XXB IN EC-1500B | EMC SAN |
| 1 | SCI2K-INST | SCALAR I2K INSTALL/PS | ADIC | 1 | AP-7420B-00 | 16-PORT APP PLATFORM | EMC SAN |
| 1 | SCI2K-2N-PWR | SCALAR I2000 2N POWER UPG | ADIC | 1 | AP7420B-RTR | LIC AP7420B FABRIC ROUTER | EMC SAN |
| 4 | M-100SL-GO1 | MNT 100SLOT GOLD 1YR | ADIC | 32 | RMSE-EXCHANGE | FOR EXCHANGE 5.5 2K 2K3 | EMC Software |
| 8 | M-100SL-GO23 | MNT 100SLOT GOLD YR2OR3 | ADIC | 1 | PS-CUS-PRDSVC | Product-Based Services | EMC Professional Services |
| 6 | M-FCDR-GO1 | MNT FC DRV GOLD 1YR | ADIC | 1 | SCI2K-400 | SCALARI2000 400 SLOTS | ADIC |
| 1 | M-SCI2K-GO1 | MNT SCI2K GOLD 1YR | ADIC | 1 | SCI2K-100U | SCALAR I2000 100 SLOT UPG | ADIC |
| 2 | M-SCI2K-GO23 | MNT SCI2K GOLD YR2OR3 | ADIC | 6 | SCI2K-L2-SN | SCLR2000 LTO2 STG NTWK DR | ADIC |
| 12 | M-FCDR-GO23 | MNT FC DRV GOLD YR2OR3 | ADIC | 4 | CBL-FC-15M-6 | 15M MM Cbl 62.5mic SC-LC | EMC SAN |
| 1 | CNRRK8NG3 | CNR 8NODE GEN3 ENTRY RACK | Centera | 1 | SCI2K-16PRT | SCALAR I2000 -16 PARTITNS | ADIC |
| 1 | PW40U-US | Dual 40U Rack Power | Centera | 4 | M-100SL-GO1 | MNT 100SLOT | ADIC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Cord US | | | | GOLD 1YR | |
| 4 | CAT6CBL25 | UTP CAT 6 CABLE 25 WHITE | Centera | 2 | M-SCI2K-GO23 | MNT SCI2K GOLD YR2OR3 | ADIC |
| 1 | SYMMOD-US | MODEM UNITED STATES | Centera | 1 | M-SCI2K-GO1 | MNT SCI2K GOLD 1YR | ADIC |
| 3 | CNR8NG3 | 8NODE G3 STORAGE UPGRADE | Centera | 6 | M-FCDR-GO1 | MNT FC DRV GOLD 1YR | ADIC |
| 1 | CNRSW-PPM-PRM | CNR PPMNT PRM SW | Centera | 8 | M-100SL-GO23 | MNT 100SLOT GOLD YR2OR3 | ADIC |
| 1 | SCI2K-200 | SCALARI2000 200 SLOTS | ADIC | 12 | M-FCDR-GO23 | MNT FC DRV GOLD YR2OR3 | ADIC |
| 3 | SCI2K-L2-SN | SCLR2000 LTO2 STG NTWK DR | ADIC | 1 | SCI2K-2N-PWR | SCALAR I2000 2N POWER UPG | ADIC |
| 2 | CBL-FCL-7M-6 | 7.5M MM Cbl 62.5mic LC-LC | EMC SAN | 1 | SCI2K-INST | SCALAR I2K INSTALL/PS | ADIC |
| 1 | SCI2K-2N-PWR | SCALAR I2000 2N POWER UPG | ADIC | 1 | CNRRK8NG3 | CNR 8NODE GEN3 ENTRY RACK | Centera |
| 1 | M-100SL-GO1 | MNT 100SLOT GOLD 1YR | ADIC | 4 | CAT6CBL25 | UTP CAT 6 CABLE 25 WHITE | Centera |
| 2 | M-100SL-GO23 | MNT 100SLOT GOLD YR2OR3 | ADIC | 1 | PW40U-US | Dual 40U Rack Power Cord US | Centera |
| 3 | M-FCDR-GO1 | MNT FC DRV GOLD 1YR | ADIC | 1 | SYMMOD-US | MODEM UNITED | Centera |

| | | | | | | | STATES | |
|---|---|---|---|---|---|---|---|---|
| 6 | M-FCDR-GO23 | MNT FC DRV GOLD YR2OR3 | ADIC | | 4 | CNR8NMANS W | 2 CNR ACCESSNODE MIR SW | Centera |
| 1 | M-SCI2K-GO1 | MNT SCI2K GOLD 1YR | ADIC | | 1 | CNRGPLLIC | CNR GEN PUBLIC LIC SW | Centera |
| 2 | M-SCI2K-GO23 | MNT SCI2K GOLD YR2OR3 | ADIC | | 4 | CNRREPSW | CENTERA RPL ENT SW | Centera |
| 1 | SCI2K-INST | SCALAR I2K INSTALL/PS | ADIC | | 4 | CNR8NMBSW | BASIC 8N MIRR SW | Centera |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames | | 1 | PS-BAS-CIS | CAS INT SINGLE CLUSTER QS | Centera |
| 2 | RACK-40U-C | 40U COMMON RACK | EMC Frames | | 1 | WARCNRHW PRM | CNR HW WAR UPG 7X24 4HR | Centera |
| 4 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives | | 3 | CNR8NG3 | 8NODE G3 STORAGE UPGRADE | Centera |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames | | 1 | CNRSW-PPM-PRM | CNR PPMNT PRM SW | Centera |
| 9 | CX-ATA-DAE | DAE ATA EXPANSION FOR CX | EMC ATA Disk Drives | | 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 124 | CX-AT05-320 | ATA 320GB 5400RPM | EMC ATA Disk Drives | | 2 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 72 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives | | 4 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN | 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 2 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames | 9 | CX-ATA-DAE | DAE ATA EXPANSION FOR CX | EMC ATA Disk Drives |
| 8 | FC-HS2-10M | HSSDC-HSSDC 10M CABLE-2GB | EMC ATA Disk Drives | 124 | CX-AT05-320 | ATA 320GB 5400RPM | EMC ATA Disk Drives |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames | 72 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames | 8 | FC-HS2-10M | HSSDC-HSSDC 10M CABLE-2GB | EMC ATA Disk Drives |
| 2 | RACK-40U-C | 40U COMMON RACK | EMC Frames | 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 11 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives | 2 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames | 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 72 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives | 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 100 | CX-2G10-146 | FC 146GB 10K 520B 2GB | EMC FC Disk Drives | 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 8 | FC-HS2-10M | HSSDC-HSSDC 10M CABLE-2GB | EMC ATA Disk Drives | 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 16 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN | 1 | C-MODEM-US | CLARIION SERVICE | EMC Frames |

| | | | |
|---|---|---|---|
| | | | |
| 2 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 10 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 116 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 1 | CX700 | CX700 FC Array W | EMC Frames |

| | | | |
|---|---|---|---|
| | | MODEM-US | |
| 1 | SC700 | CX700 SAN COPY | EMC Software |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 10 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 106 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | PW40U-C-US | 40U-C PWR | EMC Frames |

| | | | |
|---|---|---|---|
| | | 8GB MEM | |
| 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 10 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 116 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 10 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W | EMC Frames |

| | | | |
|---|---|---|---|
| | | CORD - US | |
| 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 1 | SC700 | CX700 SAN COPY | EMC Software |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 10 | CX-2GDAE | DAE FC 2Gb | EMC FC Disk |

| | | | |
|---|---|---|---|
| | | FLARE OS | |
| 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 116 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 5 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 26 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 60 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 1 | PW40U-C-US | 40U-C PWR CORD - | EMC Frames |

| | | | |
|---|---|---|---|
| | | EXPANS FOR CX | Drives |
| 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 106 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 1 | SC700 | CX700 SAN | EMC |

| | | US | | | | COPY | Software |
|---|---|---|---|---|---|---|---|
| 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames | 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 1 | EC-1500-PC1 | PWR CRD 1PHS-L630P | EMC SAN | 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance |
| 1 | SYMMOD-US | MODEM UNITED STATES | Centera | 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | WARCNRHWPRM | CNR HW WAR UPG 7X24 4HR | Centera | 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance | 10 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance | 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance | 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance | 106 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance | 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance | 1 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | CTXSFTPP | PREPAID CTX SFT | EMC Software Maintenance | | 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 1 | CTXSFTPP | PREPAID CTX SFT | EMC Software Maintenance | | 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | PS-CUS-PRDSVC | Product-Based Services | EMC Professional Services | | 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 1 | PS-BAS-CIS | CAS INT SINGLE CLUSTER QS | Centera | | 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 1 | SC-UPG-INST | SCALAR UPG INSTALL/PS | ADIC | | 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |
| 32 | RMSE-EXCHANGE | FOR EXCHANGE 5.5 2K 2K3 | EMC Software | | 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 4 | CNRREPSW | CENTERA RPL ENT SW | Centera | | 1 | SC700 | CX700 SAN COPY | EMC Software |
| 4 | CNR8NMBSW | BASIC 8N MIRR SW | Centera | | 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 4 | CNR8NMANSW | 2 CNR ACCESSNODE MIR SW | Centera | | 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance |
| 1 | CNRGPLLIC | CNR GEN PUBLIC LIC SW | Centera | | 1 | CX700 | CX700 FC Array W 8GB MEM | EMC Frames |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management | | 1 | RACK-40U-C | 40U COMMON RACK | EMC Frames |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Software | | | | |
| 1 | SC700-KIT | CX700 SAN COPY | EMC Software | 10 | CX-2GDAE | DAE FC 2Gb EXPANS FOR CX | EMC FC Disk Drives |
| 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software | 1 | CX-2GDAE-70 | CX700 DAE EXP W FLARE OS | EMC Frames |
| 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software | 46 | CX-2G10-300 | 300GB FCL 10K 2GB | EMC ATA Disk Drives |
| 1 | SC700 | CX700 SAN COPY | EMC Software | 106 | CX-2G10-73 | FC 73GB 10K 520B 2Gb | EMC FC Disk Drives |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software | 8 | FM-LL30MD | 30M MM FIBRE CABLE LC-LC | EMC SAN |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software | 1 | PW40U-C-US | 40U-C PWR CORD - US | EMC Frames |
| 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software | 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software | 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software | 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software | 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software | 1 | C-MODEM-US | CLARIION SERVICE MODEM-US | EMC Frames |

| | | | |
|---|---|---|---|
| 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 1 | SC700 | CX700 SAN COPY | EMC Software |
| 1 | SC700-KIT | CX700 SAN COPY | EMC Software |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software |
| 1 | CX700-KIT | CX700 DOCS & RTU | EMC Software |
| 1 | SV700-KIT | CX700 SNAPVIEW MEDIA | EMC Software |

| | | | |
|---|---|---|---|
| 1 | SV700 | CX700 SNAPVIEW | EMC Software |
| 1 | SC700 | CX700 SAN COPY | EMC Software |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software |
| 1 | CLARSFTPP | PREPAID CLAR SFT | EMC Software Maintenance |
| 1 | EC-1500-B | CONNECTRIX B-SERIES CAB | EMC SAN |
| 6 | PB-24000-16 | 16-Port CARD ED-24000B | EMC SAN |
| 1 | ED-24000B | ED-24000B CHASSIS-NO PORT | EMC SAN |
| 1 | EC-1500-PC1 | PWR CRD 1PHS-L630P | EMC SAN |
| 1 | EC1500BRLKT | MOUNT ED-XXB IN EC-1500B | EMC SAN |
| 1 | SYMMOD-US | MODEM UNITED STATES | Centera |
| 1 | CBFM-04 | FM 4 DOMAINS | EMC SAN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | SEAT LIC | |
| 1 | SV700 | CX700 SNAPVIEW | EMC Software | 1 | SW-24000B-TR | TRUNKING FOR ED-24000B | EMC SAN |
| 1 | NAV700-EN | CX700 NAVI ENTERPRISE | EMC Management Software | 1 | CTXSFTPP | PREPAID CTX SFT | EMC Software Maintenance |
| 1 | SC700 | CX700 SAN COPY | EMC Software | 1 | EC1500BRLKT | MOUNT ED-XXB IN EC-1500B | EMC SAN |
| 1 | SC700-KIT | CX700 SAN COPY | EMC Software | 1 | AP-7420B-00 | 16-PORT APP PLATFORM | EMC SAN |
| 1 | NAV-ENKIT | NAVI ENTERPRISE MEDIA | EMC Management Software | 1 | AP7420B-RTR | LIC AP7420B FABRIC ROUTER | EMC SAN |

## Appendix 2 – Certificate of Acceptance Form

FORM OF

CERTIFICATE OF ACCEPTANCE

(DATE)

(LESSEE NAME)
(LESSEE ADDRESS)

RE: (CONTRACT NUMBER/ORDER NUMBER & DATE)

DEAR (LESSEE NAME):

It is our understanding that the equipment and software (the "**Equipment**") covered under Order No. __________, dated ____________ (the "**Order**") between you and <<Vendor Name>> has been received and is ready for use in accordance with the terms of the Order. Please acknowledge that the complete listing of the Equipment provided under the Order is delineated on the following list of <<Vendor Name>> invoices **[if the invoices do not include serial numbers, then another document must be provided with that information]**, that this listing of Equipment has been received and accepted and indicate the lease commencement date. Upon completion, please return this letter to me at the following address:

<<Vendor Name>>
<<Vendor Address>>
<<Vendor Contact>>

Thank you for your assistance in this matter.

Very truly yours,

______________________
Title: ________________
(xxx) xxx-xxxx

List of Invoices:

| Invoice Number | Date | Amount | Invoice Number | Date | Amount |
|---|---|---|---|---|---|
| ________ | ____ | ____ | ________ | ____ | ____ |
| ________ | ____ | ____ | ________ | ____ | ____ |
| ________ | ____ | ____ | ________ | ____ | ____ |
| ________ | ____ | ____ | ________ | ____ | ____ |
| ________ | ____ | ____ | ________ | ____ | ____ |

TOTAL $__________

**[Attach listed invoices to this Certificate of Acceptance. If invoices do not include serial numbers, then an additional document with serial numbers should be included.]**

This is to acknowledge that the Equipment and Software referenced above has been received and accepted and that the lease commencement date shall be ________________, 20___.

Acknowledged this ______ date of ________________, 20___.

By: ________________________________

Title: ________________________________