IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>SERVE: Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. __________ |

# EXHIBIT I

# TO COMPLAINT

On Behalf of Plaintiff TKC COMMUNICATIONS, LLC

**NAME:** Matthew H. Stewart
**TITLE:** Program Manager and OCIO Representative
**DATE:** October 1, 2005
**RE:** EMS Messaging Services Project

**What essential government function does this department perform?**

With regards to the EMS project, the intent is to provide an Enterprise messaging (email) environment such that all Department of Interior bureaus and offices are migrated from a variety of legacy email environments (Lotus Notes, GroupWise, Exchange) to Exchange 2003.

The Department of Interior bureaus:
Manage 1 out of every 5 acres of land in the US.
Provide the resources for nearly one-third of the Nation's energy.
Works with 562 federally recognized Indian Tribes.
Administers US responsibility to four overseas Territories.
Provides water to 31 million citizens through 824 dams and reservoirs.
Receives over 450 million visits each year to 388 units of the National Park System, 544 wildlife refuges and vast areas of multiple use lands.
Provides opportunities for hunters and anglers, working to improve habitat on millions of acres of public and private lands.

**What essential function do the users of this product perform?**

Email (external and internal email distribution)

**What is the product being financed? How does the product enable the users to perform this essential function? Please be specific.**

Hardware and software to accomplish the email migration project. The HW/SW will be set up and the bureaus legacy mail environments will be converted to Exchange 2003. Once converted the end-users will be using Exchange 2003 to send and receive email.

**Is it replacement or new product? If a replacement, how long had the replaced product been in service?**

This is a replacement of existing email environments. The different bureaus and offices in DOI have been using Lotus Notes and GroupWise for approximately 9 years.

**Is all of the product that is being financed performing as expected, Is the Contractor performance fully satisfactory?**

The product has not been implemented yet. The migration project is expected to take up to 22 months to accomplish. At this point, the contractor is conducting Pre-Assessment activities and their performance is fully satisfactory.

**What, if any, are the performance requirements of the Contractor after acceptance?**

There will be specific Service Level Agreements attached to the operations and support of the new email environment. At this time those Service Level Agreements have not been finalized.

**What benefits will the product provide (cost savings, productivity, enhancements)? Please quantify to the extent possible.**

It is anticipated that with an Enterprise Messaging environment the Department's individual bureaus will see cost savings over time as there will be one consolidated environment supported for the 15 Bureaus and Offices. The Total Cost of Ownership is yet to be determined or quantify because it is difficult to assess total cost of each of the separate current messaging environments for migration.

**What is the agency's alternative to using this product; can the tasks that the product performs be performed in another way?**

The only other alternative would be to keep the legacy environments going, but the risk of email failure with these legacy environments is very high with a severe impact to the Department's mission and ability to conduct business.

**Do the users plan to use this product for the full term of the lease?**

Yes.

**Is there any reason the product would no longer be needed during the entire lease term?**

No.

**To the best of his/her knowledge, does the government intend to appropriate funds in its next budget for the continuation of lease payments?**

Yes.

**Is the product going to be used in more than one department within the agency? Will funding come from more than one source? If so, who will be responsible for coordinating the payment and how will that process work?**

Yes. The Department of Interior will asses each Bureau at the Working Capital Fund level. The coordination of payments is the responsibility of the Office of the Chief Information Officer.

**Does the agency receive funding from any sources other than congressional appropriation?**

Some of the bureaus and offices are revenue producing agencies.

**Have there been any protests or contractor inquiries regarding this procurement?**

No.

**Has the Contracting Officer had any requests from other commands or agencies to set off the lease payments due to other claims against the Contractor?**

No.

**Exhibit I - 02**

**Are there any investigations pending against the Contractor that could give rise to suspension or debarment?**

No.

**Has the government command using the product indicated whether the program will be curtailed or terminated?**

No.

**What is the Government's current plan with regard to the option years of the lease?**

The current plan is to have the individual bureaus and offices support the migration project. As they decommission their legacy environments, cost savings will be reaped to support the new environment. There is an operations and support component for the new system; however, it is not related to this lease. The lease is only for the hardware and software used to build the new messaging environment.

Priscilla Elk Shoulder

Priscilla G. Elk Shoulder – DOI EMS COR

October 4, 2005

Date

Matthew H Stewart

Matthew H. Stewart – DOI EMS PM

October 4, 2005

Date