IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>SERVE: Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>Defendant. | ) | Case No. ____________ |

# EXHIBIT J

# TO COMPLAINT

On Behalf of Plaintiff TKC COMMUNICATIONS, LLC

**datacall3**

---

**From:** Salameh, Jehad A [Jehad.Salameh@mms.gov]
**Sent:** Wednesday, August 23, 2006 5:40 PM
**To:** Kenneth O'Neal
**Cc:** Paul Kwiatkowski
**Subject:** RFP - Revised
**Categories:** doi-ems
**Attachments:** RFP-TKC.doc; EMS-items.xls; TKC-Additional-Terms -1.doc; DOI EMS Requirements Aug 23 06.doc

Dear Mr. O'Neal and Mr. Kwiatkowski:

Attached are four (4) documents; 1) a letter requesting a revised proposal to the EMS Statement of Objectives (SOO), 2) a copy of the leased equipment, 3) an updated EMS Statement of Objectives dated 8/23/2006, and 4) additional terms and conditions. If you have any questions, please don't hesitate to contact me.

<<RFP-TKC.doc>> <<EMS-items.xls>> <<TKC-Additional-Terms -1.doc>> <<DOI EMS Requirements Aug 23 06.doc>>

Sincerely,

Jehad Salameh, ACO - FBMS
Department of the Interior
GovWorks Procurement Center
381 Elden Street
Herndon, VA 20170

Email: Jehad.Salameh@mms.gov
Voice: (703) 787-1422
Fax: (703) 787-1106

**Exhibit J - 01**

GovWorks
FEDERAL ACQUISITION CENTER
Government working with government.

January 24, 2008

To: TKC Communications

From: GovWorks/Department of the Interior

Subject: Request for Proposal (RFP): 1406-04-06-RP-45469

The purpose of this letter is to inform you that the Statement of Objectives has been revised, to reflect the final required services. The period of performance is a base period with 4 one-year option periods. Enclosed please find the revised/ updated (SOO), a list of the leased equipment, and the additional terms and conditions.

It is the Government's intent to obtain a proposal for this task order in accordance with the terms and conditions of your IDIQ contract number 1435-04-04-CT-73132. Nothing in this RFP authorizes your firm to perform work without a properly executed task order.

Therefore, the U.S. Department of the Interior is requesting a final proposal revision for executing the development, test, pilot, installation, deployment, operations and maintenance for an Electronic Messaging System (EMS) based on the requirements and the SOO defined in the document entitled DOI Enterprise Messaging Service (EMS) Project Updated Requirements Document for EMS Operations and Support Updated August 23, 2006. The proposed solution shall utilize the items included in the Contract/Order NM0404CT73132/0405DO44761 lease agreement, and any other additional equipment, software, and services, including a tapeless back-up solution described in the above mentioned document. Enclosed please find a copy of the leased items, updated SOO, and additional terms and conditions/clauses.

The proposal will be evaluated based on the "Best Value" to the Government. The proposal must be prepared in two parts: (1) technical and past performance together and (2) price. Each of the parts shall be separate and complete in itself so that evaluation of one may be accomplished independently from evaluation of the other.

The Government requires seven (7) copies of the Technical, Past Performance proposals (volume 1a & 1b), and Cost proposal (volume 2), and two (2) CDs.

Offerors are required to submit both a written technical proposal and a price proposal to Government officials for the purposes of assuring that the prospective Contractor is fully cognizant of the scope of this contract and has the capability to complete all Statement of Objective (SOO) requirements. Proposals are due on **8/29/2006 2:00 PM EST.**

If you have questions regarding this requirement, please submit your inquiries immediately via email to the e-mail address Jehad.Salameh@mms.gov or via telephone at (703) 787-1422.

**Exhibit J - 02**

A. TYPE OF TASK ORDER

This will be a Firm Fixed Price Task Order.

B. ASSUMPTIONS, CONDITIONS, OR EXCEPTIONS

Please submit, under separate cover, all (if any) assumptions, conditions, or exceptions with ***any*** of the terms and conditions of this solicitation including the SOO. If not noted in this section of your proposal, it will be assumed that the offeror proposes no assumptions for award, and agrees to comply with all of the terms and conditions as set forth herein.

1. TECHNICAL PROPOSAL (Volume 1a)

Offerors shall provide seven (7) copies of the technical proposal that is labeled as Volume 1a and included as a soft copy on two (2) CDs.

- The Offeror must define their management and technical approach that satisfies the requirements defined in this document. Please provide: 1) Quality Assurance Surveillance Plan, 2) Description of the EVM system that will be utilized to monitor performance.
- In preparing the technical proposal, the offeror must address the detailed criteria upon which it will be evaluated. See section C.2.B, below.

2. PAST PERFORMANCE (Volume 1b)

- Experience of the offeror in executing similar contracts (similar size and complexity) over the last three years
- Experience of the offeror providing similar services in the Public Sector (departments and agencies of the Federal Government, state and local governments)

3. PRICING PROPOSAL (Volume 2)

Your cost proposal shall be a separate volume from your technical proposal. The cost proposal is to be submitted as a **Firm Fixed Price Proposal. The cost data shall be segregated and identified as to base and each option year.**

Your cost/price proposal shall be based on your current IDIQ contract number 14350404CT73132 contract labor rates, utilizing any and all discounts. Please identify the labor category(s) to be utilized for this effort, a description of the skills and experience per category, and the hourly rate(s) proposed, and any other proposed associated costs, for calculating the proposed cost for this effort. Subcontractor rate information shall also be included, if applicable. List all other direct costs necessary for the performance of this task order.

C. EVALUATION

1. EVALUATION DEFINITIONS:

a. The following definitions will be used in the evaluation process.

DEFICIENCY: A material failure of a proposal to meet a Government requirement or a combination of significant weaknesses in a proposal that increases the risk of unsuccessful contract performance to an unacceptable level.

WEAKNESS: A flaw in the proposal that increases the risk of unsuccessful contract performance. A significant weakness in the proposal is a flaw that appreciably increases the risk of unsuccessful contract performance.

STRENGTH: A proposed method or technique in the proposal that exceeds the solicitation requirements.

b. The adjectival ratings below will be used to assess the offeror's proposals based on the established evaluation criteria.

EXCEPTIONAL (E): The proposal greatly exceeds stated solicitation requirements, as reflected through an innovative, comprehensive, outstanding approach. The response is complete in terms of the basic content and level of information the Government seeks for evaluation. There is a high probability of success and no risk that this Offeror would fail to meet the quantity, quality and schedule requirements. There are no deficiencies or weaknesses.

HIGHLY ACCEPTABLE (HA): The proposal exceeds stated solicitation requirements. The response is complete in terms of the basic content and level of information the Government seeks for evaluation. There is a high probability of success and negligible risk that this Offeror would fail to meet the quantity, quality and schedule requirements. There are no deficiencies or significant weaknesses, but there may be minor weaknesses that need not be corrected to make award.

ACCEPTABLE (A): The proposal meets the stated solicitation requirements. The response is considered complete in terms of the basic content and level of information the Government seeks for evaluation. There is a reasonable probability of success and little risk that this Offeror would fail to meet the quantity, quality, and schedule requirements. There are no deficiencies, but there may be weaknesses that present some risk of unsuccessful contract performance. Weaknesses need not be corrected to make award.

MARGINAL (M): The proposal fails to meet the stated solicitation requirements. The response is considered incomplete or inadequate in terms of the basic content and level of information the Government seeks for evaluation. There is a low probability of success based on the present information. There are deficiencies and/or a combination of significant weaknesses that constitute a deficiency that may increase the risk of unsuccessful contract performance to an unacceptable level. Noted deficiencies and significant weaknesses are susceptible of correction through discussions.

UNACCEPTABLE (U): The proposal significantly fails to meet the stated solicitation requirements. The Offeror's proposal lacks essential information or is conflicting and unproductive. The degree of risk is so high that there is virtually no reasonable likelihood of success, regardless of price, or, deficiencies are so major or extensive that a major revision or complete rewrite of the proposal would be necessary.

NEUTRAL (N): The Offeror has no relevant past performance history. This rating applies to Past Performance only.

## 2. EVALUATION FACTORS AND SUBFACTORS

The offeror's proposal shall provide a narrative that clearly addresses each of the following factors and subfactors in relation to the requirement as outlined in the SOO dated 8/23/2006.

A. Summary of the Evaluation Factors and Subfactors

Factor 1: Technical

Subfactor T1.1: Demonstration of Technical Capability
Subfactor T1.2: Understanding of the Requirement
Subfactor T1.3: Transition Plan: Conversion and Operation
Subfactor T1.4: Constraints and Dependencies
Subfactor T1.5: Core Services
Subfactor T1.6: Optional Services
Subfactor T1.7: Quality Assurance Surveillance Plan

Factor 2: Past Performance

Factor 3: Cost/Price

B. Evaluation Factors/Criteria Description

**FACTOR 1: Technical**

**Subfactor T1.1**: Demonstration of Technical Capability

The offeror's proposal shall clearly demonstrate the following:

- Company strategic decision
- Technical currency
- Contract management experience
- Project management experience
- Contractor in-house usage

**Subfactor T1.2**: Understanding of the Requirement

The offeror's proposal shall clearly demonstrate the following:

- Compliance with solicitation instructions – cross reference of proposal section to the requirement sections
- Adherence to DOI vision – section 2.0
- Business and performance objectives – section 5.0
- Current DOI messaging environment – section 4.0
- Transition from current to future state – section 4.0
- Constraints and dependencies – section 6.0
- Compliance with Government regulations – section 7.0

**Subfactor T1.3**: Transition Plan: Conversion and Operation

The offeror's proposal shall clearly demonstrate the following:

- Project management approach
- Contract management methodology
- Training approach
- Testing methodology
- Implementation methodology
- Operations methodology

**Subfactor T1.4**: Constraints and Dependencies

The offeror's proposal shall provide a narrative that clearly addresses each of the following in relation to the requirement as outlined in section 6.0 of the SOO.

- Organizational readiness
- EMS Governance
- Enterprise Active Directory (EAD) services
- DOI Network Operations Center (NOC)
- DOI Enterprise services network
- Court order e-mail capture and archive
- E-Authentication
- HSPD-12
- E-mail encryption
- Operating system standard
- Office productivity tools standard
- Trust organizations
- Financial and Business Management System (FBMS)
- Certification and accreditation
- Collaborative tools and mail enabled applications
- Continuity of operations (COO) and Disaster recovery
- Privacy
- Software, hardware and facilities
- Security

**Subfactor T1.5**: Core Services

The offeror's proposal shall clearly address and demonstrate the appendices A through M in the SOO, and they are as follows:

- Functional
- General services
- Exchange specific services
- Exchange messaging server
- MS Windows
- Client
- Tape backup and restoration

- SMTP/Administration servers
- Mail-enabled application servers
- Service levels
- Exchange upgrades
- DOI Electronic e-mail archive system (EEAS)
- Auto archive
- Level 1 and level 2 helpdesk coordination
- Reporting
- Government provided materials and equipment
- Contractor employee certification requirements
- RIM Blackberry support
- Performance and service level
- Messaging content management
- Messaging data conversion

**Subfactor T1.6**: Optional Services

The offeror's proposal shall clearly demonstrate the following:

- Messaging records management
- Consulting support
- Collaborative tools operations support
- Development and custom configuration
- Enterprise active directory operations support

**Subfactor T1.7**: Quality Assurance Surveillance Plan

The Government will consider the following items in evaluating the Offeror's proposed QASP:

- Overall Approach. The adequacy, relevance, and reasonableness of the approach, procedures, documentation, and methods for tracking the proposed objectives, including communicating with the Government, handling corrective actions, and implementing improvements.
- Performance Standard. The completeness, clarity and relevancy of the proposed performance standards for meeting this project's objectives.

- Acceptable Level of Performance. The relevancy and quality of the quantifiable Acceptable Level of Performance for each Performance Standard as it relates to meeting DOI's objectives.

- Surveillance Methodology. The methods of surveillance adequately reflect the required skill sets, sampling criteria, and inspection/evaluation processes to ensure the acceptable quality levels are met.

- Incentives\Disincentives. The adequacy, reasonableness and appropriateness of the proposed incentive and disincentive metrics, granularity, scoring range, and

weighting factors for each performance requirement as it relates to accomplishing the project's objectives.

**FACTOR 2: PAST PERFORMANCE**

The offeror's proposal shall clearly demonstrate the following:

- Please identify three (3) contracts/task orders with the Federal Government and/or commercial customers that demonstrate recent and relevant past performance. Recent is defined as within the last three years. Relevant is defined as work similar in complexity and magnitude of the work described in this Statement of Work.

Include the following information:

- Project title
- Description of the project
- Contract number
- Contract amount
- Government Agency/Organization
- COTR's name, address, and phone number
- Contracting Officer's name, address, and phone number
- Contract and, if applicable, task order number
- Current status, e.g., completed and/or if in progress, start and estimated completion dates
- Dollar value and type of contract
- Name of company being referenced
- SOW paragraphs that the reference applies to
- Key personnel (please highlight those individuals who worked on the relevant project(s) and are also being proposed for this effort.)
- A brief narrative of why you deem the reference to be relevant to this effort

The Government may also consider information obtained through other sources. Past performance information will be utilized to determine the quality of the contractor's past performance as it relates to the probability of success of the required effort.

DOI has the right to contact any or all of the entities sent questionnaires for the purpose of verifying the completeness and accuracy of the information provided by the Offeror and the questionnaires.

Past performance information and references other than those identified by the Offeror may be obtained by the Government and used in evaluating the Offeror's past performance.

**FACTOR 3: COST/PRICE**

The price proposal will be evaluated to determine the reasonableness of the Offeror's price proposal. One or more of the following price analysis techniques will be used to ensure a fair and reasonable price:

(1) Comparison of proposed prices with resources proposed.

(2) Obtaining information/reports from outside agencies, and the Independent Government Estimate.

Proposals will be evaluated for cost realism, completeness and reasonableness:

(1) Realism: Costs are compatible with the proposed scope of effort and operations reflect reasonable economy and efficiency.

(2) Completeness: All information/data required by the RFP has been submitted, tracks to the requirements and supports the Offer.

(3) Reasonableness: Costs are considered fair under current market conditions, reasonable to the Offeror and reasonable to the Government.

Proposals will be evaluated for the degree of risk assumed by the Offeror in their proposal structure. Unrealistically low (or high) proposed prices or prices unbalanced between the various option years, initially or subsequently, may be grounds for rejecting the proposal, either on the basis that the Offeror does not understand the requirement, or has made an unrealistic proposal. A price proposal that is deemed to be unreasonable, unrealistic, substantially inaccurate, or incomplete will be considered unacceptable.

**D. PERIOD OF PERFORMANCE:**

**The resulting award will have a Base Period and four (4) one-year option periods.**

**E. TASK ORDER AWARD**

Task order award shall be made on the basis of an overall best value to the Government, technical, past performance, and cost evaluation factors considered. The Government's objective is to obtain the highest technical quality considered necessary to achieve the project objectives, with a realistic and reasonable cost. Technical factors are more important than past performance factors; when combined, (technical and past performance), are equally important to cost factors.

**F. AVAILABILITY OF FUNDS**

This project is subject to the availability of funds.

**G. RFP DUE DATE**

The due date for this RFP, technical, past performance, and cost proposals, **shall be provided to the address below on or before 2:00pm Eastern Time, August 29, 2006.**

**H. ADDRESS FOR RECEIPT OF OFFERS**

Mail your proposals to the following address:

GovWorks/Department of the Interior
Procurement Operations Branch, MS 2510
381 Elden Street
Herndon, VA 20170
Attn: Jehad Salameh

Please note that MMS/GovWorks is located in a secure building. If offers are hand delivered, please ensure that the courier is instructed to use the courtesy phone in the rear of the lobby (to the right of the elevators) to call the Branch on extension 71917 or 71884. A staff member will meet the courier to receive the submittal.

If you have any questions regarding this request, you may contact Jehad Salameh at (703) 787-1422, jehad.salameh@mms.gov .

Sincerely,

Jehad Salameh
Contracting Officer

Attachment (s)

1. Statement of Objectives
2. Additional Terms and Conditions
3. Leased Equipments

**Exhibit J - 10**

Department of the Interior (DOI)

# DOI
# Enterprise Messaging Services (EMS)
# Project

## Updated Requirements Document for
## EMS Operations Support

Sensitive: For Limited Distribution

**Updated**
**August 23, 2006**

**Exhibit J - 11**

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

Sensitive: For Limited Distribution

**Exhibit J - 12**

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

# Table of Contents:


1. Purpose and Scope
   - 1.1. Purpose
   - 1.2. Scope
   - 1.3. Supporting documents
2. Vision
3. Current Messaging Environment
4. Transition from Current to Future State Environment
   - 4.1. Transition Plan
   - 4.2. System Conversion
   - 4.3. Data Conversion
   - 4.4. Platform Transition
5. Business & Performance Objectives
6. Constraints & Dependencies
   - 6.1. Organizational Readiness
   - 6.2. EMS Governance
   - 6.3. Federal Legacy Messaging Workforce
   - 6.4. DOI Active Directory (AD) Services
   - 6.5. DOI Network Operations Center (NOC)
   - 6.6. DOI Enterprise Service Network (ESN)
   - 6.7. Court Ordered E-mail Capture & Archive
   - 6.8. E-Authentication
   - 6.9. Operating System Standard
   - 6.10. Office Productivity Tools Standard
   - 6.11. Trust Organizations
   - 6.12. Financial and Business Management System (FBMS)
   - 6.13. Certification and Accreditation (C&A)
   - 6.14. Collaborative Tools & Mail-Enabled Applications
   - 6.15. Continuity of Operations (COO) & Disaster Recovery
   - 6.16. Privacy
   - 6.17. Security
7. Government Policy, Regulations, Responsibilities
   - 7.1. Government Responsibility
   - 7.2. Contractor Responsibility
   - 7.3. Government-Contractor Partnership
   - 7.4. Federal Policies and Regulations
   - 7.5. Security Requirements
8. Contract Deliverables


Sensitive: For Limited Distribution

Exhibit J - 13

# Appendices:

- Appendix A. EMS Functional Requirements
- Appendix B. EMS General Service Requirements
- Appendix C. MS Exchange Detailed Service Requirements
- Appendix D. Performance Measures, Service Levels, Incentives and Penalties
- Appendix E. Instructions for Proposal Content and Preparation
- Appendix F. DOI Collaborative Tools
- Appendix G. Security Requirements
- Appendix H. EMS Contract- Service Options
- Appendix I. Glossary of Terms
- Appendix J. Summary of Contract Deliverables
- Appendix K. Software, Hardware, and Hosting Facilities
- Appendix L. Messaging Seats by Organization
- Appendix M. Roles and Responsibilities Matrix

Sensitive: For Limited Distribution

## Organization of this document

This document is a Solicitation by the Department of the Interior (DOI) for proposals to procure electronic messaging support services.

**Section 1** describes the purpose of the Solicitation and an overview of its scope.

**Section 2** describes the Department's vision, and **Section 3** describes the business objectives behind this Solicitation. These are provided for background and to communicate the context and business drivers behind this Solicitation.

**Section 4** describes the current-state messaging environment within the DOI and **Section 5** discusses the important issue of transitioning from the current-state to the future-state.

**Section 6** describes drivers affecting this effort, factors that constrain and set limits on proposed solutions, dependencies that are prerequisites to the desired future-state, and projects that depend on the proposed solution. This is a critical section.

**Section 7** describes significant federal regulations relevant to this Solicitation that shall be addressed in the Offeror's proposed solution.

The **Appendices** contain the detail on the requirements of this solicitation:

Appendix A describes the capabilities that need to be deployed for a successful solution.

Appendix B describes the generic services required to satisfy the requirement.

Appendix C describes services required that are specific to the MS Exchange product

Appendix D contains the performance criteria that shall be used to measure the success of the proposed solution after it is implemented and in production.

Appendix E provides instructions to the Offerors for preparing their proposals. At a minimum, Offerors should include the material described in this section, and organize their proposals as indicated.

Appendix F describes the requirement for Collaborative Tools and Mail-enabled applications, respectively.

Appendix G describes the federal security requirements applicable to this Solicitation.

Appendix H contains a description of additional services related to the requirements of this solicitation that shall be offered in all proposals, but which may be optionally selected at the discretion of the government.

Appendix I contains the definition of selected terms used in this document.

Appendix J is a table summarizing the contract deliverables.

Appendix K describes the property (hardware, software, facilities) to be provided by the Government and the Contractor. It also provides a description of the options available to the Offeror for the provision of the hardware and facilities needed to support their proposed solution.

Appendix L Messaging Seats by Organization

Appendix M Roles and Responsibilities Matrix

Sensitive for Limited Distribution

**Exhibit J - 15**

# 1. Purpose and Scope

## 1.1. Purpose

The Department of the Interior (DOI) is seeking proposals for contract services to support a DOI managed, Microsoft Exchange-based electronic messaging service (referred to herein as DOI Enterprise Messaging Services, or EMS).

The desired result is a consolidated departmental messaging service, based on Microsoft (MS) Exchange, operated within a DOI enterprise management and operations control structure, conforming to enterprise architecture and strategic plan goals, and supported through contracted services to be acquired through this Solicitation.

## 1.2. Scope

1.2.1. **Project** - This Solicitation supports the DOI Enterprise Messaging Services (EMS) project[1], which in turn is part of the broader DOI Enterprise Infrastructure Transformation Initiative. EMS is sponsored through the DOI Office of the Chief Information Officer (CIO).

1.2.2. **Ownership** - EMS is a Government-managed departmental service, operated within a DOI management and operations authority[2]. The scope of this Solicitation is limited to Contractor-provided operational support services within this DOI authority.

1.2.3. **Contract** - DOI desires to acquire various services through existing DOI contract vehicles to support EMS and shall award a firm, fixed price contract on the basis of best value to the Government. The EMS has a planned five-year life cycle. This Solicitation is a one-year performance-based contract, with four 1-year renewal options.

1.2.4. **Constraints & Dependencies** - There exists important constraints and dependencies that define and direct EMS, and that are critical to its understanding and execution. Those relevant to this Solicitation are described in the Constraints & Dependencies section of this document. Offerors should pay particular attention to these as they develop their Proposals.

1.2.5. **Software** - This is not a solicitation to acquire messaging software. The MS Exchange product has been selected and acquired by DOI as the EMS messaging software solution. The capabilities that shall be implemented using Exchange as the core system are described in Appendix A. Proposals in response to this Solicitation are restricted to services in support of this solution. DOI shall furnish software licenses as described in Appendix K. While an Offeror may propose additional software as needed to support their Proposed Solution, where they exist, DOI licenses shall be used in the Proposed Solution.

1.2.6. **Hardware** - Client hardware is not within the scope of this Solicitation. Server and related hardware is within the scope of this Solicitation. The Offeror's proposed solution may include the provision of hardware, utilization of existing DOI hardware, acquisition of hardware from existing DOI contract vehicles, or a combination of these alternatives. Hardware options are described in Appendix K.

1.2.7. **Facilities** - The Offeror's proposed solution shall include hosting using Government facilities. Facility options are described in Appendix K.

1.2.8. **Services** - This Solicitation is a request for contract Services as described below. (The Services are described in detail in Appendixes B, C, & D)

---

[1] The EMS project was chartered to implement the EMS. See EMS Project Charter.
[2] Described in section 6.2. EMS Governance.

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

1. Conversion from and decommissioning of the current DOI legacy messaging systems.
2. Implementation of an MS Exchange based EMS across entire DOI.
3. Ongoing steady-state operation, maintenance, and support of EMS
4. Ongoing assistance to DOI users including phone support, web based support, educational materials, and problem resolution
5. Ongoing training of government systems personnel in the configuration, operation, maintenance and troubleshooting of the EMS, including all hardware, software, operational, and maintenance requirements.
6. Ongoing EMS end-user training.
7. Continuity of Operations and Disaster Recovery service.
8. Contingency Planning, Testing, and Piloting Services
9. Email Encryption
10. Conversion of legacy email, directory, and calendar data to EMS
11. Messaging Data Conversion
12. Messaging Content Management
13. Contract Options:
    - Messaging Records Management
    - Consulting Support
    - Collaborative Tools Operations
    - Development and Custom Configuration
    - Enterprise Active Directory Operations
    - Level 1 Helpdesk Operations

1.2.9. **Proposal** - Respondent shall submit a comprehensive proposal resulting in a complete Contractor-provided offering as described in this Solicitation. Proposals submitted in response to this Solicitation shall address all the requirements described herein. Appendix E contains a summary list of these requirements, as they shall appear in the Proposals. Refer to Appendix E for instructions for preparing proposals. Proposals shall be comprehensive and include all aspects of the implementation including all hardware, software, systems tools, and telecommunications required (both government and vendor); and a detailed description of the processes and procedures for planning, testing, implementing, operating, maintaining and supporting EMS over its life cycle.

1.2.10. **Deliverables** - The contract deliverables required as a result of this Solicitation are summarized in Appendix K.

1.2.11. **Collaboration Tools & Mail-Enabled Applications** - DOI operates within its legacy messaging environment various messaging related collaboration tools such as real-time messaging and virtual team room; and mail-enabled applications such as automated forms and workflow. Provision or conversion of these products or services is not within the scope of this Solicitation. However, Proposals shall include the interface to and authentication of the existing departmental collaborative tools and mail-enabled applications with the Proposed Solution using

Sensitive - Limited Distribution

the DOI Enterprise Active Directory infrastructure[3]. The scope also includes the provision of operational support as described in Appendix I-1.

1.2.12. **Organizations** - The solicitation is seeking services for the <u>entire</u> Department of the Interior, including all bureaus and offices:

**Bureaus:**

1. Bureau of Land Management (BLM)
2. Minerals Management Service (MMS)
3. Bureau of Reclamation (BOR)
4. Bureau of Indian Affairs (BIA)
5. Office of Surface Mining (OSM)
6. National Park Service (NPS)
7. U.S. Geological Survey (USGS)
8. U.S. Fish & Wildlife Service (FWS)

**Offices:**

1. Office of the Secretary (OS)
2. Office of the Inspector General (OIG)
3. Office of the Special Trustee for American Indians (OST)
4. Solicitors Office (SOL)
5. National Business Center (NBC)
6. Office of Hearings and Appeals (OHA)

## 1.3. Supporting documents

The following documents are essential supporting material to this Solicitation.

- EMS Charter: "Enterprise Messaging Services (EMS) Project Charter"
- EMS Project Plan: "Integrated Project Plan Overview"
- EACS-AD Charter: "Enterprise Access & Control Services (EACS), Enterprise Active Directory (EAD) Project Charter"
- EACS AD-Exchange Design: "Active Directory Implementation Project High-level Architecture and Conceptual Design"
- EACS AD Change Management: "Integrating Enterprise Access Control Services (EACS) Enterprise Active Directory (EAD) into the Technical Infrastructure CCB"
- Enterprise Services Network project plan
- Enterprise Services Network design
- Financial and Business Management System (FBMS) project plan

Sensitive: For Limited Distribution

[3] See section 6.4, DOI Enterprise Active Directory (EAD) Services

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

## 2. Vision

2.1. The DOI vision is to promote a fully-connected, virtual organization by providing its users with a rich set of tools and services supporting secure any-time, any-place collaboration.

2.2. EMS is designed to support the need for improved collaboration, organizational cohesiveness, and streamlined business practices across the entire department. The nature of DOI as a highly distributed and mission diverse organization means that it is extremely important, and at the same time very challenging, to ensure seamless communication among the many, varied and geographically scattered business units while maintaining a secure infrastructure. To achieve this vision and address this challenge, the implementation of a rich collaborative communication infrastructure based on a secure enterprise design and common business vision is underway.

2.3. Success in realizing this vision shall improve the department's ability to more transparently and universally communicate, collaborate, access services, share resources, and access common applications across the entire department; improve overall system reliability, and reduce total cost of ownership. The desired result is better management of the Department and its programs, better mission execution, and ultimately better service to the public.

## 3. Business & Performance Objectives

3.1. DOI expects to achieve management, economic, and functional goals and outcomes consistent with the DOI IT Strategic Plan[4], Enterprise Architecture efforts[5], and Capital Planning and Investment Control (CPIC) guidelines, and that support the President's Management Agenda goals. Departmental objectives to be achieved as a result of this Solicitation are:

1. Economic Efficiency
2. Secure Messaging Environment
3. Improvement in E-mail Service
4. Breakdown of Barriers to Collaboration

The following table summarizes these objectives. Detail metrics associated with these objectives are described in Appendix D.

Sensitive: For Limited Distribution

[4] "Department of the Interior Information Technology Strategic Plan, FY2002-2008".
[5] "US Department of the Interior Enterprise Architecture, Technical Reference Model". US Department of the Interior, Interior Enterprise Architecture Conceptual Migration and Implementation Plan".

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

*Table 6-1.* **DOI Business & Performance Objectives**

| Business Objectives | Definition of Success | Performance Measure(s)[6] |
|---|---|---|
| **1- Economic Efficiency** | EMS results in a reduction in total cost of ownership to the department. | **Cost:** Calculated Departmental Total Cost of Ownership (TCO) - is lower than current-state for comparable function/service. |
| **2- Secure Messaging Environment** | EMS results in improved security. Messages are not compromised by unauthorized access, denial of Service is prevented, virus damage is prevented, and continuity of service is maintained in the event of a disaster. | **Standards:** Compliance- Documented compliance with OMB, NIST, & DOI security standards.<br>**Security Events:**<br>• Security vulnerabilities and violations- Security patches & upgrades are made in timely manner to address vulnerabilities and violations.<br>• Incidents are reported and handled within service-level requirements.<br>**COO:**<br>• Continuity of Operations plans and procedures exist to ensure messaging availability in the event of a disaster.<br>• COO tests are successful.<br>**C&A:** Certification & Authentication is achieved and maintained. |
| **3-Improvement in E-mail Service** | EMS results in improved overall system performance and availability for the DOI enterprise and no declines for the individual bureaus & offices. The Proposed Solution results in stronger control of operations. | **Performance:** System Reliability, Availability, & Response time supports the DOI mission requirements.<br>**User Support:** support resources sufficient to address user problems in a timely manner.<br>**User Satisfaction:** Positive user experience<br>**Technology Upgrades:** Technical Currency- Timely implementation of new releases & technology upgrades.<br>**Problem Resolution:** Reduce time it takes to correct operation errors.<br>**Service Level:** SLA Reporting- Objectives of SLA are met. |
| **4-Breakdown Barriers to Collaboration** | EMS results in a DOI-wide messaging that eliminates technical, procedural, ad organizational barriers preventing the exchange of message-based information among DOI organizational units. | **Training:** Training Resources- Adequately trained and educated DOI users and system administrators.<br>**Planning and design:** Plans, Designs- Planning, design & operation of system is sufficient such that all users have easy, reliable, and cost-effective access to the full set of system capabilities.<br>**Capability:** Functions& Services- Rich set of functions and services are available to users<br>**Operation:** Transparency- System is measurably transparent to users.<br>**CRM-** Customer Relationship Management program in effect and results in high customer satisfaction. |

[6] The performance measures in this table are qualitative. A detailed description and specific required quantitative values associated with these measures are described in Appendix D.

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

# 4. The Current DOI Messaging Environment

4.1. DOI is a highly distributed and diverse organization. Currently, DOI bureaus and offices own and operate independently managed messaging services. Approximately eighty-six percent (86%) of the department uses Lotus Notes/Domino. Cross-relationships and integration of directory services exist across organizations using the Lotus Notes/Domino environment. Approximately five percent (5%) use Microsoft Exchange. Approximately nine percent (9%) use Novell GroupWise. Directory services integration exists across these products through a combination of automated services or manual processes, which provide fairly accurate email address book directories. However, this approach has yielded limited department-wide reuse for authentication and authorization services. DOI has standardized on Active Directory as its authoritative directory service. It is required that the Proposed Solution uses the DOI Active Directory as its authoritative directory service.

Directory services and operations integration is loosely coordinated through a Departmental team. Some bureaus also support value added capabilities such as real-time messaging, virtual team room, and mobile collaboration. In addition, many automated workflow applications are mail-enabled and are supported by the current messaging environment.

4.2. Electronic messaging is used in DOI to deliver simple text messages, rich text messages, embedded live web links, and file attachments in a variety of formats. Messages range from simple unrestricted messages to messages requiring secure transmission such as Trust information, Government policy, and secure business information. DOI also uses the messaging environment to deliver executable commands (for example, using buttons/icons) and custom forms to mail-enabled database applications. These buttons execute scripts and run batch files with a mouse click. The buttons are also used to upgrade software or collect data for applications. Additionally, many bureaus have other applications integrated with the messaging environment. Electronic messaging is a key mechanism for communication within the department, within bureaus, across bureaus, and with external mail systems via the Internet.

4.3. The DOI current messaging (including calendar, scheduling and task management) environment includes:

1. Approximately 80,000 user email seats[7].
   - 86% Lotus Notes/Domino
   - 5% Microsoft Exchange
   - 9% Novell GroupWise
2. Approximately 500 mail servers
3. DOI Telecommunications Network:
   DOI operates a privately managed departmental telecommunication network. This network supports a wide range of communication consisting of:
   - 14.4 kbps dial-up, T1 circuits, DS3 circuits, OC3 circuits, Frame Relay Services, Asynchronous Transfer Mode, Private IP, VPNs, RAS connections and LAN.
   - Variety of Internet Service Providers (ISP)
   - Many DOI users are in remote locations, where telecommunications connectivity and onsite support are difficult to provide.
   - The current DOI network is undergoing a major modernization.[8]

[7] User seats is defined as the number of procured software licenses supporting DOI messaging users. This does not include email groups. See Appendix M for a breakdown of seats by bureau.
[8] See Section 6.6 DOI Enterprise Service Network (ESN).

Exhibit J - 21

4. User devices consist of:
   - Desktop
   - Laptop
   - Mobile/Wireless technologies (eg: RIM Blackberry)
   - Personal Digital Assistant (PDA)
5. Applications are integrated into the messaging environment.
6. Collaborative tools providing value-added service in addition to email are integrated into the messaging environment.
7. Directory services are integrated through partnerships with other government agencies.
8. The minimum required functional capability listed in Appendices A, B, and C is already currently implemented and in use within the DOI current-state messaging environment.
9. DOI messaging environment spans time zones from Eastern to South Pacific.
10. All Client-to-Server and Server-to-Server transmissions are encrypted end-to-end.

### 4.4. Collaborative Tools and Mail-Enabled applications

In addition to the messaging services described in this solicitation, the DOI collaborative environment also includes collaborative tools, such as real-time messaging (includes instant messaging, chat room, whiteboard, remote application sharing, polling, collaborative authoring, discussion groups, and desktop audio-video ), virtual team room, and mobile collaboration. The messaging system also supports mail-enabled applications, such as automated forms based workflow processes. These are described in detail in Appendix F.

## 5. Transition from Current State to Future State Environment

As described in Section 4, Current DOI Messaging Environment, DOI is a highly distributed and diverse organization consisting of historically independent bureaus. DOI is undertaking a complex transition from the current state of independent systems to a single enterprise messaging system. This transition is a critical part of EMS and one that shall be given particular attention in the Proposal. The DOI bureaus are in widely varying states of readiness for a transition from their legacy systems to EMS. Factors affecting readiness include telecommunications infrastructure, desktop platform and operating system, personnel, funding, messaging dependent collaborative tools and applications, security, Financial and Business Management System (FBMS) deadlines, and various bureau specific issues. These are described in Section 7, Constraints & Dependencies. The Proposed Solution shall address these factors while achieving the department's enterprise objectives. It shall also minimize organizational disruption and loss of service.

<u>All costs of the transition from the current DOI messaging state to EMS shall be included as part of the Proposal.</u>

### 5.1. Transition Plan

A successful Proposal shall consider bureau readiness and phase the transition accordingly. It shall include a detailed plan for transition including a deployment timeline based on an assessment of bureau readiness, any required <u>parallel operation</u> of the legacy and EMS system, testing, piloting, scheduled <u>downtime</u>, and procedure for the <u>cutover</u> from the current to EMS.

### 5.2. System Conversion

Proposed Solution shall include the conversion from the legacy DOI messaging systems to EMS.

### 5.3. Data Conversion

Proposals shall include the conversion of existing messaging data from the legacy DOI messaging systems to the Proposed Solution, including electronic mail, user personal archives, email directory, and calendar/schedule data. Note: This requirement does <u>not</u> include existing archived email as required by the Cobell litigation, described in Section 7.3 of this Solicitation. See <u>Appendix H, EMS Contract- Service Options</u>

**Exhibit J - 22**

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

### 5.4. Client Platform Transition

DOI is transitioning from the current-state platform base to a future-state platform standard. During this transition, the Proposed Solution shall support the existing DOI computing platform base. The future-state platform is described in Appendix A.

## 6. Constraints & Dependencies

There exists important constraints and dependencies that define and direct the EMS project, and that are critical to its success. Those relevant to this Solicitation are described in this section. The Proposed Solution shall address all the constraints and dependencies described in this section, which include organizational, personnel, technical and environmental issues.

### 6.1. Organizational Readiness

The EMS project environment is characterized by varying states of readiness among the bureaus and office, decentralized control of resources, independently managed legacy systems, a continuing need for legacy collaborative tools & applications support, as well as various bureau specific constraints. This requires that the transition to EMS utilize a flexible and adaptive phased implementation strategy. The transition plan shall also conform to departmental standards for networking, security, directory services, messaging, platform and other components as described in this section; and shall specify completion dates consistent with the needs of related projects; and the departmental Bureau readiness shall be assessed and considered in the design of the EMS transition and the bureau deployments phased based on their readiness and the other factors described in this section.

### 6.2. EMS Governance

6.2.1. **Definition** - For purposes of the EMS project, the definition of governance includes:

- Roles, authorities, responsibilities among the department, bureaus and contractors
- Project Management
- Contract Management
- Operations management
- Systems management
- Enterprise Architecture compliance
- Configuration & Change Management (CCM)
- Capital Planning & Investment Control (CPIC)
- Strategic Policy, Planning, and Coordination
- Decision-making mechanisms
- Quality and Customer Assurance

6.2.2. **Project** - The EMS Project Team[9] is chartered with responsibility for the management of the EMS project. This Solicitation is part of the EMS Project Team Integrated Project Plan.[10] The EMS project is being managed by a PMI certified project manager and is following a project discipline based on the PMI PMBOK framework[11] and IT Infrastructure Library (**ITIL**) best practices. The Project charter and Integrated Project Plan are the baseline documents

Sensitive Limited Distribution

[9] The EMS Project Team is chartered by the DOI Chief Information Officer (CIO). It consists of representation from each bureau including messaging, procurement, and workforce experts.
[10] The EMS project and plan is described in: 1) EMS Charter: "Enterprise Messaging Services (EMS) Project Charter" and 2) EMS Project Plan: "Integrated Project Plan Overview".
[11] Project Management Institute (PMI) certified Project management Professional (PMP), Project management Body of Knowledge (PMBOK).

**Exhibit J - 23**

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

authorizing and directing the EMS project. Any changes to the EMS baseline shall be approved through the project change management process.

6.2.3. **Operations** - The EMS shall deploy an operational governance structure creating a partnership among the department, bureaus, and the support contractor based on enterprise management, standards, and controls. The nature of the DOI environment within which the EMS shall operate may require a distributed implementation and operations model, depending on the degree of centralization possible. However, regardless of the final EMS design, the governance model for EMS shall be a well-defined department-bureau-contractor partnership. The details of this partnership, including roles, responsibilities, authority, and degree of centralization, shall be determined by the EMS Project Team as a product of the EMS project, but is planned to be a form of department-bureau management "consortium" with contractor provided operations support under government direction.

The EMS operations consortium shall be referred to as the EMS Domain Operations Team. EMS is part of the Collaboration and Communication infrastructure services within the Support Services layer of the DOI Architecture, Service Reference Model (SRM). The DOT is responsible for EMS and all other IT infrastructure services within this layer. Therefore, the team shall be referred to as the Collaboration and Communication Domain Operations Team (CC-DOT). The CC-DOT shall work closely with the Collaboration and Communication Domain Architecture Team (CC-DAT)

DOT shall consist of representatives from the DOI bureaus. It shall be a well-defined matrix organizationally residing within the DOI Office of the Chief Information Officer (OCIO), Enterprise Infrastructure Services Division. The functional DOT lead shall be the EIS Chief.

6.2.4. **Contract** - The DOT is responsible for management of EMS and serves as (COTR[12]) for the EMS contract that shall result from this Solicitation.

### 6.2.5. EMS Authorities

| Role | Authority |
|---|---|
| System Owner | DOI Chief Information Officer (CIO) |
| System Manager | Chief, OCIO Enterprise Infrastructure Division (EID) |
| System Operations | DOI CC Domain Operations Team (CC-DOT) |
| System Change Control Board | DOI CC Domain Operations Team (CC-DOT) |
| Project Management | OCIO Enterprise Infrastructure Division (EID) |
| Project Control Board | Architecture Review Board (ARB) |
| Architecture Control | Architecture Review Board (ARB)-<br>Collaboration & Communication Domain Architecture Team (CC-DAT) |
| Strategic Policy & Direction | Information Technology Management Council |

[12] Contracting Officer Technical Representative.

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

## 6.3. Federal Legacy Messaging Workforce

The transition to EMS has the potential to affect existing federal personnel currently supporting legacy messaging systems. The Proposed Solution shall ensure that personnel impacts are minimized through utilization of the existing bureau investment in human resources and leveraging the considerable knowledge of operations and bureau mission that exists within the current legacy operations. See Section 7.4.1 for applicable regulations.

## 6.4. DOI Enterprise Active Directory (EAD) Services

### 6.4.1. Description

EAD is the department's enterprise directory infrastructure using Microsoft Active Directory (AD) that shall be the central directory for all DOI user and application information. The Proposed Solution shall use the DOI EAD as its authoritative directory service. EAD is part of a unified DOI Intranet infrastructure including secure integrated messaging, directory-enabled networking, groupware, role-based authorization, and asset and change management. This unified infrastructure shall be capable of supporting both current and pending capabilities such as user and access authentication, quality of service, ability to centrally deploy and manage user and application environments, and future support of federally mandated standards for digital certificates and PKI.

### 6.4.2. EMS-EAD Integration

The DOI EAD Team has been chartered to implement EAD[13]. EAD is a critical dependency for EMS. Therefore, there shall be tight linkage between the EMS and EAD projects. Project level coordination is the responsibility of the DOI EMS and EAD project managers. The Offeror shall be recognize and incorporate the requirement for Active Directory as specified in this Solicitation, and describe the proposed process for coordination and integration of the Proposed Solution with EAD.

### 6.4.3. Phased AD Implementation

The DOI AD infrastructure shall be implemented in phases. In phase 1, AD will be implemented as a department wide single forest with child domains for each bureau. User accounts shall be authoritatively controlled by the bureau. In the second phase, AD will be implemented as a single credential store. In phase 3, PKI credentials will be stored in the directory.

- Phase 1 - Department wide single-forest
- Phase 2 - Single credential store
- Phase 3 - PKI credentials stored in directory

The Proposed Solution shall be able to work within the DOI AD design. The Proposal shall describe how the Proposed Solution shall integrate with the DOI AD network.

## 6.5. DOI Network Operations Center (NOC)

The DOI NOC is a secure computer operations facility located at 625 Herndon Parkway, Herndon, Virginia 20170. This government-operated facility is the primary center for departmental enterprise hosting. Consistent with the business goal of economic efficiency, an EMS objective is to design as highly a consolidated deployment as is possible, while at the same time meeting the performance requirements.

[13] See EAD Project Charter.

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

However, since DOI is a highly distributed and varied environment, it is recognized that a more distributed topology with additional sites may be needed to deliver the required performance levels. (At least one additional site shall be implemented for Continuity of Operations (COO).) Offerors may elect to use the DOI NOC for centralized EMS server operations and/or they may propose auxiliary DOI sites if necessary to support required service levels. EMS facility options are described in Appendix K.

## 6.6. DOI Enterprise Service Network (ESN)

### 6.6.1. Description

The purpose of the DOI Enterprise Service Network (ESN) Program is to standardize, guide, and coordinate the development and implementation of a single departmental network. The DOI ESN is a secured intra-network backbone service that integrates existing networks, consolidates Internet access, and provides efficient centralized management to the Department and its bureaus and offices. The DOI ESN will provide the data communications to support the enterprise business applications and Internet access connectivity required by the department to meet its mission objectives.

### 6.6.2. Current State

The current DOI telecommunication environment spans a broad range of bandwidth including 14.4 kbps dial-up, T1 circuits, Fractional DS3 circuits, DS3 circuits, and OC3 circuits; and services including Frame Relay Services, Asynchronous Transfer Mode Services, Private IP, VPN services, Remote Access Services, and LAN users on Gigabyte Ethernet. DOI uses a variety of connectivity services that include Intranet services and secured Internet access. The Department's current-state environment supports 14 bureau office networks with over 31 points of dedicated Internet connections. DOI is in the process of consolidating this decentralized network environment into "one" Enterprise Services Network. Security and centralized management are the major objectives in deploying single network architecture.

### 6.6.3. Phased Implementation

The ESN will be developed using a phased approach. The ESN will include an Intranet and consolidated Internet access gateways. Each phase (Phase 1-Intranet and Phase 2-Internet) will be implemented as part of and in coordination with the requirements of this Solicitation. A decision to proceed with Phase 3 (full consolidation) will be made at a latter date after phase 1 and phase 2 are complete and stabilized. The ESN provides the corner stone for other enterprise efforts, such as messaging and deploying active directory.

- Current State
- Phase 1 - Intranet consolidation
- Phase 2 - Internet consolidation
- Phase 3 - Full Consolidation of departmental network

The Proposed Solution shall address the current-state telecommunications environment, be capable of supporting a wide range of telecommunication transport options, and be implemented such that it can accommodate the ESN implementation phases. The Offeror shall describe how the Proposed Solution utilizes and integrates with the existing DOI telecommunications network and the ESN, including any deficiencies and limitations with the DOI telecommunications that may adversely affect EMS. The Offeror shall demonstrate the Proposed Solution's impact on wide and local area network configurations such as, 10/100 Ethernet, Multi-protocol Label Switching backbone (MPLS) with Asynchronous Transfer Mode (ATM) and Frame Relay (FR) network. the Offeror shall provide benchmark information regarding product performance based on the DOI telecommunication environment. Proposals shall include test results that

demonstrate how the Proposed Solution performs within a MPLS with ATM and Frame Relay (FR) network.

#### 6.6.4. Network Operations Center

The ESN will include a DOI Network Operations Center (NOC) as described above that will manage the consolidated Internet and departmental Intranet. The NOC will be owned and managed by the Department. TrustNet will be used as a secure domain for Indian Trust systems. TrustNet's perimeter network will function as a 'controlled interface' to manage data flow and network traffic to and from the TrustNet domain. TrustNet will serve as a prototype for other network security domains within the ESN. A connection approval process (CAP) will be used to address security between bureau network segments, the Intranet, Internet gateways and security domains.

#### 6.6.5. Bandwidth Restrictions

The ESN cannot offer unlimited bandwidth to support enterprise messaging applications that will traverse the Intranet and Internet access points. The proposed messaging solution will be hosted within a carrier's network that supports a Multi-protocol Label Switching backbone (MPLS) with Asynchronous Transfer Mode (ATM) and Frame Relay (FR) tail connections. A poorly designed messaging architecture has potential to overwhelm the lower speed FR connections and force the backbone to compensate (that is, add more bandwidth) for application traffic flows. Proposals shall include test results that demonstrate how their proposed designs perform within an ATM/MPLS and FR network.

#### 6.6.6. NetBIOS

The ESN does not permit the use of NetBIOS over the network.

### 6.7. Court Ordered E-mail Capture & Archive

#### 6.7.1. Legal Requirement

Some organizations within DOI are required to retain all e-mail in compliance the *Cobell v. Norton*[14] and other current and future court orders. The DOI shall provide assurance that all e-mail and its attachments for these organizations will be reliably, consistently and automatically captured, archived, and retained in a safe-secure and trusted environment. In particular, the DOI shall assure that all e-mail within and across the designated bureaus will be archived indefinitely; that integrity of the documents will be ensured; that compliance be overseen; that documents can be retrieved in a timely manner; and that a sound agency-wide solution is implemented. All information and retained data for this requirement remains the property of DOI. Access to archives is restricted to authorized DOI employees.

#### 6.7.2. Proposal Requirement

The proposed Solution shall be able to utilize the current court approved Zantaz real-time email capture capability[15] implemented by the department to satisfy the email archiving court order. Note the distinction between the court ordered archiving requirement described in this section, and the Email Content management capability described in Appendix I-1 and I-2. These are different requirements serving different needs and customers, though it is possible that the same product solution may satisfy both requirements.

[14] Cobell vs. Norton (formerly Cobell vs Babbit) litigation, Individual Indian Money (IIM) trust fund accounts are the subject of a class action lawsuit against the United States: In the United States Court for the District of Columbia, Elouise Pepion Cobell, et al., Plaintiffs, vs Bruce Babbitt, Secretary of Interior, et al., Defendants, Case No. 1:96CV01285 (Judge Lamberth), 1996.

[15] The archiving system, Digital Safe©, is provided under contract to DOI by Zantaz (www.zantaz.com/) Use is authorized by DOI IRM bulletin May 21, 2003.

### 6.7.3. Real-time Archive Capability

The DOI Zantaz system captures messages (including encrypted e-mail) and associated attachment(s) on a "going-forward" basis. The system provides a searchable e-mail archive solution designed to protect intellectual capital and ensure legal compliance. The system supports the following capabilities:

- 6.7.3.1. Archiving solution capable of being implemented as bureau level option.
- 6.7.3.2. Archive repository for the storage of all DOI email.
- 6.7.3.3. Automatic capture of all incoming and outbound e-mail and attachments and copy them to the archive repository, where they shall remain online and easily accessible and searchable.
- 6.7.3.4. All inbound and outbound e-mail and attachments are automatically copied to the archive repository, where they shall remain online and easily accessible and searchable.
- 6.7.3.5. Capture and retention of all blind copy (bcc:) and carbon copy (cc:) addresses and retain all e-mail messages sent or received.
- 6.7.3.6. Retains all modifications and document history, all Internet and gateway head information, all attachments and all topic information.
- 6.7.3.7. Makes email available for retrieval within seconds of submission to the archive repository.
- 6.7.3.8. Integrates the archive repository into other document management systems, thereby providing a single, transparent access capability for all archived documents.
- 6.7.3.9. Serialize all indexes, and provide a date-time stamp.
- 6.7.3.10. Provides a digital index of all e-mail messages.
- 6.7.3.11. Implement routing rules to control, by person or organization, what email is captured.
- 6.7.3.12. Creates retrieval and user access rules controlling who can access the archives and what information they access.
- 6.7.3.13. Generates audit reports that contain information about searches conducted by DOI.
- 6.7.3.14. Access to archives is controllable as access is restricted to authorized employees only. There are varied levels of access.

## 6.8. E-Authentication

6.8.1. E-authentication shall utilize two-factor (username/ password and digital credential). The digital credential shall be X.509v3 standard and shall need to follow PKCS standards, and be complaint with NIST FIPS. The Certificate shall be stored in the DOI Active Directory. The certificate revocation list (CRL) shall also be stored in the Active Directory.

6.8.2. The messaging system shall support industry standard X.509 certificate systems. Current individual certificates shall be recognized and utilized. Individual certificates per user for authentication, encryption and document/message signing shall be supported. SmartCard certificate storage is required. SmartCard authentication support is required. Username with strong complex password support is required for Bureau's not currently deployed with SmartCards. The ability to require SmartCard authentication by user is required (disable username/password). SmartCard Authentication against AD is required. Messaging system shall recognize and not compromise the Federal Bridge PKI system. Messaging system shall support message routing with multiple layers of document signing.

## 6.9. Operating System Standard

### 6.9.1. Current State

The DOI current-state desktops and laptops use a variety of operating systems. The Proposed Solution shall support these operating systems as part of a transition to the DOI future-state.

### 6.9.2. Future State

Exhibit J - 28

The Microsoft Windows XP family has been adopted as the standard future-state operating system for DOI desktops, laptops and servers. The Proposed Solution shall be able to support the latest versions of this operating system standard as it evolves. A list of current and future-state operating systems that shall be supported by the Proposed Solution are provided in Appendix A, under "Platform."

## 6.10. Office Productivity Tools Standard

Microsoft Office Professional suite (version 98, 2000, and XP) is the DOI standard for office automation.

## 6.11. Trust Organizations

As a consequence of the Cobell v. Norton[16] litigation, DOI shall ensure that email for Trust organizations (those having email content containing information covered by this litigation) is secure. One result is that the proposed EMS solution shall provide for the capability of segregating email for organizations declared to be trust organizations and managing trust and non-trust messaging data within a single enterprise system. This may entail logical segregation using security management software or physical separation involving a separate messaging system, as directed by the court. Vendor proposals shall have a design strategy for both these possibilities. The DOI organizations currently declared to be trust are:

- Bureau of Indian Affairs (BIA)
- Office of the Inspector General (OIG)
- Office of the Special Trustee (OST),
- Solicitor's Office (SOL).

Other organizations or parts of other organizations may be added to the list as directed by the court.

## 6.12. Financial and Business Management System (FBMS)

The DOI FBMS is a major financial initiative that depends on the enterprise networking, active directory, and messaging infrastructures. For example, FBMS will rely on EMS for workflow notifications to users. FBMS has deadlines that represent important constraints for the EMS project. Therefore, the Proposed Solution shall include:

- Synchronization of EMS with the FBMS schedule
- Integration of EMS with FBMS

## 6.13. Certification and Accreditation (C&A)

The Proposed Solution shall ensure that that all Federal and DOI C&A requirements are met and that a C&A is obtained before the system is released for production. The contractor shall provide appropriate testing and documentation in order to complete the C&A.

## 6.14. Collaborative Tools & Mail-Enabled Applications

The DOI collaborative environment also includes collaborative tools, such as real-time messaging (includes instant messaging, chat room, whiteboard, remote application sharing, polling, collaborative authoring, discussion groups, and desktop audio-video), virtual team room, and mobile collaboration. The messaging system also supports mail-enabled applications, such as automated forms based

Submitted For Discussion

[16] Cobell vs. Norton (formerly Cobell vs. Babbit) litigation, Individual Indian Money (IIM) trust fund accounts are the subject of a class action lawsuit against the United States: In the United States Court for the District of Columbia, Elouise Pepion Cobell, et al., Plaintiffs, vs. Bruce Babbitt, Secretary of Interior, et al., Defendants, Case No. 1:96CV01285 (Judge Lamberth), 1996.

workflow processes. The Proposed Solution shall be able to interoperate with DOI applications and use Active Directory for authentication and authorization.

The Proposal shall describe how the Proposed Solution addresses the requirement to interoperate with email-enabled applications) and use the DOI Enterprise Active Directory (EAD) for authentication and authorization. These are described in detail in Appendix F.

### 6.15. Continuity of Operations (COO) & Disaster Recovery

The Proposed Solution shall have a capability for disaster recovery and continuity of operation. The Proposed Solution shall include a plan for continuity of service and message retrieval in the event of a loss of the ability to provide the contracted service.

### 6.16. Privacy

EMS is potentially a privacy act system as defined by the Federal Privacy Act[17]. The Proposed Solution shall be compliant with federal Privacy Act requirements. If the Proposed Solution falls under the Privacy Act provisions, then a Privacy Impact Assessment (PIA) shall be developed and a Federal Register notice shall be published to inform the public and employees about the system before the system is deployed in production.

### 6.17. Software, Hardware, and Facilities

The Government maintains enterprise licensing and purchasing agreements for systems related to this Solicitation. See Appendix L for a description of the property provided under these agreements and property requirements and options available for this Solicitation.

### 6.18. Security

The Security requirements of this Solicitation are described in detail in Appendix H. Security Requirements

## 7. Government Policy, Regulations, Responsibilities

### 7.1. Government Responsibility

The Government is responsible for EMS strategic policy, planning, and coordination; management of the services contract, and other responsibilities determined to be inherently governmental. A DOI governance body and process shall manage the EMS and the EMS services contract.

### 7.2. Contractor Responsibility

This Solicitation requires that the Contractor be responsible for provision of the required services as specified in this Solicitation.

### 7.3. Government-Contractor Partnership

The Government and the Contractor shall enter into a Service Level Agreement (SLA) for delivery of the services and performance and service level requirements described in Appendix D, and the governance requirements described in Section 6.2.

### 7.4. Policies and Regulations

The Proposed Solution shall meet the government policies and regulations as described in the following documents:

#### 7.4.1. Outsourcing and Personnel

[17] Privacy: Privacy Act of 1974, Public Law 930579, December 31, 1974 (5U.S.C. 552a)

7.4.1.1. FAIR Act

7.4.1.2. Competitive Sourcing. Manager's Guide to Competitive Sourcing, Federal Acquisition Council, second edition, February 20, 2004.

#### 7.4.2. Information Resources Management

7.4.2.1. President's Management Agenda

7.4.2.2. OMB Circular A-130, Management of Federal Resources

7.4.3. Freedom of Information Act (FOIA)

#### 7.4.4. Privacy

7.4.4.1. Privacy Act of 1974, Public Law 930579, December 31, 1974 (5U.S.C. 552a) Agency regulations at 43 CFR Part2, Subpart D, Violation of the Act may involve the imposition of criminal penalties.

#### 7.4.5. Access

7.4.5.1. Rehabilitative Act, Section 508:
Prior to delivery, the Messaging System shall be tested and certified Section 508 compliant. Vendor shall assume responsibility for this requirement and for presenting certification and/or demonstration to the Department. If product delivered proves not to be 508 compliant, then vendor shall assume responsibility for the cost of a suitable remedy.

#### 7.4.6. IT Architecture and Plans:

7.4.6.1. DOI IT Strategic Plan

7.4.6.2. DOI Enterprise Architecture:
The DOI Enterprise Architecture is a high-level Enterprise Architecture that conforms to the Federal Enterprise Architecture model. The Proposed Solution shall comply with the business, service, and performance models of the DOI Architecture.

## 8. Contract Deliverables

The Contract resulting from this Solicitation is expected to result in a set of deliverables that includes project management; planning, testing, piloting, and design; conversion from legacy to EMS; deployment of EMS; ongoing operation and maintenance support for the target EMS; user assistance and training; and quality/customer assurance.

See **Appendix J. Summary of Contract Deliverables** for a complete listing of the EMS project deliverables.

Sensitive: For Limited Release

# Appendix A.

## EMS Functional Requirements

**Contents:**


1. Supported Protocols
2. Platforms
   - 2.1. Client Access
   - 2.2. Servers
3. Electronic Mail
4. Calendar/Schedule
5. Web Access
6. Remote Access
7. Mobile/Wireless Messaging
8. Messaging Content Management
9. Forms Management
10. Workflow
11. Client Administration and Software Distribution
12. Multimedia Messaging
13. Secure email
14. Single sign-on
15. Data compression
16. Application Environment
17. Portlets and Portals
18. Quota Management
19. Authentication and Synchronization


Sensitive: For Limited Distribution

Exhibit J - 32

The Proposal shall address, and the Proposed Solution shall provide for the implementation of at least the minimum capabilities described in this section.

**Category**

1. **Supported Protocols**
   - 1.1. SMTP/MIME, S/MIME, SMTP over TLS (Transport Layer Security), SMTP AUTH,
   - 1.2. HTTPS,
   - 1.3. Lightweight Directory Access Protocol (LDAP over SSL),
   - 1.4. Wireless Access Protocol, (WAP), Wireless Markup Language (WML),
   - 1.5. IMAP4, POP3, Secure IMAP (IMAP over SSL), Secure POP.
   - 1.6. Includes Mobile/Wireless technologies such as PDA, Blackberry and similar technologies.
   - 1.7. Java and MS .Net
   - 1.8. XML
   - 1.9. IPSEC
   - 1.10. PKI capability
   - 1.11. 3DES

2. **Platforms**
   - 2.1. **Client**
     Refers to the ability to access EMS using the native client (Outlook) and a browser hosted on the following platforms:
     - Microsoft Operating Systems:
       Windows 2000 Server or higher, Windows XP workstation or higher, and Windows XP for Tablet PCs through native (Outlook) **and** browser interface.
     - Other Operating Systems:
       Mac OS 9.x or higher, Sun Solaris, HPUX, IBM AIX and Linux workstations through the native client **and** web browser interface.
   - 2.2. **Server**
     EMS shall be implemented with Exchange 2003 server software. See Appendix L.

2 Browser Support
   Above operating System supported web browsers.

3. **Electronic Mail (E-mail) Core Capabilities**
   - 3.1. Simple text messages
   - 3.2. Ability to launch an application associated with the attachment.
   - 3.3. Attach and detach documents to incoming and outgoing messages
   - 3.4. **Viewers:**
     - 3.4.1. DOI Microsoft Office automation standard (word processing, spreadsheets, graphics for incoming messages), usable through both through native client and browser
   - 3.5. **Message:** See multi-media section below.
   - 3.6. Support read and unread marks from native client and web access
   - 3.7. Capability to synchronize web personal address books and passwords.
   - 3.8. Ability to synchronize threaded discussions with web solution
   - 3.9. Directory Services integrated with LDAP and Active Directory
   - 3.10. User Account Management and associated security of those accounts.
   - 3.11. **Addressing:**
     - 3.11.1. Retain bureau email identity with public and DOI
     - 3.11.2. Bureau email identifier is part of email address. The system shall also be able to

**Exhibit J - 33**

**Category**

identify classes of users, such as contractors, volunteers, etc., as part of the email address.

3.11.3. Personal distribution Groups (lists) - local based
3.11.4. Unlimited number of groups and sub-nested groups with control via access control list capable of containing up to 100,000 entries.
3.11.5. Personal Address Group management
3.11.6. Private distribution Groups (lists) - server based with security
3.11.7. Public Group management – auto build of email lists integrated with Active Directory Services as add, change, and deletes occur
3.11.8. Capability to establish generic email accounts
3.11.9. Capability to establish email accounts not tied to the directory.
3.11.10. Capability to create personal address books, automatically add address of received email to personal address book.

3.12. Copy and Paste text and images from other applications into email body text, and retain all attributes – rich text capability
3.13. **Accessibility:** Section 508 compliance
3.14. Automatic decoding of messages/attachments (BinHex, uuencode, and MIME)
3.15. **Delegation**: Support varying levels of delegation for managing other user's email and calendars.
3.16. **Encryption**: Provide encryption internally and additionally Internet standard encryption for messaging outside DOI.
3.17. **Spelling** - Customized dictionary (users and system admin) with manual or auto-correction capability.
3.18. **Out of office**: Out of office capability with automatic mailer with customized messages served from the server, with the ability to specify message for specific groups as well as to have a set of deny groups to not reply. There shall be an option for no reply to Internet as a default for the automatic mailer. Frequency of auto-replies shall be configurable.
3.19. **New Message Alert:** Alert for receipt of new messages including ability to turn off/on by user – including visual and/or audio alert modes.
3.20. Immediate validation of message recipients of Bureau users (before sending) – directory look-up
3.21. Ability to automatically and manually archive (both locally and centrally) based on user defined criteria and schedule
3.22. Ability to auto-archive automatically create PST file stored centrally based on a mailbox threshold.
3.23. User ability to view the journal to retrieve the auto-archived mail (non-PST file based).
3.24. Auto-Archive capability shall maintain the integrity of the folder structure.
3.25. Folder Management
3.26. Mobile and roaming user support, including PIM information.
3.27. Private and public mailing lists, controlled by access control lists.
3.28. Automatic signature tag (on/off ability)
3.29. Ability to replicate mail store, public & personal directory, calendar, task lists, databases, discussion threads, and directory to local desktop, another server, or laptop.
3.30. Filter & File messages by specified criteria, performing a specified action
3.31. User specified delivery options, e.g., do not forward or print, special delivery, return receipt
3.32. Reply threading - collecting replies from original messages (all re:)
3.33. Customized button bars
3.34. Message tracking – confidential, investigative

**Exhibit J - 34**

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

**Category**

3.35. Ability to search for the occurrence of search string in e-mail headers, message body, and attachments in on-line and archive email.
3.36. User ability to sort e-mail by sender, date, subject and size, and message thread.
3.37. Ability for authorized DOI personnel to access and read another employee's email for troubleshooting and security purposes.
3.38. Support varying levels of delegation for managing other user's email.
3.39. Ability to configure email, visual, and audible alarms for imminent events.
3.40. The system shall prompt the sender before sending messages with large attachments as to whether they wish to continue with attaching the file(s) or reference the file through a URL or other shared file capability.
3.41. If the user wishes to continue with a large file(s) the system shall prompt the user to provide a charge code for chargeback.
3.42. The system shall provide a report of the file sizes and potential chargeback amounts.
3.43. The system shall provide the capability to identify the type of email and specify a NARA records schedule.
3.44. The system maintain the NARA records schedule and retention period for scheduling record disposition.
3.45. The system shall provide the capability of automatically printing and cataloging emails.
3.46. The system shall provide the ability to print all attachments when printing an email message.
3.47. The system shall provide the capability of printing discussion threads.

4. **Calendar/Schedule**
4.1. Access for multiple users
4.2. Schedule/reschedule meetings, conference rooms, and other resources, etc. (single events or recurring)
4.3. Capability to mark calendar entries private, busy and free time
4.4. Group and shared calendar capability with upload and download capability to personal calendar
4.5. Capability to view and print group calendars and personal calendars without duplicate entry.
4.6. Capability to drag and drop messages into calendar and tasks entries
4.7. Capability to copy and paste message into a calendar and tasks
4.8. Time-zone support
4.9. View by day, week, month
4.10. User ability to sort calendar by date, subject
4.11. Ability to selectively send email notification to attendees
4.12. Capability to over-book (if more than one meeting is scheduled)
4.13. Check for conflicts and free time of attendees and resources immediately
4.14. Capability to schedule cross Bureau users
4.15. Capability to update linked calendaring/scheduling databases across Bureau automatically and immediately
4.16. Support varying levels of delegation for managing other user's calendars
4.17. Integration of messaging with other collaboration tools such as scheduling and tasks.
4.18. System has ability to automatically create calendar entries upon meeting acceptance.

5. **Web Access**

**Category**

5.1. Full management of mail, calendar, tasks, and scheduling as defined above through browser interface.
5.2. Full drag and drop capability
5.3. Capability to create and manage personal address books through web browser interface.
5.4. Support off-line messaging, including the ability to read, reply and forward email.

6. **Remote Access**
   6.1. Secure access to email over telephone, wireless, satellite connections (TCP/IP)
   6.2. Ability to operate in a hosted business environment
   6.3. Ability to fully manage mail, calendar, tasks, personal address book and scheduling in a disconnected environment using client or web browser
   6.4. Ability to control the amount of information replicated with each large message when using a low-bandwidth connection and a simple mechanism for retrieving the remainder of the message when the user desires.
   6.5. Ability to synchronize message and PIM data across interfaces

7. **Mobile/Wireless Messaging**
   7.1. The Proposed Solution shall be able to support integration with mobile/wireless access systems.
   7.2. Support Personal Digital Assistant (PDA) capability to access, send, receive and synchronize with messaging system.
   7.3. Support synchronization (messages, calendars, tasks, scheduling) between Proposed Solution and Pocket PC OS and Palm OS.
   7.4. Support Blackberry (RIM) and other similar wireless technologies.
   7.5. Ability to enable PIN-to-PIN capability for emergency communications.
   7.6. Ability to synchronize PDA information with the server without requiring desktops to be powered on.

8. **Forms Management & Workflow**
   8.1. Ability to integrate/interface with a forms management tool.
   8.2. Use the Active Directory for electronic signature, routing, etc.

9. **Client Administration and Software Distribution**
   Product shall be capable of remote administration and remote software upgrades including:
   9.1. Applies to deploy client software upgrades/patches from administrative accounts.
   9.2. Remote administration of security controls for the client.
   9.3. Remote configuration of client desktops and settings.
   9.4. Built in license tracking and management.
   9.5. Configuration of mail storage based on size or number of messages or specified retention schedule.
   9.6. Ability to generate reports based on message storage, message use, etc.
   9.7. Central configuration of or allow user customization of client features, e.g., small icons
   9.8. Capability to push incremental upgrades.
   9.9. Multiple level of administrator privilege

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

**Category**

9.10. Support for single sign on for both mail and active directory

9.11. Both user and Administrator capability to track messages from sender to receiver and get status information such as received, read, unread, and deleted.

9.12. System shall support ability to suspend, disable and terminate users accounts.

## 10. Multimedia Messaging:

Capability of sending and receiving various digital forms in the message body and attachment including:

10.1. Audio, video, and graphics files created by other applications.

10.2. Rich text and hypertext in mail message body.

10.3. Embedded live URL links in message body.

10.4. Native e-mail links to specific databases or documents in message body.

10.5. Ability to create basic and tabbed tables in message body.

10.6. The system shall prompt the sender before sending messages with large attachments as to whether they wish to continue with attaching the file(s) or reference the file through a URL or other shared file capability.

10.7. If the user wishes to continue with a large file(s) the system shall prompt the user to provide a charge code for chargeback.

10.8. The system shall provide a report of the file sizes and potential chargeback amounts.

10.9. The system shall provide the capability to identify the type of email and specify a NARA records schedule.

## 11. Secure email

11.1. **Security Standards:** The Proposed Solution shall be sufficiently flexible to support OMB and DOI policy and Internet security standards for secure e-mail as they are developed, accepted, and widely adopted.

11.2. SPAM and Virus Protection: capability to integrate third party anti-spam and anti-virus software. Native capability is desired.

11.3. Shall support Public Key Infrastructure (PKI) including but not limited to access, authentication, non-repudiation, encryption, digital signature, including LDAP (x.500/x.509) and E-Authentication Federal Bridge (HSPD-12, OMB Memorandum 05-05).

11.4. Digital signatures and encryption using RSA key pairs.

11.5. Ability to use smartcard authentication for mail and web clients.

11.6. IPSEC encryption and other industry standard encryption.

11.7. End-to-End and Client-Server encryption and decryption.

11.8. Support HTTPS (SSL) encryption

11.9. Enforce minimum 8 characters, mixed alpha-upper and lower case/numeric and special characters for password

11.10. Enforce password changes within the range of 30 days to one year (e.g., 365 days).

11.11. Enforces limited invalid access attempts.

11.12. Support for resumption of interrupted data transfer.

11.13. **If physical air gap is required between organizational units, the contractor shall provide separate instantiations of the solution.**

11.14. **Contractor shall provide ability to disable or restrict mail access on DOI direction by bureau, organization, office or person.**

11.15. **Based on business rules, the period of backup retention of messages may vary up to indefinite, by bureau, by organization, by office or person.**

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

**Category**

11.16. **Contractor shall provide ad hoc search capabilities and support based on business need and investigative purposes.**

11.17. **Ability to restrict user rights for ACL on mail files.**

## 12. Single sign-on

The Proposed Solution shall be capable of providing a method to use a single logon process to access all the capabilities of the system across the entire system. It is recognized that a multiple log in procedure may be necessary during the transition from the current-state to the Proposed Solution.

12.1. Single User Id and Password for Windows clients via Microsoft Active Directory

12.2. No additional password entry shall be required or allowed, and for windows workstations, only the active directory password is used. All access shall authenticate against AD.

12.3. The e-mail client shall start with the credentials used to log into the workstation.

12.4. Digital signatures shall be transparently supported using two (2) private keys where required. Separate key pairs shall be used for the Internet versus internal, and the system shall know the correct key to sign by knowing where the recipient is located.

12.5. Authentication shall be NIST SP 800-63 compliant (FIPS 199, HSPD-12).

## 13. Application and Interfaces Environment

13.1. Capability to use information provided in active directory services for mail-enabled applications as well as email

13.2. Ability to interface with external databases, e.g., Oracle, DB2, Domino, Sybase, XML, ODBC, SQL, API calls, J2EE, .NET, etc.

13.3. Applications to send e-mail

13.4. Applications can read e-mail

13.5. Ability to export data from system via common formats (CSV, text)

13.6. Ability to perform LDAP queries

13.7. Ability to support voice mail message storage, retrieval and management

13.8. Ability shall be capable of supporting Instant Messaging and encryption of IM

13.9. Ability to support collaboration tools

13.10. Ability to integrate with Microsoft Office Suite.

## 14. Portlets and Portals

14.1. Support for lightweight capabilities for logically accessing individual email components from browsers & application without invoking entire messaging system.
**Contractor shall provide a development, test and training environment separate from the production and Disaster Recovery environments**

14.2. **The contractor shall test new functions and upgrades, document the results of the test, and gain business/system owner approval to implement the changes prior to the release into production.**

## 15. Quota Management

15.1. Enforced on-line, web, and off-line quota management.

**Category**

15.2. User Warning messages prior to quota limits.
15.3. Once quota is reached, restrict user ability to send mail while still receiving incoming mail until mail file is below quota.
15.4. Proposed quota is 250 MB for general users with quota threshold warning at 200 MB.
15.5. Auto archive process shall begin once the user reaches the default threshold of 200 MB.

## 16. Authentication and Synchronization

16.1. The Proposed Solution shall be capable of authenticating the existing DOI Collaborative Tools and Mail-enabled applications as described in Appendix F and G (Lotus Sametime, Lotus QuickPlace, MS SharePoint, MSN Messenger and Live Meeting)

16.2. The Proposed Solution shall be capable of using Active Directory as an authoritative directory for authentication and authorization. Consequently, synchronization with Active Directory is not an acceptable solution for authentication and authorization. However, the proposal shall describe its ability to synchronize its directory with the DOI Active Directory and with the DOI Applications directories as described in Appendix G.

Sensitive: For Limited

# Appendix B.

## EMS General Service Requirements

**Contents:**

B-1. Messaging System Services

B-2. User Support Services

B-3. Administrator Support Services

B-4. Reporting

B-5. Continuity of Operations & Disaster Recovery

Sensitive: For Limited Distribution

## B-1. Messaging System Services

### B-1.1. System Administration Services

The Proposed Solution shall include all System Administration (SA) services required to provide the Messaging functions specified in this Solicitation and proposed by the Respondent. System Administration refers to those technical and administrative activities required for the successful operation and maintenance of the Messaging Service.

### B-1.2. User registration Services

The Proposed Solution shall provide for the registration of users of the Messaging System, including re-certification and name changes, user ID recovery, and user information modification.

### B-1.3. Messaging Management Services

#### B-1.3.1. Online Messages

The Proposed Solution shall allow users to store and manage messages online from the messaging client.

#### B-1.3.2. Backup/Recovery of Messages

The Proposed Solution shall provide for routine backup of messages to a nearline and journaling medium, and complete recovery of messages to the messaging system in the event of system failure. The system shall provide for retrieval of messages.

#### B-1.3.3. Live E-Mail capture and Archiving of Messages

Capability of capturing messages and storing them indefinitely in a nearline and journaling medium using rules and in a format capable of being subsequently retrieved and read by the messaging system.

#### B-1.3.4. Message Restore

The Proposed Solution shall be capable of restoring user mail to the online system from backup at the message level or higher.

### B-1.4. Quota Management

The Proposed Solution shall include a service for managing email quotas, including automatic archiving of messages in mailboxes that are over quota either by total mailbox size, message size, or message date and making archived email available to users online.

### B-1.5. Archiving – Court ordered

The Proposed Solution shall interface with the DOI live-e-mail capture service as required by court order. (See Section 6.7 of this document)

### B-1.6. Anti-Virus Protection Services

The Proposed Solution shall provide anti-virus protection as follows:

- Scanning of Messaging System servers, messages, and attachments for viruses
- Insure that anti-virus protection is maintained to be current, including beta versions.
- Provide at least 2 different virus vendors.
- Provide for scanning of mail already delivered into user mailboxes.
- Automatic checking for new virus signatures at least every 15 minutes.
- All viruses shall be cleaned from messages, and message delivered.
- Uncleanable viruses shall be quarantined.
- System shall provide automatic notification to operators upon virus outbreak and when quarantined threshold is met according to SLA
- Contractor shall monitor and act upon quarantined messages every two (2) hours and report findings to DOI
- Quarantined messages shall only be deleted by security or administrative personnel.

Sensitive: Limited distribution

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

### B-1.7. Anti-SPAM Protection Services

The Proposed Solution shall provide scanning and message content filtering capability to prevent possible Denial of Service by being flooded by bulk junk mail, and to filter out specific other messages based on keywords, i.e., pornographic phrases or other inappropriate messages as determined by DOI. However, the solution shall not automatically delete these messages that are quarantined by the anti-SPAM service. Quarantined messages shall be reviewed and released as appropriate by authorized DOI personnel to ensure that legitimate messages inadvertently stopped by SPAM filters are subsequently reviewed and released to the recipients as necessary. Anti-spam capability shall also provide the following:

- Anti-spam protection is maintained to be current.
- Filter out at least 95% of incoming spam.
- Automatically download new spam signatures at least every 15 minutes.
- Provide false positive rate less than 0.0001%.
- Provide features to block messages with specified attachment types, inside or outside of container files.
- Provide the ability to block password protected containers.
- Allow messages to be blocked or unblocked based on keywords in the message subject or body or an identified sender, recipient, sending domain, or host.
- Provide real-time statistics on incoming message, virus, and spam traffic.
- Provide statistics and graphs for message, virus and spam traffic for the past day, week and month.

### B-1.8. Change Management

EMS shall utilize a standard change management process. This process shall be finalized by the EMS Project Team but shall be based on the EACS AD Change Management process as described in the document: "Integrating Enterprise Access Control Services (EACS) Enterprise Active Directory (EAD) into the Technical Infrastructure CCB"

### B-1.9. Scheduled Downtime

To provide quality service to our customers, system downtime shall be managed and minimized. The Proposed Solution shall provide for sufficient redundancy to provide fail-over to prevent system outages for the user and maintain the required service levels.

Downtime is recognized as sometimes unavoidable. Sometimes systems have to be taken offline to make changes. Changes may include installation of new software releases, fixing of system bugs, refreshing technology, or hardware repair or replacement. Either the Contractor or the Government may request a system change requiring downtime. In an attempt to minimize disruption to our customers, the DOI has a policy of scheduled downtimes. Therefore, the Proposed Solution shall include provision that all planned outages be announced in advance. In addition any changes affecting system availability shall be documented. The Proposed Solution shall include procedures designed to minimize conditions that prevent our customers from using our services. The Proposed Solution shall specify a procedure for scheduled system outages during hours of lowest use. The Contractor shall not schedule system downtime during the core working hours defined for the system unless prior approval is obtained from the EMS System Manager. All scheduled system downtime shall be approved by the System Manager and delivered for all systems via a system maintenance schedule. The EMS System Manager shall approve any changes to the regularly scheduled downtime at least 5 business days in advance of the implementation of the change.

Once downtime has been approved by the System Manager, the System Manager shall send out a user announcement/notification at least 5 business days prior to the scheduled downtime, and again 24 hours before the scheduled downtime, and then 30 minutes prior to the scheduled downtime. If the downtime exceeds the announced timeframe, updates shall be provided to the users and a

Sensitive Limited Distribution

downtime assessment report shall be generated. A downtime recap e-mail shall be sent to DOI System Manager within 24 hours for all system downtime, scheduled or unscheduled. A current events page shall be maintained to provide up-to-date information to all customers.

### B-1.10. Unscheduled Downtime

Unscheduled downtime is recognized as emergency software/hardware maintenance. Changes may include installation of new software releases, fixing of system bugs, refreshing technology, or hardware repair or replacement. Either the Contractor or the Government may request a system change requiring downtime. The Proposed Solution shall include procedures designed to minimize conditions that prevent our customers from using our services. All unscheduled system downtime shall be approved by the System Manager and immediate notification provided to all system users.

A downtime recap e-mail shall be sent to DOI System Manager within 24 hours for all system downtime, scheduled or unscheduled. A current events page shall be maintained to provide up-to-date information to all customers.

## B-2. User Support Services

The Proposed Solution shall include assistance to users in the usage of the DOI messaging system. This assistance shall include help desk support via telephone support, email support, web based information, educational material, training, and problem resolution.

### B-2.1. User Assistance

The Proposed Solution shall include User Support. At a minimum this shall include a HelpDesk that can be accessed by users via telephone and email. Service levels for user support are described in Appendix D, Performance Measures, Service Levels, Incentives and Penalties.

### B-2.2. User Training

The proposed Services solution shall include the following user training and also be Rehabilitative Act, Section 508 compliant:

#### B-2.2.1. DOI Messaging System Basics for Users

Introductory course in the basic usage of the proposed DOI Messaging System. Topics should cover all information needed for a user who already has basic knowledge and experience with an email system including the ability to compose, send, and receive email messages and attachments, manage online email, archive email, use calendar and scheduling, look up directory entries, save, and print.

#### Advanced DOI Messaging System for Users

Advanced course in the basic usage of the proposed DOI Messaging System. Topics should cover all advanced features not covered in the Introductory course. Proficiency in the Introductory course is a pre-requisite for the advanced course.

#### B-2.2.2. Security Training for Users

Course designed to introduce the end user to the security features of the proposed DOI Messaging solution to include the messaging client, anti-virus and anti-spam and how to use them to address DOI security requirements.

#### B-2.2.3. DOI On-Site Training

Proposed solution shall include options for on-site group training.

#### B-2.2.4. On-line Training

Proposed solution shall also include on-line self-directed versions of the courses.

### B-2.3. User Documentation

The Proposed Solution shall provide user documentation accessible on the web and printable from th web in a print-friendly format and also be Rehabilitative Act, Section 508 compliant.

## B-3. Administrator Support Services

Proposed solutions shall provide support services for systems personnel in the configuration, operation, maintenance and troubleshooting of the system including all hardware, software, operational, and maintenance requirements.

### B-3.1. Systems Assistance

The Proposed Solution shall include Support for Systems Administrator level DOI personnel. At a minimum this shall include a HelpDesk that can be accessed by authorized systems personnel via telephone, email and web based. Service levels for system support are described in Appendix D, Performance Measures, Service Levels, Incentives and Penalties.

### B-3.2. Systems Training

The proposed Services solution shall include the following Systems training:

#### B-3.2.1. Basic System Administration

Training sufficient such that a technical person with basic skills in messaging administration can obtain a basic understanding of the administration of the proposed messaging system.

#### B-3.2.2. Advanced System Administration

Training at a level of detail such that a messaging system administrator can obtain sufficient knowledge to independently administer the proposed messaging system, and can obtain sufficient information to qualify for certification.

#### B-3.2.3. Security Training for System Administrators

Course designed to train messaging system administrators to the security features of the proposed DOI Messaging solution and how to use and administer them to address DOI security requirements.

#### B-3.2.4. DOI On-Site Training

Proposed solution shall include options for on-site group system training.

#### B-3.2.5. On-line Training

Proposed solution shall also include on-line self-directed versions of the system courses.

### B-3.3. System Product Documentation

The Proposed Solution shall provide system documentation accessible on the web and printable from the web in a print-friendly format and also be Rehabilitative Act, Section 508 compliant.

## B-4. Reporting Services

### B-4.1. Routine Reports

The Proposed Solution shall include a regular reporting service. The Contractor shall provide an electronic issue tracking system, which shall provide reports of activity performed on a Monthly basis. The Monthly Reports shall be available on-line to DOI Personnel by the 7th business day of each month, covering the prior month's activities. Monthly reports shall include the following and any other that the contractor deems necessary for verifying the performance and service level requirements of the contract.

#### B-4.1.1. Messaging System Report

- B-4.1.1.1. System log- metrics (e.g.: # messages transmitted, # delivery failures, etc.)
- B-4.1.1.2. Downtime
- B-4.1.1.3. Detailed list of replication failures and resolution time
- B-4.1.1.4. Add Average, low, and high message delivery times, per server
- B-4.1.1.5. Detailed List of Mail Routing/Delivery problems and status.
- B-4.1.1.6. Detailed List of HelpDesk Support Calls entered and status. (Including time of ticket receipt, description of problem, and mean time to repair)

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

B-4.1.1.7. Total storage, # mail messages sent/received/month
B-4.1.1.8. Number of User (Mailbox) Ids created/deleted.
B-4.1.1.9. Number of Groups created/deleted
B-4.1.1.10. Number of Internet Password creation/resets.
B-4.1.1.11. Detailed List of Message/Mailbox Restore Requests and status.
B-4.1.1.12. Detailed List of any Server Upgrades.
B-4.1.1.13. Detailed List of any Client Upgrades.
B-4.1.1.14. Detailed List Web Access modifications.
B-4.1.1.15. Detailed List of # of Viruses/Types/Recipients cleaned/quarantined.
B-4.1.1.16. Number and type of training course conducted.
B-4.1.1.17. Identify inactive data bases and accounts
B-4.1.1.18. zArchive (Zantaz) transmission success/failure

#### B-4.1.2. Special Reports

The Proposed Solution shall provide a service for authorized government system administrators to request ad hoc reports for system or individual servers to include but not be limited to:

B-4.1.2.1.1. Email routing traces
B-4.1.2.1.2. Security events
B-4.1.2.1.3. Information about individual user resource consumption: Disk space, number and volume or messages sent and received

### B-4.2. System Documentation

The Proposed Solution shall provide user documentation accessible on the web and printable from the web in a print-friendly format.

## B-5. Continuity of Operations (COO) & Disaster Recovery

The contractor shall provide a contingency plan and disaster recovery plan for Continuity of Operations. DOI shall have final approval of these documents which shall follow DOI requirements. The contractor shall coordinate and interface these plans with the Office of the Secretary COOP, NBC Enterprise COOP and respective facilities COOP. The Proposed Solution shall include plan and procedures for maintaining continuity of operations in the event of a disaster at the EMS site(s) that disrupts the EMS service. Upon disruption of service, the Contractor shall immediately invoke the COOP and follow procedures as outlined. Emergency services shall consist of the immediate activation of the Disaster Recovery site. The Disaster Recovery site shall provide for the synchronous replication of all email data for all users. The DR site shall be geographically separated and should be appropriately staffed for DR operations. Additionally, a disaster recovery plan shall be included in the COO to identify the plan for restoring operations at the affected site(s).

Sensitive: Limited Distribution

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix C.

## MS Exchange Detailed Service & Performance Requirements

This section describes the detailed EMS Service requirements.

### Contents

C-1. Operational Support for Exchange Messaging Server
C-2. Operational Support for Microsoft Windows
C-3. Operational Support for Outlook (Client) and Web Access
C-4. Tape Backup and Restoration for Email Servers
C-5. SMTP/Administration Servers
C-6. Mail-Enabled Application Server Support
C-7. Service Levels
C-8. Exchange Upgrades
C-9. DOI Electronic Email Archive System (EEAS)
C-10. Reporting Requirements
C-11. Government Provided Materials and Equipment
C-12. Contractor Employee Certification Requirements

Sensitive: For Limited Distribution

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

# C-1. Operational Support for Exchange Messaging Server

## C-1.1. Installation of new releases of the Exchange software

C-1.1.1. Contract shall initially include, but not be limited to, two (2) "major" software upgrades and three (3) "minor" software upgrades per year.
C-1.1.2. The Contractor shall perform upgrades within three (3) weeks after the initiation of a change request.
C-1.1.3. The Contractor shall provide an electronic issue tracking system for submission of software upgrade change requests.
C-1.1.4. The Contractor shall certify that upgrades have been tested in a Lab Environment and piloted in a production environment to ensure compatibility with existing DOI standards including Network, Applications and Operating Systems. Contractor shall include documentation of test results and system modifications required to ensure compatibility.

## C-1.2. Ensure exchange of mail between DOI bureaus is operational

C-1.2.1. Monitoring of mailbox queues shall be performed on at least an hourly basis to ensure mail delivery to other bureaus is functioning.
C-1.2.2. Monitoring of the mail log for mail delivery errors on a daily basis.
C-1.2.3. Resolve any noted problems in accordance with the SLA timeframes.

## C-1.3. Ensure exchange of external mail is operational

C-1.3.1. Monitoring of mailbox queues shall be performed on at least an hourly basis to ensure mail delivery to the internet is functioning.
C-1.3.2. Monitoring of the mail log for mail delivery errors on a daily basis.
C-1.3.3. Resolve any noted problems in accordance with the SLA timeframes.

## C-1.4. Ensure that replication of system databases, address books, and other specified databases occur.

C-1.4.1. The Contractor shall monitor the logs on a daily basis.
C-1.4.2. The Contractor shall correct replication issues in accordance with the SLA timeframes.

## C-1.5. Consult with Application Specific Technical Support to resolve issues that cannot be resolved directly by the contractor

C-1.5.1. Contractor shall provide a mechanism for second line in-depth technical support when Contractor cannot resolve issues.
C-1.5.2. Contractor shall perform Technical Support resolution in accordance with the SLA timeframes.

## C-1.6. Allow for a maximum of 250 MB mail file size for all users.

C-1.6.1. The Contractor shall support a minimum 250 MB mail file size for all users, ensuring that servers can accommodate the necessary storage.
C-1.6.2. When users reach the 250 MB mail file size, email is archived to the archive servers maintained by the EMS system.
C-1.6.3. System shall provide option for users to create and manage PST files.

## C-1.7. Allow for Email Archiving

C-1.7.1. Contractor shall provide unlimited, automatic archiving and archive view of email to the email content management system for all users.
C-1.7.2. The system shall provide capability of supporting user group email retention policies by duration and size.
C-1.7.3. All users shall be able to view and delete messages from the archive and archive view.
C-1.7.4. Content management may be online or near-line but shall be retrievable from the EMS user client.

## C-1.8. Establish mailboxes for new users and delete mailboxes of users who are no longer employed by the DOI.

C-1.8.1. The Contractor shall provide ability to submit mailbox requests through the EMS ticketing system.
C-1.8.2. The mailbox actions shall be acted upon in accordance with the SLA timeframes.
C-1.8.3. DOI will specify the hierarchical naming structure of all users.
C-1.8.4. DOI will specify the New User ID Registration parameters and Mailbox Deletion parameters to be utilized.
C-1.8.5. Ability to make these requests is limited and will be specified by the EMS System Manager and reflected in the SLA.

## C-1.9. Ensure creation and maintenance of public groups.

C-1.9.1. The Contractor shall provide an electronic issue tracking system for submission of group requests.
C-1.9.2. Public group actions shall be completed in accordance with the SLA timeframes.
C-1.9.3. Contractor shall provide "owner" access for all DOI groups to a specific group of users/groups in DOI who shall need access to modify groups.

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

C-1.9.4. DOI will specify the hierarchical naming structure of all Groups.
C-1.9.5. Groups shall be administered by the specified EMS System Manager and be reflected in the SLA.
C-1.9.6. System shall provide ability to restrict access and use to certain groups.

**C-1.10. Ensure creation of mail-in databases, as required.**
C-1.10.1. The Contractor shall provide an electronic issue tracking system for submission of mail-in database requests.
C-1.10.2. Mail-In database shall be acted upon in accordance with the SLA timeframes.
C-1.10.3. DOI will specify the hierarchical naming structure of all mail-in databases,

**C-1.11. Provide for individual mailbox maintenance, as required.**
C-1.11.1. Contractor shall perform maintenance tasks to individual mailboxes as requested by EMS System Manager to correct errors.
C-1.11.2. Contractor shall provide for automated nightly maintenance as required.
C-1.11.3. Mailbox maintenance shall be completed in accordance with the SLA timeframes.

**C-1.12. Ensure creation and maintenance of Room/Resource Reservations Databases.**
C-1.12.1. The Contractor shall ensure that existing room/resources are maintained in the event of any further server consolidation.
C-1.12.2. The Contractor shall provide for submission of new resource/rooms requests and deletions via the EMS Ticketing system.
C-1.12.3. Periodically the government will provide a list to the Contractor of individuals authorized to modify specific resources/reservations.

**C-1.13. Ensure Password Expiration/Reset**
C-1.13.1. Passwords shall be set to expire, in accordance with the most current DOI Security Guidelines.
C-1.13.2. Passwords shall be capable of being reset in accordance with the most current DOI Security Guidelines.

**C-1.14. The Contractor shall ensure that messaging anti-virus software is operational and that automatic signature file updates occur.**
C-1.14.1. The Contractor shall monitor mailbox queues to ensure that all messages are being scanned for viruses.
C-1.14.2. The Contractor shall ensure that virus signature file updates are occurring on a timely basis, within two (2) hours of release of new signature files.
C-1.14.3. The DOI will be responsible for reviewing and releasing Quarantined messages. DOI will provide the Contractor a list of names/groups of individuals who require access to Quarantine Databases.

**C-1.15. The Contractor shall ensure that messaging anti-spam software is operational and that spam, content filtering and banned content updates occur.**
C-1.15.1. The Contractor shall monitor mailbox queues to ensure that all messages are being scanned for spam, content filtering and banned content.
C-1.15.2. The Contractor shall ensure that spam, content filtering and banned content updates are occurring on a timely basis, within two (2) hours of release of new updates.
C-1.15.3. The Contractor shall provide a method for submission of requests for changes to spam, content filtering and banned content filters via the EMS Help Desk.
C-1.15.4. The DOI will be responsible for reviewing and releasing Quarantined messages. DOI will provide the Contractor a list of names/groups of individuals who require access to Quarantine Databases.

**C-1.16. Periodic Exchange server maintenance**
C-1.16.1. The Contractor shall perform database maintenance on all system databases, Address Books and log files.
C-1.16.2. Database maintenance shall be performed on a bi-weekly basis.
C-1.16.3. The DOI will provide the Contractor maintenance windows by Time Zone.

**C-1.17. Catastrophic Incident Response**
C-1.17.1. In the event of server down, the Contractor shall respond immediately and stay committed until resolution and services are fully restored, in accordance with the SLA timeframes.
C-1.17.2. The Contractor shall not be required to adhere to Client Problem Resolution SLA Guidelines during response to a Catastrophic Incident.

## C-2. Operational Support for Microsoft Windows Servers

**C-2.1. Installation of new releases of Server network operating system software on all Email Servers.**
C-2.1.1. The Contractor shall provide for installation of Server software upgrades as recommended by manufacturer.
C-2.1.2. The Contractor shall certify that software has been tested in a separate Lab Environment and piloted in production to ensure compatibility with existing DOI Network, Applications and Operating Systems.

C-2.1.3. DOI will be the approval authority for installation or removal of any Server OS software.
C-2.1.4. The Contractor shall schedule upgrades of Server software during regular periodic maintenance windows, provided by DOI.

**C-2.2. Installation of patches and security updates**
C-2.2.1. The Contractor shall provide for immediate installation of Critical Patches following the direction of the EAD patch process,
C-2.2.2. The Contractor shall provide DOI advance notification of scheduled installation of Critical Patches to allow for user notification if installation shall not be within maintenance windows provided by DOI.
C-2.2.3. DOI will be the approval authority for removal of any critical security patch, with the exception of a failed installation.
C-2.2.4. The Contractor shall certify that service packs have been tested in a separate Lab Environment and piloted in production to ensure compatibility with existing DOI Network, Applications and Operating Systems.
C-2.2.5. DOI will be the approval authority for installation or removal any Service Packs and other Recommended Updates.
C-2.2.6. The Contractor shall schedule installation of all Services Packs during regular periodic maintenance windows provided by DOI.
C-2.2.7. The Contractor shall perform a Security Analysis/Audit to ensure that security is maintained within 30 days after installation of any Service Packs or Critical Patches, in accordance with the SLA timeframes.
C-2.2.8. The Contractor shall mitigate security risks found in security scans as defined by DOI

**C-2.3. Support for DOI Implementation of Active Directory.**
C-2.3.1. The Contractor shall assure conformance to the DOI Microsoft Windows Active Directory infrastructure and policy.

## C-3. Operational Support for Outlook (Client) and Web Access

**C-3.1. Support Initial and Subsequent Releases of Outlook client software to the desktop.**
C-3.1.1. The Contractor shall certify that upgrades have been tested in a Lab Environment and piloted in production to ensure compatibility with existing DOI Network, Applications and all Operating Systems that are currently in use.
C-3.1.2. The Contractor shall utilize an automated means to ensure that the initial and subsequent client software can be pushed out to end user desktops.
C-3.1.3. The Contractor shall provide DOI with 45 days (adhering to Change Control Process) prior notice of any Server upgrades/changes that require a client upgrade/change.
C-3.1.4. The Contactor shall be responsible for the technical support of Level 2 & 3 of the Outlook Client

**C-3.2. Ongoing Level I Support of Outlook Client.**
C-3.2.1. DOI will perform Level I helpdesk support for client side issues.
C-3.2.2. DOI will escalate to the Contractor in the event that DOI is unable to correct the issue.
C-3.2.3. DOI will provide a list of Level I and Level II tasks.
C-3.2.4. The Contractor shall provide an electronic issue tracking system for submission of Level II and above support requests.

**C-3.3. Outlook Web Access (OWA) Support**
C-3.3.1. Contractor shall provide support for OWA issues.
C-3.3.2. Contractor shall provide unlimited, automatic archiving and archive view of email to the email content management system for all users.
C-3.3.3. The system shall provide capability of supporting user group email retention policies by duration and size.
C-3.3.4. All users shall be able to view and delete messages from the archive and archive view.
C-3.3.5. Content management may be online or near-line but shall be retrievable from the OWA client.

**C-3.4. Consult with Application Specific Contractor to resolve client issues that cannot be resolved directly by the contractor.**
C-3.4.1. Contractor shall obtain a Technical Support Contract.
C-3.4.2. Contractor shall perform Technical Support resolution in accordance with the SLA.

**C-3.5. The Contractor shall provide for Email Archiving to an Exchange Server.**
C-3.5.1. The contractor shall provide Unlimited Email Archiving to an Email Archive Server(s).
C-3.5.2. The contractor shall support the Unlimited Email Archiving to an Email Archive Server(s)
C-3.5.3. Email users shall have rights to archive messages on the Archive Server(s).

C-3.5.4. The Contractor shall configure automatic Email Archiving to be performed on the server, based on specific parameters provided by DOI.

## C-4. Backup and Restoration for Email Data Servers

**C-4.1. Continuous and Synchronous backup of all email data servers is required.**

C-4.1.1. Utilization of Near-Line storage shall be used to accomplish the continuous and synchronous backup of all email data.

C-4.1.2. Email Server OS backup shall be performed weekly, backup data to be stored on the near-line storage system. 120 days of OS backups shall be maintained.

C-4.1.3. The Contractor shall be responsible for designing and implementing a domain-wide near-line storage system.

C-4.1.4. The Contractor shall be responsible for obtaining any necessary hardware and software required to implement the near-line storage system.

C-4.1.5. Backups shall be completed within backup window specified by DOI, based on time zones.

C-4.1.6. Errors in backups (failures, etc.) shall be investigated and resolved in accordance with SLA timeframes.

**C-4.2. Restoration of files from near-line storage as recovery from server outages, server problems, and user error.**

C-4.2.1. The Contractor shall provide restoration procedures approved by DOI and track requests for restoration through the EMS Help Desk.

C-4.2.2. The Contractor shall accomplish all restoration procedures in accordance with the SLA timeframes.

**C-4.3. Disaster Recovery**

C-4.3.1. The Contractor shall develop a written Disaster Recovery Plan, to be approved by DOI.

C-4.3.2. The contractor shall execute and test the Disaster Recovery Plan in conjunction with DOI Personnel, on a yearly basis.

C-4.3.3. All problems identified in the execution and testing shall be remedied according to government approved schedule and documented in the Disaster Recovery Plan. The updated Disaster Recovery Plan shall be approved by DOI.

## C-5. Service Levels

C-5.1. The Contractor shall provide Service Levels as described in Appendix D. In addition, the Contractor shall provide the specific Service Levels described in this section:

C-5.2. **Database/Group Management -** Complete requests for new databases and/or to modify or delete existing databases.

| Type of Database | New | Modify/Delete |
|---|---|---|
| Mail User ID | 2 hours | 4 hours |
| Mail - in Database | 2 hours | 4 hours |
| Resources/Rooms | 4 hours | 6 hours |
| Discussion Database/Document Library/Public Folder | 4 hours | 6 hours |
| Public Groups | 4 hours | 6 hours |
| Individual DB Maintenance (for corruption/white space/quota errors) | 2 hours | |

C-5.3. **Replication**

| | |
|---|---|
| Monitor Replication Logs | Hourly |
| Correct Replication Errors | Within 2 hours |
| Ensure Replication Occurs on Schedule | 98 % of the time |

C-5.4. **Security Analysis/Audit**

The Contractor shall perform a Security Analysis/Audit to ensure that security is maintained on all servers within 30 days after installation of any Service Packs or Critical Patches.

C-5.5. **Personnel Security Clearance**

| | |
|---|---|
| Provide to COTR Updated List of Screened Contract Personnel | Initially, within 10 days of contract award. 10 days prior to any new employees starting work. |

| | |
|---|---|
| Notification of Terminated Contract Employees | Two week notice |
| Emergency Termination of Contract Employees | Upon termination |

## C-6. Exchange Upgrades

C-6.1. **Preparation of Upgrade plan.**

C-6.1.1. The Contractor shall develop an Upgrade Plan that shall be approved by DOI.

C-6.1.2. The Plan shall be coordinated with DOI to ensure that appropriate application / Administration servers are upgraded prior to implementation of Email Servers.

C-6.1.3. The Contractor shall certify that software has been tested in a Lab Environment to ensure compatibility with existing DOI Network, Applications and Operating Systems.

C-6.1.4. The Contractor shall be required to rollout and/or upgrade the client on desktops.

C-6.1.5. The Contractor shall be required to provide a minimum of ½ day end user training for all users if requested by the government.

C-6.1.6. The Upgrade Plan shall coincide/coordinate with the DOI Enterprise Access Control Services (EACS)

C-6.1.7. The Contractor shall ensure that all contract staff are professionally trained and certified as outlined in section C-12 below. in the most current Exchange Releases, and that at least one (1) Certified Exchange Professional is available for consultation at all times, across all time zones.

C-6.1.8. The contractor shall update all user training, including web pages, before implementing clients.

## C-7. DOI Electronic Email Archive System (EEAS)[18]

C-7.1. The DOI Electronic E-mail Archive System was developed to demonstrate compliance with court orders. The DOI shall provide assurance that past and future e-mails and their attachments shall be reliably, consistently and automatically captured, archived and retained in a safe, secured and entrusted environment. In particular, the DOI shall assure that all e-mails within and across the designated bureaus shall be archived indefinitely; that integrity of the documents shall be ensured; that compliance be overseen; that documents can be retrieved in a timely manner; and that a sound agency-wide solution can be implemented.

C-7.2. All email "trust" servers are required to have the zArchive software, by Zantaz, Inc. The Contractor shall be required to plan, design, test, pilot, and install all hardware and software requirements for a fully functioning zArchive implementation, to include any zArchive software upgrades.

C-7.3. The Contractor shall coordinate with Zantaz, Inc. and DOI to implement zArchive software.

## C-8. Reporting Requirements

C-8.1. **The Contractor shall provide an electronic issue tracking system, which shall provide for reports of activity performed on a MONTHLY basis.**

C-8.1.1. Monthly Reports – To be available on-line to DOI personnel by the 7th business day of each month, covering the prior month's activities.

C-8.1.2. Monthly Reports shall include but not be limited to the following items. At a minimum the Monthly Reports shall include:

C-8.1.2.1. Number of User (Mailbox) Ids created/deleted.

C-8.1.2.2. Number of Groups created/deleted.

C-8.1.2.3. Number of Mail-In Databases created/deleted.

C-8.1.2.4. Status of Replication and notation of problems/resolution.

C-8.1.2.5. Status of Periodic Scheduled Maintenance, including server names, when maintenance was performed, how long maintenance took, and notation of problems/results.

C-8.1.2.6. Number of Requests for Changes to Content Filters/Banned Content Filters.

C-8.1.2.7. Detailed analysis of Server Support Incidents and status (by category, Bureau, time to resolve, etc).

C-8.1.2.8. Detailed analysis of Client Support Calls entered and status (by category, Bureau, time to resolve, etc).

C-8.1.2.9. Number of Internet Password creation/resets.

C-8.1.2.10. Detailed List of Daily Backups with status.

C-8.1.2.11. Detailed List of Restore Requests and status.

C-8.1.2.12. Detailed List of any Server Upgrades.

C-8.1.2.13. Detailed List of any Client Upgrades.

---

[18] See also section 7.7 Court Ordered Email Capture & Archive.

C-8.1.2.14. Detailed List of Web Access Template modifications.
C-8.1.2.15. Detailed List of any Windows 2003 Server Upgrades, by server.
C-8.1.2.16. Detailed List of Microsoft Service Packs installed, by server.
C-8.1.2.17. Detailed List of any Critical Updates installed, by server.
C-8.1.2.18. Detailed List of any Resources/Rooms added/deleted.
C-8.1.2.19. Detailed List of # of Viruses/Types/Recipients cleaned/quarantined.

C-8.2. **The Contractor shall provide an electronic issue tracking system, which shall provide for reports of activity performed on a WEEKLY basis.**

C-8.2.1. Weekly Reports – To be available on-line to DOI Personnel every Tuesday, covering the prior week's activities.

C-8.2.2. The Weekly report shall include but not be limited to the following items. At a minimum the Weekly Reports shall include:

C-8.2.2.1. Detailed analysis of Server Support Incidents and status (by category, Bureau, time to resolve, etc).
C-8.2.2.2. Detailed List of Backups
C-8.2.2.3. Detailed List of Any Critical Updates installed by server.
C-8.2.2.4. Detailed List of Client Support Calls entered and status.
C-8.2.2.5. Detailed List of Replication Status

C-8.3. **The Contractor shall provide an electronic issue tracking system, which shall provide for reports of activity performed on a DAILY basis.**

C-8.3.1. Daily Reports – To be available on-line to DOI Personnel every morning by 8:00 am ET covering the prior day's activities.

C-8.3.2. The Daily report shall include but not be limited to the following items. At a minimum the daily Reports shall include:

C-8.3.2.1. Production, near-line and Zantaz reconciliation.

## C-9. Government Provided Materials and Equipment

C-9.1. **Exchange Software**

C-9.1.1. DOI will be responsible for purchase and maintenance of all Exchange Server Licenses.
C-9.1.2. DOI will be responsible for purchase and maintenance of all Exchange Client Access Licenses.

C-9.2. **Certifier IDs**

C-9.2.1. DOI will provide appropriate copies of any organizational Certifier Ids necessary for the contractor to perform under the terms of this contract.

C-9.3. **Authorized List of DOI Personnel** - DOI will provide the contractor list of DOI personnel who will need to:

C-9.3.1. Retain specific administrative privileges on excluded servers, such as Application servers, SMTP servers, etc.
C-9.3.2. Request User Account Creation/Deletion/Modification.
C-9.3.3. Request Group Creation/Deletion/Modification.
C-9.3.4. Populate Owner field of all Group documents.
C-9.3.5. Request Basic Collaboration Database (Mail-In DB, etc.) Creation/Deletion/Modification.
C-9.3.6. Be Granted access as Exchange Full Administrators.
C-9.3.7. Be Granted access as Exchange Administrators
C-9.3.8. Be Granted access as Exchange View Administrators.
C-9.3.9. POC for all zArchive issues.

C-9.4. **Windows Server Licenses**

C-9.4.1. DOI will be responsible for purchase and maintenance of Windows Server Licenses.
C-9.4.2. DOI will be responsible for purchase and maintenance of Windows Client Access Licenses.

C-9.5. **Email Anti-Virus Software**

C-9.5.1. DOI will be responsible for purchase and maintenance of DOI Anti-Virus Software Licenses. However, any additional anti-virus software provided by the vendor will be the responsibility of the vendor.

C-9.6. **Email Anti-Spam Software**

C-9.6.1. DOI will be responsible for purchase and maintenance of DOI Anti-Spam Software Licenses. However, any additional anti-spam software provided by the vendor will be the responsibility of the vendor.

## C-10. Contractor Employee Certification Requirements

C-10.1. **MS Exchange Certification:** The Contractor shall ensure that employees assigned to this Contract have the following minimum Exchange training/certifications:

C-10.1.1. The Contractor shall ensure that the Contract Employee List has at least one (1) Certified Exchange Professional (CLP) who is available to DOI Personnel at all times during the transition period from DOI Administration to Contractor Administration. This Employee shall have at least three (3) years System Administration experience running an Exchange 2000 or better enterprise in a company of at least 10,000 employees or more.

C-10.1.2. The Contractor shall ensure that contractor's Project Manager is MS Exchange certified and is responsible for oversight of other Contract Employees during normal business proceedings.

C-10.1.3. The Contractor shall ensure that at least one (1) Certified Exchange Specialist is available to DOI Personnel on a daily basis.

C-10.1.4. The Contractor shall ensure that remaining contractor employees shall have completed formal Exchange Administration Training.

C-10.1.5. Documentation regarding Exchange training/certifications is required to be submitted to DOI within thirty (30) days of contract award.

C-10.2. **MS Windows Certification:** The Contractor shall ensure that employees assigned to this Contractor for the purposes of administering and maintaining the Windows Server Operating System have the following minimum Microsoft training/certifications:

C-10.2.1. The Contractor shall ensure that the Contract Employee List has at least one (1) Microsoft Certified System Engineer (MCSE) for the DOI Active Directory Implementation and who shall be performing Microsoft Windows Server Operating System upgrades and integration.

C-10.2.2. The Contractor shall ensure that Contract Employees who have day-to-day responsibilities for monitoring and maintaining the Windows Servers and for installing Service Packs and Critical Updates shall have at least a Microsoft Certified System Administrator (MCSA) certification and at least three (3) years experience.

## C-11. Research in Motion (RIM) Blackberry Mobile Messaging Service

- The contractor shall provide and maintain Blackberry service to DOI with wireless national access to the DOI messaging system through use of internal Blackberry servers.

The Proposed Solution shall provide and support the following capabilities in the Blackberry service (and any other capabilities not specifically listed here, full implementation):

- Real-time access to DOI email system (Exchange only)
- Support of minimum of 10% and up to 20% of DOI mailboxes
- Send and receive email messages
- Calendaring
- Place a phone call
- Personal ToDo list
- Encrypted end to end wireless service
- COO capability to send pin to pin where the email system may be unavailable
- Internet Browse capability
- Wireless COO capability to push down COO related documents and provide updates centrally
- Full COOP and Disaster Recovery plan and implementation

## C-12. Mobile Messaging Services

**The Proposed Solution shall be architected to support mobile messaging solution.**

- Real-time access to DOI email system (Exchange only)
- Support of minimum of 10% and up to 20% of DOI mailboxes
- Send and receive email messages
- Calendaring
- Place a phone call

- Personal ToDo list
- Encrypted end to end wireless service
- COO capability to send pin to pin where the email system may be unavailable
- Internet Browse capability
- Wireless COO capability to push down COO related documents and provide updates centrally
- Full COOP and Disaster Recovery plan and implementation

Sensitive: For Limited Distribution

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

# Appendix D.

## Performance Measures, Service Levels, Incentives and Penalties

Section 6 of this Solicitation describes the performance requirements of the DOI Electronic Messaging system in qualitative terms. In this section, quantitative performance measures are assigned. The Respondent's Proposal shall address, and the Proposed Solution shall provide, at least the minimum service levels as specified in this section.

**Contents**:

**Definitions**

D-1. **Operation Modes**

D-2. **DOI *Business Goal #1: ECONOMIC EFFICIENCY***
- D-2.1. Total Cost of Ownership (TCO)

D-3. **DOI *Business Goal #2: SECURE MESSAGING ENVIRONMENT***
- D-3.1. Security Standards
- D-3.2. Security Events
- D-3.3. Continuity of Operations (COO)

D-4. **DOI *Business Goal #3: IMPROVED EMAIL OPERATIONS***
- D-4.1. System Reliability Requirements
- D-4.2. Problem Resolution
- D-4.3. Message Delivery Time and Message Size
- D-4.4. Near-Line Replication and Restore
- D-4.5. Password Management
- D-4.6. System Capacity
- D-4.7. System Performance
- D-4.8. Training

D-5. **DOI *Business Goal #4: BREAKDOWN BARRIERS TO COLLABORATION***
- D-5.1. Training
- D-5.2. Planning and Design
- D-5.3. Functions & Services

D-6. **Performance Incentives**

D-7. **Performance Penalties**

D-8. **Awards and Penalties**

Sensitive: For Limited Distribution

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

## Tables

Table D-1. System Availability Requirements

Table D-2. System Problem Resolution

Table D-3. Mail Delivery/Routing Problems Resolution

Table D-4. Client Problem Resolution

Table D-5. Trouble Ticket

Table D-6 Summary of Users Quotas

Table D-7. Maximum Mean Time to Delivery (MTTD) Source to Destination Server

Table D-8. Back & Restore

Table D-9. Password Management

Sensitive: For Limited Distribution

## D-1. Operation Modes

For purposes of this Contract, three Operation modes are defined: Core Operation, 24x7, and Emergency. The requirements of each operational mode are defined later in this section. Proposals shall provide separate costs for each of the operation modes.

### D-1.1. Core Operation Mode

Core mode requires <u>attended</u> operational support during core hours only. The Contractor may provide unattended operational support during all other hours of operation as long as the required System Availability levels are achieved. (See Table 7.1. System Availability Requirements.)

- **Core Hours**
  Core Hours are defined as the window of time from 6:00AM ET to 11:59 PM ET daily, Monday through Friday.
- **Non-Core Hours**
  Non-Core Hours are defined as the window of time from 12:00 am to 5:59 am ET daily, Monday through Friday.
- **Weekend Hours**
  Weekend Hours are defined as the window of time from Saturday 12:00 am ET through 5:59 am ET Monday.
- **Holiday Hours**
  Holiday Hours are defined as legal federal holidays.

### D-1.2. 24x7 Operation Mode

24 x7 mode requires <u>attended</u> operational support at all times 24 hours per day, 7 days per week, 365 (366 leap year) days per year.

During non-core hours, the system operator shall answer all Help Desk Calls and determine if the calls require escalation to another mode.

### D-1.3. Emergency Operation Mode

Emergency mode is defined as those situations when a national or site emergency is declared (for example, "9/11"). An emergency is defined as a Homeland Security alert of code-red or a declaration of emergency by the Office of the Secretary of DOI or their representatives. These situations are rare and unpredictable. The system shall provide for the synchronous replication of all email data to the disaster recovery site for all users. The system shall provide immediate failover to the Disaster Recovery Site in the event of emergency operation mode. Local redundancy requires a separate power supply. The DR site shall be geographically separated and should be appropriately staffed for DR operations.

## D-2. Help Desk

For purposes of this Contract, Help Desk is defined as the support system for resolving client and server issues within the DOI Enterprise Messaging System. The requirements of each Help Desk Level is defined later in this section. See Appendix N for a complete breakout help desk Roles and Responsibilities.

### D-2.1. Help Desk Level I – Bureau Provided

- Help Desk Level I will be provided by the Bureaus: Taking initial call/email/web request of the incident, identify whether the incident is a problem or change request creating ticket, fixing problem when possible within their existing environment. Bureaus will make the determination if an incident needs to be escalated to EMS Level II Help Desk. Individuals identified in the SLA will then immediately enter ticket into EMS Help Desk System.

- Users do not call EMS Help Desk directly. Users will utilize their current help desk procedures.

### D-2.2. Help Desk Level II – DOI/Contractor Provided

- When tickets are escalated to EMS Help Desk Level II, Bureaus will open tickets on EMS ticketing system (via web interface if the same software is not used). There is not currently a DOI enterprise Help Desk solution and there may not be full coordination between current Bureau's help desk software applications and EMS Help Desk system.
- EMS Level II Help Desk personnel will continually update the status of the ticket through resolution in their own ticket system and also in the Bureau system.
- EMS contractor shall provide user account and access capability to the Bureaus to report Level II.
- Bureaus shall provide user account and access capability to the EMS vendor to report Level II.
- The Contractor shall make the determination if a call needs to be escalated to EMS Level III Help Desk.

### D-2.3. Help Desk Level III – Contractor Provided

- When tickets are escalated to EMS Help Desk Level III, the contractor shall update the status of the ticket to a Level III ticket in the EMS and Bureau ticketing systems.
- EMS Level III Help Desk personnel shall continually update the status of the ticket through resolution in their own ticket system and also in the Bureau system.
- EMS contractor shall provide user account and access capability to the Bureaus to report Level III.
- Bureaus shall provide user account and access capability to the EMS vendor to report Level III.

### D-2.4. OPTIONAL Help Desk Level I

- EMS Contractor Help Desk Level I: Taking initial call/email/web request of the incident, identify whether the incident is a problem or change request creating ticket, fixing problem when possible. EMS Help Desk Level I will make the determination if an incident needs to be escalated to EMS Level II Help Desk.
- Contractor shall provide pricing for a contractor managed EMS Help Desk Level I, to include Problem Management Tracking System, personnel, and be available during core business hours as defines in section D-1.1 above.
- Users will call EMS Help Desk directly. Contractor will provide a central number for users to call directly and a way to monitor the progress of their ticket through a web interface.

## D-3. DOI Business Goal #2: SECURE MESSAGING ENVIRONMENT

*The Proposed Solution shall ensure that messages are not compromised by unauthorized access, denial of Service is prevented, virus damage is prevented, and that continuity of service is maintained in the event of a disaster.*

### D-3.1. Security Standards

- Contractor proposals shall be in compliance with OMB, NIST, and DOI security standards.
- All identified vulnerabilities shall be reported and resolved within timeframe specified by DOI policy or guidelines and reported to the EMS Program Manager.

### D-3.2. Security Events

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

A security event log including intrusion attempts, contractor actions taken, and successful violations shall be maintained by the Contractor according to DOI requirements. The government shall conduct regular and independent audits of the security log. A Security Incident shall be reported and resolved following DOI Computer Security Incident Response Team (CSIRT) guidelines and also reported to the appropriate Bureau or Department CSIRT team.

## D-4. DOI Business Goal #3: IMPROVE EMAIL OPERATIONS

*The Proposed Solution results in improved system performance and availability, and stronger management controls over operations.*

### D-4.1. System Reliability Requirements

The Messaging system shall maintain a "System Available" state (as defined above in the definitions) as follows:

**Table D-1. System Availability Requirements (excludes scheduled maintenance)**

| Operation Mode: | | Average Enterprise System Availability |
|---|---|---|
| **"Core" Operation Mode:** | | |
| | Core Hours | 99.99% |
| | Non-core | 99.9[illegible]% |
| | Weekend/Holiday | [illegible]7%* |
| **"Emergency" Operation Mode:** | | 99.99% |

*System Availability is measured as the percentage of the total hours over a contract year. For example, assuming "Core" Operation Mode, a 99.99% System Availability is required during core hours. This would be 99.9% x # core hours in a month. Scheduled maintenance shall be suspended in Emergency Operation mode.

### D-4.2. Problem Resolution

#### D-4.2.1. System Problem Resolution

**Table D-2. System Problem Resolution** (units = hours; timezone = Eastern)

| | Start | End | Days | Notify DOI (1) | Identify Problem (2) | Repair or Escalate (3) | Update(4) | MTTR (5) per event |
|---|---|---|---|---|---|---|---|---|
| **ROUTINE SYSTEM EVENT** | | | | | | | | |
| **Core Mode** | | | | | | | | |
| Core Hours | 6:00AM | 11:59PM | M-F | 1 | 2 | 3 | 6 | 3 |
| Non-Core Hours | 12:00AM | 5:59AM | M-F | 1 | 2 | 3 | 6 | 3 |
| Weekend & Holiday | 12:00AM | 5:59AM | S-M | 1 | 2 | 3 | 6 | 3 |
| **24 x 7 Mode** | | | | | | | | |
| Core Hours | 6:00AM | 11:59PM | all | 1 | 2 | 3 | 6 | 2 |
| Non-Core Hours | 12:00AM | 5:59AM | M-F | 1 | 2 | 3 | 6 | 2 |
| Weekend & Holiday | 12:00AM | 5:59AM | S-M | 1 | 2 | 3 | 6 | 2 |
| **Emergency Response Mode** | 6:00AM | 6:00AM | all | immediate | 2 | 3 | 1 | 2 |
| **CATASTROPHIC SYSTEM EVENT** | | | | | | | | |
| **Core Mode** | | | | | | | | |
| Core Hours | 6:00AM | 11:59PM | M-F | immediate | 2 | 3 | 1 | 2 |

SENSITIVE: DOI-INTERNAL ONLY
This document shall be secured due to the nature of its content, and DOI initiative to seek proposals.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Non-Core Hours | 12:00AM | 5:59AM | M-F | immediate | 2 | 3 | 1 | 2 |
| Weekend & Holiday | 12:00AM | 5:59AM | S-M | immediate | 2 | 3 | 1 | 2 |
| **24 x 7 Mode** | | | | | | | | |
| Core Hours | 6:00AM | 11:59PM | all | .5 | 2 | 3 | 1 | 2 |
| Non-Core Hours | 12:00AM | 5:59AM | M-F | .5 | 2 | 3 | 1 | 2 |
| Weekend & Holiday | 12:00AM | 5:59AM | S-M | .5 | 2 | 3 | 1 | 2 |
| **Emergency Response Mode** | 6:00AM | 6:00AM | all | immediate | 2 | 3 | 1 | 2 |

**Notes to Table:**

1. Notify DOI - Notification to DOI of Server Problems
2. Identify Problem - Identification of problem, correction, if able to correct in-house, and report status to DOI.
3. Repair or Escalate - Escalation to Technical Support, if necessary, and report status to DOI.
4. Update – send updates to DOI of Status, until problem resolution
5. MTTR = Mean time to repair

### D-4.2.2. Mail Delivery/Routing Problems

**Table D-3. Mail Delivery/Routing Problems Resolution** (units = hours; timezone = Eastern)

| | Start | End | Days | Notify DOI [1] | Identify Problem [2] | Repair or Escalate [3] | Update [4] | MTTR [5] |
|---|---|---|---|---|---|---|---|---|
| **ROUTINE EVENT** | | | | | | | | |
| **Core Mode** | | | | | | | | |
| Core | 6:00AM | 11:59PM | M-F | .5 | 1 | 3 | 1 | 2 |
| Non-Core | 12:00AM | 5:59AM | M-F | .5 | 1 | 3 | 1 | 2 |
| Weekend & Holiday | 12:00AM | 5:59AM | S-M | .5 | 1 | 3 | 1 | 2 |
| **24 x 7 Mode** | | | | | | | | |
| Core | 6:00AM | 11:59PM | all | .5 | 1 | 3 | 1 | 2 |
| Non-Core | 12:00AM | 5:59AM | M-F | .5 | 1 | 3 | 1 | 2 |
| Weekend & Holiday | 12:00AM | 5:59AM | S-M | .5 | 1 | 3 | 1 | 2 |
| **Emergency Mode** | 6:00AM | 6:00AM | all | immediate | 1 | 2 | 1 | 1 |

**Notes to Table:**

1. Notify DOI of mail problems.
2. Identification of problem, correction, if able to correct in-house, and report status to DOI
3. Escalation to Technical Support, if necessary, and report status to DOI
4. Update – send updates to DOI of Status, until problem resolution
5. MTTR = Mean time to repair

### D-4.2.3. Client Problem Resolution

Client problem resolution includes requests from users for assistance in the usage of the messaging system and identifying and correcting problems encountered by users. The Contractor shall establish a trouble ticket management system for accepting, tracking, and resolving client problems.

**Table D-4. Client Problem Resolution**

| | Start | End | Days | ACK[1] | Identify Problem [2] | Repair or Escalate[3] | MTTR[4] |
|---|---|---|---|---|---|---|---|
| **ROUTINE EVENT** | | | | | | | |
| **Core Mode** | | | | | | | |
| Core | 6:00AM | 11:59PM | M-F | 1 | 2 | 3 | 2 |

Sensitive Limited Distribution