ORIGINAL

FILED
MAY 19 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**TKC COMMUNICATIONS, LLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**
**SERVE: Michael B. Mukasey**
**U.S. Attorney General**
**U.S. Department of Justice**
**Office of the U.S. Attorney General**
**950 Pennsylvania Avenue, N.W.**
**Washington, DC 20530-0001**

**Defendant.**

**Case No.** 08-358 C

**DISCLOSURE STATEMENT**
**REQUIRED BY RCFC 7.1(a)**

The parent company of Plaintiff, TKC Communications, LLC ("TKCC") is Qivliq, LLC ("Qivliq"). Qivliq is privately owned. No publicly held corporation owns more than ten percent (10%) of TKCC.

Date: May 16, 2008.

TKC COMMUNICATIONS, LLC

By: ______________________
Counsel

Kevin J. Cosgrove, Esq.
Email - kcosgrove@hunton.com
HUNTON & WILLIAMS LLP
Website - www.hunton.com
500 East Main Street, Suite 1000
Norfolk, Virginia 23510-3889
Tel. (757) 640-5342; Fax. (757) 625-7720
Counsel for Plaintiff TKC Communications, LLC

James R. Theuer, Esq.
Email - jtheuer@hunton.com
HUNTON & WILLIAMS LLP
Website - www.hunton.com
500 East Main Street, Suite 1000
Norfolk, Virginia 23510-3889
Tel. (757) 640-5373; Fax. (757) 625-7720
Of Counsel for Plaintiff TKC Communications, LLC

David M. Nadler, Esq.
Email - nadlerd@dicksteinshapiro.com
Robert J. Moss, Esq.
Email - mossr@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
Website - www.dicksteinshapiro.com
1825 Eye Street NW
Washington, DC 20006-5403
Tel. 202-420-2281; Fax. 202-420-2201
Of Counsel for Plaintiff TKC Communications, LLC

Leslie Wheelock, Esq.
Email - leslie.wheelock@qivliq.com
QIVLIQ, LLC - A Nana Company
Website - www.nana.com
13873 Park Center Road, Suite 400
Herndon, Virginia 20171
Tel. 571-323-5467; Fax. 571-323-6171
Of Counsel for Plaintiff TKC Communications, LLC