# In the United States Court of Federal Claims

No. 08-358C
Filed: June 3, 2008

| | |
|---|---|
| TKC COMMUNICATIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

This case has been assigned pursuant to the ADR Automatic Referral Program set forth in General Order No. 44. The parties are hereby notified that the undersigned judge is available to discuss the resolution of this action through means short of formal litigation. If the parties wish to pursue such alternative dispute resolution procedures, they may contact chambers (202-357-6652) within 14 days of the filing of the government's answer to the complaint to arrange for a telephone conference or a meeting with the court.

s/John P. Wiese
John P. Wiese
Judge