IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-358C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including August 14, 2008, within which to file our response to the complaint. Our response is currently due by July 15, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, TKC Communications, LLC ("TKC"), has authorized us to state that TKC does not oppose this motion.

Counsel for the United States has not yet received a litigation report or draft answer from the agency. The agency has assigned a person to gather relevant documents as part of the preparation for drafting an answer, and substantial progress has been made with regard to this task. Nonetheless, counsel for the United States does not expect to receive a draft answer before the end of July.

The full enlargement of time requested is needed. Time is needed to complete necessary research, and to prepare a draft answer. In addition, time is needed for review of the draft

answer by counsel for the agency and supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 9, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 9, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier