IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-358C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including August 28, 2008, within which to file our response to the complaint. Our response is currently due by August 14, 2008. This is our second request for an enlargement of time for this purpose, the Court having granted us an enlargement of 30 days. Counsel for plaintiff, TKC Communications, LLC ("TKC"), has authorized us to state that TKC does not oppose this motion.

Counsel for the United States has been in communication with counsel for the agency regarding this matter for several weeks. In particular, efforts have been underway to gather relevant documents. Some documents were received last week. A draft response to the complaint was anticipated daily, and for that reason no motion for an enlargement of time was filed last week. However, counsel did not receive a draft response to the complaint from the agency until August 13, 2008.

The full enlargement of time requested is needed. Time is needed to complete necessary research, and to make any necessary corrections to the draft response. In addition, time is needed for review of the final draft answer by counsel for the agency and supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 13, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 13, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier