IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-358C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including September 11, 2008, within which to file our response to the complaint. Our response is currently due by August 28, 2008. This is our third request for an enlargement of time for this purpose, the Court having granted us enlargements of 30 days and 14 days, respectively. Counsel for plaintiff, TKC Communications, LLC ("TKC"), has authorized us to state that TKC does not oppose this motion.

Counsel for the United States received a draft response to the complaint from the agency on August 13, 2008. However, because of the press of other business, counsel has been unable to address this matter.

During the past two weeks, counsel has devoted nearly all of his time to Fireman's Fund Insurance Co. et al. v. United States, No. 04-1692 (Fed. Cl.). On August 18, 2008, counsel filed a motion for a special schedule in the Fireman's Fund case. On August 20, 2008, counsel was away from the office to care for his

young son, who was ill. On August 21, 2008, counsel served a response to interrogatories in the Fireman's Fund case. On August 22, 2008, counsel served another response to other interrogatories, and served the Government's second set of interrogatories in the Fireman's Fund case. On August 26, 2008, counsel filed a reply regarding our motion for a special schedule in the same case. In addition, counsel responded to certain document requests by letters, dated August 19, 2008, August 22, 2008, and August 26, 2008.

On August 19, 2008, counsel participated in a status conference by telephone in United States v. Intermax Trading Corp. et al., No. 08-00117 (CIT). Counsel subsequently draft a settlement memorandum concerning an offer from one of the sureties involved in the Intermax case.

In addition, counsel has filed several motions for enlargement of time, and has performed numerous other, smaller matters.

The full enlargement of time requested is needed. Time is needed to complete necessary research, and to make any necessary corrections to the draft response provided by agency counsel. In addition, time is needed for review of the final draft response by counsel for the agency and supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 27, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier