IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TKC COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-358C |
| | ) | |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in the first sentence of paragraph 1 for lack of knowledge of information sufficient to form a belief as to their truth. The allegations contained in the second sentence of paragraph 1 are conclusions of law and plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied, except admits that the United States has executed a contract with the plaintiff.

2. The allegations contained in paragraph 2 are conclusions of law and plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied, except admits that the United States has executed a contract with the plaintiff.

3. Admits the allegations contained in the first sentence of paragraph 3 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 3. Admits the allegations contained in the second sentence of paragraph 3.

4. Admits the allegations contained in paragraph 4 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. The allegations contained in paragraph 5 are conclusions of law, and plaintiff's characterization of its case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in the first sentences of paragraph 6 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 6. Admits the allegations contained in the second sentence of paragraph 6. Admits the allegations contained in the third and fourth sentences of paragraph 6 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies

the allegations contained in the second and third sentences of paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Admits the allegations contained in first, second and third sentences of paragraph 8 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first, second and third sentences of paragraph 8. Admits the allegations contained in the fourth sentence of paragraph 8.

9. Admits the allegations contained in the first sentence of paragraph 9. The allegations contained in the second sentence of paragraph 9 are plaintiff's characterization of its case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that Exhibit D is an authentic copy of a letter sent to the plaintiff.

10. The allegations contained in the first sentence of paragraph 10 are conclusions of law, and plaintiff's characterization of its case, to which no response is

required; to the extent that they may be deemed allegations of fact, they are denied, except admits that plaintiff submitted a claim, dated January 25, 2007, for $13,547,786.30. Denies the allegations contained in the second sentence of paragraph 10.

11. Admits the allegations contained in the first and second sentences of paragraph 11. The allegations contained in the third sentence of paragraph 11 are plaintiff's conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

12. The allegations contained in paragraph 12 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

13. Admits.

14. Admits.

15. The allegations contained in the first sentence of paragraph 15 are plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that both the plaintiff and the National Business Center at the Department of the Interior submitted

proposals. The allegations contained in the second sentence of paragraph 15 are plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that a three-person team evaluated the two proposals. Admits the allegations contained in the third sentence of paragraph 15.

16. Admits the allegations contained in the first sentence of paragraph 16. The allegations contained in the second sentence of paragraph 16 are plaintiff’s characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

17. Admits the allegations contained in paragraph 17 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in the first sentence of paragraph 18 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the first sentence of paragraph 18. Admits the allegations contained in the second sentence of

paragraph 18.

19. The allegations contained in the first sentence of paragraph 19 are plaintiff's characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 19 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the second sentence of paragraph 19.

20. The allegations contained in the first sentence of paragraph 20 are plaintiff's characterization of this action, to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 20. Admits the allegations contained in the third sentence of paragraph 20 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third paragraph of paragraph 20.

21. Denies.

22. The allegations contained in the first sentence of paragraph 22 are conclusions of law, and plaintiff's

characterization of its case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied. Denies the allegations contained in the second sentence of paragraph 22 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Admits the allegations contained in the third sentence of paragraph 22 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 22. Admits the allegations contained in the fourth sentence of paragraph 22. The allegations contained in the fifth sentence of paragraph 22 are conclusions of law, and plaintiff's characterization of its case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

23. The allegations contained in paragraph 23 are conclusions of law, and plaintiff's characterization of its case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits the allegations contained in paragraph 23 to the extent supported by the documents cited.

24. Denies the allegations contained in the first sentence of paragraph 24. The allegations contained in the second, third, fourth and fifth sentences of paragraph 24 are plaintiff's characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

25. Admits the allegations contained in the first sentence of paragraph 25. Denies the allegations contained in the second sentence of paragraph 25. The allegations contained in the third sentence of paragraph 25 are plaintiff's characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

26. The allegations contained in paragraph 26 are plaintiff's conclusions of law and characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

27. The allegations contained in paragraph 27 are plaintiff's characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that the parties discussed possible hardware substitutions in April 2006.

28. The allegations contained in the first sentence of paragraph 28 are plaintiff's characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that there was a meeting between Mr. Burns (the Chief Technology Officer at the time), representatives of the plaintiff, and others, in June 2006. The allegations contained in the second sentence of paragraph 28 are plaintiff's conclusions of law and characterization of this action, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that the possible return of equipment was discussed at one or more meetings in 2006.

29. The allegations contained in the first and second sentences of paragraph 29 are conclusions of law, and plaintiff's characterization of its case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits the allegations contained in the first and second sentence of paragraph 29 to the extent supported by the documents cited. Denies the third sentence of paragraph 29. The allegations contained in the fourth sentence of paragraph 29 are plaintiff's characterization of this action, to which no

response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that plaintiff responded by September 6, 2006 -- the extended response time.

30. The allegations contained in paragraph 30 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

31. The allegations contained in paragraph 31 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

32. The allegations contained in paragraph 32 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

33. The allegations contained in paragraph 33 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

34. The allegations contained in paragraph 34 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that

they may be deemed allegations of fact, they are denied, except admits that the agency continues to use e-mail as part of its routine office procedure.

35. The allegations contained in paragraph 35 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

36. Denies for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

37. Admits the allegations contained in the first sentence of paragraph 37. Denies the allegations contained in the second and third sentences of paragraph 37. Admits the allegations contained in the fourth sentence of paragraph 37.

38. Admits the allegations contained in the first sentence of paragraph 38. Admits the allegations contained in the second sentence of paragraph 38 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 38. The allegations contained in the third and fourth sentences of paragraph 38 are plaintiff's conclusions of law and characterization of

this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied, except admits that the agency continues to use e-mail as part of its routine office procedure.

39. The allegations contained in paragraph 39 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

40. The allegations contained in paragraph 40 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

41. The allegations contained in paragraph are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

42. Denies for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

43. The allegations contained in the first sentence of paragraph 43 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations

of fact, they are denied. Denies the allegations contained in the second sentence of paragraph 43 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

44. Denies for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

45. Denies.

46. Denies.

47. Denies.

48. Denies.

49. Denies.

50. The allegations contained in paragraph 50 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

51. The allegations contained in paragraph 51 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

52. Denies the first and second sentences of paragraph 52 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. The

allegations contained in the third sentence of paragraph 52 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

53. The allegations contained in paragraph 53 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

54. The United States incorporates by reference its responses to paragraphs 1 through 53 of plaintiff's complaint.

55. The allegations contained in paragraph 55 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

56. The allegations contained in paragraph 56 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

57. The allegations contained in paragraph 57 are plaintiff's conclusions of law and characterization of this

action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

58. The United States incorporates by reference its responses to paragraphs 1 through 53 of plaintiff's complaint.

59. The allegations contained in paragraph 59 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

60. The allegations contained in paragraph 60 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

61. The allegations contained in paragraph 61 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

62. The United States incorporates by reference its responses to paragraphs 1 through 53 of plaintiff's complaint.

63. The allegations contained in paragraph 63 are plaintiff's conclusions of law and characterization of this

action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

64. The allegations contained in paragraph 64 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

65. The allegations contained in paragraph 65 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

66. The allegations contained in paragraph 66 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

67. The allegations contained in paragraph 67 are plaintiff's conclusions of law and characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

68. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 67, or to any relief whatsoever.

69. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

September 15, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 15, 2008, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier